The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NEVIN SHETTY,<br><br>　　　　　　Defendant. | No. 2:23-cr-00084-TL<br><br>**ORDER GRANTING MOTION FOR EARLY RETURN OF DOCUMENTS PURSUANT TO TRIAL SUBPOENAS** |

THIS MATTER having come for hearing before the undersigned Judge on Defendant's Motion for Early Return of Documents Pursuant to Trial Subpoenas, and the Court having considered the record, and being fully advised; now, therefore, for good cause shown,

IT IS HEREBY ORDERED that Defendant's Motion for Early Return of Documents Pursuant to Trial Subpoenas is GRANTED.

//
//
//
//
//
//

---

ORDER GRANTING MOTION FOR EARLY RETURN
OF DOCUMENTS PURSUANT TO TRIAL SUBPOENAS - 1
(No. 2:23-cr-00084-TL)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

IT IS FURTHER ORDERED that the subpoena recipients, specifically (1) Commerce Fabric, Inc., (2) Umer Sadiq, and (3) Formidium Corp., are hereby directed to produce the requested documents, in accordance with the subpoenas served upon them, by June 7, 2024.

IT IS SO ORDERED.

DATED this 20th day of May, 2024.

*[signature]*

Tana Lin
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
jcoopersmith@corrcronin.com

BURR FORMAN LLP
J. Alex Little, *admitted pro hac*
222 Second Ave. S., Suite 2000
Nashville, TN 37201
alex.little@burr.com

*Attorneys for Defendant*

ORDER GRANTING MOTION FOR EARLY RETURN
OF DOCUMENTS PURSUANT TO TRIAL SUBPOENAS - 2
(No. 2:23-cr-00084-TL)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900