# **EXHIBIT F**



J. Alex Little
Zachary C. Lawson
615.985.8189
alex@litson.co
zack@litson.co

May 28, 2024

<u>**VIA EMAIL**</u>

The Honorable Philip Kopczynski
Assistant United States Attorney
Office of the U.S. Attorney
  for the Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
philip.kopczynski@usdoj.gov

> Re:  ***United States v. Nevin Shetty,*** **2:23-CR-84-TL**
> **Rule 16(b)(1)(C) disclosure: James Angel**

Dear Counsel:

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the Defendant hereby provides this notice that it intends to call James Angel as a witness to provide testimony under Federal Rules of Evidence 702, 703, and 705. Mr. Angel's qualifications are set forth in the attached curriculum vitae, which includes all publications of his in the previous ten years and a list of all cases in which he has testified as an expert at trial or by deposition. Mr. Angel's opinion is provided in the attached report. While Mr. Angel's testimony depends in large part on what the government presents in its case-in-chief, the testimony summaries and opinions below are all within Mr. Angel's expertise.

The Defendant anticipates that Mr. Angel will provide testimony regarding the following, as further reflected in his attached report:

1. **General background on the financial market and investments.**

   It is anticipated that Mr. Angel's testimony will describe the general structure of financial markets and investments. It is anticipated that his testimony will describe the market valuation of investments. It is anticipated that his testimony will describe the factors investors consider in making investment decisions, including risk perception, and how risk perception differs amongst

1

different investors.

The basis of his opinions and testimony will be his experience as a professor of finance for 23 years, specializing in market structure and regulation of global financial markets.

2. **Hindsight bias in investments.**

   It is anticipated that Mr. Angel's testimony will describe hindsight bias and how it relates to investments, including TerraLuna/Anchor/UST.

   As to this topic, Mr. Angel will base his opinion and testimony on the same information listed in topic 1.

3. **Mr. Angel may testify as a rebuttal witness to the government's expert testimony about any aspect of financial markets and investments.**

   As to this topic, Mr. Angel will base his opinion and testimony on the same information listed in topic 1. The Defendant will supplement a rebuttal disclosure at the appropriate time.

4. **Depending on the government's case-in-chief, Mr. Angel may testify about any irregularities in the investigation or manner of enforcement of this case as they relate to the financial market and investments.**

   As to this topic, Mr. Angel will base his opinion and testimony on the same information listed in topic 1. In addition, for this testimony, he also will rely on the testimony presented in the government's case.

The Defendant reserves the right to supplement this disclosure in accordance with the Federal Rules.

2

Sincerely,

*/s/ J. Alex Little*
J. Alex Little
Zachary C. Lawson
6339 Charlotte Pike Unit C2321
Nashville, TN 37209
alex@litson.co
zack@litson.co

Jeffrey B. Coopersmith, WSBA No. 30954
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
jcoopersmith@corrcronin.com

3

## Expert Report – James Angel

### General Market Behavior

Investors consider multiple factors in making investment decisions. These include how much money they have to invest, their investment time horizon, the opportunities available to them, their beliefs about the expected returns and risks of various investments, as well as their risk preferences. More risk averse investors will tend to choose lower risk portfolios.

Financial markets provide the ability to transfer risk away from a party that doesn't want it to someone who does. For example, insurance transfers risk away from the insured to the insurance company. A farmer can get rid of the price risk of his wheat crop by entering into a futures contract to sell his future crop at a fixed price before even planting the wheat. The stock market provides the ability to reduce risk by diversifying a portfolio.

Investors should always be aware of what other people know (or think they know), and this includes their risk preferences. This can provide good opportunities or warn of dangers. As Warren Buffett has been widely quoted, "Be fearful when others are greedy, and greedy when others are fearful."

### Market Valuation

The market prices of financial assets are based on the benefits people expect to get from owning those assets. These benefits include expected future dividends and proceeds from eventual sale of the asset. They can also include potential benefits from obtaining control of a corporation.

Different people can have very different views on those benefits. For example, a shareholder may value a company based on expected dividends from its existing business, while another corporation might view the business as a potential merger candidate that would actually increase the joint profits of the combined company.

Each person evaluates investments based on their own experience, information, and skill set. For example, a person who works in a particular industry and who knows that it is poised for substantial growth may view an

1

Shetty_000045

DocuSign Envelope ID: 170812EF-B95D-45D3-B774-7E4B695CE35A

investment in that industry as extremely advisable and low in risk, while someone unfamiliar with the industry may view it as too risky.

## Investment Risk and Return

Risk is the possibility of losing money on an investment. It can be measured in many ways, including statistical methods such as the standard deviation of returns. The simple fact of life is that people don't like to lose money. Losing money can cause severe emotional anxiety as well as severe hardship.

In general, investors expect a higher return in exchange for higher risk. (However, not all risks are necessarily priced the same way. Academics are still debating exactly how different risk factors are priced differently.)

There is no such thing as a truly "no-risk" asset. While textbooks may label a U.S. Treasury bond as "risk-free," that is an academic oversimplification. Even "safe" government bonds may lose value if a government defaults. Even if there is no default, the purchasing power of money can lose value due to inflation.

Longer-term bonds, even "safe" ones issued by the U.S. Treasury, suffer from interest-rate risk. Since the bonds pay a fixed amount of money, the value of the bond will fall when interest rates go up. If a bondholder needs to sell a bond prior to maturity, the bondholder may realize a loss if the market value of the bond has gone down due to a rise in market interest rates.

Investments with no risk tend to have a very low or even negative return after inflation. In recent years, the yields on short-term U.S. Treasury bills were close to zero. Yields on government bonds in Europe and Japan were actually negative, as investors were willing in effect to pay a storage fee for a safe place for their money.

## Differing Risk Perceptions

Here are some examples of how even low-risk investments carry some degrees of risk:

Shetty_000046

- Inflation risk:  The purchasing power of money invested in short-term Treasury bills has often declined as the yield on the T-Bills has been less than inflation.

- Theft and cyber risk. Even if an asset itself is safe, physical cash can be stolen and electronically held assets can be hacked.

- In 2008, IndyMac bank failed. Depositors lost 50% of their deposits above the FDIC insurance limit.

- Tax risk. Even if the asset pays off as promised, the tax treatment may change resulting in a lower after-tax return.

- In 2023, Silicon Valley Bank failed. Although depositors eventually got their money, it was frozen and inaccessible for a period of time.

- Many employees in Portland General Electric purchased shares in the company through payroll deduction, believing that the regulated electric utility was a safe investment. Many had the bulk of their life savings in Portland General Electric stock. Enron took over the company and the stock became Enron stock. When Enron went bankrupt, the stock became worthless.

- In 2019, a high-class fully-leased downtown office building looked like a safe investment. After the pandemic shift to remote work, investors in many such buildings have suffered serious losses.

Attitudes toward risk are based on both objective and emotional considerations. A wealthy person with a steady income from a secure job can objectively afford to take on considerable financial risk. A poorer person with an unstable income will have a lower risk tolerance as a financial loss may make them homeless.

Emotions also affect how people invest. Some people experience extreme anxiety at the slightest stock market fluctuation and thus stay away from investments that might otherwise make sense for them. Others aren't bothered by fluctuations and can emotionally tolerate very risky investments.

3

Shetty_000047

Perceptions of risk also affect how people invest. These may be based on personal or family experience. Someone whose family lost everything in the stock market crash of 1929 might view stocks as extremely risky while someone who grew up in a bull market might view stocks as less risky. Someone whose family fled from a country where the government confiscated their assets may shun assets that could be easily seized.

## Hindsight Bias

Hindsight bias is believing that, after finding out what happened, one could have predicted it in advance based only on knowledge available at the time. This is a pretty common human characteristic. One may think that what happened was inevitable, or that it could have been easily predicted.

Often investors miss red flags that are hidden in plain sight. For example, Enron was one of the most valuable companies in the US, with a market capitalization (value of its stock) of over $60 billion. Its financial statements contained many glaring red flags hinting at its problems, but these were ignored by many of the largest institutional investors in the country.

When investors lose money, it is human nature to blame someone other than themselves. This often leads to court cases or FINRA arbitrations seeking redress for an investment that has gone sour.

## Market Sentiment

At times investors are more optimistic or pessimistic than at other times. Indeed, Warren Buffett famously quoted Benjamin Graham as describing the market as a manic-depressive friend who gyrated between being overly optimistic and overly pessimistic.

One should be careful not to be carried away by the moods of others. Investing at times when others are over optimistic is a good way to pay too much for an investment. Likewise, selling when the market is in a panic (such as in the financial crisis 2009 or the pandemic in 2020) misses out on good opportunities.

There are many numerical indicators of market sentiment, including the VIX (Volatility Index, based on implied volatilities from option prices), and

Shetty_000048

various technical indicators such as relative strength (based on recent price movements) and moving averages.

Investors often perceive risk in terms of recent price movements and perceive (perhaps incorrectly) less risk on an asset that has gone up significantly.

## Psychological Factors in Finance

We are humans, and we humans allow a variety of emotions and psychological quirks to affect our behavior, including our investing behavior. It is common to refer to these as "behavioral biases." One of the most common is overconfidence – we think we are better than we really are. In investing, this means that we tend to believe that our opinions and forecasts are more accurate than they really are. We tend to believe that we can forecast the movement of markets or lack thereof better than others, despite the fact that numerous studies of professional managers show that such talent is extremely rare.

It is an old saying that "Fear and greed run the market." When prices are rising, the feeling of euphoria can be contagious. Those who were lucky and bought at the right time think they are geniuses and then buy more. At other times, investors see other's selling and rush to sell at the same time out of fear.

Confirmation bias is the tendency to look for and believe information that confirms a previously held opinion. This is a natural human tendency, as it feels good to have a previous opinion confirmed. For example, an investor may decide to buy a particular stock. Then the investor looks for information confirming that the company will do well and ignores any contradictory evidence. This can obviously lead to some bad investment outcomes. (More disciplined investors consciously seek out evidence that would disprove their opinions.)

## Impact of News and Information on the Market

Market participants are constantly digesting the latest information to update their beliefs. Indeed, they are constantly searching and paying for better and faster sources of information. Some investors are willing to pay large sums of money for faster data feeds so that they can trade before others.

Shetty_000049

Markets are inherently forward looking, as investors' willingness to pay is based on their expectations about the future. Those expectations can change dramatically when news comes in that changes those expectations.

Examples of how unforeseen events have drastically changed the advisability of certain investments:

- The pandemic led to a massive drop in the demand for office space in major cities.

- Natural disasters such as floods and earthquakes have caused major drops in the value of some investments. The Kobe earthquake in 1995 led to the collapse of Barings Bank. (A rogue trader at Barings, Nick Leeson, had made a huge bet that went bad due to the earthquake.)

- Stock prices can and do move violently in response to news. For example, it is not uncommon for the stock of a biotech firm to plummet if there is bad news about the results of a clinical trial. For example, on May 10, 2024, the stock of Macrogenics (MGNX) dropped 77% following bad news on a clinical trial.

## **Historical Context**

Although the warning "Past performance is no guarantee of future performance" is repeated like a mantra, investors often think that past returns can signal future performance. It is well known that mutual fund investors on average experience lower returns than the funds themselves due to a tendency to chase performance:  They buy funds after they have gone up and sell them after they have gone down.

It is easy (and fun) to poke fun at the many previous market bubbles. We can look at the Dutch Tulip Craze, or the company making square bullets in the South Seas Bubble, or some dodgy dot-com from the internet boom, and think that we could never be so stupid. Yet these bubbles recur with distressing regularity and many intelligent people get caught up in them. As humans we are social animals who pay attention to what others are doing, and we can easily get caught up in the excitement of the times. Increasing prices make us overconfidently think we are smart when we have just been temporarily lucky.

Shetty_000050

Confirmation bias blinds us to facts that would contradict our investment thesis.

The brilliant Isaac Newton, who developed calculus and worked out the law of gravity, got caught up in the South Seas bubble and lost the equivalent of millions of today's dollars. Likewise, Albert Einstein lost a significant fraction of his Nobel Prize money in the stock market crash of 1929. Mark Twain lost a large fraction of his fortune on an investment that went sour. Arnold Schwarzenegger lost a significant amount of money on his investment in Planet Hollywood which later went bankrupt. All these examples confirm what the studies show: Even the most intelligent people can make investments that don't pan out.

DocuSigned by:

*James Angel*

08D6DE95AD1D47C...

_____

James Angel

May 27, 2024

7

Shetty_000051

CURRICULUM VITAE

**James J. Angel, Ph.D., CFP®, CFA**

Associate Professor of Finance
McDonough School of Business
Georgetown University
421 Hariri Building
Washington, D.C. USA 20057
+1 (202) 687-3765

*angelj@georgetown.edu*

https://gufaculty360.georgetown.edu/s/faculty-profile?netid=angelj%2F

**Research Focus**

I study financial market structure and financial technology (fintech) and the associated regulatory issues of traditional and crypto markets. My topics of interest include the microstructure of trading, short selling, payments, and the regulation and industrial organization of global financial markets. I have visited over 85 licensed stock and derivative exchanges around the world.

**Education**

Harvard Business School
Making Corporate Boards More Effective, 2013

University of California at Berkeley
Walter A. Haas School of Business
Ph.D. in Finance, 1991
Dissertation advisor: Albert S. "Pete" Kyle

Harvard Business School, M.B.A. 1985

California Institute of Technology, B.S. 1981
Double major: Engineering and Applied Science, Economics

Sewickley Academy, Sewickley, PA, 1977

Shetty_000052

**Work Experience**

| 1986-1991 | BARRA (later part of Morgan Stanley), Berkeley, CA | Consultant1984- |
| 1985 | The Analysis Group, Belmont MA and Sausalito, CA | Consultant |
| 1981-1983 | Pacific Gas and Electric, San Francisco CA | Rate Engineer I |

**Academic Appointments**

**Wharton School, University of Pennsylvania**
Visiting Associate Professor, 2012-2014

**Shanghai Stock Exchange**
Visiting Economist, 2004

**National Association of Securities Dealers (predecessor to FINRA)**
Visiting Academic Fellow, 1999-2000

**Georgetown University McDonough School of Business**
Associate Professor of Finance 1998-
Assistant Professor of Finance 1991-1998

**University of California at Berkeley**

Graduate Student Instructor
Research Assistant to Professors Pete Kyle and David Modest

**Harvard Business School**

Research Assistant to Professor Richard Meyer, 1984
Research Assistant to Professor Regina Herzlinger, 1985

**California Institute of Technology**

Summer Undergraduate Research Fellow, 1979 and 1980
Research Assistant to Professor Charles Plott 1979-1981

**Boards**

**Reach for Uganda (www.reachforuganda.org), Treasurer**

**Edga Exchange Inc. (DirectEdge Stock Exchange) Board of Directors**
        Member 2010-2014

2

Shetty_000053

**Edgx Exchange Inc. (Direct Edge Stock Exchange) Board of Directors**
    Member 2010-2014

**Quadriserv Academic Advisory Council**
    Member 2009 - 2015

**Nasdaq Economic Advisory Board**
    Member – 1998-2001
    Chair 2000-2001

**Nasdaq OTC Bulletin Board Advisory Committee**
    Member, 2001 – 2004


**National Service**

Federal Reserve Faster Payments Task Force and Governance Formation Framework Team
    Member, 2015-2018


**Journal Articles**


Nonstandard Errors, forthcoming *Journal of Finance*, joint work with Albert J. Menkveld et al. **(A *Financial Times* list publication for ranking business schools)**

Soundness Of Stablecoins (joint work with Yusuke Ikeno and Sankalp Panigrahi), *Financial Cryptography and Data Security. Fc 2022 International Workshops, Lecture Notes in Computer Science*

Regulatory Considerations on Centralized Aspects of DeFi Managed by DAOs (joint work with Ryosuke Ushida), *Financial Cryptography and Data Security FC 2021 International Workshops*, 2021

Insider Trading 2.0: The Ethics of Information Sales (joint work with Douglas M. McCabe), *Journal of Business Ethics* **(A *Financial Times* list publication for ranking business schools)** 147:4, 2018, 747-760

On the Ethics of Fractional Reserve Banking, (joint work with Douglas M. McCabe), *Journal of Competitiveness Studies* 24(3), 2016

ETF Transaction Costs Are Often Higher Than Investors Realize (joint work with Gary Gastineau and Todd Broms), *Journal of Portfolio Management* 42(3), 2016, 65-75.

3

Shetty_000054

The Ethics of Payments:  Paper, Plastic, or Bitcoin (joint work with Douglas M. McCabe), *Journal of Business Ethics* **(A *Financial Times* list publication for ranking business schools)** 132:3, 2015, 603-611.

Equity Trading in the 21ˢᵗ Century: An Update (joint work with Chester Spatt and Larry Harris), *Quarterly Journal of Finance* 5:1*, 2015*

When Finance Meets Physics: The Impact of the Speed of Light on Financial Markets and Their Regulation, *The Financial Review* 49, 2014, 271–281.

Ethical Standards for Stockbrokers: Fiduciary or Suitability? (joint work with Douglas M. McCabe), *Journal of Business Ethics* **(A *Financial Times* list publication for ranking business schools)** 115, 2013, 183-193.

Fairness in Financial Markets: The Case of High Frequency Trading, (joint work with Douglas M. McCabe), *Journal of Business Ethics* **(A *Financial Times* list publication for ranking business schools)** *112(4),* 2013, 585-595.

Equity Trading in the 21ˢᵗ Century (joint work with Chester Spatt and Larry Harris), lead article in the first issue of the *Quarterly Journal of Finance* 1, 2011, 1-53.

The Ethics of Speculation, (joint work with Douglas M. McCabe), *Journal of Business Ethics* **(A *Financial Times* list publication for ranking business schools)** *90(3,)* 2010 (Winner of the Primeaux Prize for the Best Paper at the Fifteenth Annual International Conference Promoting Business Ethics, New York, 2008)

In Praise of Mark to Management:  The Need for Three-Dimensional Accounting, *Journal of Law, Economics, and Policy 6*, 2010 153

Short-Selling and the Weekend Effect in NASDAQ Stock Returns, (joint work with Stephen E. Christophe and Michael G. Ferri, *Financial Review*, 2009, 44 1, 31-57.  (Selected as one of the two outstanding publications in *Financial Review* in 2009.)

The Business Ethics of Short Selling and Naked Short Selling, (joint work with Douglas M. McCabe), *Journal of Business Ethics* **(A *Financial Times* list publication for ranking business schools)** *85(1) 2009*

The Ethics of Managerial Compensation: The Case of Executive Stock Options (joint work with Douglas M. McCabe), *Journal of Business Ethics* **(A *Financial Times* list publication for ranking business schools)** *78(1-2),* 2007, 225-235.

Should Owners of NASDAQ Stocks Fear Short-Selling? (joint work with Stephen E. Christophe and Michael G. Ferri) Christophe, (2007) *Journal of Portfolio Management*, Winter 2007.

Short Selling Prior to Earnings Announcements (joint work with Stephen E. Christophe, and Michael G. Ferri), *Journal of Finance* **(A *Financial Times* list publication for ranking business schools)** *59* (4)*,* August 2004.

When-Issued Shares, Small Trades, and the Variance of Returns Around Stock Splits (joint work with Raymond M. Brooks and Prem G. Mathew), *Journal of Financial Research 27(3),* Fall 2004.

A Close Look at Short Selling on the Nasdaq Market, (joint work with Stephen E. Christophe, and Michael G. Ferri), *Financial Analysts Journal* 59 (6) November/December, 2003.

Discussion of "Stock Exchange Governance and Market Quality" *Journal of Banking and Finance 27*, 1879- 1881, 2003.

Market-Adjusted Options for Executive Compensation, (joint work with Douglas McCabe) *Global Business and Economic Review* 4 (1), 1-23, 2002.

The Rise and Fall of the AMEX Emerging Companies Marketplace  (joint work with Reena Aggarwal), *Journal of Financial Economics* **(A *Financial Times* list publication for ranking business schools)** *52(2)*, 257-289*,* 1999.

Nonstandard Settlement Transactions, *Financial Management* 27(1), 31-46, Spring 1998.

Tick Size, Share Prices, and Stock Splits, *Journal of Finance* **(A *Financial Times* list publication for ranking business schools)** 52, 655-681, June 1997. (Abstracted in *Contemporary Finance Digest* 2 (1), 67-68, Spring 1998.)

Picking Your Tick: Toward a New Theory of Stock Splits, *Journal of Applied Corporate Finance* 10(3), 59 - 68, Fall 1997.

Does Ethical Investing Impose a Cost upon the Firm?  A Theoretical Perspective (joint work with Pietra Rivoli), *Journal of Investing* 6 (4), 57-61, Winter 1997.

A New Trade Implementation and Portfolio Management Tool for Institutional Investors: Exchange-Traded Stock Options, *Derivatives Quarterly* 4(2), 26-35, Winter 1997.  (Excerpted in *CFA Digest*, 36-37, Summer 1998.)

Reducing the Market Impact of Large Stock Trades (joint work with Gary L. Gastineau and Clifford J. Weber), *Journal of Portfolio Management* 24 (1), 69-76, Fall 1997.

Using Exchange-Traded Equity FLEX Put Options in Corporate Stock Repurchase Programs (joint work with Gary L. Gastineau and Clifford J. Weber), *Journal of Applied Corporate Finance* 10 (1), 109-114, Spring 1997.

The Value of the Stock Voting Right:  Evidence from the Swiss Equity Market (joint work with Roger Kunz), *Financial Management* 25(3), 7-20, Autumn 1996. (Lead article)

5

Shetty_000056

Comparison of Two Low-Cost S&P 500 Index Funds, *Derivatives Quarterly* 2 (3), 32-38, (joint work with Don M. Chance, Jack Clark Francis, and Gary L. Gastineau) Spring 1996.

The Broker Game, *Financial Practice and Education* 4 (1), 61-66, Spring/Summer 1994.

Implications of Chaos Theory for Portfolio Management, *Journal of Investing* 3 (2), 30-35, Summer 1994.

The Municipal Bond Insurance Riddle, *Financier* 1 (1), 48-63 February 1994.


**Patents**

Methods and systems for directing and executing certified trading interests, (co-invented with Henri Waelbroeck, Fred J. Federspiel), U.S. Patent Number 8,775,298, issued July 8, 2014

Methods and systems for directing and executing certified trading interests, (co-invented with Henri Waelbroeck, Fred J. Federspiel), U.S. Patent Number 8,266,045, issued September 11, 2012

Method for directing and executing certified trading interests, (co-invented with Henri Waelbroeck, Fred J. Federspiel), U.S. Patent Number 8,041,628, issued October 18, 2011

Method for directing and executing certified trading interests, (co-invented with Henri Waelbroeck, Fred J. Federspiel), U.S. Patent Number 8,040,138, issued August 30, 2011

Method for directing and executing certified trading interests, (co-invented with Henri Waelbroeck, Fred J. Federspiel), U.S. Patent Number 7,917,425, issued March 29, 2011

Method for directing and executing certified trading interests, (co-invented with Henri Waelbroeck, Fred J. Federspiel), U.S. Patent Number 7,908,206, issued March 15, 2011

Method for directing and executing certified trading interests, (co-invented with Henri Waelbroeck, Fred J. Federspiel), U.S. Patent Number 7,908,205, issued March 15, 2011

Method for directing and executing certified trading interests, (co-invented with Henri Waelbroeck, Fred J. Federspiel), U.S. Patent Number 7,877,318 issued January 25, 2011

Method for directing and executing certified trading interests, (co-invented with Henri Waelbroeck, Fred J. Federspiel), U.S. Patent Number 7,865,425 issued January 4, 2011

Method for directing and executing certified trading interests, (co-invented with Henri Waelbroeck, Fred J. Federspiel), U.S. Patent Number 7,814,000, issued October 12, 2010

6

Shetty_000057

Method for directing and executing certified trading interests, (co-invented with Henri Waelbroeck, Fred J. Federspiel), U.S. Patent Number 7,428,506, issued September 23, 2008

Method for directing and executing certified trading interests, (co-invented with Henri Waelbroeck, Fred J. Federspiel), U.S. Patent Number 7,356,500, issued April 8, 2008

**Book Chapters**

Finance as Fugu, in *Teach Business Studies With a Sense of Humor: Why (and How to) Be a Funnier and More Effective Business Studies Teacher and Laugh All the Way to Your Classroom,* edited by Kishor Vaidya, published by The Curious Academic Publishing, *2022, available at https://www.amazon.com/gp/product/B09K54QRQJ/ref=as_li_tl.*

How We Got Here, in *Current Perspectives on Modern Equity Markets: A Collection of Essays by Financial Industry Experts*, published by Knight Capital Group, 2010.

Does Ethical Investing Impose a Cost upon the Firm?  A Theoretical Perspective (joint work with Pietra Rivoli), The *Investment Research Guide to Socially Responsible Investing*, Brian R. Bruce Editor, Published by The Colloquium on Socially Responsible Investing,1998. Distributed through Investment Research Forums, Plano TX.

Flexible Friends (joint work with Gary L. Gastineau and Clifford J. Weber). *Breaking Down the Barriers,* Risk Publications.

**Selected Other Publications**

Bitcoin bonanza must be met with smart, tailored regulation. *The Hill,* December 5, 2017, http://thehill.com/opinion/finance/363201-bitcoin-bonanza-must-be-met-with-smart-tailored-regulation

Healthcare spending: the elephant in the tax reform room. *The Hill,* June 22, 2017, http://thehill.com/blogs/pundits-blog/healthcare/339040-the-elephant-in-the-tax-reform-room-health-spending

The CHOICE Act is just Dodd-Frank 2.0. We can do better. *The Hill*, May 16, 2017, http://thehill.com/blogs/pundits-blog/finance/333665-the-choice-act-is-just-dodd-frank-20-we-can-do-better

7

Shetty_000058

Approving bitcoin ETFs will lead investors to slaughter. March 7, 2017, http://thehill.com/blogs/pundits-blog/finance/322695-approving-bitcoin-etfs-will-lead-investors-to-slaughter

SEC inaction led to ongoing fiduciary fiasco. *The Hill,* February 7, 2017, http://thehill.com/blogs/pundits-blog/finance/318279-fiduciary-fiasco-stems-from-too-many-cooks-in-the-regulatory

Where Bitcoin boosters are getting it wrong. CNET News, January 23, 2014, http://news.cnet.com/8301-11386_3-57617636-76/where-bitcoin-boosters-are-getting-it-wrong/

Don't get bitten by Bitcoins, CNN.com, April 12, 2013, http://www.cnn.com/2013/04/11/opinion/angel-bitcoin-currency/


Walk, don't run, to money market reform, *Washington Times*, August 23, 2012.

Impact of special relativity on securities regulation, United Kingdom Foresight Project: The future of computer trading in financial markets, 2011

Flexible Friends (joint work with Gary L. Gastineau and Clifford J. Weber), *Risk*, October 1997, Volume 10 (10).

Looking Back At Our Debt Defaults, *Chicago Tribune*, February 1, 1996

An Investor's Guide to Placing Stock Orders, *American Association of Individual Investors Journal*, April 1993

Center for Nutritional Research, Harvard Business School Case 0-185-145 with Joyce Lallman, 1985

8

Shetty_000059

**Amicus Briefs**

Grayscale Investments LLC v. Securities and Exchange Commission, 2023, joint with Investor Choice Advocates Network, et al. United States Court of Appeals for the DC Circuit, USCA #22-1142.

Mangrove Partners Master Fund, LTD v. Overstock.com Inc, 2022, US Court of Appeals 10th Circuit, #21-4126

Universities Superannuation Scheme Limited, et al. v Petroleo Brasiliero S.A. Petrobras, 2016, US Court of Appeal, 2nd Circuit, #16-1914-cv

International Securities Exchange, LLC v Chicago Board Options Exchange, 2013, US Supreme Court #12-940

**Selected Comment Letters on Regulatory Matters**

| Date | Topic | URL |
|---|---|---|
| | | |
| 5/13/2024 | 24X Exchange | |
| 4/17/2024 | Miax Options | https://www.sec.gov/comments/10-240/10240-459331-1188256.pdf |
| 4/5/2024 | Ethereum options | https://www.sec.gov/comments/sr-nysearca-2023-70/srnysearca2023706 |
| 4/5/2024 | 24X Exchange | https://www.sec.gov/comments/10-242/10242-455511-1167614.pdf |
| 3/10/2024 | Bitcoin ETF Options | https://www.sec.gov/comments/sr-nyseamer-2024-10/srnyseamer2024 |
| 12/28/2023 | DOL Fiduciary Rule | https://www.dol.gov/sites/dolgov/files/ebsa/laws-and-regulations/rules |
| 12/12/2023 | Bitcoin ETFs | https://www.sec.gov/comments/sr-nysearca-2021-90/srnysearca20219( |
| 11/25/2023 | Junk fees | https://www.regulations.gov/comment/FTC-2023-0064-1294 |
| 10/10/23 | Predictive data analytics | https://www.sec.gov/comments/s7-12-23/s71223-271599-654542.pdf |
| 8/11/2023 | Bitcoin ETFs | https://www.sec.gov/comments/sr-cboebzx-2023-038/srcboebzx20230 |
| 3/31/2023 | Market structure proposals | https://www.sec.gov/comments/s7-31-22/s73122-333832.htm |
| 3/31/2023 | Disclosure of order execution information | https://www.sec.gov/comments/s7-31-22/s73122-333832.htm |
| 3/31/2023 | Regulation NMS tick size | https://www.sec.gov/comments/s7-31-22/s73122-333832.htm |
| 3/31/2023 | Order competition rule | https://www.sec.gov/comments/s7-31-22/s73122-333832.htm |
| 3/31/2023 | Best execution | https://www.sec.gov/comments/s7-31-22/s73122-333832.htm |
| 1/16/2023 | 24X Exchange | https://www.sec.gov/comments/10-239/10239-20155106-323422.pdf |
| 1/8/2023 | Preferred stock repurchases | https://www.regulations.gov/comment/IRS-2023-0004-0002 |
| 9/22/2022 | KalshiEX political contracts | https://comments.cftc.gov/Handlers/PdfHandler.ashx?id=33684 |
| 5/10/2022 | FTX | https://comments.cftc.gov/Handlers/PdfHandler.ashx?id=33580 |

9

Shetty_000060

| 5/6/2022 | Complex financial products | https://www.finra.org/sites/default/files/NoticeComment/James%20J%08%20Complex%20Financial%20Products.pdf |
|---|---|---|
| 5/6/2022 | Grayscale Bitcoin Trust | https://www.sec.gov/comments/sr-nysearca-2021-90/srnysearca202190 |
| 4/17/2022 | Grayscale Bitcoin Trust | https://www.sec.gov/comments/sr-nysearca-2021-90/srnysearca202190 |
| 1/4/2022 | Securities lending transparency | https://www.sec.gov/comments/s7-18-21/s71821-20111123-264777.pdf |
| 12/23/2021 | NSCC Securities Financing Transaction Clearing | https://www.sec.gov/comments/sr-nscc-2021-010/srnscc2021010-20110256- |
| 12/21/2021 | Market data pricing | https://www.sec.gov/comments/s7-24-89/s72489-20110185-264449.pdf |
| 9/30/2021 | Short interest reporting | https://www.finra.org/sites/default/files/NoticeComment/Dr.%20James%20J%20Comments%20by%20Professor%20James%20J%20Angel%20CFP%20%20%2019%20Short%20Interest%20Reporting_.pdf |
| 9/30/2021 | Digital engagement practices | https://www.sec.gov/comments/s7-10-21/s71021-9316492-260087.pdf |
| 7/16/2021 | Cross-border payments | https://www.fsb.org/wp-content/uploads/Professor-James-J-Angel.pdf |
| 6/28/2021 | Access to FedNow | https://www.federalreserve.gov/SECRS/2021/July/20210716/OP-1747/OP-1 |
| 5/18/2021 | Diversity and inclusion in the broker-dealer industry | https://www.finra.org/sites/default/files/NoticeComment/Georgetown%20Un%20Comments%20by%20Professor%20James%20J%20Angel%20CFP%20 |
| 1/26/2021 | Review of proposed RSBIX NFL futures contracts | https://comments.cftc.gov/Handlers/PdfHandler.ashx?id=31483 |
| 1/6/2021 | Tailored shareholder reports | https://www.sec.gov/comments/s7-09-20/s70920-8210195-227544.pdf |
| 1/4/2021 | Requirements for digital assets | https://downloads.regulations.gov/FINCEN-2020-0020-6550/attachment_1.p |
| 9/29/2020 | Reporting threshold for institutional investors | https://www.sec.gov/comments/s7-08-20/s70820-7860404-223966.pdf |
| 6/12/2020 | Market data infrastructure | https://www.sec.gov/comments/s7-03-20/s70320-7308729-218171.pdf |
| 3/3/2020 | Definition of accredited investor | https://www.sec.gov/comments/s7-25-19/s72519-6898005-211087.pdf |
| 2/24/2020 | Use of derivatives by investment companies | https://www.sec.gov/comments/s7-24-15/s72415-6856131-210491.pdf |
| 1/24/2020 | OTC disclosure | https://www.sec.gov/comments/s7-14-19/s71419-6692704-205949.pdf |
| 12/15/2019 | US Bitcoin and Treasury Trust | https://www.sec.gov/comments/sr-nysearca-2019-39/srnysearca201939-6545 |
| 11/7/2019 | Interbank settlement of faster payments | https://www.federalreserve.gov/SECRS/2018/December/20181228/OP-1625 |
| 10/30/2019 | Fee payment modernization | https://www.sec.gov/comments/s7-20-19/s72019-6371925-196518.pdf |
| 9/4/2019 | Fixed-income pilot | https://www.finra.org/sites/default/files/2019-09/19-12_JamesJAngel_Comm |
| 3/22/2019 | Quarterly earnings | https://www.sec.gov/comments/s7-26-18/s72618-5180415-183547.pdf |
| 10/24/2018 | Roundtable on market data | https://www.sec.gov/comments/4-729/4729-4560075-176207.pdf |
| 10/1/2018 | ETF rules | https://www.sec.gov/comments/s7-15-18/s71518-4467037-175796.pdf |
| 8/3/2018 | Transaction fee pilot | https://www.sec.gov/comments/s7-05-18/s70518-4171854-172333.pdf |
| 5/25/2018 | Transaction fee pilot | https://www.sec.gov/comments/s7-05-18/s70518-3718525-162501.pdf |

10

| | | |
|---|---|---|
| 8/7/2018 | Regulation Best Interest | https://www.sec.gov/comments/s7-07-18/s70718-4186553-172753.pdf |
| 9/11/2017 | Grayscale Bitcoin Investment Trust | https://www.sec.gov/comments/sr-nysearca-2017-06/nysearca201706-243351 |
| 7/30/2017 | BATS market close | https://www.sec.gov/comments/sr-batsbzx-2017-34/batsbzx201734-2154851 |
| 7/28/2017 | NYSE listing requirements | https://www.sec.gov/comments/sr-nyse-2017-12/nyse201712-2150650-1577 |
| 7/10/2017 | Force shares 4X ETFs | https://www.sec.gov/comments/sr-nysearca-2016-120/nysearca2016120-184 |
| 7/10/2017 | Managed portfolio shares | https://www.sec.gov/comments/sr-batsbzx-2017-30/batsbzx201730-1843677 |
| 5/25/2017 | Managed portfolio shares Royce ETFs | https://www.sec.gov/comments/sr-nysearca-2017-36/nysearca201736-17741 |
| 3/7/2017 | MSRB Minimum denomination rules | https://www.sec.gov/comments/sr-msrb-2017-01/msrb201701-1621385-1371 |
| 10/16/2016 | CHX Speed bump | https://www.sec.gov/comments/sr-chx-2016-16/chx201616-11.pdf |
| 8/26/2016 | Order handling disclosure | https://www.sec.gov/comments/s7-14-16/s71416-1.pdf |
| 6/9/2016 | Precidian ETF | https://www.sec.gov/comments/sr-nysearca-2016-08/nysearca201608-6.pdf |
| 3/28/2016 | Use of derivatives by investment companies | https://www.sec.gov/comments/s7-24-15/s72415-170.pdf |
| 12/5/2015 | Trade reports for ETPs | https://www.sec.gov/comments/sr-nysearca-2015-104/nysearca201510 |
| 12/5/2015 | Short interest reporting by large institutions | https://www.sec.gov/comments/4-689/4689-2.pdf |
| 12/5/2015 | IEX Exchange application | https://www.sec.gov/comments/10-222/10222-35.pdf |
| 8/17/2015 | Concept Release on ETPs | https://www.sec.gov/comments/s7-11-15/s71115-29.pdf |
| 12/22/2014 | Tick size pilot | https://www.sec.gov/comments/4-657/4657-86.pdf |
| 7/1/2014 | Crowdfunding | https://www.sec.gov/comments/s7-09-13/s70913-323.pdf |
| 6/20/2014 | JOBS Act | http://www.sec.gov/comments/jobs-title-v/jobstitlev-16.pdf |
| 5/7/2014 | W2007 Grace | https://www.sec.gov/comments/81-939/81939-41.pdf |
| 2/5/2014 | Crowdfunding | https://www.sec.gov/comments/s7-09-13/s70913-268.pdf |
| 1/13/2014 | Impact of speed of light on securities regulation | https://www.sec.gov/comments/s7-02-10/s70210-410.pdf |
| 11/22/2013 | Pay ratio disclosure | https://www.sec.gov/comments/s7-07-13/s70713-347.pdf |
| 11/5/2013 | Comments on OFR Study on Asset Management Industry | https://www.sec.gov/comments/am-1/am1-27.pdf |
| 9/17/2013 | Money market fund reform | http://www.sec.gov/comments/s7-03-13/s70313-228.pdf |
| 9/3/2013 | W2007 Grace | https://www.sec.gov/comments/81-939/81939-38.pdf |
| 9/3/2013 | Lessons learned from Nasdaq glitch | https://www.sec.gov/comments/s7-01-13/s70113-64.pdf |
| 9/3/2013 | W2007 Grace | https://www.sec.gov/comments/81-939/81939-38.pdf |
| 7/22/2013 | W2007 Grace | https://www.sec.gov/comments/81-939/81939-36.pdf |
| 6/3/2013 | Regulation SCI | http://www.sec.gov/comments/s7-01-13/s70113-24.pdf |
| 6/3/2013 | W2007 Grace | http://www.sec.gov/comments/81-939/81939-26.pdf |

11

Shetty_000062

| 5/14/2013 | NYSE Rule 104 | https://www.sec.gov/comments/sr-nyse-2013-21/nyse201321-2.pdf |
|---|---|---|
| 3/22/2013 | Political spending | https://www.sec.gov/comments/4-637/4637-1589.pdf |
| 2/6/2013 | Money market fund reform | https://www.sec.gov/comments/mms-response/mmsresponse-27.pdf |
| 9/5/2012 | Market technology and stability | https://www.sec.gov/comments/4-652/4652-5.pdf |
| 8/23/2012 | Limitations on SRO Liability | https://www.sec.gov/comments/sr-nasdaq-2012-090/nasdaq2012090-1 |
| 8/19/2012 | JOBS Act tick size | https://www.sec.gov/comments/jobs-title-i/tick-size-study/tick-size-stu |
| 8/16/2012 | Nasdaq benchmark orders | https://www.sec.gov/comments/sr-nasdaq-2012-059/nasdaq2012059-1 |
| 6/8/2012 | Scaling disclosure for smaller companies | https://www.sec.gov/news/otherwebcasts/2012/angel_060812.pdf |
| 3/5/2012 | NYSE trading floor rules | http://www.sec.gov/comments/sr-nyse-2011-56/nyse201156-5.pdf |
| 11/28/2011 | NYSE Dark Pool proposal | https://www.sec.gov/comments/sr-nyse-2011-55/nyse201155-13.pdf |
| 8/26/2011 | Broker-dealer reports | https://www.sec.gov/comments/s7-23-11/s72311-17.pdf |
| 8/25/2011 | Market-wide circuit breakers | https://www.sec.gov/comments/sr-bats-2011-038/bats2011038-2.pdf |
| 6/24/2011 | Limit-up Limit-Down | https://www.sec.gov/comments/4-631/4631-14.pdf |
| 1/16/2011 | Fairness in Financial Markets | https://www.sec.gov/comments/s7-02-10/s70210-316.pdf |
| 1/14/2011 | BX Venture Exchange | https://www.sec.gov/comments/sr-bx-2010-059/bx2010059-5.pdf |
| 10/20/2010 | Proxy voting | https://www.sec.gov/comments/s7-14-10/s71410-210.pdf |
| 9/21/2010 | Crowdfunding | https://www.sec.gov/comments/4-605/4605-33.pdf |
| 8/24/2010 | Comments on Proxy Voting Concept Release | https://www.sec.gov/comments/s7-14-10/s71410-228.pdf |
| 8/24/2010 | Ethical obligations of broker-dealers | https://www.sec.gov/comments/4-606/4606-2822.pdf |
| 8/9/2010 | Consolidated Audit Trail (CAT) | https://www.sec.gov/comments/s7-11-10/s71110-51.pdf |
| 6/19/2010 | Circuit breakers imposed after Flash Crash | https://www.sec.gov/comments/sr-bats-2010-018/bats2010018-13.pdf |
| 5/11/2010 | Flash Crash Warnings | https://www.sec.gov/comments/s7-02-10/s70210-181.pdf |
| 4/30/2010 | Equity Market Concept Release | https://www.sec.gov/comments/s7-02-10/s70210-172.pdf |
| 12/18/2009 | OTC Quote Proposal from FINRA | https://www.sec.gov/comments/sr-finra-2009-077/finra2009077-5.pdf |
| 9/21/2009 | Regulation SHO short sale restriction | https://www.sec.gov/comments/s7-08-09/s70809-4658.pdf |
| 9/20/2009 | Securities Lending Round Table | https://www.sec.gov/comments/4-590/4590-37.pdf |

12

Shetty_000063

| 5/5/2009 | Roundtable on Short Selling | https://www.sec.gov/comments/4-581/4581-2.pdf |
|---|---|---|
| 12/17/2008 | Reg 204T and settlement failures | http://www.sec.gov/comments/s7-30-08/s73008-54.pdf |
| 8/11/2008 | Reg SHO, market maker exemption | http://www.sec.gov/comments/s7-19-07/s71907-1306.pdf |
| 8/4/2008 | XBRL | https://www.sec.gov/comments/s7-11-08/s71108-87.pdf |
| 7/1/2008 | Financial responsibilities of broker dealers | https://www.sec.gov/comments/s7-08-07/s70807-29.pdf |
| 5/17/2008 | Naked short selling | http://www.sec.gov/comments/s7-08-08/s70808-401.pdf |
| 5/16/2008 | ETF Issuance rules | http://www.sec.gov/comments/s7-07-08/s70708-6.pdf |
| 5/15/2008 | Privacy of consumer financial information | https://www.sec.gov/comments/s7-06-08/s70608-94.pdf |
| 2/13/2008 | Ticker symbols | https://www.sec.gov/comments/4-534/4534-50.pdf |
| 9/10/2007 | Regulation SHO market maker exception | https://www.sec.gov/comments/s7-19-07/s71907-117.pdf |
| 8/16/2007 | Stock exchange ticker symbol allocation plan | https://www.sec.gov/comments/4-533/4533-42.pdf |
| 7/15/2007 | reporting requirements for smaller reporting companies | https://www.sec.gov/comments/s7-15-07/s71507-11.pdf |
| 5/24/2007 | Nasdaq Portal Proposal | https://www.sec.gov/comments/sr-nasdaq-2006-065/nasdaq2006065-1 |
| 4/29/2007 | Rule changes for securities futures exchanges | https://www.sec.gov/comments/s7-06-07/s70607-2.pdf |
| 2/26/2007 | Internal controls over financial reporting | https://www.sec.gov/comments/s7-24-06/s72406-188.pdf |
| 2/14/2007 | Rule 105 short sales | https://www.sec.gov/comments/s7-20-06/s72006-7.pdf |
| 2/14/2007 | Regulation SHO on short sales | https://www.sec.gov/comments/s7-21-06/s72106-35.pdf |
| 7/18/2006 | Regulation SHO | https://www.sec.gov/comments/s7-12-06/s71206-266.pdf |
| 12/5/2005 | Late filers | https://www.sec.gov/rules/sro/nyse/nyse200575/jjangel4858.pdf |
| 12/5/2005 | Regulation NMS | https://www.sec.gov/rules/proposed/s71004/jjangel012505.pdf |
| 7/5/2005 | Proxy voting fees | https://www.sec.gov/comments/sr-nyse-2013-07/nyse201307-43.pdf |
| 1/25/2005 | Companies that do not file in a timely manner | https://www.sec.gov/rules/sro/nyse/nyse200449/jjangel012605.pdf |
| 8/16/2004 | W2007 Grace | https://www.sec.gov/comments/81-939/81939-43.pdf |
| 8/9/2004 | Securities transactions settlement | http://www.sec.gov/rules/concept/s71304/jjangel04092004.pdf |
| 6/30/2004 | Regulation NMS | https://www.sec.gov/rules/proposed/s71004/jangel063004.pdf |
| 5/19/2004 | Regulation NMS | https://www.sec.gov/rules/proposed/s71004/jjangel051904.pdf |
| 1/3/2004 | Regulation SHO | https://www.sec.gov/rules/proposed/s72303/jjangel011004.htm |

13

Shetty_000064

| 10/2/1997 | Concept release on regulation of exchanges | http://www.sec.gov/rules/concept/s71697/angel1.txt |
|---|---|---|

**Working Papers**

See Social Science Research Network,
http://papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=35974

**Dissertation**

*Order Placement Strategy of Informed Investors: Limit Orders and Market Impact*, Winner of the 1991 FMA/AAII Completed Dissertation Grant Award

**Selected Recent Presentations**

"Market Structure," Harvard Law School, Cambridge MA, December 7, 2017

"Regulated Investment AdvisErs", FINRA Institute at Wharton, November 13, 2017

"Foreign Markets", FINRA Institute at Wharton Institute November 13, 2017

"Limit Up Limit Down", University of Nantes, France, April 6, 2017

"Recent Developments in Market Structure," Wharton School of Business, Philadelphia PA, April 12, 2016

"Regulation and Research," Moderator for session with SEC Commissioner Michael Piwowar and CFTC Commissioner Christopher Giancarlo, Eastern Finance Association, Baltimore MD, April 7, 2016

"Recent Developments in Market Structure," Harvard Law School, Cambridge MA, April 6, 2016

"ETF Transactions Costs are Higher than You Think," Investment Revolution Conference, Georgetown University, Washington DC, April 5, 2016.

"Disruptive Financial Technology," Defense Advanced Research Projects Agency (DARPA), Arlington VA, March 14, 2016

14

Shetty_000065

"Capital Markets:  Access and Volatility", 2015 Harvard China Symposium on Building the Financial System of the Twenty-First Century: An Agenda for China and the United States Armonk, NY, September 19, 2015

Discussion of "Shades of Darkness" at Financial Intermediation Research Society (FIRS), Reykjavik, Iceland, May 25, 2015

"The U.S. Crisis in Capital Formation," presented at Examining the Role of Capital Markets in the Economy, Brookings Institution, Washington DC, April 29, 2015,

"Market Fragility and Market Microstructure:  The U.S. Experience" Cambridge INET Microstructure Theory and Application Workshop, University of Cambridge, Cambridge, United Kingdom, March 12, 2015


**Congressional Testimony**

1997, United States Congress, House Commerce Committee Subcommittee on Finance and Hazardous Materials, April 16, 1997, testimony on HR 1053, The Common Cents Stock Pricing Act of 1997.

2008, United States Congress, Senate Committee on Homeland Security and Governmental Affairs, June 24, 2008, Ending Excessive Speculation in Commodity Markets: Legislative Options, testimony

2010, United States Congress, Senate Subcommittee on Securities, Insurance, and Investment and the Senate Permanent Subcommittee on Investigations, December 8, 2010, "Examining the Efficiency, Stability, and Integrity of the U.S. Capital Markets"

2011, United States Congress, House Financial Services Committee, Oversight and Investigations Subcommittee, March 30, 2011, "The Costs of Implementing the Dodd-Frank Act: Budgetary and Economic"

2013, United States Congress, House Committee on Small Business, April 11, 2013, "JOBS Act Implementation"

2014, United States Congress, U.S. Senate Committee on Banking, Housing, and Urban Affairs, July 8, 2014, The Role of Regulation in Shaping Equity Market Structure and Electronic Trading.


**Other Sworn Testimony and Expert Witness Experience**

15

Shetty_000066

2002, Goel v. Goel, sworn testimony in divorce case on value of insurance residuals

2004, United States v. Jeffrey R. Anderson, District Court for Eastern Virginia, Criminal No. 1:03-CR-444, expert report.

2004, Yorkville Advisors Management, LLC v. The Charter Oak Fire Insurance Company, expert report and deposition.

2005, NASD Arbitration No. 02-04697, Louis Barinaga, testimony.

2010, FINRA Arbitration No. 08-03711, Hendricks Automotive Group, testimony

2011, Keife et al. v. Metropolitan Life Insurance Company, expert report. Case No 3:10-cv00546-LRH-VPC

2012, Board of Trustees for the AFTRA Pension Fund et al. v. JP Morgan Chase NA, Civil Action Number 09-00686, rebuttal report in class certification

2012, Diebold et. al. v. Northern Trust, Case No. 09-cv-1934 (N.D. Ill.), rebuttal report in class certification and deposition.

2012, Comcast Corporation and Subsidiaries v. Commissioner of the Internal Revenue, Dockets 1660-11 and 2204-11. Expert and rebuttal reports.

2015, Owens v. Metropolitan Life Insurance Company, Case No . 2:14-CV-0074-RWS, expert report and deposition.

2015, Louisiana Firefighters' Retirement System et al. v. Northern Trust Investments, N.A., et al.  Case No. 09-7203, expert and rebuttal reports in class certification and deposition.

2023, U.S. v. Hampton, expert report

## Honors and Awards

**Columbia University**
Fellow, Law and Economics of Capital Markets Program, 2008-

**Fifteenth Annual International Conference Promoting Business Ethics**
Primeaux Prize for the Best Paper a(joint with Douglas McCabe), New York, 2008

**The Nasdaq Stock Market, Inc.**
Chair, Economic Advisory Board, 2000-2001

**Association of Investment Management and Research**
Chartered Financial Analyst, 2001

16

Shetty_000067

**National Association of Securities Dealers**
Visiting Academic Fellow 1999-2000

**Georgetown University**
Beta Gamma Sigma, Honorary Faculty Initiate, 1997
School of Business Summer Research Grants 1992, 1993, 1994, 1995, 1996, 1997
Executive Education Teaching Award, 2000

**U.C. Berkeley**
FMA/AAII Completed Dissertation Grant Award
Outstanding Graduate Student Instructor, 1988
Dean Witter Fellowship
University Fellowship

**Harvard Business School**:

Second Year Honors

**Caltech**

Graduation with Honors
National Merit Scholar
Don Shepherd Award
Varsity Football Letterman
Sophomore Class President

**Marquis Who's Who in America**

**Courses Taught at Wharton**

Capital Markets

**Courses Taught at Georgetown University**

**Undergraduate**
>           Business Financial Management
>           Advanced Financial Management
>           Principles of Investments
>           Great Books in Finance
>           Fixed Income Securities

**MBA**

17

Shetty_000068

Financial Management
Finance I
Finance II
Regulation in Financial Markets
Financial Crises:  Past, Present, and Future
Financial Markets
Corporate Finance
Investment Analysis
Capital Markets
Fintech

**MS Business Analytics**
Fintech

**MA Business and Public Policy**
Global Investments and Operations

**MS Finance**
Investments and Fixed Income Securities

**Global Executive MBA**
Complex Financial Instruments and Derivatives
World Equity Markets
International Finance
New York Residency

**Other Executive Programs**
International Financial Environment
International Risk Management
Fixed Income

**Custom Executive Programs**
World Bank
GXS
Gucci
ISMA
ICBC
Merrill Lynch

**Academic Director**

FINRA Institute at Georgetown's Certified Regulatory and Compliance Professional (CRCP®) Program.

18

Shetty_000069

**Ph.D. Committees**

Chul Park, *Three Essays in Empirical Financial Economics*, Georgetown University, 1999

Bernard McSherry, *A Private Sector Response to Rising Systematic Risk: The Formation of the New York Stock Exchange Clearing House in 1892,* Pace University, 2012

Julie Schoening, *Empirical Evidence of Knightian Uncertainty in Equity Markets*, Georgetown University, 2016

Jiadi Chen, *Three Essays in Economics of Online Platforms*, Georgetown University, 2021

Shuran Zhang, F*undamental Information, Non-Fundamental Information, and Price Discrimination*, Brandeis University, 2021


**University Service**
     University Budget Committee (2023-)
     Financial Aid Advisory Committee 2020-
     Committee on Investing and Social Responsibility 2015- 2023
     Main Campus Core Curriculum Committee 2016-
     MSB Appeals Board 2006-2012, 2014-2021, 2023-
     Chair, Faculty Library Advisory Committee, 2007-2012
     MSB Graduate Curriculum Committee 2003- 2006
     Georgetown University Library Committee 2003 - 2012
     Georgetown University Honor Council Investigating Officer 2001 – 2003, 2014-
     Georgetown University Faculty Senate 1998 - 1999
     Georgetown University Academic Excellence Task Force on Financial Management 1998
     Georgetown University Executive Faculty Steering Committee, 1997 - 1999
     Coordinator of Summer Research in Progress Seminar Series, 1992-1998
     Chair, Faculty Computer Advisory Committee, 1996-1997
     Benefits Advisory Committee, 1995-2004
     Faculty Advisor, Georgetown University Student Investment Fund, 1995-
     Faculty Advisor, Financial Management Association 1993-1996
     MSB Undergraduate Finance Field Advisor 1993-1999
     MSB Technology and Enhancements to Classroom Committee 1993-1994
     MSB Freshman Admissions Committee 1993-1994
     MSB Faculty Computer Advisory Committee, 1992-1993, 1994-5
     Student member of the U.C. Berkeley Economics Department External Review Committee, 1988
     Student member of U.C. Berkeley Faculty Graduate Council, 1988-1990
     Graduate Assembly Representative, 1987-1990

**Professional Service**

19

Shetty_000070

Financial Management Association Electronic Publishing Committee Chair, 1998-2001

**Referee Activities**

*Economic Inquiry*
*Financial Management*
*Financial Practice and Education*
*Financial Services Review*
*Journal of Banking and Finance*
*Journal of Economics and Business*
*Journal of Finance*
*Journal of Financial Markets*
*Journal of Financial Services Research*
*Journal of International Money and Finance*
*Management Science*
*Review of Financial Studies*

20

Shetty_000071