# EXHIBIT A

The Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 23-cr-00084-TL |
| v. | ) | |
| | ) | **DEFENDANT'S SPEEDY** |
| NEVIN SHETTY, | ) | **TRIAL WAIVER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Nevin Shetty, have been advised by my attorneys, J. Alex Little, Zachary Lawson, and Jeffrey Coopersmith, of my right to a speedy trial under the Sixth Amendment and the Federal Speedy Trial Act, 18 U.S.C § 3161 *et seq.*, and knowingly, voluntarily and with the advice of counsel, waive my right to a speedy trial and consent to the continuation of the date of my trial to any date up to and including May 15, 2025. I understand that, if this request is granted, the Court will make a finding that the time from the date of the order continuing trial until the new trial date is excluded for the purposes of computing the time within which trial must commence, pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated: July 19, 2024

DEFENDANT'S SPEEDY
TRIAL WAIVER - 1
*(No. 2:23-cr-00084-TL)*

Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | | |
|---|---|---|
| 1 | DocuSigned by:<br>**NEVIN SHETTY**<br>948A1DB04B8445C... | /s/ *Jeffrey Coopersmith* |
| 2 | | Jeffrey Coopersmith, WSBA 30954 |
| 3 | Nevin Shetty | 1015 2nd Ave. |
| 4 | | Seattle, WA 98104-1001 |
| | | jcoopersmith@corrcronin.com |

J. Alex Little, admitted *pro hac*
Zachary C. Lawson, admitted *pro hac*
6339 Charlotte Pike, Unit #C321
Nashville, TN 37209
Alex@litson.co
Zack@litson.co

DEFENDANT'S
SPEEDY TRIAL WAIVER – 2
*(No. 2:23-cr-00084-TL)*

**Corr Cronin LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900