The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NEVIN SHETTY,

    Defendant.

No. 2:23-cr-00084-TL

**[PROPOSED] ORDER GRANTING MOTION TO CONTINUE TRIAL**

THIS COURT, having considered Defendant Nevin Shetty's Motion to Continue Trial, and being familiar with the docket and pleadings filed therein,

HEREBY FINDS that the ends of justice served by a continuance of the trial date outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

THIS COURT FURTHER FINDS that given the outstanding trial subpoena productions and *Brady* material requested by the defendant, a reasonable period of delay is necessary on the grounds that the failure to grant such a continuance in the proceedings would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

THIS COURT FURTHER FINDS that, to the extent that the issues presented by this case are not so complex or unusual, the defense has exercised due diligence, and the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING MOTION
TO CONTINUE TRIAL - 1
(No. 2:23-cr-00084-TL)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

THEREFORE, THIS COURT GRANTS Mr. Shetty's motion and sets the trial of this case for March 31, 2025.

THIS COURT FURTHER EXCLUDES the period from the date of this order through March 31, 2025, from computation of the time within which the trial must commence under the Speedy Trial Act. The defendant has waived his speedy trial right through May 15, 2025.

IT IS SO ORDERED.

DATED this ____ day of July, 2024.

_____
TANA LIN
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600
jcoopersmith@corrcronin.com

J. Alex Little, admitted *pro hac vice*
Zachary C. Lawson, admitted *pro hac vice*
6339 Charlotte Pike, Unit #C321
Nashville, TN 37209
alex@litson.co
zack@litson.co

*Attorneys for Defendant*

ORDER GRANTING MOTION
TO CONTINUE TRIAL - 2
(No. 2:23-cr-00084-TL)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900