The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NEVIN SHETTY, <br><br> Defendant. | NO. CR23-084 TL <br><br> [~~PROPOSED~~] ORDER RE: <br> STAY OF PRETRIAL DEADLINES |

Having considered the parties' stipulated motion, and good cause appearing, the Court orders that the upcoming deadlines in the case management order are stayed. Once the Court decides the defendant's motion to continue trial, the parties shall confer on a revised schedule and submit a proposal to the Court within five days.

Dated this 23rd day of July, 2024.

HON. TANA LIN
UNITED STATES DISTRICT JUDGE

*Presented by:*

*s/ Philip Kopczynski*     
PHILIP KOPCZYNSKI
Assistant United States Attorney

[~~Proposed~~] Order re Pretrial Schedule - 1
*U.S. v. Shetty* / CR23-084 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970