The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:23-cr-00084-TL |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR DO HYEONG KWON |
| v. | |
| NEVIN SHETTY, | |
| Defendant. | NOTE ON MOTION CALENDAR: August 29, 2025 |

The parties to this case, and Do Hyeong Kwon, through their undersigned counsel, stipulate as follows:

WHEREAS, on August 26, 2025, Defendant Nevin Shetty filed a Petition for Writ of Habeas Corpus Ad Testificandum for the testimony of Mr. Kwon at trial (Dkt. 148);

WHEREAS, Mr. Kwon is the defendant in *United States v. Do Hyeong Kwon*, Case No. 1:23-cr-00151-PAE (S.D.N.Y.);

WHEREAS, counsel for Defendant Shetty is in contact with counsel for Mr. Kwon regarding the potential testimony, including about Mr. Kwon's intention to invoke Fifth Amendment rights;

WHEREAS, counsel for Defendant Shetty wishes to carefully consider and analyze Mr. Kwon's position before proceeding with the Petition, and counsel for Mr. Kwon seeks more time to respond to the Petition in the event Defendant Shetty proceeds; and

1    WHEREAS, the parties agree that they will not oppose a motion to intervene by Mr. Kwon

2 for the purpose of responding to the Petition.

3    NOW, THEREFORE, the parties stipulate and request that the Court order that:

4    1.    Reponses by Mr. Kwon and the government to Defendant Shetty's Petition for Writ

5          of Habeas Corpus Ad Testificandum (Dkt. 148) will be due on or before

6          September 9, 2025;

7    2.    Defendant's consolidated reply to the Mr. Kwon's and the government's responses

8          will be due on or before September 16, 2025.

9    3.    Defendant Shetty will advise the Court as to whether he will proceed with the

10         Petition on or before September 4, 2025.

11    DATED this 29th day of August, 2025. I certify that this motion contains 236 words, in

12 compliance with the Local Criminal Rules.

13 TEAL LUTHY MILLER                          CORR CRONIN LLP
   Acting United States Attorney
14
   *s/ Philip Kopczynski*                       *s/ Jeffrey B. Coopersmith*
15 PHILIP KOPCZYNSKI                           Jeffrey B. Coopersmith, WSBA No. 30954
   Assistant United States Attorney            1015 Second Avenue, Floor 10
16 700 Stewart Street, Suite 5220              Seattle, Washington 98104-1001
   Seattle, WA 98101-1271                      Ph: (206) 625-8600 | Fax: (206) 625-0900
17 Telephone: (206) 553-7970                   jcoopersmith@corrcronin.com
   philip.kopczynski@usdoj.gov
18                                             J. Alex Little, admitted *pro hac vice*
   *Counsel for the United States*             Zachary C. Lawson, admitted *pro hac vice*
19                                             LITSON PLLC
   HECKER FINK LLP                             53 Music Square East, Suite 300
20                                             Nashville, Tennessee 37212
                                               Ph: (615) 985-8205
21 *s/ Mike Ferrara*                            alex@litson.co
   Mike Ferrara                                zack@litson.co
22 350 Fifth Avenue, 63rd Floor
   New York, NY 10118                          *Attorneys for Defendant*
23 Ph: (212) 763-0883
   Email: mferrara@heckerfink.com
24
   *Attorneys for Do Hyeong Kwon*
25

STIPULATION AND [PROPOSED] ORDER RE:
BRIEFING SCHEDULE ON PETITION FOR WRIT
OF HABEAS CORPUS AD TESTIFICANDUM - 2
(No. 2:23-cr-00084-TL)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1    Based on the foregoing,

2    IT IS SO ORDERED.

3    DATED this 2nd day of September, 2025.

4

5    _____

6    TANA LIN
     United States District Judge

7

8    Presented by:

9    *s/ Jeffrey B. Coopersmith*
     _____
10   Jeffrey B. Coopersmith
     J. Alex Little, admitted *pro hac vice*
11   Zachary C. Lawson, admitted *pro hac vice*

12   *Attorneys for Defendant*

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND [PROPOSED] ORDER RE:
BRIEFING SCHEDULE ON PETITION FOR WRIT
OF HABEAS CORPUS AD TESTIFICANDUM - 3
(No. 2:23-cr-00084-TL)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900