The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEVIN SHETTY,<br><br>Defendant. | NO. CR23-084 TL<br><br>**AMENDED PROTECTIVE ORDER RE: MEDICAL INCIDENT** |

Based upon arguments made at the November 3, 2025, hearing on the Government's Motion for Protective Order (Dkt. No. 259) (sealed), the Court hereby amends its prior Order on Motion for Protective Order and Motion to Seal (Dkt. No. 262) (sealed) and ORDERS as follows:

The government has disclosed documents, and expects to disclose additional documents, relating to a medical incident experienced by an FBI agent who has worked on this trial. Because aspects of the incident are highly sensitive and personal in nature, the Court ORDERS that defense counsel shall not further disclose the agent's name, medical records or descriptions of medical conditions made by a medical provider related to the incident except to Mr. Shetty or as further authorized by the Court. Mr. Shetty is ORDERED not to further disclose this information. If defense counsel files any pleading or other document containing or discussing the medical records or descriptions of medical

conditions made by a medical provider related to the incident, it shall do so under seal. References to a "medical incident" generally or to the facts of any alleged government misconduct need not be filed under seal, so long as the FBI agent whose condition is at issue is identified by initials only.

The Court further ORDERS that documents at Docket Nos. 258–261, 266, and 267 shall be re-filed consistent with this Order and the Court's oral ruling at the hearing.

This order may be modified for good cause.

Dated this 3rd day of November, 2025.

Tana Lin
United States District Judge