## CR23-084-TL – UNITED STATES OF AMERICA v. NEVIN SHETTY

## Trial Witness List

| Name | Date(s) Testified |
| --- | --- |
| Stacy Saal | October 27, 2025 |
| Eric Chan | October 27, 2025 |
| Nathaniel Stone | October 27, 2025 |
| Alice Leung | October 27, 2025, October 28, 2025 |
| Robert Kaplan | October 28, 2025 |
| Sean O'Malley | October 28, 2025 |
| Desiree Brown | October 28, 2025 |
| Ron Shah | October 28, 2025 |
| Faisal Masud | October 28, 2025 |
| Ryan Bartley | October 29, 2025 |
| Lucy Harrington | October 29, 2025 |
| Cyrus Shirazi | October 29, 2025 |
| Tim Guleri | October 29, 2025 |
| Scott Beechuk | October 29, 2025 |
| Daniel Booth | October 29, 2025, October 30, 2025 |
| Rupali Amin | October 30, 2025 |
| Alexander Bard | October 30, 2025 |
| Kat Bruno | October 30, 2025 |
| Krista Beckley | October 30, 2025, October 31, 2025 November 4, 2025 |
| Samantha Wendt | October 31, 2025 |
| Adam Brazg | November 4, 2025 |