CR23-084-TL – UNITED STATES OF AMERICA v. NEVIN SHETTY

## Admitted Trial Exhibit List

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| **Plaintiff's Exhibits** | | | | |
| G-2 | Signature cards | Admitted | 10/28/2025 | |
| G-4 | April 2022 bank statement | Admitted | 10/31/2025 | |
| G-8 | Account records for HighTower Treasury | Admitted | 10/31/2025 | |
| G-11 | April 1, 2022 email | Admitted | 10/29/2025 | |
| G-12 | April 1, 2022 email | Admitted | 10/27/2025 | |
| G-15 | April 4, 2022 email | Admitted | 10/29/2025 | |
| G-20 | April 4, 2022 email | Admitted | 10/28/2025 | |
| G-21 | April 1, 2022 email | Admitted | 10/27/2025 | |
| G-22 | May 13, 2022 email | Admitted | 10/27/2025 | |
| G-29 | May 14, 2022 email | Admitted | 10/28/2025 | |
| G-30 | May 16, 2022 email | Admitted | 10/27/2025 | |
| G-31 | March 28, 2022 email | Admitted | 10/29/2025 | |
| G-32 | March 30, 2022 email | Admitted | 10/28/2025 | |
| G-33 | March 31, 2022 email | Admitted | 10/28/2025 | |
| G-34 | March 31, 2022 email | Admitted | 10/28/2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| G-35 | April 1, 2022 email | Admitted | 10/28/2025 | |
| G-36 | April 1, 2022 email | Admitted | 10/28/2025 | |
| G-37 | February 19, 2022 email | Admitted | 10/30/2025 | |
| G-38 | January 27, 2022 email | Admitted | 11/4/2025 | |
| G-39 | February 4, 2022 email | Admitted | 11/4/2025 | |
| G-40 | May 14, 2022 email | Admitted | 11/4/2025 | |
| G-42 | HighTower Treasury Account Agreement (attachment to G-47) | Admitted | 11/4/2025 | |
| G-43 | HighTower resolution (attachment to G-47) | Admitted | 11/4/2025 | |
| G-47 | May 12, 2022 email | Admitted | 11/4/2025 | |
| G-49 | April 1, 2022 email | Admitted | 11/4/2025 | |
| G-50 | April 13, 2022 email | Admitted | 10/27/2025 | |
| G-51 | May 15, 2022 email | Admitted | 11/4/2025 | |
| G-61 | April 9, 2022 email | Admitted | 11/4/2025 | |
| G-66 | March 29, 2022 email | Admitted | 11/4/2025 | |
| G-69 | March 29, 2022 email | Admitted | 11/4/2025 | |
| G-70 | March 29, 2022 email | Admitted | 11/4/2025 | |
| G-71 | March 29, 2022 email | Admitted | 11/4/2025 | |
| G-72 | March 29, 2022 email | Admitted | 11/4/2025 | |
| G-73 | March 29, 2022 email | Admitted | 11/4/2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| G-74 | April 11, 2022 email | Admitted | 11/4/2025 | |
| G-76 | March 21, 2022 email | Admitted | 11/4/2025 | |
| G-77 | March 23, 2022 email | Admitted | 11/4/2025 | |
| G-82 | March 14, 2022 email | Admitted | 10/27/2025 | |
| G-83 | March 17, 2022 email | Admitted | 10/28/2025 | |
| G-86 | Board meeting minutes – March 4, 2022 | Admitted | 10/28/2025 | |
| G-89 | Investment Policy Statement | Admitted | 10/27/2025 | |
| G-93 | Deposit Account Control Agreement (executed) | Admitted | 10/27/2025 | |
| G-94 | Deposit Account Control Agreement (2021) | Admitted | 10/27/2025 | |
| G-95 | Resolution re: Investment Policy Statement | Admitted | 10/27/2025 | |
| G-100 | Hightower Treasury website screenshot | Admitted | 11/4/2025 | |
| G-101 | Hightower Treasury website screenshot | Admitted | 11/4/2025 | |
| G-108 | Hightower Treasury website screenshot | Admitted | 10/29/2025 | |
| G-125 | Hightower Treasury website screenshot | Admitted | 11/4/2025 | |
| G-129 | Hightower Treasury website screenshot | Admitted | 11/4/2025 | |
| G-134 | Hightower Treasury website screenshot | Admitted | 11/4/2025 | |
| G-135 | Hightower Treasury website screenshot | Admitted | 11/4/2025 | |
| G-142 | Hightower Treasury Account Agreement | Admitted | 11/4/2025 | |
| G-144 | Hightower Treasury April 2022 account statement | Admitted | 10/29/2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| G-150A | Screenshot from G-150 | Admitted | 11/4/2025 | |
| G-150B | Screenshot from G-150 | Admitted | 11/4/2025 | |
| G-150C | Screenshot from G-150 | Admitted | 11/4/2025 | |
| G-150D | Screenshot from G-150 | Admitted | 11/4/2025 | |
| G-153 | Hightower Treasury account statement mockup | Admitted | 11/4/2025 | |
| G-154 | Hightower Treasury customer dashboard mockup | Admitted | 11/4/2025 | |
| G-155 | Hightower Treasury website specifications | Admitted | 11/4/2025 | |
| G-161 | February 15, 2022 Action by Written Consent of Directors | Admitted | 11/4/2025 | |
| G-170 | Wells Fargo Certificate of Authorization | Admitted | 11/4/2025 | |
| G-171 | SEC Form D – Hightower Treasury | Admitted | 11/4/2025 | |
| G-174 | Hightower Treasury Certificate of Incorporation | Admitted | 11/4/2025 | |
| G-181 | Meow Technologies records | Admitted | 10/29/2025 | |
| G-185 | SEC Form D – Hightower Treasury | Admitted | 11/4/2025 | |
| G-186 | Assorted business documents (scanned from paper originals) (Pages 55-70, 82, 87) | Admitted | 10/30/2025 | |
| G-188 | April 4, 2022 Slack conversation | Admitted | 10/28/2025 | |
| G-193 | March 30, 2022 Slack conversation | Admitted | 10/29/2025 | |
| G-195 | May 11, 2022 Slack conversation | Admitted | 10/27/2025 | |
| G-196 | April 1, 2022 Slack conversation | Admitted | 10/27/2025 | |
| G-197A | Screenshot from G-197 | Admitted | 11/4/2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| G-197B | Screenshot from G-197 | Admitted | 11/4/2025 | |
| G-197C | Screenshot from G-197 | Admitted | 11/4/2025 | |
| G-197D | Screenshot from G-197 | Admitted | 11/4/2025 | |
| G-197E | Screenshot from G-197 | Admitted | 11/4/2025 | |
| G-197F | Screenshot from G-197 | Admitted | 11/4/2025 | |
| G-197H | Screenshot from G-197 | Admitted | 11/4/2025 | |
| G-197I | Screenshot from G-197 | Admitted | 11/4/2025 | |
| G-198A | Screenshots from G-198 | Admitted | 11/4/2025 | |
| G-199A | Screenshot from G-199 | Admitted | 11/4/2025 | |
| G-200A | Screenshot from G-200 | Admitted | 11/4/2025 | |
| G-200B | Screenshot from G-200 | Admitted | 11/4/2025 | |
| G-200C | Screenshots from G-200 | Admitted | 11/4/2025 | |
| G-200D | Screenshots from G-200 | Admitted | 11/4/2025 | |
| G-207 | Still image from bank video | Admitted | 10/30/2025 | |
| G-208 | Flow of funds chart | Admitted | 10/31/2025 | |
| G-209 | Summary of aUST valuation | Admitted | 10/31/2025 | |
| G-210 | Summary of data sources reviewed | Admitted | 10/31/2025 | Demonstrative only |
| G-211 | Summary of Mirror transfers | Admitted | 10/31/2025 | |
| G-212 | HighTower user record | Admitted | 10/31/2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| G-214 | Tax return | Admitted | 10/30/2025 | |
| G-215 | Stipulation of the Parties | Admitted | 11/4/2025 | Read into the record |
| | | | | |

## Defendant's Exhibits

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| D-6 | Anchor Protocol Tweet | Admitted | 10/30/2025 | Objection overruled |
| D-15 | Article CHAI mobile payments app sees $54 million in blockchain transactions | Admitted | 10/30/2025 | Objection overruled |
| D-17 | Article Introducing Anchor Medium Article | Admitted | 10/30/2025 | Objection overruled |
| D-24 | Tweet - Didn't mean to be so quiet | Admitted | 10/30/2025 | Objection overruled |
| D-25 | Tweet - Close to announcing a recovery plan for $UST | Admitted | 10/30/2025 | Objection overruled |
| D-26 | Tweet - Deploying more capital | Admitted | 10/30/2025 | Objection overruled |
| D-28 | Article Chart - Top 10 Algorithmic Stablecoins By Market Cap | Admitted | 10/30/2025 | |
| D-29 | Tweet Anchor Launches Floating Interest Rates Today | Admitted | 10/30/2025 | Objection overruled |
| D-32 | Tweet - Algorithmic stablecoins are fast becoming the norm | Admitted | 10/30/2025 | Objection overruled |
| D-38 | Article - Anchor $UST deposits have hit 12 billion from 226k depositors | Admitted | 10/30/2025 | Objection overruled |
| D-41 | Tweet - Stable 20% APY is a high-yield safe-haven | Admitted | 10/30/2025 | Objection overruled |
| D-46 | Article - The Emerging Terra Ecosystem | Admitted | 10/30/2025 | Objection overruled |
| D-59 | Article - LFG Medium Article | Admitted | 10/30/2025 | Objection overruled |
| D-62 | Article - Washington Nationals Join Forces with Terra Community DAO in a First-of-its-Kind Partnership | Admitted | 10/30/2025 | Objection overruled |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| D-68 | Article - If there is any confusion left at this point, we will keep growing reserves until it becomes mathematically impossible for idiots to claim depeg risk for $UST | Admitted | 10/30/2025 | Objection overruled |
| D-76 | 2022 Amended & Restated Bylaws | Admitted | 10/28/2025 | |
| D-79 | 2020 Fabric Bylaws | Admitted | 10/28/2025 | |
| D-82 | Website Archive – Rho Fabric Case Study | Admitted | 10/27/2025 | |
| D-83 | Chase Bank In-Person Wire Records | Admitted | 10/27/2025 | |
| D-84 | Fabric Rho Checking Account Statement – August 2021 | Admitted | 10/27/2025 | |
| D-85 | Fabric Rho Checking Account Statement – April 2021 | Admitted | 10/27/2025 | |
| D-86 | Fabric Rho Checking Account Statement – November 2021 | Admitted | 10/27/2025 | |
| D-87 | Fabric Rho Checking Account Statement – April 2022 | Admitted | 10/27/2025 | |
| D-88 | 4/28/2022 Email Re: BOD meeting – plan #'s | Admitted | 10/27/2025 | |
| D-89 | Article – This 49-year-old CEO used lessons from Amazon and google to build a $1.5 billion start-up | Admitted | 10/27/2025 | |
| D-92 | Slack Messages – Eric Chan and Nevin Shetty – 4/21/2022 | Refused | 10/27/2025 | Objection sustained |
| D-93 | Summary of High Tower Treasury References in Fabric's QuickBooks | Refused Admitted | 10/27/2025 10/28/2025 | Objection sustained Objection overruled |
| D-95 | Stifel Bank Proposal for Fabric Venture Debt Facility | Admitted | 10/27/2025 | |
| D-96 | Slack Messages – Nevin Shetty and Alice Leung | Admitted | 10/28/2025 | |
| D-97 | Fabric Transaction Detail by Account: January 1, 2022 – April 26, 2023 | Admitted | 10/28/2025 | |
| D-98 | Review of the Federal Reserve's Supervision and Regulation of Silicon Valley Bank | Admitted | 10/28/2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| D-99 | 3/12/2021 Email Re: Confirm transfer in progress | Admitted | 10/28/2025 | |
| D-100A | Deposition – Faisal Masud – Lines 94:3-8 | Admitted | 10/28/2025 | |
| D-100B | Deposition – Faisal Masud – Lines 94:9-16 | Admitted | 10/28/2025 | |
| D-100C | Deposition – Faisal Masud – Lines 94:23-95:4 | Admitted | 10/28/2025 | |
| D-100D | Deposition – Faisal Masud – Lines 96:16-20 | Admitted | 10/28/2025 | |
| D-100E | Deposition – Faisal Masud – Lines 155:22-24 | Admitted | 10/28/2025 | |
| D-100F | Deposition – Faisal Masud – Lines 225:9-14 | Admitted | 10/28/2025 | |
| D-101 | 4/4/2022 Email to Ryan Bartley Re: Your wire transfer alert | Admitted | 10/29/2025 | |
| D-102 | 4/5/2022 Email to Ryan Bartley Re: Your wire transfer alert | Admitted | 10/29/2025 | |
| D-103 | 4/12/2022 Email to Ryan Bartley Re: Your outgoing wire transfer for account ending (…9944) | Admitted | 10/29/2025 | |
| D-104 | Photograph of Fabric individuals at Times Square | Admitted | 10/29/2025 | |
| D-105 | Deposition – Ryan Bartley – Lines 129:6-8 | Admitted | 10/29/2025 | |
| D-106 | Fabric Rho Treasury Account Statement – April 2022 | Admitted | 10/29/2025 | |
| D-107 | Fabric Stifel Bank Account Statement – April 2022 | Admitted | 10/29/2025 | |
| D-108 | Fabric Chase Bank Account Statement – April 2022 | Admitted | 10/29/2025 | |
| D-110 | Tweet – Anchor is not your ordinary money market | Admitted | 10/30/2025 | |
| D-111 | Tweet – Dear Terra Community | Admitted | 10/30/2025 | Objection overruled |
| D-112 | SDNY Superseding Indictment – Do Kwon | Admitted | 10/30/2025 | Objection overruled |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| D-113 | SDNY Press Release – Do Kwon Pleads Guilty to Fraud | Admitted | 10/30/2025 | Objection overruled |
| D-114 | IRS Form 4684 – Casualties and Thefts | Admitted | 10/30/2025 | |
| D-115 | IRS Form 4684 – Casualties and Thefts – Instructions | Admitted | 10/30/2025 | Objection overruled |
| D-116 | 26 CFR § 1.165-8 – Theft losses | Refused | 10/30/2025 | Objection sustained |
| D-117 | Redpoint Ventures Website – Alchemy | Admitted | 10/30/2025 | |
| D-118 | Fabric General Ledger: January – December 2022 | Admitted | 10/30/2025 | |
| D-119 | Search Warrant and Affidavit – Shetty Residence | Admitted | 10/31/2025 | |
| D-120 | Blockchain Analysis of HighTower Treasury Circle Account – Samantha Wendt | Admitted | 10/31/2025 | |
| D-121 | 5/20/2022 Email Re: UST Wallet Address | Admitted | 10/31/2025 | Objection overruled |
| D-122 | 5/26/2022 Email Re: Fabric Wallet Address (Page 1) | Admitted | 10/31/2025 | Objection overruled |
| D-123 | Grand Jury Presentation Slide | Admitted | 10/31/2025 | |
| D-125 | 5/13/2022 Email Re: Case Referral to SA Krista Beckley | Admitted | 10/31/2025 | Objection overruled |
| D-126 | 7/15/2022 Email Re: Shetty Family Information | Admitted | 10/31/2025 | Objection overruled |
| D-127 | Yahoo! Finance Valuation of UST – May 17, 2022 | Admitted | 10/31/2025 | Objection overruled |
| D-128 | Yahoo! Finance Valuation of UST – May 26, 2022 | Admitted | 10/31/2025 | Objection overruled |
| D-129 | Chart of UST Values – May 17 and 26, 2022 | Admitted | 11/4/2025 | Demonstrative only |
| D-130 | HighTower IRS EIN Registration | Admitted | 11/4/2025 | |
| D-131 | HighTower FINCEN Registration | Admitted | 11/4/2025 | |
| D-132 | 2/22/2022 Email Re: FINCEN MSB Logo | Admitted | 11/4/2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| D-133 | 3/30/2022 Shetty/Brazg Slack Messages | Admitted | 11/4/2025 | |
| D-134 | Google Doc – HighTower Initial Deliverable | Admitted | 11/4/2025 | |
| D-135 | 5/5/2022 Shetty/Brazg Slack Messages | Admitted | 11/4/2025 | |
| D-136 | 5/7/2022 Shetty/Brazg Slack Messages | Admitted | 11/4/2025 | |
| D-137 | 5/7/2022 Shetty/Brazg Slack Messages | Admitted | 11/4/2025 | |
| D-138 | 5/10/2022 Shetty/Brazg Slack Messages | Admitted | 11/4/2025 | |
| D-139 | 5/11/2022 Shetty/Brazg Slack Messages | Admitted | 11/4/2025 | |
| D-140 | 5/12/2022 Shetty/Brazg Slack Messages | Admitted | 11/4/2025 | |
| | | | | |