The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEVIN SHETTY,<br><br>Defendant. | NO. CR23-084 TL<br><br>VERDICT FORM |

**We, the Jury, have reached the following verdict:**

### COUNTS 1–4:
### WIRE FRAUD

*Count 1:* As to the offense of Wire Fraud, regarding a $100 wire transfer on or about April 1, 2022, we, the jury, unanimously find the defendant:

NOT GUILTY _____          GUILTY ___X___

*Count 2:* As to the offense of Wire Fraud, regarding a $14,500,000 wire transfer on or about April 4, 2022, we, the jury, unanimously find the defendant:

NOT GUILTY _____          GUILTY ___X___

1     ***Count 3:*** As to the offense of Wire Fraud, regarding a $5,400,000 wire transfer on or about April 5, 2022, we, the jury, unanimously find the defendant:

2

3     NOT GUILTY _____      GUILTY __X__

4

5     ***Count 4:*** As to the offense of Wire Fraud, regarding a $15,100,000 wire transfer on or about April 12, 2022, we, the jury, unanimously find the defendant:

6

7     NOT GUILTY _____      GUILTY __X__

[Signature redacted]

Presiding Juror

Date: 11/7/25

Verdict Form - 2
*United States v. Nevin Shetty*, CR23-084 TL