The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-0084TL |
| Plaintiff, | |
| v. | JOINT CERTIFICATION OF COUNSEL |
| NEVIN SHETTY, | RE: ADMITTED TRIAL EXHIBITS |
| Defendant. | |

  The United States of America, by and through Charles Neil Floyd, United States Attorney for the Western District of Washington, and Philip Kopczynski and Grace Zoller, Assistant United States Attorneys, and Alex Little, Zachary Lawson and Jeffrey Coopersmith, Counsel for Nevin Shetty, hereby files the admitted trial exhibits.

  Pursuant to General Order No. 01-18 "Exhibits Retention Procedures," within seven days of a verdict, the admitted trial exhibits shall be filed through the Court's electronic filing system (CM/ECF) along with a Joint Certification of Counsel.

  At the close of the trial counsel for all parties conferred with the in-court deputy and confirmed the list of admitted exhibits and reviewed the exhibits to be provided to the trier of fact in the matter. The exhibits filed here are those same exhibits.

Joint Certification: Admitted Trial Exhibits - 1
*United States v. Nevin Shetty*, CR23-0084TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Therefore, the undersigned submits that the admitted trial exhibits as listed on Court's Exhibit List (Dkt. No. 281) and hereby filed via CM/ECF event "Admitted Exhibits" are true and correct copies of the documents reviewed by the trier of fact in this matter. Audio and video bulk exhibits will not be filed via CM/ECF, but an electronic copy will be maintained by the United States.

DATED this 14th day of November, 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/ Philip Kopczynski*
*s/ Grace Zoller*
PHILIP KOPCZYNSKI
GRACE ZOLLER
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7970
E-mail: Philip.Kopczyski@usdoj.gov
         Grace.Zoller@usdoj.gov

*/s/ Alex Little (approved via e-mail)*
*/s/ Zachary Lawson (approved via e-mail)*
*/s/ Jeffrey Coopersmith (approved via e-mail)*
ALEX LITTLE
ZACHARY LAWSON
JEFFREY COOPERSMITH
Counsel for Nevin Shetty

Joint Certification: Admitted Trial Exhibits - 2
*United States v. Nevin Shetty*, CR23-0084TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970