The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEVIN SHETTY,<br><br>Defendant. | No. 2:23-cr-00084-TL<br><br>DEFENDANT'S MOTION FOR LEAVE TO CONTACT AND INTERVIEW JURORS<br><br>NOTE ON MOTION CALENDAR:<br>November 26, 2025 |

Defendant Nevin Shetty, by undersigned counsel, respectfully moves this Court pursuant to CrR 24(d) for leave to contact and interview jurors. The grounds for this Motion are set forth below. The government opposes this motion.

This case resulted in verdicts of guilty after a hard-fought trial that spanned two weeks. The jury began deliberations on the afternoon of November 5, and reached verdicts on the morning of November 7, 2025. At least one of the jurors, who goes by the handle "Neither_Glove7880," has posted publicly on Reddit about the case and the jury's deliberations. *See* Exhibit 1. Accordingly, a considerable amount of information about jury deliberations is public already.

Of course, no juror can be forced to speak with counsel, and counsel will inform jurors of this when we contact them if allowed to do so. Mr. Shetty will not be part of any contact or conversations with jurors. Having the opportunity to contact and potentially interview jurors is

DEFENDANT'S MOTION FOR LEAVE TO
CONTACT AND INTERVIEW JURORS - 1
(No. 2:23-cr-00084-TL)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1 important for at least two reasons. First, counsel is always trying to learn what works and does not
2 work in a criminal trial, and jurors will be able to provide this valuable feedback. Second,
3 especially in this case where everyone agrees that Mr. Shetty was duped by Do Kwon and his
4 stablecoin program, hearing (indirectly) about what jurors thought of his conduct and defenses will
5 be instrumental for Mr. Shetty as he works to come to grips with the conviction and the
6 consequences for him and his family.

   The defense has no objection if the Court's order allows both parties to contact and
interview jurors, and the proposed order accompanying this motion reflects this.

   DATED this 14th day of November, 2025.

I certify that this motion contains 273 words, in compliance with the Local Criminal Rules.

CORR CRONIN LLP

s/ Jeffrey B. Coopersmith
Jeffrey B. Coopersmith, WSBA No. 30954
Kristin E. Bateman, WSBA No. 54681
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
jcoopersmith@corrcronin.com
kbateman@corrcronin.com

LITSON PLLC

J. Alex Little, *admitted pro hac*
Zachary C. Lawson, *admitted pro hac*
54 Music Square East, Suite 300
Nashville, TN 37203
alex@litson.co
zack@litson.co

*Attorneys for Defendant*

DEFENDANT'S MOTION FOR LEAVE TO
CONTACT AND INTERVIEW JURORS - 2
(No. 2:23-cr-00084-TL)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900