# EXHIBIT 1

https://www.reddit.com/r/ethtrader/comments/13wigxz/comment/nnp3je6/?context=3&share_id=H8T19dmJ6NwlS1vqR8xgy&utm_content=1&utm_medium=ios_app&utm_name=ioscss&utm_source=share&utm_term=1



**Neither_Glove7880** · 2d ago

I was a juror on this case. We found him guilty today. Nov 7, 2025.

⊖  ⇧ 1 ⇩   💬 Reply   🏆 Award   ↗ Share   ⋯

**rsandstrom** · 15h ago

Crazy story! Any details on the case you can share or what the jury thought was evidence that lead to a conviction of this guy?

⊖  ⇧ 1 ⇩   💬 Reply   🏆 Award   ↗ Share   ⋯

**Neither_Glove7880** · 13h ago · Edited 13h ago

Several board members testified, along with other witnesses. The board members had invested millions in the startup and emphasized conservation and liquidity with the funds. Most of them, if not all, said that Shetty was inexperienced for the position and wanted him replaced. He was the CFO before they came on board. When he presented numbers in meetings, they were inconsistent.

Shetty was offered another job in the company, but wouldn't take it. He was on his way out, and his double-dealing went into overdrive before he left his position as CFO. He didn't tell anyone what he was doing. He went to great lengths to keep it from everyone. It was a well-crafted scheme and only came to light because the crypto crashed.

He took money in three large chunks and put it into his own side business, which no one, including the people who worked for him, knew was his business. He represented it as a safe bank treasury, but it was in cryptocurrency. Crypto was kryptonite to his bosses—the board members—who were adamant that the money needed to be liquid, in US dollars only, and held in safe, government-backed banks. Those stipulations were in the Investment Policy. There were emails where he acknowledged that he understood where and how the board expected him to keep the funds.

When the trickster was tricked by Do Kwan and the supposedly "stable" coin crashed to pennies, he had to 'fess up. He sent a message that something "catastrophic" had happened that would affect him and Fabric. He told them on a call. One guy had to pull off the road because he was driving. His boss fired him on the spot. Everyone who knew him who testified in the company was "devastated," "blindsided." Many were furious. They felt betrayed. No one could believe that he had done this. Thirty-five million dollars gone in the blink of an eye.

Also, the company he had on the side was supposed to get 20%, and for a short time, he reported to Fabric that they were getting 6%. He kept the other 14% for himself and his partner in Hightower Treasury. It wasn't real money, though; it was all in crypto, so they got nothing back, no interest, nothing. He was also manually entering the interest because the website he had for his side company wasn't functional.

He needed the 35 million because he only had a couple of million from friends and family, and it wouldn't have made enough in interest to make the kind of money he wanted before he had to leave Fabric. His friends and family lost their money, too, although that's irrelevant to the case.

There was so much to this case! Every minute of it was interesting. I learned a lot. It lasted two weeks. The first vote was four innocent and eight guilty. I was afraid it would be a hung jury, but the evidence and exhibits convinced those who believed he was innocent.

Shetty had a great defense team out of Tennessee. Very high powered. He certainly has some bucks left somewhere. There were at least six people at that table every day. The prosecution had only two lawyers and an FBI agent who was there the whole trial. There were three FBI people who testified. One was a forensic accountant who knew about how crypto works.

Alex Little was the defense lead. Alex Little is the attorney who represented Todd and Julie Chrisley in their appeal for charges of fraud and tax evasion. I didn't know this while the trial was going on because we weren't allowed to see any news about it, talk about it, or look anything up about it. Alex is on YouTube about the Chrisley case.

The law firm Alex Little is with, Litson PLLC, has an impressive website.

There is much more, but this is just off the top of my head.

⇧ 1 ⇩    Reply    Award    Share    ...

⊕ 4 more replies

> There is much more, but this is just off the top of my head.

⊖    ⇧ 1 ⇩    Reply    Award    Share    ...

**rsandstrom** · 12h ago

Wow sounds super interesting. Did you have to learn about the crypto stuff during trial? I'd have to take a crash course to even figure out what was going on.

⊖    ⇧ 1 ⇩    Reply    Award    Share    ...

**Neither_Glove7880** · 11h ago

It was super interesting all the way through. From the first day, I looked forward to going to court.

I knew a little bit about it going into the trial, but I learned an immense amount from the FBI witness. He was truly an educated expert. I had never heard of a "stable" coin before, for one thing.

Do Kwan is in prison for fraud involving his so-called stablecoin. When his scheme crumbled, so did Nevin Shetty's scheme because Shetty was one of many conned by Kwan. I learned what a depeg is in the context of stablecoins.

⇧ 1 ⇩    Reply    Award    Share    ...

⊕ 2 more replies

Do Kwan is in prison for fraud involving his so-called stablecoin. When his scheme crumbled, so did Nevin Shetty's scheme because Shetty was one of many conned by Kwan. I learned what a depeg is in the context of stablecoins.



rsandstrom • 10h ago

Good for you. I've always wondered what it would be like to be a part of a jury in a big trial like this.

You see it on TV but I guess I never thought about what happens with a real trial where the jury is undecided.

You mentioned the jury was split at first. What evidence convinced those that initially thought the guy was innocent to change their vote?



Neither_Glove7880 • 9h ago • Edited 4h ago

It did feel surreal being there, being part of such a big thing.

Jurors who felt unsure or not sure enough changed their minds mainly because of how many lies he told people, and all of the lies of omission. A couple of people felt bad that he would probably go to prison, and that was hard on their conscience.

It was hard to think he was innocent when he was making 20% interest on his employer's money and keeping 14% for himself. No one in Fabric knew that he had taken that money and put it into his own —a "side hustle" none of them knew about. Shetty actually called his business that in an email, a "side hustle."

His website didn't work either. He was in such a hurry to get things going before he was gone, he told his partner to put a "slick skin" on it and get it up. He called it an MVP, which stands for Minimal Viable Product.

His ex-partner was one of the witnesses against him. Shetty had lied to him, too. He told him that Fabric knew he had the money. That was a lie. No one in Fabric knew, not even his own bookkeeper. They were all stunned when they found out. They didn't even know he had another business.

We talked about how our duty as jurors was binary. We just had to decide whether or not he was guilty. The judge would determine the sentence. That juror had to think about it overnight, and then came around. We also talked about reasonable doubt.

The judge was excellent. She came into the jury room after we were polled and thanked us for our service. She was interested in our thoughts. Jurors asked her some questions. Both sides presented a good case (edit: a couple of people said they didn't think either side presented a good case, but overall I believe the jury thought they did). I think his sentencing is on Feb 11th.

The company's culture was focused on asset preservation and liquidity. They would not take risks, even in US stocks. They wanted the high burn rate to decrease and to start making a profit. Shetty stole their money and put it in the riskiest possible place. The board members were seasoned CEOs of their own companies and acted as mentors. They were also seed and Series donors. They were angry.

