The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>NEVIN SHETTY,<br><br>        Defendant. | No. 2:23-cr-00084-TL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO CONTACT AND INTERVIEW JURORS |

THIS COURT, having considered Defendant Nevin Shetty's Motion for Leave to Contact and Interview Jurors, and being familiar with the docket and pleadings filed therein,

GRANTS Mr. Shetty's motion. Counsel for Mr. Shetty, but not Mr. Shetty personally, may contact jurors and attempt to interview them. Counsel shall inform the jurors that they do not have to speak with counsel if they do not wish to do so. Counsel for the government may also contact jurors under the same terms.

IT IS SO ORDERED.

DATED this ____ day of _____, 2025.

_____
TANA LIN
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR
LEAVE TO CONTACT AND INTERVIEW JURORS - 1
(No. 2:23-cr-00084-TL)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  PRESENTED BY:

2  *s/ Jeffrey B. Coopersmith*
   Jeffrey B. Coopersmith
3  J. Alex Little, admitted pro hac vice
4  Zachary C. Lawson, admitted pro hac vice
   *Attorneys for Defendant*

ORDER GRANTING DEFENDANT'S MOTION FOR
LEAVE TO CONTACT AND INTERVIEW JURORS - 2
(No. 2:23-cr-00084-TL)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900