The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR23-084 TL |
|---|---|
| Plaintiff, | **GOVENRMENT STATEMENT RE: AGENT'S PERSONAL MATTER** |
| v. | |
| NEVIN SHETTY, | **FILED UNDER SEAL** |
| Defendant. | |

As described in a prior filing (Dkt. 259), an agent who performed some work on this case ("Agent 1") suffered a ▮▮▮▮▮▮▮▮ on October 30. During this incident, he made statements about numerous subjects that ▮▮▮▮▮▮▮▮. These statements included, among many others, statements about perceived corruption and lying, including in relation to the case against Shetty and other cases.

The government has worked diligently to obtain information about this incident and make appropriate disclosures to the defense. Today, the U.S. Attorney's Office received copies of footage from body cameras worn by county deputies who interacted with Agent 1 on the day of the incident. This footage is being made available to the defense under the terms of the requested protective order.

Statement re: Agent Personal Matter - 1
*United States v. Nevin Shetty*, CR23-084 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The government will also submit this footage to the Court, and, because of the time-
2  sensitivities created by the pending trial, the government respectfully asks the Court (or a
3  magistrate judge by referral from the Court) to watch the footage at the earliest opportunity.
4    The footage shows a human being in crisis. Among other things, Agent 1 makes
5  statements reflecting extreme ▮▮▮ (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮),
6  statements reflecting ▮▮▮▮▮▮▮ (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮), and statements that are ▮▮▮ (▮▮▮▮▮▮▮
8  ▮▮▮▮▮▮▮▮▮▮). There is no reason to believe that his statements concerning
9  Shetty's case, some of which are incomprehensible, have any connection to reality. This is
10 a tragic personal matter that should be left to Agent 1 and his family.
11   After the Court has reviewed the body camera footage, the government can address
12 any remaining questions the Court has about this matter. The government will then ask that
13 Shetty's trial proceed on Tuesday as planned.
14   DATED this 2nd day of November, 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/ Seth Wilkinson*
SETH WILKINSON
PHILIP KOPCZYNSKI
GRACE W. ZOLLER
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-0882
Email: Seth.Wilkinson@usdoj.gov
       Philip.Kopczynski@usdoj.gov
       Grace.Zoller@usdoj.gov

Statement re: Agent Personal Matter - 2
*United States v. Nevin Shetty*, CR23-084 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970