The Honorable Tana Lin

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEVIN SHETTY,<br><br>Defendant. | NO. CR23-084 TL<br><br>**[PROPOSED]**<br>**PROTECTIVE ORDER**<br>**RE: MEDICAL INCIDENT** |

The government has disclosed documents, and expects to disclose additional documents, relating to a medical incident experienced by government employee. Because the incident is highly sensitive and personal in nature, the Court ORDERS that defense counsel shall not further disclose information relating to the incident, except to Mr. Shetty or as further authorized by the Court. Mr. Shetty is ORDERED not to further disclose this information.  If defense counsel files any pleading or other document containing or discussing the incident, it shall do so under seal.

This order may be modified for good cause.

Dated this _____ day of November, 2025.

_____
HON. TANA LIN
UNITED STATES DISTRICT JUDGE

[Proposed] Protective Order - 1
*U.S. v. Shetty* / CR23-084 TL

1
2  *Presented by:*
3
4  *s/ Seth Wilkinson*
   SETH WILKINSON
5  Assistant United States Attorney
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

[Proposed] Protective Order - 2
*U.S. v. Shetty* / CR23-084 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970