## Special Handling Instructions

- ☐ HAZMAT
- ☐ Req. Charging
- ☐ Biohazard
- ☐ Other _____
- ☐ Latents
- ☐ Freeze
- ☐ FGJ
- ☐ Refrigerate

Signature of Seizing Individual: _[signature]_ — 10/6/22 9:02 AM
Printed Name/Agency: SA Antonia Wong
Reason: Initial Collection
Collected By: SA Antonia Wong
Agency: FBI

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: _[signature]_<br>Printed Name/Agency: SA Antonia Wong<br>Reason: To ECT | 10/6/22<br>11:00 AM | Signature: _[signature]_<br>Printed Name/Agency: Krylynn Bribe<br>Reason: Storage | 10/6/22<br>11:00 am |
| Signature: _[signature]_<br>Printed Name/Agency: Lexi Paulin<br>Reason: From Storage | 3/3/23<br>11:20 | Signature: _[signature]_<br>Printed Name/Agency: Krista Beckley<br>Reason: Review | 3/3/23<br>11:20 |
| Signature: _[signature]_<br>Printed Name/Agency: Krista Beckley<br>Reason: to ECT | 3:14<br>3/6/23 | Signature: _[signature]_<br>Printed Name/Agency: Raeya Tsutakawa<br>Reason: Storage | 3/6/23<br>15:14 |
| Signature: _[signature]_<br>Printed Name/Agency: Raeya Tsutakawa<br>Reason: From Storage | 3/23/23<br>12:16 pm | Signature: _[signature]_<br>Printed Name/Agency: Krista Beckley<br>Reason: For Review / Discovery | 3/23/23<br>12:16 pm |
| Signature: _[signature]_<br>Printed Name/Agency: Krista Beckley<br>Reason: Copy at USAO / Discovery | 3/23/23<br>2:58 pm | Signature: _[signature]_<br>Printed Name/Agency: Krista Beckley<br>Reason: Return from USAO | 3/28/23<br>3:59 pm |
| Signature: _[signature]_<br>Printed Name/Agency: Krista Beckley<br>Reason: to ECT | 3/28/23<br>4:20 pm | Signature: _[signature]_<br>Printed Name/Agency: Raeya Tsutakawa / FBI<br>Reason: Storage | 3/28/23<br>4:20 pm |

## Firearm Certification by (FI/SWAT) / Explosive Material Certification by (SABT):

Printed Name: _____
Signature: _____
Date: _____

ATF Trace Form Completed: ☐
NCIC: ☐

Case ID: 318E-SE-3605446    IB: 4    Barcode: E17 2548

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: [redacted] | 10/30/25 8:11 am | Signature: [signed] | 8:11 AM 10/30/25 |
| Printed Name: [redacted] | | Printed Name/Agency: KRISTA Beckley | |
| Reason: for trial | | Reason: for trial | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |