FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    10/31/2025

On 10/30/2025, SSA Tammy Mizer had the following interactions with ▆▆▆▆▆ related to the case and/or trial of Neven Shetty:

At approximately 6:12am, ▆▆▆▆▆ sent an email to SSA Mizer advising there was a FD-302 that needed to be signed. SSA Mizer reviewed and approved the FD-302 when she arrived in the office around 7:30AM (serial 152, Interview of Katherine Bruno on 10/29/2025). ▆▆▆▆▆ advised he would get the FD-302 to the trial team.

At approximately 8:20am, SSA Mizer received a call from ▆▆▆▆▆ that he had given SA Krista Beckley some evidence but she did not take the Chain of Custody paperwork from him. SSA Mizer was enroute to the USAO at the time and met up with ▆▆▆▆▆ near 6th Ave. and Pike St., so SSA Mizer could deliver the form to SA Beckley. ▆▆▆▆▆ expressed concern that SA Beckley did not take the form and did not seem interested in taking the form, and said SA Beckley had ▆▆▆▆▆ change the time on the Chain of Custody form. ▆▆▆▆▆ was looking at the Chain of Custody form and said he had not signed it or had signed it in the wrong place, so he initialed or signed it again before handing it to SSA Mizer. SSA Mizer proceeded to the USAO and provided the Chain of Custody form to SA Beckley.

At approximately 10:30AM, ▆▆▆▆▆ called SSA Mizer and said he had tried to get the Discovery export for serial 152 to the case team, but he had done it on the Unclassified side and thought he needed to come into the office to sign it. SSA Mizer told him someone else in the office could handle that and not to worry about it. SSA Mizer asked SA Beckley if she had received serial 152. SA Beckley advised SA Andrew Cropcho had sent it to her.

On 10/30/2025, SSA Matthew Zito had the following interactions with ▆▆▆▆▆ related to the case and/or trial of Neven Shetty:

At approximately 11:30AM, SSA Zito went to ▆▆▆▆▆ residence to meet with ▆▆▆▆▆ From approximately 11:30AM until 12:45PM, SSA Zito met and conversed with ▆

---

Investigation on  10/30/2025  at  Seattle, Washington, United States (In Person, Email, Phone)

File #  318E-SE-3605446                                              Date drafted  10/31/2025

by  Tammy D. Mizer, ZITO MATTHEW ALLEN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

318E-SE-3605446

Continuation of FD-302 of  (U) Interactions with SA Cunningham      , On  10/30/2025  , Page  2 of 2

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ During the conversation, while describing the events of his morning on 10/30/2025, ▮▮▮▮▮▮▮▮ said he had met with SA Beckley earlier in the day to give her evidence related to the Neven Shetty trial. ▮▮▮▮▮▮▮▮ said he met with SA Beckley in the parking lot of a PCC grocery store and provided the evidence to SA Beckley. ▮▮▮▮▮▮▮▮ thought is was odd SA Beckley wanted to meet in a grocery store parking lot. ▮▮▮▮▮▮▮▮ said after turning over the evidence, SA Beckley forgot to take the Chain of Custody form with her. ▮▮▮▮▮▮▮▮ then contacted SSA Mizer about getting the form to SA Beckley, and later met with SSA Mizer to give the Chain of Custody form to her.