

# WRITTEN QUESTIONS

November 1, 2025

Agent [REDACTED] Status

1. What is the present status of [REDACTED] mental and physical health?
2. Is [REDACTED] presently competent to testify in this proceeding on Monday? If not, why not?
3. What is [REDACTED] present duty status with the FBI? By way of example only, has [REDACTED] been suspended, decommissioned, or removed from his duties in any way? If not, has the FBI contemplated taking these or any similar steps?
4. If [REDACTED] duty status has changed, when did it occur?
5. Where is [REDACTED] presently located?

The "Mental Health Incident"

6. You wrote in your 10/31 email at 5:15 pm that [REDACTED] "experienced a mental health incident." Please explain what sort of "incident" occurred, and when it occurred.
7. As for timing, please identify the precise time window during which the government considers [REDACTED] to have been experiencing a "mental health incident."
8. What led the FBI and the USAO to determine that such an incident was occurring or had occurred?
9. Similarly, how did the FBI and the USAO become aware that there was "a [REDACTED] incident"?
10. How and when did the "incident" conclude? Is it ongoing?
11. Who made the determination that a "[REDACTED]" had occurred, and when did they do so?
12. At any point, did [REDACTED] express an intent or desire to [REDACTED] [REDACTED]? If so, please provide further details.
13. At any point, did [REDACTED] attempt to [REDACTED]? If so, please provide further details.



14. If expressed an intent to , did he make any communications to anyone related to such intent or action?

15. If such communications exist, please provide their substance.



<u>SSA Zito's Meeting with on October 30</u>

16. Was scheduled to be working on October 30, 2025?

17. If so, where was supposed to be working that day?

18. Why was at home at approximately 11:30 am, as opposed to in the office or working in the field?

19. When did SSA Zito make the decision to travel to residence?

20. Why did SSA Zito make the decision to travel to residence?

21. Before traveling to house, when was the last time SSA Zito interacted with ?

22. Prior to traveling to residence, did SSA Zito understand or believe that was experiencing a " "?

23. If so, when and why did SSA Zito have that understanding or hold that belief?

24. The 302 states that SSA Zito's conversation with was "primarily focused on 's well-being." What about "well-being" was discussed?

25. What other matters were discussed? Please provide specific details.

26. During the conversation between SSA Zito and , why was describing the events of his morning?

27. During the conversation, when "describe[ed] the events of his morning," did he describe all the events referenced earlier in the 302?

28. What did SSA Zito understand the "evidence related to Neven [sic] Shetty trial" that mentioned to be?

29. Did say why he thought it was "odd" for SA Beckley to meet him at the PCC parking lot? If so, what did he say?






30. What did SSA Zito say in response to [redacted] statements about SA Beckley, the "evidence related to Neven [sic] Shetty trial," or the "Chain of Custody form"?

31. Where did SSA Zito understand the "PCC grocery store" to be? At the time of this conversation, what did SSA Zito know about the PCC grocery store meeting that [redacted] described?

32. Did SSA Zito understand [redacted] statements about SA Beckley to be critical of her? If not, how did he understand the statements?

33. Did SSA Zito believe [redacted] recitation of facts about his interaction with SA Beckley to be true? If not, what did he believe to be false, and why did he hold that belief?

34. What was [redacted] demeanor during this conversation?

35. Did [redacted] provide any information during the meeting?

36. Did [redacted] discuss any other aspect(s) of his work at the FBI during this conversation?

37. Besides [redacted], was anyone else present in person at the meeting or attending over the phone?

38. How did the meeting conclude?

39. When the conversation ended, what did SSA Zito understand [redacted] was going to do next?

40. When the conversation ended, where did SSA Zito understand [redacted] was going to go next?

41. To the extent known by anyone in the government, what did [redacted] do after this meeting?

42. What steps, if any, did SSA Zito take after the meeting related to [redacted] and/or the Nevin Shetty case? For example, did he make any phone calls, send any messages (email or text), or take any actions because of his meeting with [redacted]

43. If SSA Zito took any such steps, when exactly did he take them?

44. Besides SSA Zito, who in the government (FBI and USAO) knew the meeting was taking place as it happened?



45. When did others at the FBI and USAO learn about the █████ meeting?

█████ Involvement in the Shetty Investigation and Trial

46. What role, generally, did █████ play in the Shetty investigation?

47. What actions, if any, have █████ taken in support of the Shetty trial currently underway in district court?

48. Why did the government have █████ listed on its official witness list as a potential witness in its case-in-chief?

49. What factual matters about the case did the government intend to elicit from █████?

50. Was █████ present in court for any of the trial?

51. If so, what portions and why?

52. Was █████ present in the courthouse during the Shetty trial?

53. If so, why was he present? (In other words, what was he doing there?)

54. Did other members of the government discuss the ongoing trial with █████ in any way?

55. If so, please provide the date, time, and substance of those conversations, as well as who participated in them.

SSA Mizer's Interactions with █████ at 6:12am

56. We understand that █████ said he would "get the [Bruno] FD-302 to the trial team" on the morning of 10/30. Did he do so?

57. How did █████ "advise" SSA Mizer he would get the FD-302 to the trial team? Was that in an email? Text message? Or other form of communication?

58. Did █████ in fact "get the FD-302 to the trial team"?

59. If so, how did █████ do so?

SSA Mizer's Interactions with █████ at 8:20am

60. What "evidence" was █████ referencing in his 8:20am phone call to SSA Mizer? Please provide us immediate access to this "evidence."



61. When this conversation took place, who had the "evidence" and/or where was it stored?

62. Does the "Chain of Custody" paperwork correspond to that evidence? Please provide us with a copy of this paperwork, including any and all versions and drafts.

63. Does the "Chain of Custody" form accurately reflect (a) the individuals who have handled the "evidence" and (b) when they handled it?

64. Why did [redacted] meet with SSA Mizer instead of SA Beckley?

65. Why did SSA Mizer meet with [redacted] at 6th and Pike rather than some other location?

66. What was [redacted] demeanor during this conversation?

67. SSA Mizer writes that "[redacted] expressed concern that SA Beckley did not take the form and did not seem interested in taking the form, and said SA Beckley had [redacted] change the time on the Chain of Custody form." As to these matters:

    (a) What, exactly, did [redacted] say?

    (b) Did SSA Mizer understand [redacted] statements about SA Beckley to be critical of her (Beckley)? If not, how did she understand the statements?

    (c) Did SSA Mizer understand [redacted] statement about "chang[ing] the time on the Chain of Custody form" to suggest that SA Beckley had asked [redacted] to do something improper?

    (d) If not, how did SSA Mizer understand that statement?

    (e) What was [redacted] demeanor when making this statement?

    (f) Did SSA Mizer believe [redacted] recitation of facts about his interaction with SA Beckley to be true? If not, what did she believe to be false, and why did she hold that belief?

68. SSA Mizer writes that [redacted] was looking at the Chain of Custody form and said he had not signed it or had signed it in the wrong place, so he initialed or signed it again before handing it to SSA Mizer." As to these matters:

    (a) What, exactly, did [redacted] say?



(b) What was demeanor when making this statement?

(c) Did sign the Chain of Custody form more than once?

69. How did SSA Mizer's conversation with end?

70. When the conversation ended, what did SSA Mizer understand was going to do next?

71. When the conversation ended, where did SSA Mizer understand was going to go next?

72. What steps, if any, did SSA Mizer take after the meeting related to and/or the Nevin Shetty case? For example, did she make any phone calls, send any messages (email or text), or take any actions because of her meeting with ?

73. If SSA Mizer took any such steps, when exactly did she take them?

74. Besides SSA Mizer, who in the government (FBI and USAO) knew the meeting was taking place as it happened?

75. When did others at the FBI and USAO learn about the in-person meeting?

<u>SSA Mizer's Interactions with SA Beckley between 8:20am and 10:30am</u>

76. When did SSA Mizer "provide[] the Chain of Custody form to SA Beckley," as described in the 302?

77. The 302 says that this meeting took place at the USAO. Was that the actual location where the two agents met?

78. If so, where exactly within the USAO did this meeting take place?

79. Who else was present at the time of this meeting between SSA Mizer and SA Beckley?

80. When SSA Mizer provided the Chain of Custody form to SA Beckley, what was the substance of the conversation between them?

81. Specifically, as to that conversation:

(a) Did SSA Mizer relay anything to SA Beckley that had said to her (Mizer)?

(b) If not, why not?



(c) If so, what did SSA Mizer tell SA Beckley about her conversation with ?

(d) Did SSA Mizer ask SA Beckley about statement regarding "chang[ing] the time on the Chain of Custody form"?

(e) If not, why not?

(f) If so, what did SA Beckley say in response?

(g) At this time, did SA Beckley provide any description of her interactions with on the morning of October 30?

(h) If so, what did SA Beckley say?

82. What steps, if any, did SSA Mizer take after this meeting related to SA Beckley and/or the Nevin Shetty case? For example, did she make any phone calls, send any messages (email or text), or take any actions because of her meeting with SA Beckley?

83. If SSA Mizer took any such steps, when exactly did she take them?

84. Besides SSA Mizer, who in the government (FBI and USAO) knew the meeting was taking place as it happened?

85. When did others at the FBI and USAO learn about this Mizer-Beckley meeting?

<u>SSA Mizer's Interactions with at 10:30am</u>

86. When made this phone call, where did SSA Mizer understand him to be? Was this location where he was expected to be?

87. If SSA Mizer had approved the FD-302 for Bruno at around 7:30am and already had provided it to the trial team, what did SSA Mizer understand needed to do to "get the Discovery export for serial 152 to the case team"?

88. In other words, as to the question above, what did SSA Mizer understand concerns to be in this phone call?

89. What was demeanor during this conversation?

90. When SSA Mizer responded to "not to worry about it," how did respond?

91. How did this conversation conclude?

92. When this conversation ended, what did SSA Mizer understand was going to do next?

93. When this conversation ended, where did SSA Mizer understand was going to go next?'

<u>SSA Mizer's Interactions with SA Beckley shortly after 10:30am</u>

94. The 302 reports that "SSA Mizer asked SA Beckley if she had received serial 152?" How did that communication take place: in person, over the phone, via email, via text message, or through some other means?

95. What was the substance of that conversation?

96. When SA Beckley "advised [that] SA Andrew Cropcho had sent [serial 152] to her," how did Beckley's communication to Mizer take place: in person, over the phone, via email, via text message, or through some other means?

97. What was the substance of SA Beckley's response to Mizer?

98. Did SA Cropcho in fact provide serial 152 (which we understand to be the 302 of Kat Bruno) to SA Beckley?

99. If so, how did SA Cropcho obtain the document?

100. If so, how did SA Cropcho provide the document to SA Beckley?

<u>Meeting with SA Beckley before 8:20am</u>

101. Did SA Beckley actually meet with before 8:20am?

102. If so, where did that meeting take place?

103. If so, why did that meeting take place?

104. If so, how was the meeting arranged?

105. What happened at the meeting?

106. What did SA Beckley say to at this meeting?

107. What did say to SA Beckley at this meeting?

108. Specifically, did the two agents discuss a "Chain of Custody" form?

109. If so, what form was it? And what evidence did it relate to?

110. Was SA Beckley uninterested in taking the "Chain of Custody" form?

111. If so, why?

112. What "time" on the "Chain of Custody" form did the two agents discuss?

113. Did SA Beckley say anything to [redacted] about the time on the "Chain of Custody" form?

114. Did SA Beckley ask [redacted] to alter any aspect of the "Chain of Custody" form?

115. Did [redacted] ever place a "time" on the "Chain of Custody" form? If so, was this time accurate?

116. Did SA Beckley ever place a "time" on the "Chain of Custody" form? If so, was this time accurate?

117. As to the questions in this section, what is your basis of knowledge?

<u>SA Beckley's Version of Events</u>

118. What is SA Beckley's recollection of her 10/30 meeting with [redacted]?

119. Did SA Beckley document this meeting in any way?

120. If so, when?

121. If not, why not?

122. Has anyone in the government (USAO or FBI) asked her to do so?

123. If so, when?

124. If not, why not?

125. Does SA Beckley dispute [redacted] description of the meeting as he relayed it to SSA Mizer? To Agent Zito?

126. Does SA Beckley agree with [redacted] as to the purpose of the meeting?

127. Does SA Beckley agree with [redacted] as to the location of the meeting?

128. Besides the two of them, who (if anyone) in the government (FBI and USAO) knew the meeting was taking place as it happened?

129. When did others at the FBI and USAO first learn about this [REDACTED] parking-lot meeting?

130. What is SA Beckley's recollection of her first 10/30 meeting with SSA Mizer when Mizer provided her with a copy of the "Chain of Custody" form?

131. Did SA Beckley document this meeting in any way?

132. If so, when?

133. If not, why not?

134. Has anyone in the government (USAO or FBI) asked her to do so?

135. If so, when?

136. If not, why not?

<u>Relationship Between SA Beckley and [REDACTED]</u>

137. Has [REDACTED] ever previously criticized SA Beckley in any way?

138. Has [REDACTED] ever previously questioned or criticized:

    (a) SA Beckley's investigative ability?

    (b) SA Beckley's handling of evidence?

    (c) SA Beckley's judgment?

    (d) SA Beckley's diligence?

    (e) SA Beckley's honesty?

    (f) Any aspect of the Shetty investigation, case, or trial?

139. If the answer to any of the questions in this section is "yes," please provide a full description of the substance of the statement, when it was made, and to whom it was made.

<u>USAO and Trial Prosecutors' Knowledge</u>

140. When did any member of the USAO become aware of any of the events described in the 302? For each meeting, and each person who became aware, please provide the specific time and means they obtained such knowledge.

Timing of Partial Disclosure

141. The 302 you provided appears to have been exported no later than 12:52pm on 10/31. Please explain why the 302 was not provided to us until more than four hours later at 5:15pm?

142. Do you agree that all individuals listed in the 302 you provided are members of the Shetty "trial team"? If not, please identify who you believe is not and provide the basis for your position.

143. Before 10:30am on 10/30, members of the trial team knew that Agent Beckley was accused of altering, or asking a fellow special agent to alter, documents related to the ongoing trial of Nevin Shetty. Why was this information not disclosed to the defense until approximately 30 hours later?

Additional Documentation

144. What investigation has the government undertaken, or is undertaking, about the events described in the 302 and surrounding events, including disclosures made or not made to the Shetty defense team?

145. What other documents, reports, or records in the custody and control of the government contain information about any of the matters referenced in the 302?

146. Have you preserved all text messages, voicemails, phone records, and emails of all agents mentioned in the 302 and all members of the FBI and USAO working on this case that relate to these issues?

147. If not, why not?

148. Have you reviewed all such text messages, voicemails, phone records, and emails?

149. If not, why not?

150. Please provide the following documents:

    (a) The "evidence" mentioned in the 302;

    (b) All versions of the "Chain of Custody" form mentioned in the 302;

    (c) All versions of the serial 152 mentioned in the 302;



(d) The email sent by [redacted] at 6:12am and any further email correspondence between SSA Mizer and any other person on this topic;

(e) The email [redacted] sent to the trial team on the morning of 10/30;

(f) The communication in which [redacted] advised Mizer he would get the FD-302 to the trial team;

(g) All communications to and from [redacted] and any other member of the government (FBI and USAO) on 10/30 and 10/31;

(h) All communications to and from SA Beckley and any other member of the government (FBI and USAO) on 10/30 and 10/31;

(i) All communications to and from SSA Mizer on 10/30 and 10/31 about these matters;

(j) All communications to and from SSA Zito on 10/30 and 10/31 about these matters;

(k) All communications between any member of the FBI and any member of the USAO about anything mentioned in the 302, including any conversation about disclosure to the defense; and

(l) All documents, reports, or records (including rough notes) that contain information about any of the matters referenced in the 302.