| | |
|---|---|
| **From:** | Alex Little |
| **To:** | Wilkinson, Seth (USAWAW) |
| **Cc:** | Zachary Lawson; Coopersmith, Jeffrey; Zoller, Grace (USAWAW); Kopczynski, Philip (USAWAW) |
| **Subject:** | [EXTERNAL] Re: US v. Shetty |
| **Date:** | Sunday, November 2, 2025 12:04:36 PM |
| **Attachments:** | image001.png |
| | artboard2_29b19b32-1941-49fd-b112-290bbd6e6e45.png |

Seth,

Thank you for talking to us for a few minutes. We are glad to hear that the Agent is ▮▮▮▮ ok. As I told you, the Agent and I both ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ I have no desire to make his life any more difficult, to embarrass him, or his family. But we cannot agree to your blanket order that would hide evidence of other agents' misconduct.

We spoke about your request for a blanket protective order that covers every aspect of these issues. Here is what we can agree on:

- We will agree **not** to use the Agent's name in any public pleading or filing;
- We will agree to redact <u>all</u> references to the Agent in any document we file with the Court;
- We will agree to a protective order that covers <u>all aspects of the Agent's</u> ▮▮▮▮▮▮▮▮, including any actions or statements related to ▮▮▮▮▮▮;
- Our primary concern is your request to — as a preliminary matter, before we learn anything — place under seal all statements about this case, including statements that question SA Beckley's credibility and the possibility she committed misconduct;
- We do not believe (with redactions) any aspect of the Mizer/Zito 302 should be placed under seal, so long as the agent's name is redacted, along with the line referencing his "▮▮▮▮▮▮▮" because that 302 explicitly documents the failure of the trial team to provide evidence of SA Beckley's misconduct to us before she testified.

If you can agree to allow us the use of such statements <u>only as they relate to this case</u>, without seeking a Court order first, we can sign any protective order you wish to propose.

If you disagree, and believe you must seek a broader protective order, we ask that you apprise the Court of our position in full, as stated above.

On a related matter, we believe that the Court will need most of tomorrow — at least — to sort through these issues. Given that likelihood, we think we should ask the Court to reserve tomorrow to deal with these issues (especially because testimony was not scheduled to start until 11 am) and notify the jury that they should return on Tuesday morning at 9 am because of a Court scheduling issue. That would allow us to meet with the Court at 9 am Monday and, if

necessary, hold a hearing on any issues that are necessary to resolve before trial continues.

Please let us know your position as to that scheduling question.

Finally, please let us know which PCC grocery store was referenced in the 302. I assume you would not suggest that location is confidential.

Best,
Alex


**Alex Little**
Managing Member



54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8189 | alex@litson.co

**CONFIDENTIALITY NOTICE:** This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

**From:** Wilkinson, Seth (USAWAW) <Seth.Wilkinson@usdoj.gov>
**Date:** Sunday, November 2, 2025 at 11:22 AM
**To:** Alex Little <alex@litson.co>
**Cc:** Zachary Lawson <zack@litson.co>, Coopersmith, Jeffrey <jcoopersmith@corrcronin.com>, Zoller, Grace (USAWAW) <Grace.Zoller@usdoj.gov>, Kopczynski, Philip (USAWAW) <Philip.Kopczynski@usdoj.gov>
**Subject:** RE: US v. Shetty

OK, please call me at 10:30.

Seth Wilkinson
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
206.553.4259 (Desk)
seth.wilkinson@usdoj.gov

**From:** Alex Little <alex@litson.co>
**Sent:** Sunday, November 2, 2025 11:21 AM
**To:** Wilkinson, Seth (USAWAW) <Seth.Wilkinson@usdoj.gov>
**Cc:** Zachary Lawson <zack@litson.co>; Coopersmith, Jeffrey <jcoopersmith@corrcronin.com>; Zoller, Grace (USAWAW) <Grace.Zoller@usdoj.gov>; Kopczynski, Philip (USAWAW) <Philip.Kopczynski@usdoj.gov>
**Subject:** [EXTERNAL] Re: US v. Shetty

Seth,

Please make yourself available for a phone call so we can understand your concerns. Right now, you're not providing us with enough information to ascertain what you mean.

For example, are you contending that the report yesterday must be filed under seal?

We'll call you at your desk phone.

Best,
Alex


**Alex Little**
Managing Member



54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8189 | alex@litson.co

**CONFIDENTIALITY NOTICE:** This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

---

**From:** Wilkinson, Seth (USAWAW) <Seth.Wilkinson@usdoj.gov>
**Date:** Sunday, November 2, 2025 at 11:17 AM
**To:** Alex Little <alex@litson.co>
**Cc:** Zachary Lawson <zack@litson.co>, Coopersmith, Jeffrey <jcoopersmith@corrcronin.com>, Zoller, Grace (USAWAW) <Grace.Zoller@usdoj.gov>, Kopczynski, Philip (USAWAW) <Philip.Kopczynski@usdoj.gov>
**Subject:** RE: US v. Shetty

Alex, this is not going to work. The entire incident is highly sensitive, and so the protection needs to be as extensive as in our proposed order, at least for now. You can seek relief from the protective order later if appropriate. If you won't agree to that order we'll just file a motion, but unfortunately that is going to delay our ability to get further information to you.

Seth Wilkinson
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
206.553.4259 (Desk)
seth.wilkinson@usdoj.gov

---

**From:** Alex Little <alex@litson.co>
**Sent:** Sunday, November 2, 2025 10:56 AM
**To:** Wilkinson, Seth (USAWAW) <Seth.Wilkinson@usdoj.gov>
**Cc:** Zachary Lawson <zack@litson.co>; Coopersmith, Jeffrey <jcoopersmith@corrcronin.com>; Zoller, Grace (USAWAW) <Grace.Zoller@usdoj.gov>; Kopczynski, Philip (USAWAW) <Philip.Kopczynski@usdoj.gov>
**Subject:** [EXTERNAL] Re: US v. Shetty

Seth,

We would agree to such an order to the extent it covers the "sensitive medical information" only, but we would not agree to an order that broadly covers all matters related to this "'incident" — in part because you have not told us what the "incident" entails. For example, the 302 you provided Friday night has no such information and suggests that the incident consisted of a single conversation with SSA Zito.

With the understanding that the protective order would cover medical records or descriptions of medical conditions made by a medical provider, we will agree to the entry of such an order and abide by such guidelines prior to its entry. We also are happy to only use ▮▮▮▮ initials in any public filing.

Again, it would be easier to discuss these matters on the phone. But, for now, please find our redlines to the proposed protective order, which we would accept.

Best,
Alex

**Alex Little**
Managing Member

Litson Logo

54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8189 | alex@litson.co

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

---

**From:** Wilkinson, Seth (USAWAW) <Seth.Wilkinson@usdoj.gov>
**Date:** Sunday, November 2, 2025 at 10:37 AM
**To:** Alex Little <alex@litson.co>
**Cc:** Zachary Lawson <zack@litson.co>, Coopersmith, Jeffrey <jcoopersmith@corrcronin.com>, Zoller, Grace (USAWAW) <Grace.Zoller@usdoj.gov>, Kopczynski, Philip (USAWAW) <Philip.Kopczynski@usdoj.gov>
**Subject:** RE: US v. Shetty

Alex,

Thanks for your email. We are working on an additional disclosure. Because of the sensitivities involved, we need to provide the information pursuant to a protective order. Will you agree to entry of the attached protective order? And, will you agree to abide by the terms of this proposed order until it is entered?   Thanks.

Seth Wilkinson
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
206.553.4259 (Desk)
seth.wilkinson@usdoj.gov

---

**From:** Alex Little <alex@litson.co>
**Sent:** Sunday, November 2, 2025 12:49 AM
**To:** Wilkinson, Seth (USAWAW) <Seth.Wilkinson@usdoj.gov>
**Cc:** Zachary Lawson <zack@litson.co>; Coopersmith, Jeffrey <jcoopersmith@corrcronin.com>
**Subject:** [EXTERNAL] Re: US v. Shetty

Seth,

We sought a phone conversation with you today to discuss these important matters quickly and efficiently. Given that we are in the middle of trial, time is of the essence.

Because you have refused our requests for a phone call for the last ten hours, we have drafted a list of questions that we need your answers to by noon on Sunday, the 2nd (tomorrow). This list is not exhaustive, and your answers likely will raise follow-up questions.

Based on the limited information we know already, we expect there to be an evidentiary hearing on this matter and will need to raise this with the Court in a timely manner on Sunday. Please ensure that AUSAs Kopczynski and Zoller, FBI SSAs Mizer and Zito, and FBI SAs Cropcho and ▮▮▮ (to the extent he is ▮▮▮) are available to testify beginning on Monday, through the rest of this week.

Because the hearing would likely involve the testimony of the AUSAs, FBI SSAs, and FBI SAs listed above, we ask that you answer these questions based on your knowledge and not disseminate the questions to—or discuss the answers with—these potential witnesses at this time. As you can see, I have **not** copied AUSAs Kopczynski and Zoller on this email. We leave it to your discretion to decide whether you choose to disclose these questions to them (or the FBI SAs and SSAs). If you do, we certainly will ask them about those conversations.

By asking these questions, the defense team does not intend to waive the ability to ask any additional questions, nor excuse the government from its constitutional, statutory, and ethical obligations. As AUSA Kopczynski and the Court have stated several times, your office's disclosure obligations are self-executing. That said, we will seek intervention by the Court to the extent you do not comply with your obligations in a timely manner.

Thank you in advance for your cooperation.

Best,
Alex

**Alex Little**
Managing Member



54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8189  |  alex@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

---

**From:** Alex Little <alex@litson.co>
**Date:** Saturday, November 1, 2025 at 5:55 PM
**To:** Wilkinson, Seth (USAWAW) <Seth.Wilkinson@usdoj.gov>, Coopersmith, Jeffrey <jcoopersmith@corrcronin.com>
**Cc:** Kopczynski, Philip (USAWAW) <Philip.Kopczynski@usdoj.gov>, Zoller, Grace (USAWAW) <Grace.Zoller@usdoj.gov>
**Subject:** Re: US v. Shetty

Seth,

We will try to put some questions in writing, but many of our questions are foundational and will lead to additional questions. As we noted, the report you have given us is vague about many of the critical issues.

Given the time constraints, we don't think a written back-and-forth that takes a day to receive a response is practical. For example, it took you nearly three hours to respond to our email, and you did so without providing any additional information.

Based on the limited information we have been told, we believe that your Office has affirmative obligations beyond any written questions we may ask, particularly because we don't know enough about the circumstances to know all the relevant questions to ask. At the very least, we understand that the prosecution team was aware that there were questions raised about Agent Beckley's actions in this case before we completed the cross-examination of her, but the information was not disclosed at a time when we could use it in cross-examination.

For all these reasons, we believe a phone call is the most practical first step. Are you unwilling to speak with us on the phone today? If so, please let us know why. If you have any concerns that we might misrepresent what is said, we are happy to do a teams or zoom call that is recorded, so there is no misunderstanding.

Best,
Alex

---

**From:** Wilkinson, Seth (USAWAW) <Seth.Wilkinson@usdoj.gov>
**Date:** Saturday, November 1, 2025 at 5:35 PM
**To:** Alex Little <alex@litson.co>, Coopersmith, Jeffrey <jcoopersmith@corrcronin.com>

**Cc:** Kopczynski, Philip (USAWAW) <Philip.Kopczynski@usdoj.gov>, Zoller, Grace (USAWAW) <Grace.Zoller@usdoj.gov>
**Subject:** Re: US v. Shetty

Alex,

Please put your questions in an email and we will get you a response tomorrow. Thanks.

---

**From:** Alex Little <alex@litson.co>
**Sent:** Saturday, November 1, 2025 2:49:04 PM
**To:** Wilkinson, Seth (USAWAW) <Seth.Wilkinson@usdoj.gov>; Coopersmith, Jeffrey <jcoopersmith@corrcronin.com>
**Cc:** Kopczynski, Philip (USAWAW) <Philip.Kopczynski@usdoj.gov>; Zoller, Grace (USAWAW) <Grace.Zoller@usdoj.gov>
**Subject:** [EXTERNAL] Re: US v. Shetty

Seth,

Thank you for sending over this 302. As you note, we were first told on Friday morning that ▊ ▊. But we did not learn until your email that, in the midst of that incident, he made statements related to this case. Nor do we still have any information about what sort of ▊ issues have arisen, or why your Office has characterized it that way. The only reference to such an incident in this 302 is ▊ ▊.

Based on our initial review of this 302, we have multiple questions and concerns. We're also mindful that we are approaching the final witness of the government's case-in-chief, and so we need to resolve these issues as quickly as possible.

To that end, are you (and Phil and Grace) available, along with at least one of the supervisory Special Agents, for a phone call this afternoon to provide us with additional information and clarification about what has happened and the status of ▊. We can be available at any time today.

Best,
Alex Little

**Alex Little**
Managing Member

Litson Logo

54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8189 | alex@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

---

**From:** Wilkinson, Seth (USAWAW) <Seth.Wilkinson@usdoj.gov>
**Date:** Friday, October 31, 2025 at 5:15 PM
**To:** Coopersmith, Jeffrey <jcoopersmith@corrcronin.com>, Alex Little <alex@litson.co>
**Cc:** Kopczynski, Philip (USAWAW) <Philip.Kopczynski@usdoj.gov>, Zoller, Grace (USAWAW) <Grace.Zoller@usdoj.gov>
**Subject:** US v. Shetty

Jeff and Alex,

As Phil mentioned this morning, an agent who assisted with the Shetty trial experienced ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. During the incident, the agent made several statements that related to his work on the case. The attached 302 discloses his statements. We wanted to get this to you promptly given that the trial is ongoing. Obviously, the agent's ▮▮▮▮▮▮▮▮ incident is a very sensitive personal matter, so please treat this information confidentially. We're continuing to review the matter and will provide any additional discoverable information as it becomes available.

Thanks, and have a good weekend.

Seth Wilkinson
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
206.553.4259 (Desk)
seth.wilkinson@usdoj.gov