FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    11/02/2025

On 10/31/2025, King County Sheriff's Office (KCSO) provided access to their Body-Warn Camera (BWC) footage from their interactions with ▓▓▓▓▓▓ ▓▓▓▓▓▓ on 10/30/2025. SSA Tammy Mizer, SSA Matthew Zito, CDC James Clements and ADC J. Matthew Yeager accessed and reviewed the footage for any statements that might be pertinent to the Neven Shetty case and/or trial.

*Note: This is a summary of what was heard while reviewing the BWC footage. This FD-302 recounts statements made that were or may have been related to the Shetty case or trial as well as a few others to give context to the types of statements ▓▓▓▓▓▓▓▓ was making. The BWC footage contains the actual recordings. The BWC footage and transcripts from KCSO will be attached in a separate FD-302. There is footage from the BWCs of four different Deputies; one Deputy had two separate recordings.

**Axon Body 3 Video_2025-10-30_1609_X60A71249**

6:43 - 7:06

[content redacted]

---

Investigation on  10/30/2025  at  Seattle, Washington, United States (In Person)

File #  318E-SE-3605446-MISC                                Date drafted  10/31/2025

by  Tammy D. Mizer

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

318E-SE-3605446-MISC

Continuation of FD-302 of (U) Review of BWC footage from 10.30.2025 , On 10/30/2025 , Page 2 of 9

**12:42 – 13:07**

▬▬▬▬▬▬▬▬: So anyway I went to work um, I went to work. Uh I gave um, let's see I finished a 302. Ugh and so Andrew submitted the thing for this case.

Zito: Yeah, yeah. Tammy and I talked about it.

▬▬▬▬▬▬▬▬: Ok

Zito: Yep. It's taken care of.

▬▬▬▬▬▬▬▬: Ok

Zito: It's all good.

▬▬▬▬▬▬▬▬: Ok

**15:44 – 15:54**

**16:10 – 16:25**

318E-SE-3605446-MISC

Continuation of FD-302 of (U) Review of BWC footage from 10.30.2025 , On 10/30/2025 , Page 3 of 9

███████████████████████████████████████████
███████████████
█████  █████
█████████████████████████
████████████████

**18:33 - 19:47**

████████████████████████████████████
████████
██████████████████████████
████████
██████████████████████████████████████
████████████████████████
████████████████████████████
████████████████████
████████████████████████
██████████████████████
██████████████████████████
█████████████████████████████████████
████████████████████████████
█████████████
█████████████████████████████████████
█████  ██████████████
█████████████████████████████████████████
███████████████████████
███████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████

318E-SE-3605446-MISC

Continuation of FD-302 of (U) Review of BWC footage from 10.30.2025 , On 10/30/2025 , Page 4 of 9

▬▬▬▬▬▬▬

**Axon Body 3 Video_2025-10-30_1612_X60AH518W**

**9:16 – 9:41**

▬▬▬▬▬▬▬ : So anyway I went to work um, I went to work. Uh I gave um, let's see I finished a 302. Ugh and so Andrew submitted the thing for this case.

Zito: Yeah, yeah. Tammy and I talked about it.

▬▬▬▬▬▬▬ : Ok

Zito: Yep. It's taken care of.

▬▬▬▬▬▬▬ : Ok

Zito: It's all good.

▬▬▬▬▬▬▬ : Ok


**Axon Body 3 Video_2025-10-30_1634_X60A71249**

**8:50 – 9:02**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬ ▬▬
▬▬▬▬▬ ▬▬▬▬
▬▬ ▬▬
▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬

**11:43 – 12:09**

▬▬▬▬▬▬▬ : So I think Krista has to lie in her trial, I think Krista has to lie in her trial and it has to do with because I had that freak out and I couldn't testify in my case and UI my case

**12:40 – 13:00**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬ ▬▬▬▬▬▬

318E-SE-3605446-MISC

Continuation of FD-302 of (U) Review of BWC footage from 10.30.2025 , On 10/30/2025 , Page 5 of 9

██████ ████████████████████

█████████████

██████ ██████████████████████████████████████ I I I lied somewhere in the 302 I don't know where it is, ████████ ██████████████████████████

████████████████ ████

**19:34 - 20:10**

██████ ██████████████████████████

███ ████

██████ ████████████████████████████████████████████ ████████

████████

██████ ████████████████████

████████████

██████ ████████████████████████████████████

███ ██████

████████: I was gonna have to lie on, go on the stand. And so I told Tammy, I told Tammy today that Krista had to lie today.

Zito: Um hm

████████: Krista had to lie today.

Mizer: And I will deal with that. I will deal with her.

**23:55 - 24:02**

██████ ██████████████

███ ██

██████ ██████

███ █

██████████████████

**24:10 – 24:23**

▇▇▇▇ ▇

**25:03 – 25:13**

▇▇▇▇▇▇: Tell Tammy

Officer: Um hm

▇▇▇▇▇▇:  That it's Krista

Officer:  Krista, ok UI

▇▇▇▇▇▇: No like seriously dude if you my life depends on it

Officer:  I will I have my body camera on

▇▇▇▇▇▇: Ok

**25:55 – 26:01**

▇▇▇▇ ▇

**Axon Body 3 Video_2025-10-30_1610_X60A7863C**

**23:35-24:51**

318E-SE-3605446-MISC

Continuation of FD-302 of (U) Review of BWC footage from 10.30.2025 , On 10/30/2025 , Page 7 of 9

▮▮▮▮▮▮▮▮▮▮: I lied. Uh, I, I put zero, zero, uh, no on when I met Krista today to give her the evidence. I, when I met Krista today to give her the evidence, I . . . she wanted me to put a certain time and she did not have the date on the evidence thing.

Zito: Ok.

▮▮▮▮▮▮▮▮▮▮: And, and I gave the evidence to Tammy.

Zito: Right.

▮▮▮▮▮▮▮▮▮▮: And, and I wouldn't have to lie on the stand at the jury trial.

Zito: [Inaudible]

▮▮▮▮▮▮▮▮▮▮: And I don't know exactly what, but I think that was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, is I think I realized at some point that I had to lie on the Strickman [ph] trial.

**33:10**

▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮

**36:05-37:19**

▮▮▮▮▮▮▮▮▮▮: So I think Krista has to lie in her trial.

Zito - Mm-hmm

▮▮▮▮▮▮▮▮▮▮ - <affirmative>. I think Krista has to lie in her trial. And it has to do with, because I was, I had that freak out and I couldn't testify in my case. And [inaudible] testify in my case.

Zito - Yeah. Hey look, I want you to try to stop thinking about these trials right now. Ok?

▮▮▮▮▮▮▮▮▮▮: Ok. Alright.

Zito: Like we were talking about earlier, like rest is what we really care about right now. And I, this, these, these thoughts are like, they're too much for you right now. Ok?

█████████: Ok.

Zito: That's just don't even to worry about it. Ok? It's fine.

█████████: Ok.

Zito: Um, instead, you know, you got [inaudible]

█████████ ████████████████████████████████

███ █████████████████

█████████ █████████████

███ █████████████

█████████ ████████████████████████ ██████████████

██████.████████████████████████ I . . .I . . . I lied somewhere in a 302. I don't know where it is, ██████████████████████████████ ███

**41:42-41:49**

█████████: It's gonna matter for you. It's gonna matter for me. It's gonna matter for Krista. It's gonna matter for Tammy. It's gonna matter for a lot of people.

Zito: Yeah.

**43:55-44:30**

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███ ████

█████████ ██████████████████████

███ █████████████

█████████ ████████████ ██████████████████████████████ █████████

███ ████

█████████ ██████████████████████████████████ And so I told Tammy, I told Tammy today that Krista had to lie today.

Zito: Mm-hmm. Yep.

318E-SE-3605446-MISC

Continuation of FD-302 of (U) Review of BWC footage from 10.30.2025 , On 10/30/2025 , Page 9 of 9

██████████ : Krista had to lie today.

Mizer: Yeah. And I will deal with that. I will deal with her.

**49:15-49:32**

██████████████████████████████████████████

██████████ : Uh, tell Tammy . . . that it's Krista.

Deputy: Krista, ok. We'll definitely do that.

██████████ : No, like seriously, dude. Life, life depends on it.

**Axon Body 3 Video_2025-10-30_1642_X60AFA395**

*No pertinent statements. The Sergeant did not interact with ██████████.