FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry     11/02/2025

    During the week of October 20, 2025 SA Krista Beckley asked ▇▇▇▇▇▇▇ if he could assist with charging evidence item 1B4, for the captioned investigation, out of Seattle FBI evidence control so that it could potentially be used during SA Beckley's testimony during the trial United States v. Nevin Shetty and ▇▇▇▇▇▇ agreed.

    {Agent Note: SA Beckley requested ▇▇▇▇▇▇ assistance with evidence item 1B4 for the trial after discussing potentially using this physical evidence item during SA Beckley's testimony prep meeting with AUSA Philip Kopczynski.}

    On October 29, 2025 after 5pm SA Beckley asked ▇▇▇▇▇▇ if he could participate in witness prep meetings instead of SA Beckley and ▇▇▇▇▇▇ agreed. After the prep calls ▇▇▇▇▇▇ told SA Beckley that he didn't want to mess up her case and cause problems. SA Beckley told ▇▇▇▇▇▇ that if he believed there was anything in his judgement that he heard during the witness prep meetings that needed to be written up that it should be. ▇▇▇▇▇▇ told SA Beckley he believed there was new information not previously documented regarding Katherine Bruno. SA Beckley apologized to ▇▇▇▇▇▇ for the extra work and asked ▇▇▇▇▇▇ to send her the FD-302 on Katherine Bruno when he could so that she could produce it to the defense. SA Beckley informed AUSA Grace Zoller that ▇▇▇▇▇▇ would produce a FD-302 and that SA Beckley would get it to her as soon as it was sent to her, likely the next morning. ▇▇▇▇▇▇ told SA Beckley he would upload the FD-302 to USAfx when it was ready.

    On October 30, 2025 at approximately 7:50am SA Beckley received a phone call from ▇▇▇▇▇▇. ▇▇▇▇▇▇ told SA Beckley that he was coming into the office to finish a FD-302 regarding the prep meeting with Katherine Bruno. ▇▇▇▇▇▇ told SA Beckley something similar to that he was the worst person to do a trial with. SA Beckley told ▇▇▇▇▇▇ that she didn't feel that way. ▇▇▇▇▇▇ told SA Beckley that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. SA Beckley asked ▇▇▇▇▇▇ if he had

| | | |
|---|---|---|
| Investigation on | 11/02/2025 at | Olympia, Washington, United States (In Person, Phone) |
| File # | 318E-SE-3605446-MISC | Date drafted  11/02/2025 |
| by | BECKLEY KRISTA LEE | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

318E-SE-3605446-MISC

Continuation of FD-302 of (U) Interactions with SA Cunningham , On 11/02/2025 , Page 2 of 2

evidence item 1B4. ▇▇▇▇▇ told SA Beckley that he did and told SA Beckley that he would bring it to the courthouse after he finished the FD-302. SA Beckley told ▇▇▇▇▇ that she didn't want him ▇▇▇▇▇ that he could relinquish the evidence to SA Beckley at another location like her hotel. While waiting to hear when ▇▇▇▇▇ was done with his FD-302, SA Beckley went to PCC in downtown Seattle, address 1320 4th Ave, Seattle, WA 98101, to purchase breakfast. SA Beckley asked ▇▇▇▇▇ to meet her in the seating area behind the PCC in the middle of the building to transfer the evidence item. At the seating area ▇▇▇▇▇ relinquished custody of evidence item 1B4 to SA Beckley and they both filled out the chain. ▇▇▇▇▇ was visibly shaking and stated that he wanted to make sure they were filling out the form correctly. SA Beckley noted that the time and date should match. SA Beckley and ▇▇▇▇▇ discussed the difficulties of being Agents and that there is a lot of pressure to be perfect. SA Beckley and ▇▇▇▇▇ hugged. ▇▇▇▇▇ told SA Beckley that he was also having reservations about being an Agent in reference to an earlier conversation that week when SA Beckley expressed the ▇▇▇▇▇. ▇▇▇▇▇ told SA Beckley that ▇▇▇▇▇.

   SA Beckley left the seating area behind the downtown Seattle PCC with evidence item 1B4 and received a call from SSA Tammy Mizer. SA Beckley noticed a missed call from ▇▇▇▇▇ during her call with SSA Mizer. ▇▇▇▇▇ called SA Beckley back a few minutes later to inform SA Beckley that she had forgotten to take the chain with her when she took custody of evidence item 1B4, and that ▇▇▇▇▇ would give SSA Mizer the chain to give to SA Beckley that morning. SSA Mizer handed the chain over to SA Beckley before 9am.

   On October 30, 2025 SA Beckley did not find the FD-302 for the interview of Katherine Bruno on USAfx or in any emails from ▇▇▇▇▇. SA Beckley called SA Andrew Cropcho to ask if a new FD-302 was in the casefile from that morning regarding Katherine Bruno and SA Cropcho found the file. SA Beckley requested that SA Cropcho downdraft the file and email it to her during the first break during trial that morning. Once SA Beckley received the FD-302 file it was printed and handed over to the defense.