The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Dear Honorable Judge Lin,

My name is Serina Shetty. I am Nevin's ex-wife and I was directly impacted by Nevin's decisions - I am a victim. When Nevin invested in Terra Luna through HighTower he lost my life savings along with the inheritance my parents set aside for me. Despite the trauma he caused, I write this letter in support of Nevin because of how he has grown over the last 3.5 years and become a wonderful father to our two beautiful daughters, Saana (age 6) and Syra (age 3).

I was raised Orthodox Christian and married in my early 20s. After divorcing, which was viewed as a massive failure in the Indian Orthodox community, my parents constantly worried I would never have a meaningful future. I met Nevin on a blind date in New York City on October 3, 2013.  He was 29 and I was 30. From the beginning, it was not only his obvious qualities that drew me in: smart, educated, handsome and fun. But Nevin was also ambitious, extremely hard-working and a dreamer with grand aspirations. Above all, Nevin never judged my past. Instead, he saw me as someone who had learned from my mistakes because it led to a deeper appreciation of my own likes and dislikes in a partner. I'll never forget the first time he met my parents. Without explaining, he bent down and touched their feet outside of Trenton Transit Center in New Jersey - a simple gesture, but in our culture, a sign of respect.

If I had to describe Nevin for you, he is full of energy, creativity, and a passion for endless learning. He loves sharing new ideas, making plans and maximizing every minute of life with his calendar of activities. He loves reading, especially hard cover books, and writes down meaningful quotes from those books to remember when he reads the same book again. Meeting Nevin was a breath of fresh air and unlike most men in their late 20s whose lives revolve around local sports and bars. Nevin lived a disciplined life according to his daily motto of "*being better*," which could be annoying at times, but he challenged me to be the best version of myself. Nevin loved staying active. He was a former yoga instructor, and our dates revolved around Soul Cycle, walks along the High Line, and biking the westside highway. When I was actively searching for a job following my MBA graduation, Nevin created a list of interview questions, set out two chairs and would mock interview me so I could practice. Nevin helped me believe in myself. Untraditionally, I proposed to Nevin at the same wine bar in New York where we first met and we were married on May 29, 2016.

Not long after we were married I was diagnosed with infertility. My reproductive endocrinologist said my testing was reflective of someone who was in their early 40s (vs. early 30s) - I had

diminished ovarian reserve. What followed was years of IVF treatment, which Nevin largely managed for us both while also building his nascent technology startup, Blueprint Registry. I was incredibly overwhelmed with emotion and guilt, but Nevin focused on execution and learning as much as he could to help us make informed decisions throughout the process. Nevin was meticulous in how he studied the detailed calendars, timelines and medical injections associated with each cycle, both with egg retrievals and embryo transfers. It was a rollercoaster of emotions, with unspoken moments every time we received bad news and drove home in silence. But Nevin never gave up. Nevin administered almost every injection for me. In total, I went through 12 cycles of treatment, 4 pregnancies, 2 miscarriages and delivered my 2 miracle baby girls. This dream would have never been possible without Nevin's support through the uncertainty, sadness, stress, guilt and shared hope of becoming parents.

Saana is 6 years old and Syra is 3.5 years old. Syra was born on April 25th 2022. Not long after Syra's birth things took a turn in an unimaginable way. Syra lost 14% of her body weight and shortly thereafter was diagnosed as "*failure to thrive*". Both of our daughters were diagnosed with dysphagia and aspiration when drinking milk, meaning milk traveled into their lungs. It was a significant issue with Saana but was much more severe with Syra, who also suffered from excessive vomiting, reflux and a sensitive gag reflex, leading to feeding aversions where Syra refused to nurse or drink from a bottle. Syra was hospitalized for days before a nasal gastrointestinal (NG) tube was placed in her small body to administer fluid, medication and milk.

I learned about the financial loss only weeks after Syra was born. I was awake during a night feed with Syra, recovering from my c-section and postpartum, when Nevin told me he lost our savings, my parents money, most of Chrono Capital's money, and $35 million for Fabric. I was in complete shock. In our marriage Nevin managed all our finances and I trusted him. I had no idea that Nevin made these life-changing financial decisions without me. I was blindsided and betrayed. I kicked Nevin out.

However, Syra's feeding challenges placed her at a high risk of developmental delays and I had no choice but to cooperate with Nevin on her medical needs and prognosis. Nevin was in shambles. It was all hard to witness. Nevin could have spiraled into a mental health crisis and left it up to me to manage Syra, but Nevin stepped up for his infant daughter who needed him more than ever. While in this unprecedented situation and state of mind, Nevin prioritized his daughter's health above all else.

Tube feeding Syra was a nightmare and although Nevin and I were going through a divorce, Nevin stayed actively involved. There were countless medical appointments and trips to the ER because Syra would inadvertently pull the NG tube out of her face. Neither of us are healthcare professionals, but we were forced to quickly learn about feeding and swallowing disorders, medications to increase appetite, and physical therapies to encourage sucking. Nevin studied

everything. When I needed Nevin to do certain things that I just couldn't bring myself to, such as placing the NG tube back into Syra's nose to avoid another 4-hour trip to the ER, Nevin did it. If you ever had to give an infant medicine that they don't want by holding him/her down to administer the medicine in a syringe, NG tube insertion was 100x worse. I had to swaddle Syra's arms and legs, hold her entire body down, while Nevin pushed the tube into her nose far enough that it would find its way down her throat and into her stomach, and in seconds my job was to tape the tube down from Syra's nose across her face, all while she was hysterically crying. The experience was heartbreaking.

Despite the struggles, I only felt strong enough to advocate and care for Syra through her medical complications because Nevin stayed by my side. Even after the divorce, Nevin drove Syra and I to what felt like never-ending specialty care appointments - pediatric care with her primary doctor, speech therapy at Seattle Children's, pediatric gastroenterology at Swedish, clinical nutrition with a pediatric dietician, at-home therapy with KinderCare - it was an avalanche of trauma but Nevin showed up with a list of well thought-out questions each time, prepared to advocate for Syra in every way possible. Whenever I need Nevin for our girls, he always shows up.

In October 2022 the FBI raided my home around 5:45 AM. During those early months with Syra on a feeding tube, Nevin would stay nights to help because I was not physically able to manage both girls alone given the multiple tube feedings that I needed to provide Syra coupled with daily written reports to Syra's medical team. The sound of the bangs on the door felt like a car repeatedly crashing into the house. My heart dropped as I grabbed both baby monitors and watched Nevin rush to the door. I couldn't believe my eyes, watching him outside of the entrance door, sirens blazing red and blue, Nevin on his knees with both hands behind his head as more than a dozen armed FBI agents just welcomed themselves into the house without showing a search warrant and set up shop on my dining table. Nothing can ever prepare you for something like this. I was afraid, trying my best to hold back tears knowing I had to wake up Saana for school and Syra would cry for me soon. Nevin was not allowed to speak to me as agents directed us on what we were allowed or not allowed to do. Agent Beckley tried to get me to speak to her while I was still undressed, my heart pounding.

In this highly intense situation, Nevin cooperated while agents questioned him, took away his phone, and searched the entire house. Your Honor, I share this with you because I was the only witness to experience this alongside Nevin. That morning while Nevin was forced to stay downstairs by agents, I had to wake up Saana, who was just a few weeks from turning 3 years old and get Syra, only 5 months old. An agent followed me into Saana's room after her wake-up light came on; I had to tell Saana the agent was my "*friend*" while trying to place my body between Saana and the agent's visible gun. Pretending everything was okay, we proceeded as best with a morning routine, and Nevin, still being held downstairs, couldn't come to us. I had to

tell Saana that Nevin and I decided to host visitors for her and that all these agents were here to celebrate her upcoming birthday. Saana ate her cereal quietly seated next to another agent while I was paralyzed holding Syra, both of our eyes fixed on Nevin from across the kitchen. With the little control he had left, Nevin asked the agents if he could take Saana to school to maintain "*normalcy*" and not further burden me with the task. The agents agreed and Nevin dropped Saana to school on time, making her feel safe, before coming back to the house. Hours later the raid was over, and Nevin and I just sobbed uncontrollably. All he kept repeating to me was, "*I'm so sorry. I'm so sorry. I'm so sorry.*" The reason this is important to share with you is because it was one of the most overwhelming events of Nevin's life and mine, and how he handled himself in the situation speaks volumes about his character. Deep down I know all Nevin wanted to do was somehow fix it and end the unprecedented hurt we had experienced. I believe Nevin finally realized that his professional ambitions paled in comparison to the well-being of his daughters. Remorse is a powerful emotion, but it was never written so clearly on his face until that day.

I work at a highly demanding job in Corporate Business Development at Microsoft. Given the feeding challenges with Syra, I would be unable to work and care for both girls. I asked Nevin to help and he answered the call. Nevin manages all logistics coordination and routine management every morning and evening for Saana and Syra. From waking them up, brushing teeth, dressing, helping with breakfast and school drop-off at two locations, to picking them up in the evenings, and helping with dinner, bathtime and bedtime. Syra still has difficulty eating, requiring extra hands to feed her. Regardless of the divorce and his work, Nevin is there to make sure she grows – he is reliable, loving and essential to her development.

These last 3.5 years have been wrought with anxiety, disappointment, regret and a constant sadness shadowing every interaction between us. I have lost friends who, without my knowledge, invested with Nevin's hedge fund, Chrono Capital. I no longer have the same relationship with family members who are unhappy with the impact Nevin's actions have had on me and the girls. I feel ashamed to admit that I am now twice divorced. For our precious babies we mask this burden, showing up as best we can for them everyday. Though I am Nevin's ex-wife, and despite the federal conviction, I continue to speak of him as my friend.

Your Honor, the hardest part of all of this is that Saana and Syra are entirely unaware of Nevin's impending fate, which now rests in your hands. Daughters have such a special bond with their fathers, and for Saana and Syra, Nevin is their world. There is no other person who loves them as deeply as I do. If Saana could write her own character reference letter, she'd tell you he leads her bedtime routine every night, reads to her, plans all her activities and monitors her sugar and video time like a hawk. Nevin drives Saana to all her activities, including soccer, math class, tennis and Hindi school. Nevin volunteers for Saana's chess club and recently took the initiative on Syra's "Special Person" program, collecting pictures to build a collage of moments together. Syra will tell you that she waits for Nevin in her crib in the morning because she needs his

morning cuddles to wake up. If you ask Syra how she'll grow big and strong, she'll answer, "*Drink lots of water, eat well, exercise, and sleep*." Nevin taught her these "*four pillars*." It breaks my heart to even think of the impact his absence will have on Saana and Syra. If my mind goes there, I can't breathe.

Over Thanksgiving I planned a visit to Philadelphia to see my parents, not knowing the outcome of Nevin's trial, but knowing that I would need to see my mom and dad for their physical embrace and strength to keep going. I only brought Syra with me, and this was the first time I traveled and separated the girls for the holiday. The first night away I FaceTimed Nevin and Saana and when Syra saw Nevin her eyes welled up, she looked at me, choked up and said, "*I want to go home. I want Dada.*" I looked to my parents, who sat in silence unsure of what to say, understanding that this moment foreshadowed something far more difficult to come. Syra cried so hard. I worry that the absence of their father will lead to trauma that manifests in unforeseen ways. I cannot fill the hole that will be left in their hearts.

The past 3.5 years have been its own form of punishment. Nevin lost his career, his professional licenses, his identity, and me. And I have to also carry this burden. If the Terra Luna investment had not crashed, I wonder whether Nevin would possess any ounce of humility, believing his decisions are always right. He would have continued his solitary march of ambition, each step further from the things that truly matter. But through this experience, I have seen the change in Nevin. He takes accountability, is softer, less ego-filled and more present for the children. Nevin is collaborative and compromising. He includes me in important decisions whereas before he would make unilateral decisions based on what he thought was best. Even in moments of anger, when I remind him how he has ruined our lives, Nevin takes it, understanding I need a way to express my frustrations.

Saana and Syra do not allow a day to pass without forcing Nevin and I to play a song from *K-Pop Demon Hunters* (again and again). Much like the story my daughters love, this situation reflects a truth that children understand: people are more than their poor decisions. The lead character, Rumi, tries so desperately to hide her "*demon patterns*" but when her friends learn something difficult about her and choose not to abandon her, they do so because they recognize Rumi's character through her actions, not a single revelation. Families operate in the same way. We remain present not because someone is perfect, but because they are meaningful, loving, and capable of growth. A parent can be imperfect and still be devoted, responsible, and essential to a child's sense of safety and identity. As a father, Nevin has consistently shown care, responsibility, and love for Saana and Syra -- qualities that cannot be erased by his worst decision -- but instead exhibit someone who is now aware of his imperfections and trying to be better.

My father was a Sunday School teacher and preached about living according to the "*three Rs*": (1) respect, (2) responsibility and (3) reconciliation. Forgiveness takes time and while my brain is wired to never forget, that last "*r*" is one that I hope to one day reach with Nevin. I still want to see him live a happy life and I have faith he will work endlessly to redeem himself - he is already a better human with a bigger heart. I hope this letter is able to shed light on Nevin's character as a whole person – and I hope you consider it deeply when you make your decision.

With utmost sincerity,

*Serina Shetty*

Serina
12/31/2025

December 7th, 2025

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Your Honor,

My name is Abhinaya. By profession, I am a Human Resources executive with experience in global technology firms across India, the United States, and Australia. More importantly, I am Nevin's first cousin. However, in reality, Nevin is my brother. We have shared a bond since childhood that transcends labels. We have been a constant source of understanding and support to each other. I am incredibly proud to call him my brother, and he is one of the most important people in my life.

My earliest memories of Nevin go back thirty years to our adolescence, and even then, he possessed a determination to seize life's potential. I grew particularly close to him during a challenging period in the mid-1990s, when his parents were navigating a contentious divorce. While I sought to comfort him, it was Nevin who left a lasting impression on me. He told me he intended to work twice as hard to ensure the hardship wouldn't define him. He also said, with maturity beyond his years, that he was going to "use this as a push to do more and make a good life".

And that is the hallmark of Nevin's approach to life: a relentless drive to excel, an unwavering commitment to learning, and striving to achieve meaningful outcomes for all those around him. I believe this ethos is deeply rooted in the powerful example set by his father, who provided for his family from extremely humble beginnings. It is as if, at a young age, Nevin made a quiet vow: not only to honour his father's sacrifices, but to multiply their standing through his own relentless effort and achievement. The standard Nevin sets for himself exists in a tier beyond typical high achievers. It is a benchmark so high it is often invisible to others. But Nevin does not strive for wealth, he strives for recognition. Nevin wants to succeed only if others around him succeed. Nevin's mindset has always been that a rising tide lifts all boats—and Nevin wants to be the moon that powers the tides.

Throughout his career, Nevin always chose to take the untraveled path. At each juncture, he had already succeeded and could have coasted. Instead, he chose novelty. He grew up in Seattle, went to university in Seattle and could have built a comfortable life in Seattle, instead he asked PwC to start his career in New York—not knowing a single person. PwC valued Nevin giving him the best, most interesting projects and clients. Nevin was told if he stayed he could be partner in under 10 years. But Nevin left PwC to join a hedge fund in 2008. The fund suffered in the financial crisis but kept promoting him. He left that fund to join another billion-dollar hedge fund. Again, he was promoted. At 28, Nevin made more money than anyone I knew. He worked in a high rise on 5th Avenue with an assistant. He loved his colleagues. But again, Nevin wanted to grow. He left to become CFO of a startup hedge fund. He took lower pay and worked in an outdated office with no assistant. In two years, Nevin helped grow that fund from an idea to $250 million in assets. Nevin could have stayed. Again, he wanted to push his limits. He left the investment world to start a technology company, Blueprint Registry.

As someone who worked as part of management teams at technology companies, I understand the pressure that mounts from various stakeholders—the CEO, the board of directors, the employees, and the customers. It's during this career transition to tech startups, that I saw Nevin's mindset shift ever so slightly. In our conversations since 2022, he pointed out that at investment funds all that matters is actual performance. While at tech startups what matters is headline performance. At a

tech startup, to get more funding or sign a big customer, they must believe you as a company are doing well. And that is conveyed through marketing and media. I think this shift seeped into Nevin's mindset. He began to care more about accolades and people thinking he was doing well. Foundationally though, Nevin always cares about delivering at the business level and for the people he works with. Nevin knows that if the company does well, he will do well.

That's why when I heard the devastating news of the loss in 2022 and then federal charges in 2023, I was crushed and conflicted. I know Nevin would have only made the investment if he believed it benefited his company. I know this because Nevin doesn't care about money for himself. He cares about how other people perceive him. That said, I don't mean to minimize his conduct or judgement because they were obviously flawed. I just don't, not for a minute, believe he was trying to take $35 million. Nevin prides himself on his professional success and reputation—he would never risk that.

That is what makes the trial outcome so painful. I fully acknowledge that Nevin's decision resulted in a terrible financial loss for Fabric and mental anguish for the executive team. But I know his character and I understand his intent: Nevin is bold and purposeful in everything he does, and he was trying to maximize outcomes for everyone, but the failure to disclose his actions led to a catastrophic result.

Since Nevin was charged in 2023, I have been lucky enough to spend time with him. Over two years, Nevin's outlook and behaviour has changed profoundly. He has pulled himself out of a deep depression and is now solely focused on preparing himself to accept the consequences and make the most of the time he has left with his family. I have personally witnessed his intense focus on rewiring his mental approach to ensure that his lifelong drive for success is always balanced with the highest levels of judgment and virtue (Nevin is big into Stoicism now). Nevin's commitment to making sure this can never happen again is absolute.

As a mother of two boys, seeing Nevin's dedication to his two young daughters epitomizes what a father should be. Nevin is deeply integrated in their day-to-day lives and shows up for them with patience, love and complete presence—whether it is school drop-offs, bedtime rituals, or simple moments of reading together on the couch. I know it may not matter to the court, but the way Nevin treats fatherhood, as the most important role in his life, is a character trait worth highlighting.

It is indisputable that there has been a significant loss of money and pain to Fabric because of Nevin's actions. However, I humbly ask your Honor to look at Nevin the man. If you do, you will see an ambitious man who thought he was helping his company but really was making a unilaterally risky decision. His intent came from a place of overconfidence and positivity, and not out of malice.

It breaks my heart that the trajectory of his life, and his daughters' lives, could completely change because of a serious lapse in judgment. Nevin is so much more than his worst decision. I respectfully ask the Court to please consider all aspects of Nevin and his life as you determine his future. Thank you for taking the time to read this letter and consider my perspective.

Sincerely,

Abhinaya Shetty Rao
abhi3leo@gmail.com

Eric Embrey, MA, LMHC, LPC
Counseling Services

December 14, 2025

To Honorable Judge Lin,

My name is Eric Embrey. I have worked as a licensed therapist and clinical supervisor in Seattle for fifteen years and have operated a private practice since 2015.

In early February of 2023 Nevin Shetty proactively contacted me to start counseling services. We completed the intake on February eighth with the presenting concern being therapeutic support after the catastrophic loss he caused. Specifically, he wanted to work on how to reduce the impact of this profound stressor on his ex-spouse, their two children, his sibling and parents. Since the intake, we've completed seventy-five sessions.

**Interventions Used**

To guide treatment, I use Cognitive Behavioral Therapy (identifying how faulty thinking patterns create distortions of perception and how to 'catch them in the act'). I use Mindfulness (a meditative strategy for emotional processing) and holistic approaches to ensure that all areas of functioning are addressed (e.g., proper nutrition, sleep, structuring times during a time of great uncertainty).

Cognitive Behavioral Therapy helped Nevin better identify and reframe thinking errors that led to distortions and impairments in his judgement. Mindfulness helped him develop a reflective awareness of the profound impact that his impulsive decisions made, not just on his mind but on his body and spirit, and in my option fostering a deeper empathy for those affected by his actions as well (Nevin also researched and completed an intensive meditation retreat on his own). He has also engaged in holistic interventions, for example, exercising and proper sleep hygiene. Crucially, Nevin has been honest and open about his recovery from alcohol abuse and addiction, reporting that intoxicated states contributed to his faulty thinking and impulsivity. He attends AA meetings weekly and, over the course of a year, he completed the twelve-step program with a verifiable sponsor. He is now a valuable member of this community and now provides hosting duties for those in the beginning stages of recovery.

This journey has necessitated a full ownership of his flaws. His AA step-work directly addressed aspects of his personality and the faulty beliefs that contributed to the offense. He has articulated a past sense of arrogance, stating, "I thought I was the smartest person in the room and thought I knew what was best." This has evolved into a hard-won self-awareness and humility. He has gained a clear ability to connect the dots leading to his conduct, for example, understanding links such as how generational trauma factors led to excessive accolade seeking in childhood, which

later manifested in his professional life. In his own words: "I was selfish and immature. I wanted everyone, my CEO, my colleagues, my friends, my family to be proud of me, a role that masked my ballooning ego and my ridiculously disillusioned mindset. I felt I could master any subject, without any need to consult outside expertise or perspective. I kept pushing for more when I should have paused and considered others and the big picture."

**Therapeutic Examples**

Nevin held himself accountable for his grandiosity, irrational beliefs and actions. For instance, "I allowed the cryptocurrency craze to feed my delusions of grandeur," and "I was convinced the investment couldn't fail." Further, "that I very badly wanted to be a hero for everyone. Instead I was egotistical and self-serving. I have to own that."

I have observed Nevin willfully engage with his circumstances and meet his challenges bravely, be it grappling with family concerns, the process of self-reinvention and make psychological improvement in the personality problems mentioned. As testament to his character I have witnessed Nevin doing everything in his power to improve himself and become a better person. Throughout this process, Nevin has consistently avoided casting himself as a victim or blaming others. His therapeutic focus remains on his own responsibility, his understanding of the causative factors within his control, and his commitment to lifelong amendment.

Thus, it is my professional belief that Nevin Shetty is a truthful historian. In my opinion Nevin's hard work in therapy revealed a person who cares deeply about his children and partner, which underscores a sense of integrity, a willingness to push forward and be a better person for himself, others and our culture.

From this experience he has clarified sense of what is most important in life (the simple joy of taking care of his children, the power of community and a commitment to values based on good intentions and aligned action so that genuine meaning is created.

**In Support of Leniency**

Family matters. Having worked as a Child & Family Therapist I'm aware of the importance of parents providing quality parenting that is consistent, predictable and nurturing. In this Nevin Shetty shines. He has appeared with his children during sessions and I have observed him offering kind but firm guidance, listening to them authentically and teaching quality values. My intuition here tells me that there is a legitimate reason for considering leniency, or a situation in which time is served close by his family, perhaps even in a situation in which he works and interacts with his children and reports to prison nightly.

He is very close to his immediate family and wants to improve because of it. He has demonstrated great remorse for the pain that he's caused both his company and family with his actions. In my opinion, his voluntary therapy and work with AA shows positive contributions and character beyond the offense.

**Final Thoughts**

Throughout our work together, I have developed a sustained positive regard for Nevin. I have consistently observed a bright, caring, and fundamentally empathetic individual who was, and is, courageously grappling with the profound flaws and critical lack of self-awareness that led him to make a catastrophic, impulsive decision. This assessment is not made lightly; as a clinician, I pay meticulous attention to congruity—ensuring a client's affect, body language, and verbal reports align consistently over time. Nevin's engagement in this process has been genuine and unwavering.

I offer these reflections in good faith, understanding that while I am far from a legal expert, I hold a deep respect for our system of justice, which I believe to be among the greatest in the world. Yet, I also recognize it is not impervious to cognitive biases and external pressures to punish and deter. In this context, my hope is simply that Nevin receives a fair and just sentence, one where the punishment truly fits the conduct, considers his extraordinary efforts at rehabilitation, and allows for the continued restoration of a man who has dedicated himself to making amends.

Thank you for your considerate deliberation.

Eric L. Embrey, MA, LMHC, LPC

December 15, 2025

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Honorable Judge Lin,

My name is Katherine Shetty, and I am a Senior Project Manager at the Washington State Department of Health. I am writing to offer a character reference for my brother-in-law, Nevin Shetty, as part of his sentencing hearing. I have known Nevin since 2015, when I started dating his brother, Neil, and I'd like to use this opportunity to speak to his significant personal growth following the investment loss in May 2022 and subsequent legal proceedings.

Most notably, I have been impressed with Nevin's ability to reflect on his past mistakes and learn from them. What stands out most is his willingness to take accountability for his actions. I have seen Nevin face the decisions he made with a sense of humility and genuine remorse. He speaks honestly and openly about his poor decision with his family. During Father's Day in 2023, we were gathered at his house, and Nevin took the time to reflect on his decisions, apologized for how they impacted the family, asked for our forgiveness, and expressed a sincere commitment to changing. He has stayed true to this promise toward self-awareness and accountability.

One way I have seen Nevin change is how he now approaches decision-making. Where once he may have acted overconfidently, Nevin is now more thoughtful, acting with a greater sense of deliberation about how those decisions impact others. Where once Nevin may have unilaterally made decisions like where to eat or celebrate a family member's birthday, Nevin now asks for input for everyone. This may sound trivial but it's a major shift in how he operates. Nevin is Neil's older brother and was always successful. Generally whatever Nevin did, worked out well for him. As a result, he tended to make decisions for people based on what he thought was best. And usually, it was the best decision. That said, Nevin has clearly internalized what happened at Fabric. I have seen those small but deep rooted changes in him over the past three years.

Finally, I've witnessed a shift in Nevin's gratitude. Before, I think Nevin was moving too quickly to appreciate his life - he was focused on work and achievement. Since the crypto crash and the reckoning he has had to endure, Nevin's mindset has completely changed. Nevin is more present, more empathic in his relationships, and his approach to life is now grounded in appreciation. Last summer, my husband and I spent a weekend with Nevin and his children on Whidbey Island. We cooked meals together, played board games, and took walks on the beach. I watched Nevin laugh and play with his daughters as they flipped over rocks and searched for sea creatures. I saw someone who was softer, more tender, and more humble than he was before. At the end of the weekend, Nevin expressed his gratitude for our time together with tears in his eyes. Nevin now takes the time when we are together to tell me that he appreciates me and that he is glad I'm part of the family.

I attended the trial to support Nevin. Although the intentions outlined by the prosecution do not align with the person I know, Nevin is still doing the work to accept responsibility for his actions and be a better person. Since this began, I have seen a remarkable change in Nevin. He has not only become more self-aware, he has worked diligently to develop a deeper understanding of the impact of his actions. I know the lessons he has learned will guide him in the future. If given the opportunity, Nevin will continue his path of personal growth and positive change with the same depth and determination of the past three years. I beg your Honor to give Nevin the chance, through your mercy and leniency, to demonstrate this growth is not just temporary, but a lasting transformation.

Thank you for your time.

Sincerely,

*Katherine Ann Shetty*

Katherine Shetty, MPH
kategreenawalt08@gmail.com
206-920-5087

December 15, 2025

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Dear Honorable Judge Lin,

I am Nevin's younger brother, and I have admired him my entire life. Growing up, I watched him study and play sports with a relentless drive and focus, and I have long idolized his accomplishments. At the same time, I always understood that we were fundamentally different. While Nevin was groomed to feed off success and measure his worth through achievement, I realized early on that I wanted to embrace a slower pace of life and find fulfillment in other ways. This perspective has given me a unique vantage point from which to witness the extraordinary character, work ethic, and determination that define him.

Our parents worked extremely hard to provide a stable and privileged life for Nevin and I. As the eldest child, and son, to Indian immigrants, the expectations placed on Nevin were immediate and constant — he was expected to be perfect in everything he did. That pressure didn't come only from home; being the only kid of color at an all white school reinforced it as well, and from a young age he learned to measure his worth through achievement and success.

Through elementary, middle, and high school, Nevin threw himself into everything he did. He found an early calling in soccer, and it was obvious to anyone watching that he was often the best player on the field — not just because of talent, but because he pushed himself relentlessly. That same drive showed up off the field too; even as a teenager I remember him always looking for ways to build something. He drafted business ideas, put together plans, and got family members to "invest," treating each idea with a seriousness far beyond his age. By the time he reached senior year of high school, the pressure to be successful — and perfect — had grown even stronger. He chased achievement at any cost, even playing through a serious knee injury during the soccer state championship game, an injury that has never fully healed.

When it came time for college, Nevin cast a wide net and applied everywhere, but ultimately chose the University of Washington — the place that offered the right balance of prestige, opportunity, and cost. Once there, he kept chasing success with the same intensity that shaped his childhood. He pushed himself socially and academically, determined to excel in every sphere, and graduated with top honors from the business school. Knowing that his achievements would be judged by where he landed after graduation, he set his sights on the most competitive path possible and accepted a position with PricewaterhouseCoopers in Manhattan — the place where the "best" business students were expected to go.

Knowing he wanted to work with the very best in finance, Nevin threw himself into his career with everything he had. He pushed forward at a pace few people could sustain, earning both his CPA and CFA exams as quickly as humanly possible, all while completing a yoga teaching certification on the side. At one point, he was sleeping barely five hours a night — working full

days, studying for multiple exams, training to become a yoga instructor, and still trying to maintain a social life in New York City. Eventually, the sheer weight of everything caught up with him. He failed the final CFA exam, the first true failure I had ever seen him experience, and it hit him hard. But instead of breaking him, he dove further in — studying harder and passing the third CFA exam the following year. When Nevin faces adversity or failure, he does not shy away or choose a different path, he doubles down and works harder to prove he is the best.

Later in his career, after climbing his way through several wall street firms, he earned the title of CFO at the age of 28. Nevin was incredibly proud — and so were our parents.. All his work to pass the CPA exams and then the CFA exams had paid off. He felt his accolades met his ambition. But soon after rising to the top and becoming a CFO at Coltrane Asset Management, Nevin began to feel that his learning had plateaued. He had reached the top of the wall street jungle but there wasn't anything to see. Restless to do more, Nevin returned to the entrepreneurial instincts he'd had since childhood. Moving into a new apartment sparked an idea to have an ecommerce experience based on a visual layout of a home. After dreaming of reaching the apex of wall street for years, Nevin left to start his own tech company. He invested his life savings to build a business plan from scratch, and began executing on a vision that would become Blueprint Registry. At great professional and financial risk, he transformed this idea into a successful business that served thousands of customers and generated millions in sales. His company's success attracted three acquisition offers and he ultimately sold Blueprint to David's Bridal — a sale meaningful enough to validate all the work and sacrifice he put into it.

After Blueprint was acquired, Nevin felt ready to return to the kind of leadership work he had always excelled at. He wanted to go back to his CFO roots. But David's Bridal wanted him to move to Philadelphia, and the role they envisioned for him was far too narrow for his abilities and ambitions. So he began looking for a place where he could contribute at the highest level — a place where his experience, intensity, and vision would actually matter.

That's when he found Fabric. I remember how excited he was about that opportunity. It felt like the perfect fit: a high-potential startup where he had an expansive role with the autonomy to build, lead, and make a real impact. It was exactly the kind of opportunity that Nevin's drive and skill-sets were meant for.

While he was at Fabric, and quarantined in his house due to lingering Covid risks to his daughter, the crypto boom was unfolding all around him. Crypto was the ultimate honey pot for Nevin. The sector's promise of high-yield opportunities and market inefficiencies was an irresistible challenge. Nevin wanted to utilize these investments for Chrono Capital but could not because in crypto there is no financial reporting. Realizing how complicated and inaccessible crypto investing was for companies, Nevin recognized a new frontier to apply his financial expertise and create value.

I was an investor in Chrono Capital and I remember Nevin telling me how he had found a way to generate high and stable interest for Chrono. Nevin didn't share details and I didn't ask any questions —  I trusted him — and the excitement in his eyes was palpable. True to form, Nevin worked incredibly hard to bring his vision for HighTower to life. Working with a team of

developers, he began building a platform intended to lower the barriers to entry and help people navigate a confusing new financial landscape. What stands out most to me is that despite working in two high-profile roles (Fabric and Chrono), Nevin has an insatiable urge to solve problems, no matter how thin it spread him.

With the collapse of UST the facade of intelligence and confidence imploded like a bomb with a massive blast radius. HighTower fell. Chrono Capital fell. Fabric suffered. Nevin collapsed. Nevin's story parallels that of Icarus: a man who, through relentless drive and constant success, flew too close to the sun. I share this story not to excuse his decisions at Fabric, but to give color to a life story that was often portrayed unfairly in court.

The most important fact that did not come out at court is Nevin is a utilitarian through and through. Yes, he cares about his own ambition but only if others benefit in the process. In every single situation I have seen Nevin in, he wants to maximize the benefit to everyone involved. He knows that's how he succeeds long-term. Nevin is not a short-term thinker. Stealing is a short-term game that Nevin finds beneath him which is why hearing the prosecution in court was vexing. They were trying to distill Nevin into a single decision without context into understanding who he is as a person.

Nevin prides himself on being the embodiment of the American dream. Just one generation ago, our family lived on a farm in rural southern India with no running water, no electricity, and no roads. From such humble beginnings, Nevin's life mission was to achieve, make an impact, and create a legacy our parents would be proud of — he would not risk that  to steal a few hundred thousand dollars.

His fateful investment decision at Fabric now lands himself in your courtroom. Even though I am a victim and he has tarnished our family's name, I will do everything to protect and support him. The change in Nevin the past three years has been nothing short of miraculous. By losing his career, his professional licenses, his life savings, his friends, Nevin lost his identity. With nothing left, he rebuilt himself. This time, instead of professional pursuits, he focused on philosophy as the foundational core of his being. Being a present father, son, brother, partner and friend matter most to him. I am not writing this letter because I am his brother. I am writing this letter because of the change I have witnessed in Nevin. If you got a chance to know Nevin, I know you would feel the same way. That is why I beg your Honor to see him for who he truly is: a man committed to excellence, embodying the ideals of hard work, and innovation. A man who has seen the error in his ways and is worthy of your leniency. Nevin is unlike any defendant you have encountered and he deserves a unique sentence to match his remorse and his ability to create a positive impact. Please your Honor, put him to work and allow this profound personal change to benefit the society he once wronged.

Sincerely,

Neil Shetty

**Sudha Shetty, Esq**

email: sudhashetty.esq@gmail.com
(510) 421-3881

December 24, 2025

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

*And how shall you punish those whose remorse is already greater than their misdeeds?*
*Is not remorse the justice which is administered by that very law which you found fain serve?*
*Yet you cannot lay remorse upon the innocent nor list it from the heart of the guilty.*
*Unbidden shall it all in the night, that men may wake and gaze upon themselves.*
*And you who would understand justice, how shall you unless you look upon all deeds in the*
*fullness of light?*

*Kahlil Gibran, The Prophet*

Honorable Judge Lin,

This is the most difficult letter I've ever written in my life. I've tried to start this letter at least eight times, but each time my eyes swim with tears as I feel overwhelmed by the importance of what I write on this piece of paper and how it could shape my son's life and that of his two young daughters.

I think about all the mothers who have come before me, written similar letters to you, and anguished over the "right" words—imploring you to see their child through their lens and begging you to understand that this is not just a case about a criminal as deemed by the court, but about a loving person.

My letter is filled with a mother's despair and pain. Nevin is my firstborn, and he was different from the time he was born. The nurses loved him because he was the most engaging baby in the ward. He was always a happy, content, and extremely thoughtful child. Even as a toddler, if you explained the reasoning behind something, he would understand it. For example, he hated wearing shoes and would constantly take them off, but when I took the time to explain that walking outside without shoes could give him an "*owie*," the shoes never came off until he came home. Nevin's firstborn daughter is exactly the same. Her name is Saana, and she's six years old now. Saana is a carbon

copy of her father. She understands logic and once it's explained to her, we never have to repeat it.

All my friends used to say I was a "lucky" mom because I had *the wonderful* Nevin. All Nevin's friends and their parents loved him. Not only was he always kind, but he is an eternal optimist with a smile on his face and ready to help set the table, clean the house, he always wanted to be helpful. All through his life, as a kid to now an adult, he never lied, cheated, or acted dishonestly at home, at school, or in his work. Yet, as I sat in your court, I heard the words "*he took*" shouted loudly by the prosecutor and a witness. I hope you look past the superficial shouting and blaming. I beg you as a mother not to get swept up in the prosecution's narrative and look deeper into Nevin as a person. Throughout his life, Nevin has not taken something that wasn't his. I know the jury did not see it that way but please consider the other perspective—an ambitious individual makes an investment for his company that he thinks will save his job.

I am indeed very lucky with my two boys Nevin and Neil. They are four years apart and are truly wonderful, caring, and empathetic humans, but they're very different from each other. Nevin is extremely organized and very careful with his possessions. He never spends his money; he saves and invests it. When he turned six years old, he received a quarter for his chore each week, and he would come to me and ask if we could go put his quarter in the "Savings" bank. He loved going to Bank of America on Mercer Island with me, and all the staff and managers knew him. Nevin would ask them when he could get his own account so he could bypass me and bring his money directly to the bank, because he wanted to sign in and keep track of his money himself. The employees all loved him and offered him a job there when he got older. By contrast, when my younger son received his first quarter for allowance, he asked me to take him grocery shopping so he could buy me groceries. Both kids with such different but caring values about money.

When Nevin was around seven, he found a few coins between the sofa cushions. They were probably from my purse, and when he asked me if they were mine, I said I wasn't sure. So he went into the kitchen, brought a mason jar, put the coins into it, and placed it on the dresser in his room. He called it the *Orphan Jar* because "this money doesn't have anybody". From then on, whenever he found coins in the car, a penny on the street, or in the couch, they went into the *Orphan Jar*. I asked him why he didn't put it into his "saving bank"? He said, "Mom, those coins are not my money." He did not take it because it did not belong to him. I remember that moment very clearly because I realized then that my child would be just fine in this world. His future was bright; he knew the value of right and wrong. That is why this situation is completely at odds with his character and personality. I know this sounds like a mother rambling about their child, but it's meant to convey the real point: the conduct in this case goes against his moral fiber. I beg you to consider the totality of my son and not just the brief period in which his actions hurt the company he cared so much about.

He was also an amazing, optimistic, and confident teenager. He would ask me to attend his high school events and would hold my hand as he walked through school, introducing me to his teachers and inviting me to join his friends. I knew then that Nevin was special, as very few mothers got treated the way I did. My youngest son, on the

other hand, would ask me to drop him around the corner from his school so his friends didn't see me. My kids are so different from each other. Nevin was always inclusive and had a knack for being empathetic at the right moment. Everybody who comes into Nevin's world loves him. His best friends are still the same friends from elementary school, and his colleagues are still in his orbit.

He is now an amazing father to his two little girls. Saana just started kindergarten, and Syra is a three-and-a-half-year-old preschooler. My lovely ex-daughter-in-law has a very high-stress job, so she is working long days. The reality is that Nevin steps in heavily as a primary caregiver for the two girls. For the past three years, he has come to their house every morning to help the girls get ready for school: brushing teeth, getting them dressed, preparing breakfast, and getting them to two different schools on time. He is back in the evening doing math and writing with Saana. He enrolled Saana in Hindi classes because, as he said, I did not teach him our native language, so he wanted to make sure that Saana would continue the language of her ancestors. He helps with the evening chores, dinner planning, and prepping the kids' lunches for the next day. He is there for their bedtime routine every night; at bath time, story reading, and being read to before putting them to bed. His involvement and impact on their lives are beautiful.

Nevin has never been one to jump into things. He always thoroughly researches and analyzes the various options. Every significant decision reflects this: where to go to school, what fraternity to join, where to volunteer, or how to invest. He chose the University of Washington but only after his due diligence confirmed it was the best school for his goals at the right value (because he was an in-state applicant). His choice of fraternity, Phi Gamma Delta, was equally strategic. As immigrants without built-in family connections, we discussed the importance of building a network. He researched extensively, selecting that particular brotherhood because its alumni network was filled with successful professionals in finance, which he then leveraged to gain mentors, explore careers, and secure opportunities. After working for a decade in finance in New York, he moved back to Seattle and wanted to volunteer, so he sought out the nonprofit Splash, an organization that does critical, stable, and impactful work providing clean water to 400,000 children daily in eight countries. This pattern is his hallmark. Nevin has never made a major purchase, investment, or commitment without months of research. That is why I invested my retirement savings through Chrono Capital. I am a victim here as well. But that is also why this situation is so disturbing. I know Nevin thought the investment was safe; otherwise, he would never have made the investment. Even through this trauma, his friends still turn to him for guidance, although Nevin is very careful not to cross any rule outlined by his probation officer.

I am in despair as I write these words. Words are so important as they can clarify or hurt, provide solace and hope. I always believed in the rule of law and want Nevin and his girls to do the same, but I am at a loss. What I heard at trial and what I know of the facts as they occurred and the rationale behind them do not match. I was devastated when the jury returned a guilty verdict, but they don't know the whole Nevin. I hope the letters you have received give you true insight into my son.

I can write more but now I must stop and ask for your mercy your Honor. If you look past the shouting and see the real Nevin, you will see that a company chose the right

person for the job but he made a terrible decision based on what he thought was right. Nevin lost a lot of money. I know there have to be consequences for that. But I pray every single night that you see Nevin's poor judgement is a singular event and totally out of line with his character and his life philosophy. I also plead on behalf of his 90-year-old grandmother (my mother) who Nevin calls his second mother and does FaceTime with me every other day with silent tears to just see him. I plead for you to please find compassion in your heart for Nevin, his two little girls Saana and Syra, and for all the future good he can do in the world.


From a desolate mother,

Sudha Shetty

December 27, 2025

Dr. Sudhakar Shetty



To:     Honorable Judge Tina Lin
        United States Courthouse
        700 Stewart Street, Suite 13229
        Seattle, WA 98101-9906

Your Honor,

      My name is Sudhakar Shetty and I am Nevin's father. I very much appreciate the opportunity to provide this reference letter. I understand the seriousness of the matter before the court, and I am not here to excuse or minimize my son's actions. Instead, I wish to offer insight into his upbringing, his character, and the personal qualities I have seen in him throughout his life.

      I am a first-generation immigrant from India who came here in the 1970's and established my roots through hard work, perseverance and dedication to my profession, my family, and the community. I earned a PhD in electrical Engineering from Vanderbilt University and spent the last 20 years of my career at Boeing, finally retired in 2017. Community service has been a lifelong pursuit for me, and I made it a point to involve both my sons—Nevin, the oldest, and Neil, the youngest—from an early age. During my tenure as president of organizations like the India Association of Western Washington (IAWW) and the Indo American Friendship Forum (IAFF) Foundation, they participated actively. For Nevin especially, I believed this involvement was integral to his upbringing, helping him connect with his roots and understand the importance of service.

      As an immigrant family in a new land, I raised both Nevin and Neil with honesty, trustworthiness, and respect for all. He was always eager to volunteer at these community events like the Indian Diwali function and Holi functions. I have seen him volunteer hundreds of hours of his time for the community at large.  In particular, Nevin always pressured me to go early so we can help the host in setting up the venue.

      Whether showing up early to social events to help with setting up or volunteering with non-profit organizations, Nevin always thinks about the greater good. Since Nevin learned about Muhammad Yunis and microfinance in high school, he was always attracted to how economics could be used to benefit the less fortunate. When he moved to New

York, he volunteered at several organizations: United Prosperity, a microfinance group; Seeds of Peace, which connects youth across conflict zones to build future leaders; and the America India Foundation, focused on health and education in India. But what I remember most is his story about teaching financial literacy to immigrant women in the Bronx. Through a translator, he taught about 40 Latina women about personal finance and building credit. I remember him telling me how meaningful experience was—I could hear the excitement in his voice. That moment really stuck with me.

When Nevin moved back to Seattle, he wanted to find an organization where he could make a larger impact. A friend connected him with the executive director of Splash, a nonprofit providing clean water to 400,000 kids daily across eight countries. Nevin has always cared deeply about education, especially financial literacy, but the director convinced him of the fundamental link between clean water and learning: without it, kids get too sick to focus on homework and teenage girls often drop out of school for hygiene reasons. Nevin volunteered with Splash and over two years helped improve its finances and operations to scale their work. He was incredibly proud of what they accomplished. He only stepped back when his first child was born in 2019. From 2019 through 2022, he did not volunteer or do any service work. Nevin has told me multiple times that he thinks that was a contributing factor—instead of using the additional time to volunteer, he just filled that time building another business. Nevin regrets becoming too narrowly focused on work and losing balance in his life.

As a first-generation immigrant I worked very hard and placed very high expectations on my kids. We also moved around a lot, from Huntsville Alabama where he was born to Saudi Arabia when he was a year old, and back to Puget Sound when he was 6 years old. These changing environments probably put a lot of anxiety on Nevin during his formative years. Looking back at this I now realize that this had some unintended consequences. I saw Nevin work very hard in school and after graduation. I saw him work at odd hours and almost every weekend. In retrospect, I wish I didn't push him to work so hard.

Regardless of how many businesses Nevin starts, his mindset is how the business can help or solve problems for others. Nevin has always been clear that life is not a zero-sum game, he wants to maximize benefits for everyone. That is why the decisions he made in this situation are extremely difficult for me to grasp. I know Nevin was just trying to make money for everybody. Obviously, he failed his company, he failed himself, and he failed his family in this situation, but his intention was not malicious.

I remember the day it happened. Nevin called me crying and I don't think I have ever seen Nevin cry like that. He told me how he got swept up in the crypto hype and he invested everything, his life savings, Chrono, and Fabric's money in one crypto coin. I couldn't

believe it. Nevin is the investment guy. Everybody comes to him for advice, and he always advises people to invest for the long term and diversify. He was devastated because he lost money for those closest to him. Nevin loved Fabric. All he talked about was how they were going to change the internet. I didn't understand what Fabric did, but I know that Nevin cared about the company.

Nevin now lives with me after his divorce, and I count my blessings that I get to see and speak with Nevin every day. We usually eat lunch together and he asks me many more questions about my life and the decisions I made. I can see Nevin being more open than he once was. Before, Nevin was always fixated on work and success. But funny enough, making money is not that important to Nevin. He never bought fancy watches or went on lavish trips. When he needed a car, I told Nevin to buy the BMW SUV but, he instead bought a Subaru SUV. He told me "I don't care about shiny things, dad, moreover it's a way better value". To Nevin, it was just a competitive thing. He wanted to achieve and be successful in other people's eyes to feel accepted. And that is why from my perspective the prosecutor's narrative doesn't hold water, Nevin would only make the investment if he thought it would make him look good to Faisal and the board of directors.

That said, I am so proud of how he has embraced this poor decision and used it as a turning point to improve himself. Nevin is a big reader. But now instead of reading finance and investing books, he reads philosophy and history. During our lunch conversations, we talk about Stoicism and how it intersects with Buddhism and how that interrelates with Hinduism. If it was not for the potential of Nevin going to prison and being taken away from his daughters, I would say this is the best thing that could have happened to Nevin.

Nevin is dedicated to his daughters 6 year old Saana and 3 year old Syra. He is so involved with their life, he takes them to school every morning and picks them up in the evening. He also takes Saana to tennis practice twice a week and to soccer practice once a week during the summer. He also registered Saana at a math class in Bellevue and takes her there every Saturday and then takes her again to Bellevue every Sunday for Hindi class. He remains dedicated despite all the challenges he is facing. He always makes time for his kids. Both Saana and Syra are so attached to him, my heart breaks to think about the trauma they will go through if he is not around. Also, I am a 75-year-old senior citizen with heart problems, and I depend on Nevin for help and support. He agonizes about these situations every day. So, your honor, I humbly request you to consider these family situations in your decision process.

I know our family and even many of his friends are committed to supporting him fully in this process. As part of reckoning with the situation, Nevin is in the Alcoholics Anonymous program to manage his past drinking issues and is also seeing two therapists.

He has also expressed a strong desire to pursue meaningful work, counselling, and community involvement so that he can rebuild his life and contribute positively to society. I know he will work tirelessly to improve himself and be worthy for this court and for our community.

Your honor, therefore, I respectfully request that you consider Nevin's life as a whole, his desire for continued rehabilitation, and the impact his void would bring to his family when judging him.

Thank you

Sincerely

Dr. Sudhakar S Shetty

Your Honor,

My name is Bharathi Shetty, and I write to you not only as Nevin Shetty's maternal aunt (his mother's only sister), but as someone who has loved him since the day he was born. He was the first grandchild in our small close-knit family and spent extended time with my parents and me when his parents travelled on work trips. From the very beginning, he has held a special place in my heart which is filled with so many memories of seeing him grow up. It is with deep emotion that I try to express how much he means to me, and to our family.

Nevin has always been someone our family could rely on—kind, generous, and unfailingly supportive. At his very core, Nevin cares most about family unity. To understand why he is this way, it's important to know that when Nevin was only 9 years old, his parents went through a contentious divorce that deeply affected him. In the aftermath, he grew especially close to me and to his cousins. Shortly after the divorce, my family took him and his brother on a trip to Las Vegas, and I vividly remember him crying through the night, missing his parents and worrying about what would happen to him and his brother. The divorce fractured the family, and as a child, he struggled to understand and cope with the loss of that security. It has strongly shaped his determination and viewpoint that family is all important and needs to stay together as a strong unit. Over the years, it has always been Nevin who has taken the initiative to arrange family get togethers and always Nevin who makes sure to FaceTime us and his grandmother in India. It has meant the world to my mom to be included in his life and see the milestones of Nevin's little daughters. When he purchased his home in Seattle, the first thing he said excitedly was that now we had a gathering place for family holidays.

Three years ago, I was the victim of a violent assault. Even though Nevin was burdened with his own personal problems, he called constantly to check on me and offer love,

support, and encouragement as I dealt with the effects. Through his actions, he has made our family stronger, more caring, and more connected. He is someone who shows up for others. My mom, his only surviving grandparent recalls his habit when he was a 3-year-old of insisting on sharing all of his meals and favorite snacks with his grandparents. Even as a boy he was generous, and today, he has joyfully embraced being a father. He dearly loves his two daughters and is a patient, involved and nurturing parent as was clearly demonstrated when his little baby struggled with major health problems. The children have blossomed under his devoted patient care and love their father deeply.

He has talked with us about his case, and I have seen his grief, remorse, and worry that he has let down his family and the impact his actions will have on all of them. I know his conduct in this instance does not reflect the true character of the man I have known all his life. He made a grave mistake; one he deeply regrets and carries the burden heavily. Your Honor, I respectfully ask that you show compassion and consider leniency in his sentencing. His grief stricken 90-year-old grandmother joins our family in this plea. She has asked me to convey to you her message, that he is a good, loving boy and his little girls need their father. If the Court allows him the chance, our family is prepared to surround him with guidance, support, and accountability as he works to rebuild his life. At his core, he is a good man, a family man, and I believe with all my heart he deserves the opportunity to demonstrate that goodness once again.

Thank you for your time, your consideration, and your kindness in this difficult matter.

Bharathi Shetty

Dear Honorable Judge Lin,

My name is Dan Edleson and I am Nevin's stepbrother. I first met Nevin Shetty over 20 years ago when my father married his mother in 2002, a second try at love for both. We were both 17 (he is two weeks my senior). I did not know what to expect of this person I had never met, but I was being asked to spend a lot of time with him. We were on the other side of the world, in a time before cell phones and our little brothers were too young to go anywhere without adult supervision. So it was that Nevin and I explored Bali for two weeks together. I got to know Nevin quite well, this ambitious 17 year-old whose career plan was, to "make as much money as possible, retire at forty and then set up non-profits around the world to provide micro-loans to small businesses as far away as Mumbai." My ambitions were less far reaching but I appreciated his goals and his ambition to gain wealth and leverage it in the service of others. The two weeks went by quickly, and when it was all said and done I had an (almost) twin brother.

For a character letter like this, the default is to talk about how much someone has changed. To the contrary I would like to positively highlight how in the twenty-plus years I have known Nevin he has not changed all that much. At 17 he was ambitious, at 41 he is still ambitious. The type of ambition has certainly changed. Nevin no longer seeks corporate accolades, he wants to use his talents solely to help others. He wants to focus on personal growth so he never ends up in a situation like this again.  He has delved into therapy. He has delved into meditation. Where others may have found themselves engulfed in self-pity, even in his current situation Nevin has sought to move forward with positivity. In that way, he is the same person he was when I met him.

Nevin has also been a consistent source of support and generosity throughout my time knowing him. To say he was more popular than me in college would be an understatement, yet when I moved to the Pacific Northwest as a college Sophomore he constantly encouraged me to join him in the multitude of social commitments he had. Nevin is a confident person. For some that can translate into selfishness, but I have found his confidence has consistently translated into a generosity of self. In 2010, I happened to be stopping through New York City on my way to a study abroad program in Architecture. Nevin was living in Manhattan, studying for his CFA certification, a test known as "the Friend Ender" because it requires one to spend so much time in isolation studying. I checked into a hostel and then called to let him know I was in town. He was upset. He wanted to know why I had gone to a hostel. He insisted I come stay in his Manhattan apartment that he shared with several housemates. Everywhere he went for the next several days I came with him, and regardless of his studying commitments, he made sure he was available to show me the city.

I recognize Nevin may have had poor judgement in terms of the decisions he has been convicted of. What I have found personally in my post college years—as I have leaned on him as my informal advisor for salary negotiations and other career matters—is that he has an excellent grasp of the things in life that are important outside of money. I was not familiar with the term "intrinsic value" until I first asked him for advice. Since then it is the core tenet of

anything I do in business and has allowed me to better fulfill my goals and achieve meaningful employment by doing so. Whenever I ask Nevin for advice, I always come in expecting to talk dollars. Instead it always goes back to intrinsic values. What are the things that matter more than money? What value does this position or this company hold for you in the context of your life journey? I remember when Nevin had his own startup we were sitting in a Starbucks in Oakland and I asked him if I should try to start one myself in a lucrative industry. Nevin said, "Don't do anything you don't love doing or it won't be successful." His core principle has been the same in all of his advice to me; don't let money be your motivator, let your dreams be.

Nevin's generosity of spirit has also not changed since I met him. It's been fifteen years since one of my lowest points in life. I had a significant illness and faced termination at my dream job due to an inability to physically perform my work. Nevin spent countless hours coaching me through how to take extended sick leave, how to coordinate with my employer professionally, and how to protect my legal rights as an employee. Ultimately because of him I was able to maintain my professional reputation and financial livelihood in the face of losing both. Fast forward to December of 2024 and I came up to Seattle with my wife and son. He insisted the three of us come over without our parents , for a special meal with him, Serina, and their two daughters. Afterwards, even in the midst of his impending trial, he insisted on taking me out for mocktails (I don't drink due to health reasons, he as part of his ongoing journey of sobriety and self-reflection).

As a new father I empathize with Nevin and the possibility of him missing a significant part of his daughters' childhood. No matter what rehabilitation happens, the formative years with his daughters are not ones that can be restored, neither for him or his family. I certainly care about the outcome of these legal proceedings for Nevin. I care even more about the impact the outcome will have on his daughters. I believe Nevin feels the same. Regardless of his professional, financial and legal outlooks his daughters are his primary motivation in life. I have seen him in action with both and seen someone who is a deeply compassionate and loving father. I have also seen him carry that same ambition he has in the rest of life into parenting. He was relentless in seeking out the best medical care for his newborn and supporting her when she was unable to eat without a feeding tube. He has his daughters in tennis, piano and other advanced activities, continuing to encourage them to excel and explore. Most importantly, I have seen in his daughters' generosity and joy playing with my own son. Nevin has already begun to instill in them the principle of intrinsic value, of a life that's value is far beyond material wealth. That constant gentle guidance—to learn over the course of two decades what matters and how to be a human being of principle—is not something that can be replaced.

Dan Edleson 12/20/2025



The Honorable Judge Tana Lin
 United States Courthouse
 700 Stewart Street, Suite 13229
 Seattle, WA 98101-9906

Your Honor,

My name is Alex Herrboldt, and I serve as the Co-Founder and Executive Director of PAX Learning Center, a nonprofit based in Southwest Washington. Our organization supports youth and adults who have dropped out of school, helping them earn their GED and prepare for the workforce. I am writing today to share my experience with Nevin Shetty, whom I have known for nearly three years in and out of his capacity as a virtual volunteer tutor with our program.

My first impression of Nevin was one of professionalism, sincerity, and a genuine desire to give back to his community. Even through a screen, his demeanor made it immediately clear that he was someone eager to contribute meaningfully. He is naturally inquisitive, warm, and approachable—qualities that made him an excellent fit for working with our students, many of whom carry deep-seated educational trauma or discouragement from previous academic experiences.

Although we never met in person, Nevin and I communicated frequently through Zoom and other digital platforms. Over time, I grew to value these interactions—not only because he was a dependable and talented volunteer, but also because he approached his work with seriousness, humility, and a willingness to learn. He regularly sought feedback, asked thoughtful questions about how best to engage students with differing learning styles, and applied suggestions quickly and effectively. He soon became one of our most consistent and skilled online tutors.

Professionally, Nevin was exemplary. He was always prepared, never missed a session, and created space in his personal life to ensure he could be present for the young people who depended on him. His intelligence and creativity were evident not only in his tutoring but also in the constructive ideas he offered to improve our internal systems, policies, and procedures. I often found his insights valuable, and they demonstrated a mind oriented toward problem-solving and service.

On a personal level, what stood out most to me was Nevin's honesty. He was upfront with me about his situation from the very beginning. He did not try to sidestep or minimize it. Instead, he carried himself with accountability, acknowledging that some organizations might choose not to bring him on because of it. I respected this deeply. Much of my work involves supporting individuals who have experienced incarceration, addiction, or involvement with juvenile courts. I have long believed in second chances and in people's ability to grow and change. Nevin's humility and desire to do good were precisely why I welcomed him onto our team.

Nevin is likely unaware of one of the most meaningful impacts he made at PAX. A student he worked with—someone who struggled profoundly when he entered our program—recently earned his GED. In his exit interview, this student mentioned Nevin multiple times, crediting Nevin's patience with his anger, his behavior, and his distrust of schooling. He said plainly that without Nevin's support, he likely would have quit, as he had with other programs. As I often remind tutors, they may not always see the impact of their work in real time, but the impact exists—and in Nevin's case, it was transformational. For this young man, Nevin was not just a tutor; he was a turning point.

I also carry a personal memory of Nevin that has stayed with me. During one Zoom meeting, I opened up about struggles our organization was facing. Nevin listened—truly listened—asked thoughtful questions, and offered reflections that helped me move forward. He cared about PAX, about our students, and about me as a fellow human being. Even after he stepped back from volunteering when our online program paused, he continued checking in from across the state to see how we were doing. That kind of steady, compassionate presence is rare. I remain grateful for it.

From the moment I met Nevin, his remorse and acceptance of responsibility were unmistakable. I believe that volunteering may have started as an effort to "right the ship," but very quickly, it became something deeper—an authentic investment in the lives of people who are often unseen or forgotten. The work became less about Nevin and far more about the mission. That shift, in my opinion, speaks volumes about his character and his capacity for growth.

If given the opportunity upon his release, I would welcome the chance to explore a role for Nevin at PAX. Our organization prides itself on offering second chances, both to students and to prospective employees. While I am not yet certain which role would be the best fit, I could envision him contributing effectively in areas such as project management, business development, or returning to work directly with students as a tutor—something I believe he would be passionate about.

If I were standing in your courtroom today and asked to speak on Nevin's behalf, I would say this: I believe firmly in accountability. I also believe just as firmly in compassion and in the possibility of genuine rehabilitation. Nevin has no prior criminal history. In the face of this situation, he did not retreat inward or cast himself as a victim. Instead, he consistently chose to serve a population that society often overlooks—and he did so not for days or weeks, but for nearly two years. That choice reflects who he is and who he has the potential to continue becoming. I respectfully ask for leniency in sentencing, as I am confident that compassion from the Court will only strengthen Nevin's resolve to rebuild his life in a way that contributes positively to the community.

Thank you, Your Honor, for your time and consideration.

Sincerely,

Alex Herrboldt
Co-Founder & Executive Director

360-949-9664    Mailing: 720 SE 160th Ave STE 103, Vancouver, WA 98684, USA    www.paxlearningcenter.com

**To the Honorable Judge Tana Lin:**

I am writing to provide a character reference for Nevin Shetty, whom I have known for over three decades. My name is Alexandra Wright, and I am a Licensed Marriage & Family Therapist with a private practice in Seattle's Eastlake neighborhood. I have been practicing therapy since 1999, and my profession requires me to cultivate a deep understanding of human character, motivation, and accountability.

I first met Nevin when he was ten years old, through my close friendship with his mother, Sudha. My initial impression was of a remarkably bright and intelligent boy who was a good son and a responsible, caring older brother to Neil. While our paths diverged for some time, I reconnected with him about four years ago after his mother returned to Seattle. I was delighted to find that the boy I remembered had grown into a man of profound kindness.

Nevin is a straight shooter. He looks you in the eye and communicates with direct honesty, yet he couples this with a genuine curiosity about others' perspectives. He always asks questions about me with sincerity. Above all, he is a devoted family man. I have watched him shepherd his two young daughters, Saana and Syra, with a blend of loving firmness—corralling them into the car, ensuring they have their backpacks and snacks, fully engaged in the daily, hands-on work of fatherhood. He shares domestic responsibilities equally with his wife, Serina, and treats both her and his own mother with immense respect.

Through this ordeal, I have asked Nevin to go on walks and to my surprise he excitedly agrees. He has confided in me that over three years he has undertaken serious soul-searching, engaging with therapists and a dedicated meditation practice to understand himself better. On our walks, he lamented that before his identity was tied to his work and his professional achievements. Now, however, it's clear that his identity is inextricably linked to being a present and good father. It's something Nevin recognizes that he didn't appreciate before. The hardest thing he grapples with is that he lost money for those he cared about, including his company.

My trust in his character is not abstract. When I mentioned in passing my insecurity about managing my own investments and my reliance on commission-based bankers, Nevin took significant time to educate me while giving me the caveat that he couldn't give financial advice. He explained how financial institutions often profit at their clients' expense and guided me toward fee-only fiduciary advisors. He empowered me to take control of my finances, teaching me how to engage with financial advisors and how to think about my portfolio. I trusted his guidance despite the charges that hung over his head.

At 70 years old and as a therapist, I have seen many situations. But I was surprised to learn from Nevin in this situation. Through his example, Nevin has taught me that we must take ownership of our actions and that an individual can make a catastrophically bad decision, but that one decision does not define a life. I have watched Nevin withstand devastating consequences, grieve his losses, and yet get up every single day with purposeful optimism to fight for what is right for his family while atoning for his error. He said to me, with heartbreaking conviction:

> "I get up every morning and focus on my kids to make sure they have what they need. That is my most important first job. My other important job is working on my case to become a better person. That second job is important so I can do the first job as well as I can."

Given Nevin's transformational perspective, with the court's permission, I want him to co-facilitate a support group for individuals who have endured trauma. His journey of accountability, self-examination, and resilience would provide invaluable guidance to others. I respectfully ask that you consider allowing him to pay his debt to society through extensive community service while maintaining his vital role as a father. There is so much good that Nevin could do if given the chance. I feel towards Nevin as I would a cherished son and I ask for your mercy as I would for my own son.

Sincerely,

Alexandra Wright, LMFT
Licensed Marriage & Family Therapist
Seattle, Washington

November 29, 2025

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

My name is Ben Johnston, and I am a city bus driver for Pierce Transit in Lakewood, Washington. For reference, I have been in active recovery from alcoholism in Alcoholics Anonymous since February 2010. As part of my recovery, I make myself available to work with people new to recovery, through a process we call sponsorship.

I met Nevin in July 2023, in an AA meeting, where he had come seeking help for his own drinking problem. He presented himself as someone who was very serious about addressing his problem, as indeed he proved to be. He soon asked me to be his sponsor, and we briskly set about taking him through the twelve-step recovery process, taking time to meet and study every week. He was very engaged and accountable all throughout his months-long recovery, keeping a line of constant and clear communication. He showed up on time for our meetings, partook in service work, and followed directions thoroughly all along the way. About the only thing he prioritized over his recovery work was his family, only rarely missing a meeting with me to care for one or both of his daughters, if they were sick. He courageously faced his former shortcomings and mistaken ways of going about life, found a new and better way of conducting himself. He repurposed his work ethic and ambition to humble himself and make himself of service inside and outside of the AA community. I witnessed firsthand the transformation that is available to everyone (but taken up by relatively few people) take place in Nevin. He successfully allowed the necessary change that brings about recovery from alcoholism to happen within him, as his conduct before, during, and after his trial exemplifies. Since finding our better way of life, he has consistently given back to the AA group, holding a regular service position as meeting secretary and host, providing a space for many other alcoholics seeking recovery to find what he and I have found. He has also made himself available to be a sponsor, and to provide sober support to other suffering alcoholics.

As he faced his trial and his conviction, he did so with great humility and courage, even seeking to continue his service position with his local online AA group as a healthy and productive means of coping with the consequences of his defeat at trial. Instead of turning back to drinking, as one might expect after such a heavy loss, Nevin instead sought out an opportunity to be of service to his AA group. To me, this is a perfect example of the person I have watched Nevin become: someone who has fully adopted the new way of life we find necessary to remain in recovery from the disease of alcoholism. I cannot claim any credit for Nevin's transformation, but I am glad I've gotten to witness and participate in it over these last few years, and see his continued growth as a former problem drinker.

When the consequences of Nevin's former way of living hit him and his victims, he began the process of facing the things within himself that resulted in those outcomes and took the action necessary to chart a new path. He had previously sought great wealth and a lifestyle of conspicuous consumption. This ended in loss for his victims, those who love him, and himself. But, he has done rare work to prove he has recognized his mistakes and has changed his behavior much for the better in the interim. For the sake of his young daughters, and those he might help, I hope for leniency in his sentencing, that he may continue uninterrupted on his journey of recovery and growth, in becoming a greater asset to our society one day at a time.

*Benjamin W. Johnston*
Benjamin W. Johnston
████ ███ ██
████████████████

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Dear Judge Lin,

As a CPA and former finance executive at an Enterprise SaaS growth startup (same type of business as Fabric), I empathize for Nevin's situation.  I understand the pressure and stress that is felt every single day in that type of role. I recognize the way these startups are stretched to the near breaking point, none more than the CFO who is trying to balance "growth at all costs" with "spend wisely".  I appreciate the complexity of decisions as well as the high stakes when one decision is miscalculated. I left the Enterprise SaaS world to start my own practice helping small businesses with accounting, finance, and operations support. I am writing this letter in support of Nevin as a dear friend with a unique perspective as a fellow finance executive at a high growth tech company.

I met Nevin nearly a decade ago, and our friendship has grown throughout the years.  My first impression of Nevin could be stated this simply: someone I was excited to have in my life.  With a radiant quality and bright mind, I always left our interactions feeling energized. Nevin has a genuine charisma that is hard to describe but makes you want to spend more time together.  Our relationship has always been a blend of relating to one another professionally, as we shared similar roles, and personally as we both have two young daughters.  When I picture Nevin, he is full of energy and has a big smile on his face.  It has been heartbreaking to see that happiness wash away in recent years since the investment loss.

Professionally, Nevin cares deeply about his career, but only in terms of the impact he makes inside organizations. Nevin has told me that his success is only possible when those around him and the companies he works for are successful. Over the past 10 years, I admired Nevin as he was always a step ahead on the corporate career track, but he never boasted about his promotions or titles, not once.  Nevin is an extremely hard worker, often taking on more than necessary, causing many late work nights and weekends.  I relate to the demanding nature of his roles and the unrelenting stress, as I lived it as well. Throughout his time as a Co-Founder / CEO and later as a CFO, he was exceptional at solving problems and leading high-performing teams.  He would give me perspective on my own career situation that was always spot on. I hope Nevin can work in finance again as he loves the profession and is an incredibly valuable asset to any organization. Should the court allow, I would happily offer him a role in operations for my consulting business.

Personally, Nevin loves his friends and family wholeheartedly.  He shows immense gratitude for the gift of life, even now despite his hardships. Since the indictment in 2023, we have been fortunate to spend time together. We invited his whole family to my daughter's birthday party, and amidst the charges over his head, he expressed such appreciation for being able to give his children some normalcy as well as socializing with other parents who met him simply as another dad.

During my housewarming party a couple years ago, Nevin insisted on helping to set out dinner for everyone without me even asking. That's Nevin. He is happiest when he is contributing and I can rely on him. Another time, he came to my house with his daughters for a playdate. I planned on cleaning up all the scattered toys after he and his daughters left. But at the end of the playdate, he brought his daughters backdown stairs and modeled cleaning up by doing it himself and making into a game with them. It was a touching moment. Nevin wants to instill good habits and character traits in his daughters. He is a very involved father and his daughters adore him. I know Nevin fears most that he may not be around to be with his daughters during the most important years of their lives.

Since the investment loss in May 2022, I have been inspired by Nevin. He has shown me how to weather the most unimaginable of storms.  I witnessed him striving to maintain balance in his family while his world has been upended.  After all of this unfolded, he apologized to me countless times for putting everyone through this hardship, even when I was in the courtroom, he came over to apologize for the continually shifting schedule and the logistical burden it put on me.

Nevin has told me how foolish the investment was and wants to go back in time and run it by his CEO and Board. He owns his actions. We shared a particularly heartfelt moment crying in his kitchen and holding one another while I did my best to give him hope that his daughters will be ok, and he will be able to rebuild his life.

Nevin will be the first to state that he wishes to undo the harm it has caused to Fabric and his colleagues.  Although verdict was guilty, Nevin is a deeply good person who made a poor decision.  He has much to offer this world, and I ask you for leniency as you consider his sentence. Not only for the good he can still provide, but so he can continually instill good values in his two daughters.

Sincerely,

Claire Anderson, CPA

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Dear Judge Lin,

I had the pleasure of meeting Nevin in 2016 when he and I were working out of the same coworking office building our respective startup companies. We have been friends ever since. I immediately gravitated to Nevin because he understood my company and because he always had sage, simple, and grounded advice.  Not only that, Nevin is one of those people who helps give you that spark of confidence when it's needed most, especially because you knew that someone capable had your back.

I witnessed him grow that company, Blueprint Registry, from a small startup to a successful acquisition.  In fact, I might have been the first person he saw after it became official. We crossed paths in the office and he gave me a big hug.  I specifically remember him sharing how overjoyed he was to have created a meaningful outcome for his key stakeholders, "our investors got a good exit and my employees got a 40% pay increase" he said with a huge smile on his face. Nevin is like that, he always wants others around him to succeed. At trial, I saw a little of that come out but over the 9 years I have known him, that that has always been his mode of operation.

After his company got acquired, I experienced dark moments as my company's survival was far from certain. Nevin provided sound guidance and supportive words that were critical to finding a path forward. Several years later, my company was successfully acquired (Prolaera is now LCvista), where I remain today in a general manager role. After the acquisition, I faced a new set of challenges that revolve around the striving, age-old question of, "what next?"  I turned to Nevin again and he was a voice of reason helping me refocus on family and slow my life down. I always feel a debt of gratitude for his counsel and friendship over the years.

Common advice I've adhered to is to try to "be the dumbest person in the room."  Meaning to find yourself surrounded by capable people that humble you, and they'll pull you along with them and help you grow in ways you could never expect, and at speeds you could never imagine.  Since meeting Nevin, he was immediately one of those people to me.  He's the type of person who you look forward to spending time with and take any opportunity to do so.

In his work, Nevin is sharp, decisive, and capable. The type you can tell is thinking circles around you while you're chatting, but is able to engage presently and fully.  Nevin's mantra

has always been to be the rising tide that floats *all* of the boats.  And just as effortlessly, he has shown great care and support to me personally and has become a trusted friend.  Even though I know Nevin always has a lot going on, if you text him looking for a hand, you get a call or text back a few minutes later that says something like, "how about tomorrow after work?"  We've helped each other celebrate many of life's high points – from selling companies, to getting married, to having kids, to seeing your kids meet and play together, and I am lucky to have our friendship.

While Nevin has always been a wise soul and has been someone I have leaned on frequently over the years, watching him navigate this entire journey has led to the most impactful time we've spent together since we first met.  I have watched Nevin in the depths of grief and overwhelming regret for the decisions he made and the pain he caused the company he cared so much for. And through that grief, Nevin took complete ownership over the situation, and has tried to better himself and those around him.  During one of our coffee conversations last year, I learned the following key lessons from Nevin that have meaningfully shaped my life since:

- "You are enough.  You have enough.  Find contentment in your abundance."
- "Slow down.  You don't need to keep striving for more accolades. Focus on your family."
- "Optimize your personal life. Your biggest risk is not your next company failing, its getting a divorce. Love your wife. Love your kids. Learn to be present and love your life."

Nevin should write a book with all that he has learned from this experience! Despite the charges and conviction, I still turn to Nevin for support, advice, and friendship without hesitation and I will continue to do so.  Beyond our friendship, I dream he and I can build a business together some day. In fact, from the tremendous growth I've seen from Nevin over these past two years, I can't help but feel this has all helped him become something resembling the best version of himself by adding humbled perspective and a deeper understanding of what he wants from life to his many other talents as a professional.

Lastly, through these past 3.5 years, I have seen Nevin wracked with remorse for any loss he caused Fabric and for the pain he caused as the result of his actions.  I have seen Nevin tormented by the prospect of losing out on the irreplaceable time with his young girls. I have seen him suffer in ways I struggle to comprehend and, frankly, I hope I never have to. I've found someone in Nevin who has connected to what truly matters in this world and this terrifyingly scarce life we are lucky enough to live.  And he is someone who has genuinely served as an inspiration to me as he's helped me connect more deeply to those grounding truths, as well.  In our most recent lunch conversation, I cannot help but feel that Nevin has

become a better man, and I'm grateful to call him a friend. I hope you consider my letter in determining how to best sentence Nevin that considers his true nature and that is productive for society.

Sincerely,

Evan Hiner



PROGRESSIVE
PRISON
MINISTRIES

Progressive Prison Ministries, Inc.
516 S. Dixie Hwy., Box 222
West Palm Beach, Florida 33401
212-859-3512 I prisonist.org

Rev. Jeff Grant, J.D., M.Div.
Co-Founder/Minister
jgrant@prisonist.org

November 22, 2025

The Honorable Judge Tana Lin
United States District Court
for the Western District of Washington
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

> Re:   **Nevin Shetty**
>       **2:23-cr-00084-TL**

Dear Judge Lin:

Thank you for this opportunity to provide a letter on behalf of Nevin Shetty.

This letter makes three (3) pertinent points:

1. Nevin became a member of our ministry and white collar support group serving the white collar
   justice community in July 2023, and has participated in our white collar support group that meets on
   Monday nights and Thursday mornings. Through the group support, and many one-on-one meetings
   via phone calls and video chats as a pastor counseling ministee, I have come to know and
   understand him well. Nevin has fully availed himself of community-based rehabilitative support
   since his arrest, has accepted that he has a continuing need for such support, and is fully committed
   to accepting such for the rest of his life;
2. That ample community-based therapeutic, spiritual and related rehabilitative support exists that the
   court could consider as a lenient and diversionary option in sentencing;
3. It would be in the best interest of all concerned for the court to instruct Nevin to continue such
   effective community-based support. This, together with Nevin's history of service and volunteerism
   in the community, make Nevin a perfect candidate for such lenient and diversionary sentencing.

I am an ordained Reverend and Co-Founder of Progressive Prison Ministries, Inc., a ministry founded in
2013 in Greenwich, Connecticut serving the white collar justice community. We have held over 490
online support group meetings with over 1650 members. Relationships I maintain with those I serve are
pursuant to applicable state clergy privilege laws. Nevin has given me permission to write this letter. I

1

am also an attorney at law licensed by the State of New York and admitted to practice in the District Courts for the Southern and Eastern Districts of New York. I have not represented Nevin as an attorney in any capacity or manner. I have not been compensated to write this letter on his behalf.

**My experience with Nevin Shetty**. From the outset, I'd like the court to know that Nevin is one of the most remarkable people I have ever worked with; he has evidenced an extraordinary and exemplary commitment to taking full responsibility for his behavior and crimes, making amends to those he has hurt and who have suffered losses as a result of his actions, righting the course of his life, uncovering the reasons that led to his maladaptive behavior, accepting his frailty, trauma and alcoholism-related issues, seeking and accepting help from professionals and peer support, committing himself to service of others, and undertaking a proactive and dedicated daily course of treatment and life changes to ensure that he walks a narrow path and never again will be in his current situation.

I have known Nevin since he first reached out to me two and a half years ago. Since then, he has since shown the level of engagement that marks the type of commitment we look for in order to set up a community-based program of long-term success.

A key point I'd like to make on Nevin's behalf is that he has been one hundred (100%) percent compliant in adherence with the rigors of our ministry, counseling and other interventions he has voluntarily sought.

Nevin has participated in online support group meetings and many, many individual sessions, and in other interventions we provide and that are provided by others. He has had phone and video calls with other members of our support group (something we strongly encourage) and others going through the throes of the criminal justice system, offering them his experience, strength and hope.

Nevin is a true example of someone who has learned to ask for help and help when asked. There are many examples of Nevin's volunteerism and good works that I am sure have been offered in other letters and documents submitted to the court on Nevin's behalf.

It is notable that he has maintained an upbeat and optimistic disposition, and has continued to volunteer in the community, even as he is experiencing perhaps the biggest challenges of his life.

I have had many meetings, and phone and video conferences with Nevin, and learned the intimate details about his acute anxiety, depression, insomnia, dysfunction, maladaptive coping mechanisms, alcoholism, the tailspin that put his into, and, perhaps most importantly, his acceptance of his issues and one day at a time approach to his recovery. Indeed, when Nevin finally started to come out of the initial shock and into acceptance of what he had done and the wreckage he had caused, he did everything in his power to do the right thing. In my experience, this is an extremely rare thing, and is exactly the kind of contrition that should be heavily considered, and encouraged by the court, in determining a fair and just sentence.

It is not always easy to understand how someone who led such an interesting and vibrant life as Nevin has had, with such strong familial and community ties, could have done the things he admittedly did. And, yet, this a paradigm we see often in our ministry – a financial executive with unreasonable budget gaps to fill, undertaking misguided management decisions or clear work responsibilities that have been changed or after-the-fact, confusing, limited or no managerial supervision and/or ethics resources, overwhelming exhaustion and sacrifice driven by the unreasonable rigors needed to be successful,

2

coupled with raging, untreated psychiatric, psychological and/or substance abuse issues and a failure to understand how all of this was a one-way trip to self-destruction. These are strong mitigating factors.

Over the past two and half years, I have come to the conclusion that Nevin is a good person who was severely affected by corporate and life difficulties, and was utterly insecure, codependent and a people pleaser who did bad things for what he misguidedly thought were the need to succeed in his career and provide for his family. I believe Nevin's conviction and potential incarceration have been humbling experiences for Nevin, and that he has learned, albeit the hard way, that he was absolutely wrong and that in his efforts to please everybody, he pleased nobody.

I have extensively discussed all of the above with Nevin, and he offers none as an excuse. To the contrary, it was a difficult decision for Nevin to go to trial. Nevin has told me that, although he was advised that his actions did not rise to the level of a federal crime, he accepts and has always accepted 100% responsibility for his actions and behavior.

I believe that the above, combined with Nevin's continued willingness to seek and accept help from our ministry, support group, therapy, other available community-based resources and interventions, and the other reasons discussed above, make him a perfect candidate for the court's leniency.

Please feel free to contact me if I can provide any further information.

Thank you for your consideration.

Blessings, לשלום

Rev. Jeff Grant, J.D., M.Div.

3

**PRISON PROFESSORS**

December 15, 2025

The Honorable Tana Lin
US District Court Judge
Western District of Washington
700 Stewart Street, Suite 13229
Seattle, WA 98101

Regarding: Testimonial Letter for Nevin Shetty

Dear Judge Tana Lin:

My name is Michael Santos, and I am the founder of Prison Professors Charitable Corporation, a nonprofit that creates self-directed, digital programs to help justice-impacted people prepare for law-abiding, contributing lives upon release. I write this letter in support of Mr. Nevin Shetty as he approaches sentencing. I am fully aware that Nevin has been convicted of a federal crime. I do not minimize the seriousness of the offense or the harm it caused. My purpose is simply to present an honest account of the character I have witnessed in him over the past two years.

I first met Nevin in the spring of 2023. At that time, our organization was in its earliest stage. We needed help designing our website and building digital processes that would allow us to reach people in state and federal prisons nationwide, but we did not have a budget to hire professional support. Nevin reached out unexpectedly and said he wanted to volunteer. I explained our financial limitations, and he said that contributing to our mission was something he wished to do as a form of community service.

From the outset, Nevin was candid about the legal challenges he was facing. He told me that authorities had charged him with a crime and that he wanted to make constructive use of his time as he navigated the emotional and legal difficulties of his case. His openness and transparency immediately stood out. Rather than retreat inward, he sought ways to be useful to others.

We talked about his background, education, and technical skills. Nevin had the capability to help us build what we could not have built on our own. I trusted him to collaborate with our developer and assist us in strengthening our digital platform.

Over the next two years, Nevin volunteered more than 100 hours with us. He did this while caring for his young child, working with his attorneys, and coping with the stress of a criminal trial. Yet he never cancelled a meeting without notice, never failed to follow through, and never asked for anything in return.

In the fall of 2023, we were working toward an urgent deadline to submit materials to the Bureau of Prisons for program approval. We needed to reorganize a complicated section of our website so administrators could evaluate the structure of our course. Our developer had fallen behind due

to an unexpected emergency, and I worried that we would miss our submission window. When I mentioned this to Nevin, he immediately offered to help, even though it was late in the evening and he had put his child to bed after a long day.

I appreciate him for the many ways that he showed up to help us as we were growing and striving to make a positive impact for an underserved population. He approached the situation calmly, asked thoughtful questions, and worked alongside us until the issue was resolved. He did not complain about the time or the pressure. He simply wanted the project to succeed. That evening made a real difference. We met the deadline, and it ultimately helped us gain approval as a First Step Act program. Thousands of justice-impacted individuals now benefit from that work. Nevin's contribution may not be visible to them, but it mattered significantly.

His steady presence and willingness to help, even during some of the most stressful periods of his own life, revealed to me a great deal about his integrity and his capacity for service.

I do not know what sentence Nevin will receive. I understand that responsibility rests entirely with this Honorable Court. What I can say is that throughout my time working with him, he has demonstrated accountability, humility, and a sincere desire to repair and contribute. If community service is part of his sanction, I would welcome the opportunity for him to continue supporting our nonprofit. His work directly benefits people striving to rebuild their lives.

Thank you, Your Honor, for considering my perspective. I hope these observations offer a fuller understanding of the person I have come to know, and I hope you will find him a candidate for mercy.

Respectfully,

*Michael Santos*

Michael Santos
Founder, Prison Professors Charitable Corporation



**PRISON PROFESSORS CHARITABLE CORPORATION**
Prison Professors Charitable Corporation / PO Box 50996 / Irvine CA 92619
IRS 501c3 #85-2603315 / www.PrisonProfessors.org
Email: Michael@PrisonProfessors.org

2




Jeffrey L. Edleson, Ph.D.
Distinguished Professor of the
 Graduate School
Specht Chair Emeritus

School of Social Welfare
120 Haviland Hall MC 7400
Berkeley, CA 94720-7400
510.643.6664 tel
510.643.6126 fax
jedleson@berkeley.edu

January 3, 2026

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

**RE: Nevin Shetty**

Your Honor,

I write to you as a Distinguished Professor of the Graduate School at the University of California,
Berkeley, and as one who is ranked globally as a top scholar in family studies. My research over the past
four decades has focused on how family stress impacts children. This is not abstract theory to me—it is
my life's work, grounded in extensive social science evidence. My entire career as a social worker has
been devoted to understanding the impact of trauma on children and how to help them heal. I have
authored 12 books and over 130 articles focused primarily on child stress and mental health
interventions. Earlier in my career, I was a licensed school social worker, providing services and later
conducting research extensively with children in schools, families, and communities.

I am sure this court is aware that a significant body of research shows separating a father from his young
daughters will have profound and lasting negative effects on the girls. Young children experience
parental separation as a fundamental disruption to their sense of safety and stability, which impacts how
they develop into adulthood. The research is clear and unambiguous: these impacts will run deep into
these little girls' lives, creating intergenerational trauma.[i]

I understand that Your Honor has wide discretion in sentencing. My professional life and research aside,
I am writing to you as Nevin's stepfather. I have known Nevin for over 28 years, since he was a teenager
at Mercer Island High School, and I have watched him grow into the man he is today.

My first vivid memory of Nevin captures something essential about his character. I found him in his
bedroom packing for summer camp; his clothes neatly folded in separate stacks across his bed. On top of

each stack sat a handwritten label identifying what was in the stack and the quantity of clothes in each. This wasn't the work of a parent hovering over him—this was pure Nevin, even as a teenager. That image has stayed with me for almost three decades because it revealed his nature: methodical, thoughtful, and deeply conscientious.

Throughout his life, Nevin has been someone people turn to. He built a successful career working at an international accounting firm and a large hedge fund before founding his own startup, which he subsequently sold to a national retail chain. I know Nevin defined himself by his professional accomplishments, but that only tells part of his story. What matters more is how he shows up for people. When my wife and I drove a 16-foot truck full of our belongings during our move from the Bay Area to Seattle in July 2021, Nevin appeared at our door at 10 p.m. to help us unpack the entire truck—this after a long workday and putting his daughter to bed. When one of his stepbrothers faced an IRS audit, Nevin navigated the complexity and helped him secure an unexpected tax refund. My wife and I have relied on him to guide us through retirement planning; to preview homes we couldn't travel to see in Seattle and to advise us on our finances. He has never been too busy or too distracted to help. When you ask Nevin to do something, he will figure out how to make it happen.

Today, Nevin is the father of two daughters, ages six and three. I watch him spend hours teaching them math, reading, art, and sports. I see him building with Legos and magnetic blocks to develop their spatial reasoning. I witness the way his daughters' faces light up when they call out "Dada" as he returns home. My wife and I moved to Seattle to be a regular presence in our granddaughters' lives, and we see firsthand the loving, engaged father Nevin is. These girls adore him, and he centers his world around them.

At Thanksgiving dinner in November 2022, with family gathered around the table—many of us had invested funds with Nevin through Chrono Capital—he asked everyone to be quiet and then took full responsibility for the Terra Luna investment loss. He was unequivocal as tears rolled down his cheeks. As a family, we accepted it. We understood that he had been trying to protect our investments during a falling stock market and rising inflation. We have continued to support him through this difficult period because we know his intentions were never malicious. Nevin wanted to make money for everyone. I know he has similarly taken responsibility with the friends and colleagues who invested with him.

What has struck me throughout these challenging years is Nevin's focus on learning from this experience. Nevin acknowledges that his character traits of ambition and diligence brought much success but ended up being a double-edged sword. His acceptance of his character flaws and this reckoning is remarkable. Rarer still is the will to internalize these lessons and build a new life based on them. Nevin will face whatever you decide, but he looks constructively toward what lies ahead for himself and his daughters. This is the same quality I saw in him as that organized teenager—an ability to face reality, take responsibility, and plan for what comes next.

My wife and I will be there for Nevin's daughters and their mother in every way possible, regardless of what happens. Most importantly, we will support Nevin by providing the concrete support, love and companionship of parents for their child.

Nevin is a good human being who wants what is best for his daughters, his family, his friends, and his colleagues. He made a single, poor decision in a brief window of time—one that went terribly wrong.

But I urge you not to define him by that fleeting lapse, but rather by a lifetime of thoughtful choices, responsibility, and genuine care for others. The large network of family, friends, and former colleagues who have stood by him through this ordeal speaks to the respect and affection so many people hold for him.

For my two granddaughters and their loving father, I ask for your compassion and leniency.

Respectfully submitted,

Jeffrey L. Edleson, Ph.D.
Distinguished Professor of the Graduate School
Harry & Riva Specht Chair in Publicly Supported Social Services Emeritus
Former Dean (2012-2019)

---

[i] Bowlby, J. (1973). Attachment and loss: Vol. 2. Separation, anxiety and anger. London: Hogarth Press; Milozzi, S. (2025). Systematic review of the impact of parent-child separation on children's mental health and development. *Revista de Psicoterapia, 36*, 5-17 (English translation).



**SOUND**
The forefront of healthcare

Corporate Headquarters
6400 Southcenter Blvd.
Tukwila, WA 98188
Tel: (206) 901-2000
Fax: (206) 901-2010
www.sound.health

September 11, 2025

To whom it may concern:

My name is Olivia Breen, and I had the pleasure of meeting Nevin Shetty on January 17, 2025 for our first session. Mr. Shetty has been a client of Sound since completing his intake on October 16, 2023, and has been actively engaged in counseling sessions throughout the past two years, with minimal interruption due to agency staffing changes.

Mr. Shetty's overall attendance record is below. He attended all scheduled sessions.

10/23/2023, 11/01/2023, 11/08/2023, 11/13/2023, 11/22/2023, 12/01/2023, 12/06/2023, 12/13/2023, 12/27/2023, 01/03/2024, 01/08/2024, 01/16/2024, 01/22/2024, 02/05/2024, 02/12/2024, 03/18/2024, 03/25/2024, 04/08/2024, 04/15/2024, 04/24/2024, 05/22/2024, 05/29/2024, 06/05/2024, 06/26/2024, 07/08/2024, 08/21/2024, 09/04/2024, 10/07/2024, 11/12/2024 occurred with his previous counselor.

01/17/2025, 02/20/2025, 03/20/2025, 04/02/2025, 04/17/2025, 04/30/2025, 05/15/2025, 06/05/2025, 06/17/2025, 06/26/2025, 07/24/2025, 08/14/2025, 09/10/2025 occurred with myself.

On September 4, 2024, after consistently attending sessions for one year, Mr. Shetty's previous counselor documented that it was communicated to Mr. Shetty by his Parole officer that "they did not have a requirement of frequency and timeframe of treatment and if at any time the therapist feels that sessions can end that they could do so at any time." While Mr. Shetty's previous counselor documented that the plan was to "follow up with client if they want to continue services or not," they scheduled another session on October 7, 2024. On October 7, 2024, Mr. Shetty and his initial counselor planned to reduce their session cadence to monthly check in visits until his discharge from services was finalized.

Mr. Shetty unexpectedly had his last session with his previous counselor on November 12, 2024, due to staffing changes at the agency. Mr. Shetty's previous counselor had planned to "keep client open until confirmation [from] Parole officer." At that time, Mr. Shetty and his previous counselor did not schedule an additional session.

Mr. Shetty was without a counselor between December 2024 and January 6, 2025. During this transitional period, Mr. Shetty was notified of his counselor's departure from the agency, and that he would be assigned a new counselor on in early January 2025. On January 9, 2025, I personally contacted Mr. Shetty, to introduce myself as his new counselor. Mr. Shetty promptly returned my phone call, and enthusiastically scheduled our first session on January 17, 2025.



# SOUND
The forefront of healthcare



Corporate Headquarters
6400 Southcenter Blvd.
Tukwila, WA 98188
Tel: (206) 901-2000
Fax: (206) 901-2010
www.sound.health

Initially Mr. Shetty and I planned to continue his previously established session cadence of monthly check ins, with the mutual understanding of Mr. Shetty's intention of graduating from services soon and that his participation in counseling was optional at this point. Despite the self-reported progress and therapeutic growth documented in Avatar (Sound's electronic health record platform), Mr. Shetty's previous counselor unfortunately had not completed a Treatment Plan for tracking Mr. Shetty's treatment goals and progress. On February 20, 2025, I informed Mr. Shetty of this unfortunate situation, that he lacked a formal Treatment Plan despite actively participating in counseling for almost one year and reporting ongoing self-improvement.

On March 20, 2025, during a co-session with my then supervisor Adrien Helander, it was agreed upon that Mr. Shetty and I would meet every other week for a short period to establish a therapeutic relationship and create a Treatment Plan. During that session, Mr. Shetty also completed several symptom screening tools including the PHQ-9 (Patient Health Questionnaire, 9 items), GAD-7 (Generalized Anxiety Disorder, 7 items), and PCL-5 (Post Traumatic Stress Disorder Checklist-5 20 items). These screening tools were initially administered during Mr. Shetty's intake on October 16, 2023, and his scores on March 20, 2025, would serve as a midpoint measurement of Mr. Shetty's symptom progression.

On June 17, 2025, another co-session with my then supervisor Adrien Helander, and current supervisor Kimmy Manson was conducted to finalize Mr. Shetty's three month accelerated Treatment Plan. Outlined in the Treatment Plan are three S.M.A.R.T. goals focused on the maintenance of therapeutic gains Mr. Shetty acquired through his work with his previous counselor and external Cognitive Behavioral Therapy (CBT) therapist.

On September 10, during our final session, the following symptom screening tools were re-administered (PHQ-9, GAD-7), serving as the final measurement of Mr. Shetty's symptom intensity. Mr. Shetty's scores indicate goal completion and prolonged symptom management. Mr. Shetty and I discussed the details related to his formal discharge from services, and Mr. Shetty was given the steps of how to re-engage in counseling at his own discretion. Mr. Shetty was encouraged to reach out to my current supervisor Kimmy Manson through email with any concerns, before the end of the month.

At this time, Mr. Shetty has successfully completed the goals outlined in his Treatment Plan which include maintaining strategies that reduce anxiety and catastrophizing through breathing techniques, reading his notes on stoicism, and maintaining healthy relationships. Mr. Shetty continues to demonstrate an internal motivation to better himself and form meaningful connections within his community.

Should you have any further questions, please don't hesitate to reach out to Kimmy Manson, the current supervisor, as I will be leaving the agency as of September 23, 2025 to pursue further academic pursuits.


The forefront of healthcare


Corporate Headquarters
6400 Southcenter Blvd.
Tukwila, WA 98188
Tel: (206) 901-2000
Fax: (206) 901-2010
www.sound.health

Warm regards,

Olivia Breen

Kimmy Manson


Hope. Healing. Recovery.

**Olivia Breen, BS, RAAC** (she/her)
**AS Clinician**
**13555 Bel-Red Road, Suite 228, Bellevue, WA 98005**


Hope. Healing. Recovery.

**Kimmy Manson, MSW, LICSW** (she/her)
**Supervisor**
**13555 Bel-Red Road, Suite 228, Bellevue, WA. 98005**
**Kimmy.Manson@Sound.Health**

**The Honorable Judge Tana Lin**
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

**Re: Character Support Letter for Mr. Nevin Shetty**

Your Honor,

My name is J. P. Harlow, and I serve as a Managing Director at Rockefeller Group where I oversee the West Coast region for real estate development. I write this letter in support of Nevin because of the man I have known for over the last twenty years and because of the man he has become over the last two years. Given I work in a high stress job that manages investments for the purpose of generating yield, and have known Nevin for more than two decades, I hope my letter assists the Court in reaching a fair and just sentence.

Nevin and I met as freshmen at the University of Washington in 2002. Since then, our lives have been intertwined. We both studied business, becoming part of the Foster School of Business. We joined extracurricular organizations at the business school and even then, he stood out as a natural leader and forward thinker trying to scale everything he manages. He became president of the Management Consulting Association, the largest business organization by revenue on campus. Aside from his leadership and diligence, my earliest memories of him involve late nights studying where he always made sure others around him understood the material before he packed up his own books.

Over the many years since, our relationship has grown into a deep personal friendship. What I value most in Nevin is the way he shows up with curiosity trying to propel everyone forward. We have spent countless hours in conversation about work, family, relationships, and spirituality. These conversations allowed me to witness a side of Nevin that runs far deeper than his professional accomplishments—which are substantial. Long before any of the events in this case, he was someone who sought meaning, who wanted to make an impact, and who tried to build both his professional and personal life around those values.

Nevin has always demonstrated uncommon discipline and rigor. In New York while he was working in an intense finance job, over an eighteen month period Nevin studied weeknights and weekends to complete all three CFA exams—for eighteen months! The trajectory of his career went parabolic because of those same traits. Companies promoted him successively at such a young age because he delivered value and earned their trust—Fabric recognized those same strengths when he became CFO. I understand how work dynamics and intentions can shift during short, intense periods of time. However, Nevin would never sacrifice long-term gain for short-term profits. I understand the seriousness of the conduct

and charges. And I understand his actions have been life altering for everyone involved. But understanding Nevin as a person over decades helps put into context his decisions and make what I heard in court contradictory to the essence of that man.

That said, I am not here to defend his decisions or omissions to the board while he was at Fabric. What's more important is this incident forced him to confront his sense of identity, which had long been tied to professional achievement. Instead of retreating, as most people would do, he immersed himself in intensive personal work—attending therapy, Alcoholic Anonymous, spiritual retreats, and throughout it all taking accountability for his actions with sincerity. Rather than collapsing under shame, he has turned toward deeper humility and service. Over the past few years, I have seen this growth consistently in our conversations and in the way he carries himself during an unimaginably difficult period.

As I write this letter, I remembered years ago how Nevin helped me in New York orchestrate one of the most efficient apartment moves I have ever experienced. Given his busy schedule, it would have been understandable for Nevin to simply decline saying he was too busy to help. Instead, Nevin showed up and turned it into a game—sprinting back and forth between the apartments as if it were both a workout and personal mission. I laugh thinking back to it.

I recently got engaged and just a few weeks ago, shortly after the jury verdict, I held an engagement party. It was a highly public event filled with people who were aware of the case. I know it was difficult for him to walk into that room, yet he still arrived to show support for my relationship, and treated everyone with kindness. His presence that day spoke volumes. It showed his resilience, his integrity in adversity, and his commitment to those he cares about.

I have learned a great deal from Nevin throughout our friendship. I have learned that he is far more than a finance professional. I have learned that he approaches hardship with a willingness to look inward and change. I have learned how deeply he values his role as a father. Witnessing him navigate the past few years has been a reminder that people can face the most painful chapters of their lives with honesty and transformation.

I think more than anything, Nevin's journey over the past few years to reflect and transform is the reason he is worth giving leniency. Aren't the people we want to give second chances to the ones that have shown the capacity to turn their worst decision into the best thing in their life? I understand the gravity of the loss to Fabric and that the jury convicted him. However, they don't know the real Nevin. The jury simply heard a short three month period in Nevin's life. I ask your Honor to evaluate the whole man in front of you. As a long-time friend, fellow professional investor, and victim, Nevin doesn't deserve to be incapacitated. Let's put his skills and abilities to work for society—he will not let us down.

Respectfully,

*James P. Harlow*

J. P. Harlow

December 16, 2023


The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906


Dear Judge Lin,

My name is Mike Wandell. I have spent my entire career working at fast growth technology companies. I have known Nevin for approximately 20 years as a friend, as my professional financial advisor, and as a victim.

I met Nevin in college and even back then I was always impressed by his financial knowledge and investment philosophy. As my career flourished, I would ask Nevin for informal investment advice. His advice was so good that my wife and I convinced Nevin to formally manage our investments. Nevin created a detailed and structured plan to build our wealth while remaining conservative for the long-term. I worked with Nevin the following 15 years as my financial sounding board, having a twice yearly check-in to rebalance our portfolio, discuss job offers, purchasing a home, opening 529 accounts, planning with retirement in mind. Nevin went above and beyond and we were very satisfied with his work.

We trust Nevin fully. Even though he is a friend, my wife and I gave him a clear view of our finances and even power of attorney (should something happen to my wife or me). We now have zero debt, have upgraded our home, our children's college is paid for, and we have a path to early retirement all due to Nevin's financial acumen. When Nevin started Chrono Capital, we invested.

Our friendship grew even closer as our families grew. My wife became pregnant with our 1st son and Nevin's wife was pregnant with their 1st daughter. The children were born about 2 weeks apart and we have shared many great milestones together. I always enjoy hanging out with Nevin personally. I leave our interactions energized.

That's why the Chrono Capital loss was so jarring. On the surface, his crypto investment goes against everything he did for 15 years. We have spoken several times about that loss and the circumstances that brought it about. When Nevin explains it in detail, it makes sense—inflation was rising, he wanted safe and stable yield, and Terra Luna seemed legitimate. Regardless, the loss hit us hard, and I have not hidden my frustration or my disappointment from him. Throughout, Nevin has offered sincere remorse, acknowledging that the true cause was his overconfidence. He has admitted that his successes blinded him and impaired his decision making.

It is this unflinching honesty that allowed me to forgive him and, in fact, has deepened the bond between us. Nevin has not just admitted his faults; he is committed to learning from them. For him, this failure has been an incredible teacher.

I am writing this letter on Nevin's behalf, compelled by my belief that his actions, however catastrophic in their result, were never borne of malicious intent. In all the years leading up to this, Nevin's investment philosophy has always been about minimizing risk while generating stable returns. Although it was a crypto stablecoin, I know that's what Nevin thought he was investing in.

I know with certainty that this process has already fundamentally changed Nevin. He is confronting his failings with a humility I had not seen before. Knowing him as I do—and despite the hurt—I hold no ill will toward him. I see a person who has been shattered by his own error and is dedicated to piecing himself back together with greater integrity.

This letter is a genuine plea for leniency in his sentencing. I simply ask for consideration of the whole person and his potential for growth. I thank you for reading these words, and I humbly ask that you show compassion for a man I know very well, and in whom—perhaps against all odds—I still place my trust and hold a great deal of love for.

Sincerely,

Mike Wandell
415-519-7302
Mike.wandell@gmail.com

**Docusign**

## Certificate Of Completion

Envelope Id: 37767EA4-E074-47C3-BE71-05CFAB75B552                                    Status: Completed
Subject: Mike Wandell - Letter for Nevin.docx
Source Envelope:
Document Pages: 2                          Signatures: 1                             Envelope Originator:
Certificate Pages: 1                       Initials: 0                               Mike Wandell
AutoNav: Enabled                                                                     mike.wandell@gmail.com
EnvelopeId Stamping: Disabled                                                        IP Address: 76.147.43.61
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

## Record Tracking

Status: Original                          Holder: Mike Wandell                      Location: DocuSign
          12/23/2025 1:22:20 PM                     mike.wandell@gmail.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Mike Wandell<br>mike.wandell@gmail.com<br>Security Level: Email, Account Authentication (None) | *[signature]*<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 76.147.43.61<br>Signed using mobile | Sent: 12/23/2025 1:22:21 PM<br>Viewed: 12/23/2025 1:22:26 PM<br>Signed: 12/23/2025 1:22:58 PM<br>Freeform Signing |

**Electronic Record and Signature Disclosure:**
    Not Offered via Docusign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/23/2025 1:22:21 PM |
| Certified Delivered | Security Checked | 12/23/2025 1:22:26 PM |
| Signing Complete | Security Checked | 12/23/2025 1:22:58 PM |
| Completed | Security Checked | 12/23/2025 1:22:58 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Honorable Tana Lin**
**United States Courthouse**

Your Honor,

My name is Brady Albers, and I am the President of Franklin Sterling, an executive recruiting company. I appreciate the opportunity to write this letter on behalf of Nevin, whom I have known for twenty-three years. Over the course of more than two decades, Nevin has been not only a trusted friend, but one of the most reliable, principled, and steady presences in my life.

I first met Nevin in 2002, and I remember being immediately struck by how friendly, engaging, and caring he was—as a shy freshman at UW Husky football tailgate full of people, he made me feel genuinely seen and heard. As our friendship grew, those early impressions proved to be more than just first-moment charm; they were reflections of his character.

Throughout school and professionally, Nevin was always hard-working, efficient, focused, and reliable. He is someone who approaches any responsibility—large or small—with seriousness.   Personally, he is caring, empathetic, reliable, and trustworthy. These are traits I have witnessed.

One of the most meaningful examples of Nevin's character came during one of the most difficult chapters of my life. In 2012, I was diagnosed with testicular cancer and endured months of chemotherapy, multiple surgeries, and over a month in the hospital. Despite being thousands of miles away in New York City, in an incredibly stressful finance job which required long hours, Nevin found a way to reach me every single week—sometimes every day—whether by phone call, text, or email. He checked on my health, my spirits, my family, and he encouraged me relentlessly. His presence—despite the physical distance—played a critical role in helping me maintain faith and a positive outlook. I will never forget that.

Within our circle of friends, Nevin is what we affectionately call the "glue guy." When something needs to get done, and done effectively, *everyone* turns to Nevin. He is the one who steps forward, organizes, plans, and ensures that things are handled. That reliability is part of why the events leading to his current situation were so shocking to me. I was in court to support Nevin and the conduct at issue is simply incongruent with the man I have known for twenty-three years.

I humbly ask your Honor to look past the headline loss and consider the entire situation at Fabric—a large company, with no checks and balances, gives a young, ambitious CFO full authority to make investments. I am not trying to minimize his actions but to convey that Nevin would never steal $35 million. I understand Nevin made a poor decision but we must also evaluate his positive impact—something that did not come out at trial—Nevin was instrumental in helping Fabric grow from 50 to 400 people and

increasing the company's valuation to $1.5 billion. Good does not always cancel bad but I believe the context is important.

I have met Nevin a number of times since the charges in 2023. I have seen him confront his actions with sincerity, acceptance, and deep introspection. Nevin has spoken openly about how his "own success morphed into ego"—character defects that manifested over time which he admits contributed to the hubris and decision-making that led to his poor judgement. He has taken real, concrete steps to better himself, both emotionally and professionally. I have watched him sit with the weight of what happened, not with denial or excuses but with remorse and responsibility. That willingness to confront hard truths about oneself is rare, and it speaks volumes to his character.

Should the Court allow after sentencing, I will hire Nevin without hesitation. In fact, I have already discussed with him a role within my company—I would have him lead a division focused on the executive recruitment of CFOs and other C-suite executives. I would not place anyone in that position unless I had absolute confidence in their integrity, their work ethic, and their judgment. I have that confidence in Nevin and believe his personal growth over the past three years have made him a better communicator and more empathetic.

Nevin made a serious decision without consulting his CEO and board of directors, and he does not shy away from that. But this brief period of his life does not encapsulate the true man before you. For the twenty-three years I have known Nevin, he has been defined by his determination to work hard, and improve the lives of those around him— both professionally and personally. Ultimately, that is why I am excited for him to [hopefully] join my company. I beg your Honor to look past the headline loss, consider the situation, and evaluate the full man before you as you determine a sentence.

Thank you for your time and for considering my perspective.

Respectfully,

Brady Albers
President, Franklin Sterling
(253) 691-7420

January 6, 2026

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

**Re: Character Reference for Nevin Shetty**

Dear Judge Lin,

My name is Chris Gonzales. I'm an entrepreneur & investor that has spent the majority of my career in software engineering and machine learning. Previously, I spent eight years at Amazon and Amazon Web Services (AWS) leading Product and Engineering teams. I am writing to you today not as a business associate, but as a close friend of Nevin Shetty for nearly 22 years.

I am writing today with a full understanding of why we are here. I know Nevin is being sentenced for wire fraud, and I do not minimize the seriousness of this offense or the impact it has had on Fabric. But I also know the person who sits before you is more than this one terrible decision. I was in court *every single day* to support Nevin (I even helped your mother the day she attended trial to find a seat). The reason I took two weeks off work to attend trial is because of who Nevin is and what he means to me. The man I have known for over two decades is defined, not by malice, but by a relentless desire to build people up. He channels his energy into supporting others, and it is that person—the one who lifts people up—that I hope you will see.

I first met Nevin over two decades ago when we were students at the University of Washington. I decided to join a fraternity and was nervous. I was one of the few Asian males in a sea of Caucasians. Nevin immediately broke the ice. He was friendly, smart, athletic, and was a natural leader. Over the last 22 years, our relationship has evolved from college buddies to mentor/mentee, to family friends. But today, I often joke that the friendship is unbalanced. Nevin has given me far more life-changing mentorship than I could ever repay.

Nevin is not a passive friend; he is an active participant in the success of those he loves. He doesn't just hope you do well; he works to ensure it. One specific example occurred when I was in my twenties. I was incredibly stressed, trying to decide between job offers. I texted Nevin for advice, knowing his calendar was likely full. He didn't send a quick text back. He called me immediately. He stayed on the phone for nearly 90 minutes, listening to my situation and confidently walking me through an analysis of which company offered the best growth. I followed his advice, and it led to the most rewarding job I've ever held and helped secure my family's financial future. Nevin is always the first call I make for career advice because he is the most supportive "mentor" friend one can have.

This "all-in" support extends beyond career advice. When I casually mentioned to Nevin that my wife and I were looking for a house, he took it on as a personal mission. He didn't just wish us luck; he started curating listings he thought would be ideal for my children. Nevin even accompanied us on tours

and opened up his personal network in case we needed any remodeling advice when considering a home. He treats his friends' well-being with the same intensity he treats his own projects.

Most importantly, Nevin shows up when things are dark. In 2019, shortly after I got married, my wife and I suffered a miscarriage. We were devastated—shocked, sad, and angry. I sent an email to a group of friends explaining that we had to cancel an end-of-summer party, but I didn't have the energy to explain the situation in depth. Within minutes of sending that email, my phone rang. It was Nevin.

He was the *only* person who reached out to me. He didn't offer clichés; he just stayed on the line and helped me process the shock. In a moment where I felt completely isolated, Nevin's compassion was a lifeline. That is the true Nevin: a man who runs toward his friends when they are hurting, not away.

I have spoken with Nevin at length since the events of 2022. In our first conversation after the situation came to light, he was unequivocal. He made no excuses. He made it crystal clear to me that this was no one's fault but his own. Since then, Nevin has embarked on a journey of therapy, sobriety and philosophy. I probably would have crumbled under the accusations, allegations and conviction. Nevin has chosen to improve himself. That is the most important thing to me.

I believe in Nevin's capacity to contribute to society, and I am putting my own reputation behind that belief. If Nevin were released and in need of employment, I would hire him without hesitation. Furthermore, if he were to start a new venture, I would invest in it. His expertise in finance, technology, and operations is rare, but his diligence is what matters most to me. I know it did not come out at trial, but Nevin has never sought success just to build a castle for himself; he builds ladders to bring others up with him.

When I look at Nevin, I see a man who wants nothing more than to repair the damage caused by his choices. I see a man who is trying to take the worst decision of his life, learn from it, and rebuild himself to live a life of meaning and purpose. I see a man who loves his family and friends deeply. As you weigh the scales of justice, I respectfully ask that you also weigh the man. Please consider the totality of his life—the decades of generosity, the consistent integrity he showed in every other facet of his life, and the unwavering support he has always given to those around him. If you do, I believe you will see a man who made a grave decision, yes, but also a good man who has spent a lifetime building up for others, not tearing down.

Thank you for your consideration and for the heavy responsibility you carry.

Sincerely,

Christopher Gonzales

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Your Honor,

My name is Hunter Brooks and I am an entrepreneur, local business owner, and a close friend of Nevin. We first met in 2002 as freshman at the University of Washinton. I was in the courtroom during trial and I hope this letter gives a full perspective of the man I know and love.

From the very first time I met Nevin, he struck me as someone with a rare combination of qualities: lively, sincere, hard-working, and earnest. Even back then, long before careers, families, and life's complications, Nevin carried himself with an intensity that wasn't intimidating but very natural—an intensity rooted in trying to improve everything he touches.

Our relationship has been defined by many shared experiences and deep, wide-ranging conversations—the kind you only have with a few people in your life. Nevin is one of those rare people who you can (and want to) talk to about everything: relationships, business, travel, existential questions, and the ups and downs of our personal lives. It is not dramatic to say that Nevin has been one of the most consistent and thoughtful friends I've ever had. We were even written up in a 2012 New York Times article *Hamptons Party Starts While the Train is on the Tracks* about people partying on the train from NYC to the Hamptons (NYT misattributed the quote to me but the below is an excerpt from the article, corrected):

> *"Some riders carve islands of civility amid the packs of partyers. On the Friday train that carried the Johnsons, Hunter Brookers and Nevin Shetty, both 28, say with a wooden chessboard balanced between them on their knees "Do you have to party on a train?" Mr. Shetty said. "It's nice to have a conversation."*

That is quintessential Nevin. Trying to elevate those around him and with the fortitude to go against the current to do what he thinks is right. Given how well I know Nevin, and as an onlooker of this case and at trial, it's clear to me that is what happened here—Nevin thought he was making an investment that would help those around him. I am not making an excuse for Nevin or trying to downplay what occurred. I am simply trying to give context based on the individual I know so you can render and fair and just sentence.

Nevin can seem stoic in demeanor—but that is because he is deeply thoughtful and emotionally aware. Nevin may even seem calculating—but that is because he is so

intelligent and hardworking. The prosecutor seemed to weaponize the best parts of Nevin—his ambition, discipline, and diligence—against him. As a fellow entrepreneur who raised venture funding and reported to a board of directors, I understand the complexities of appeasing competing priorities from big personalities. What I did not see clearly revealed at trial is how much Nevin loved Fabric.

After Nevin raised $100 million for Fabric in the summer of 2021, I met Nevin and his excitement about Fabric's potential to change ecommerce was palpable. After Nevin completed Fabric's first acquisition in the fall of 2021, I met Nevin and his vision for how Fabric was going to grow was infectious. After Nevin had a contentious board meeting in the winter of 2021, I met Nevin and his determination to show the board his worth as a CFO was clear. After Nevin raised $140 million for Fabric in early 2022, I met Nevin and his reverence for Fabric bordered on religious indoctrination. After Nevin told me he may leave Fabric in the spring of 2022, I met Nevin and he explained how tensions with the board had soured but he was leaving on good terms—and because the split was amicable he had over 10 interviews for CFO roles at other billion dollar+ tech companies. The prosecutor's narrative simply doesn't align with the man or the facts because Nevin told me multiple times, he credits his future career trajectory to Fabric success—not his success at Fabric but Fabric's overall success became his success. Nevin would never do anything to harm Fabric.

But since the charges were issued in 2023, Nevin has never deflected, made excuses, or blamed another for the decisions he made. What has stuck me most over the past 2.5 years is his unfiltered remorse, humility, and accountability. He has never tried to distance himself from responsibility. In every conversation, Nevin faced it—directly and painfully.

In the time since, I have witnessed one of the most profound periods of personal transformation I have ever seen in another adult. Nevin sees two different therapists. He has been sober for over two years and is secretary of his Alcoholic Anonymous group. Unable to get a finance job, Nevin applied for more than 100 "everyday" jobs, including working at McDonald's and driving for Uber—and was unfortunately rejected by both citing his pending charges. Nevin has tried to meet everyone he impacted in person to apologize and make amends. I am not sure I know another individual who would go to the lengths Nevin has. Unable to work, he redirected his energy into three areas that impressed me deeply:

1. Rigorous, disciplined self-work—including his deep dive into Stoicism—is daily, consistent, and sincere.

2. Being a devoted father, showing up for his child every single day with unwavering commitment despite enormous stress.

3. Maintaining and strengthening relationships, checking in on friends, remaining connected, and expressing gratitude and love openly.

On our long walks and coffee conversations around Seattle, Nevin shares how much this process has forced him to reflect—truly reflect—on who he is and who he wants to become. Nevin talks about the incredible love and support he has received through the most difficult period of his life and how that love has reshaped him more than fear or punishment ever could. I have witnessed real remorse—and it has been soul changing for me.

Your Honor, if you give Nevin the opportunity, I will absolutely hire him at my company. In fact, I have often joked—but with complete sincerity—that he is so gifted with a financial mind that someday I will have him manage my investments. I genuinely trust his character and potential.

Above all, I want the Court to know that despite his actions here, Nevin is one of the most caring people I know. He has always believed in giving more than he receives—both professionally and personally. Despite his failures, Nevin has demonstrated the capacity for deep change.

If I were standing in your courtroom and you asked for anyone who could speak to Nevin's humanity, I would stand without hesitation and say: *I'm not here to tell you his actions were right. I'm here because even in the hardest moments of his life, he has proven that he is capable of redemption, and he is committed to becoming a better version of himself. This process has changed him deeply—and I believe giving him a second chance to rebuild will not only benefit his family and community but will benefit society as a whole.*

Thank you for allowing me to share my perspective.

Respectfully,

Hunter Brooks
December 16th, 2025

December 1, 2025

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Dear Judge Lin,

I am writing this letter on behalf of my friend, Nevin Shetty. Nevin and I met at the University of Washington in 2002 and have followed similar paths – we both majored in accounting, moved to NYC after graduation, worked our way up to becoming CFOs at hedge funds, and then returned home to Seattle to start our respective families.

You may have noticed two small children in your courtroom during jury selection – my son and daughter wanted to attend because they know Nevin and heard my wife and I talk about his case. Also, my wife is a lawyer who clerked for Judge Zilly a few years ago and they wanted to see "what mom does at work." Two other children that you did not see in the courtroom are Nevin's little girls. They are a bit younger and unable to fully understand the weight of Nevin's conviction. I know Nevin loves his kids as much as I do mine; so, I am not surprised that he kept them away.



That is me, Nevin, and our friend Walter with our eldest children on one of the hottest days in Seattle history. I remember that day well because my two kids were running wild around Nevin's house and he pulled me aside to hint that they were teaching his daughter bad habits. I had to laugh because Nevin was always organized and particular – in a positive and stylish way – but his daughter was still very young, and I realized Nevin had not fully experienced how much energy and chaos kids bring to a home. Nevin is always fun to be around though, and soon enough he let down his guard. An hour after he raised his concern about my son throwing stuffed animals, the kids were chasing the adults around with water balloons. I am not sure if you can tell from the photo, but the kids won that battle.

Nevin has always been full of life and energy. For two years, Nevin hosted monthly "Jeffersonian Dinners," gathering ten friends for a seated meal and conversation focused on a single thought-provoking article or question he had sent in advance. I do not know how Nevin found the time, but he always took action to try and make everyone's lives a little better. Nevin has always been extremely confident from organizing those formal dinner parties to talking so loud in restaurants that everyone can hear the conversation. But more importantly, he is always present, engaging, and reliable.

That confidence also extends to Nevin's professional career. Personally, I was amazed at how much Nevin accomplished – he was the CFO for a hedge fund while studying for and passing the CFA exam (some would compare this to earning an MBA), volunteering with various organizations, and founding a start-up tech company that he would later sell to David's Bridal. Yes, Nevin has hustle, he has ambition, and he holds himself to a high standard. Those qualities are what our society wants, what our society rewards. And those qualities had always served Nevin well until now.

Nevin is very independent and a complete self-starter – he just get things done. However, there is a significant story in which Nevin had to rely on his friends and family for support. In the summer of 2011, Nevin went out for a run while living in New York and was blindsided by a taxi. The cab hit Nevin's body with such force it threw him kitty corner across the intersection. I remember a goose egg near Nevin's eye that was the size of a golf ball and lacerations all over his body. Nevin was lucky that the cab was not going much faster or else he may not be here today.

In professional terms, Nevin was blindsided again, this time by the Terra-LUNA crash in May of 2022. The investment was the worst decision of his life, and it cost Nevin so much – his career, his finances, many friends, and he will now likely be separated from his family. Nevin told me that he reached some very dark places – rock bottom. But Nevin has told me it wasn't the investment itself, it was him just acting alone thinking it was best for everybody is what went wrong. That understanding of his poor decision making is rare and worth saving. My plea to you, Judge Lin, is to please not run Nevin over again. What Nevin has today is his girls and a completely new perspective. As you know, Nevin's daughters need their dad for the simple aspects of life – to remind them to brush their teeth right when they wake up, walk them hand-in-hand to school, and give them hugs every night before bed. More importantly, Nevin's new humility is conveyed in every interaction with his daughters.

I am certain that the most difficult thing Nevin will have to do is tell his daughters that he is going to be away from them for an extended period. My hope for Nevin is that he can look through the immediate term and focus on the many good days that he still has ahead – celebrations, holidays, graduations, tears of joy and laughter with his girls. To them, this conviction will not define Nevin, he is and always will be "dad."

Nevin's voice is not quite as loud as it used to be. The confidence is still there, but it is restrained by a gratitude for the friends and family that you saw in your courtroom during the trial. There are many, many people who love Nevin very much. I have no doubt that Nevin can be an extremely productive member of society. I still

work in the investment industry, and I would hire Nevin tomorrow. That said, I think Nevin's world and motivations have significantly narrowed, and I believe Nevin is at peace with that fact. The worst thing that can happen to Nevin today is to be separated from his girls for even one day longer than necessary. I ask you to consider Nevin's full life and the change that has occurred in him over the past three years as you determine a fair sentence. Nevin will not let you down.

Sincerely,

James Stoner

Shannon O'Grady



The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101

December 20, 2025

Your Honor,

I write this letter with deep humility and seriousness on behalf of Nevin Shetty. As a finance professional, I understand the gravity of the offense before the Court, and I do not write to excuse his actions. I write to provide context about the person I have known for more than two decades, and to offer an honest assessment of his character, his remorse, and his capacity to rebuild and contribute positively to society.

For background, I spent 18 years at Blackstone, most recently as a Managing Director in Investor Relations and Business Development. I left the firm a few months ago to spend time with my one-year-old daughter. Over the course of my career, I have worked with and evaluated hundreds of professionals across finance and entrepreneurship. I do not offer that to impress, but to underscore that I do not make statements about character lightly.

I have known Nevin for over 22 years. We met as freshmen at the University of Washington, where we both studied in the Foster School of Business. Our friendship deepened over time, and in 2007 we both moved to New York City to pursue careers in finance. From our earliest days, Nevin stood out. My first impression of him - and one that has never changed - was his extraordinary energy and intensity for life. He was, and still is, the most driven and energetic person I know. He brings that same commitment to his work, his family, and his friendships. Nevin connects people. He brings communities together. People are drawn to him not because of what he can offer them, but because he shows up fully and authentically.

Nevin is one of my closest friends. He has been a constant source of support to me personally and professionally for more than two decades. I have always been inspired by his ambition and his fearlessness. Early in our careers, he was already operating at a level beyond his peers - serving as CFO of a hedge fund while I was still a junior associate. He pursued the CFA earlier than anyone I knew because he wanted to challenge himself and differentiate through hard work. Not much later, he took the entrepreneurial leap and built a business from the ground up, ultimately selling Blueprint Registry to David's Bridal in 2018. Nevin has never been content to do the minimum. He pushes himself relentlessly to grow in all ways and is incredibly well-rounded and thoughtful. He has consistently inspired and motivated me to be a better professional and all-around person.

Professionally, I would describe Nevin as self-motivated, entrepreneurial, driven, and fearless. Personally, he is authentic, deeply loyal, reliable, and generous with his time and energy. His friendships are not transactional. He shows up consistently, even when it is inconvenient or uncomfortable. One small but meaningful example: without me ever asking, Nevin spent hours helping me prepare for the CFA exams because he cared about my success and wanted to see me do well. Over the years, he was always a sounding board for me as I sought to optimize my career and balance everything else in life. That is who he is -

someone who invests in others quietly and without expectation. Nevin genuinely cares about becoming better and helping those around him do the same.

I have relied on Nevin during some of the most difficult moments of my life. When I went through my divorce - one of the most painful and private experiences I have faced - Nevin was one of the first people I called. He met me immediately, listened without judgment for hours, and supported me in ways that went far beyond words. He and his wife stood by me consistently, never offering platitudes, only presence. That experience alone speaks volumes about his character. Even after Nevin moved back to Seattle while I remained in New York, he has always made time for me whenever I visit - regardless of how busy he was. Nevin never says no.

I saw Nevin firsthand plan his wedding, obsessing over details not out of vanity, but because he wanted the experience to honor his family and culture. More importantly, since the events in this case have transpired, I have watched Nevin step fully into fatherhood. When his second daughter experienced feeding and sleep challenges after birth, Nevin managed her care with extraordinary diligence and involvement. He did not delegate or distance himself. He shared responsibilities equally with his partner and treated his role as a father with the same seriousness he always applied to his career.

Since everything unfolded in the summer of 2022, Nevin has demonstrated consistent accountability and remorse. He has never denied what he did or attempted to deflect responsibility. In every conversation I have had with him, he has been factual, honest, and visibly devastated by the harm he caused to Fabric and to his friends and family who trusted him. His disappointment has been directed inward, not outward. He has focused on how to make amends, how to support his partner, and how to be fully present for his two young daughters. He proactively sought out therapists to understand his flawed decision making and is deep into Stoic philosophy. His actions reflect someone who understands the weight of his mistakes and is determined not to repeat them.

I would support Nevin upon his release without hesitation. If I join a large firm, I will employ him. If I start a business, I will partner with him. This one lapse of judgement does not define his career or character. I believe deeply in Nevin's work ethic, his intelligence, and his capacity for redemption. Some people are defined by failure. Some merely survive it. And some take responsibility, learn, and rebuild into something better. Without question, Nevin is the third. This will not be his final chapter. He has too much discipline, humility, and drive for that. I can't wait to see what Nevin accomplishes and I will always stand by him.

Nevin made a seriously poor decision, and he does not deny it. But he is also a devoted father to two young, beautiful girls (6 and 3), a supportive partner, a loyal friend to so many, and a person with an extraordinary capacity to contribute positively to society. If asked to stand in this courtroom and speak on Nevin's behalf, I would beg the Court to consider who Nevin has been over the course of his life, how he has responded to this failure, and what he is capable of becoming. I have no doubt Nevin will give back far more than he has taken. I respectfully ask that you consider my words and perspective when rendering judgement on Nevin.

Thank you for your time and consideration.

Respectfully,

*Shannon O'Grady*

Shannon O'Grady, CFA
Former Managing Director
Blackstone

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Dear Judge Lin,

Nevin Shetty has worn a lot of hats in the 23 years I have known and loved him. College student. Accounting associate. Chief Financial Officer. Entrepreneur. Fund manager. Nonprofit board member. Devoted husband. Girl dad. And now, convicted felon. But these hats only tell part of the story. To me, Nevin is and always will be a friend who sought to make his mark on the world.

I met Nevin in 2002, shortly after we both entered the University of Washington as freshmen. Our education took us on very different paths: Nevin, to New York City to build a successful career in accounting and finance; and me, to the Middle East, Asia, and Central America to build a career in the nonprofit sector and later as a civil rights attorney. Regardless of our divergent professions and interests, we always found a way back into each other's lives, especially after we both moved back to the Pacific Northwest to start our families. In 2014, I ended up marrying one of Nevin's good friends; and two years later, in 2016, Nevin married a woman who we adored. Nevin and I were at each other's weddings. And over the years that followed, we were at each other's baby showers, holiday parties, fundraisers, and milestone birthdays.

When Nevin asked us to attend a fundraiser he was helping to plan in 2018, we didn't hesitate. At the time, Nevin was on the board of Splash, a nonprofit committed to providing clean water to children in urban Asia and Africa. The fundraiser was a success, as that year alone, Splash invested $540,454 in clean water projects at 1,903 sites around the world. As a former nonprofit executive, I was impressed with Nevin's ability to get his friends, family, and colleagues to show up and invest in Splash's important work. That night, Nevin talked our ears off about preventable waterborne disease in poor communities and explained how Splash's scaling approach to philanthropy works. A photo of us at the fundraiser is below:



I share this story because it captures Nevin's general approach to life. Nevin heavily relies on data to inform his decisions, even in deciding how to donate money. He speaks passionately and articulately about his interests, particularly how to make the most efficient impact in the world. And he loves bringing his network of friends, family, and colleagues together for fun, meaningful events.

Another little known (but not surprising) fact is that Nevin planned his entire wedding. He turned the traditional Sangeet dance into a pre-wedding dance competition between family and friends. We spent weeks planning our outfits and choreographing a dance routine. It was an incredible bonding experience. Similarly, before Nevin and Serina had their first baby, Nevin again asked us to participate in a friendly sports competition (mixed doubles badminton and mixed doubles basketball) in lieu of a traditional baby shower. Photos of these events, which I will always cherish, are below:



In those years, our lives were "on track," privileged even.

But in early 2022, Nevin made a bad investment decision that changed the course of his life. I truly believe that Nevin made this decision in good faith, trusting that he was following his intuition to make an investment that would benefit everybody (and his intuition usually served him well). But this time, the investment could not have gone more wrong; and, as a result, Nevin has lost nearly everything: a successful career, his family's life savings, his home, a handful of friends, a beautiful marriage, and now his freedom.

About a year and a half ago, when I asked Nevin how he is handling all of this, he told me that he had no one to blame but himself. He took full responsibility for his decisions, instead of deflecting or blaming another. He also told me that despite suffering these losses, and with the help of meditation, he felt "freer" in a way. Free from the pressure to make money, free from the boundless ambition, and free from the materialism. After Nevin "hit rock bottom" (in his own words), he finally found some peace knowing that he had two beautiful daughters and many friends and family

who loved him, as you likely saw at trial. These relationships, he said, were enough.

Nevin has told me many times that he wishes he could go back and change his decisions. But unfortunately, they cannot be undone. Now, Nevin must work to rebuild what he has lost.

If there is anyone who can survive this, it is Nevin. I know that Nevin still has a lot to offer our society, even if it is not in the way he originally planned. In determining his sentence, I hope you, too, can see Nevin's deep remorse, his personal growth, and his potential to still improve this world—if he is given the chance.

Sincerely,

Shelby Stoner

December 15, 2025

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Your Honor,

My name is Caitlin Keller Yusen. I grew up on Mercer Island with Nevin and we both started our careers in New York together. I have known Nevin since I was 15 years old and he is a very important person in my life and has made a huge impact on me and my family.

I was new to Mercer Island high school my freshman year and I didn't have friends yet. Homecoming was the big social event that happened a few weeks after school began and I was so nervous about being left out. Nevin invited me to his homecoming group, making me feel welcome and included from the start. That small kind gesture changed my high school experience. I feel lucky to have met Nevin and we have been close ever since.

When we lived in New York together, some of my favorite memories are when I could hang out with Nevin. He is so warm and inclusive. He attracts energy and people. Nevin is one of the smartest and most driven people I know.  I took Nevin to a yoga studio I liked in the East Village and Nevin loved it. He wanted to learn more about yoga and a year later, he became a certified instructor! He did this while working his strenuous jobs but he said the yoga helped balance him. Nevin has confided to me that over time he lost that balance. Work became his entire life and I know the stress clouded his judgement.

Since the crypto crash, he has suffered immensely. Nevin felt so much shame and responsibility for losing so much money. On top of that, his second daughter, Syra, who was born just weeks earlier, struggled with eating and was put on a feeding tube for the next five months. Nevin, through the midst of all the pain, took his daughter to all the doctor appointments and learned how to place the tube and clean the feeding machine. He was always present, no matter what the circumstances.

Two years ago, my daughter suffered a horrific accident and had to spend months at Seattle Children's Hospital. After putting his own daughters to bed, Nevin would come visit me at SCH, despite his own struggles and what he was going through. He would talk to me and support me by just being there while I was going through the worst moment in my life. One time he showed up with a little Ganesha idol to put near my

daughter's bed in the ICU. I will never forget how much strength he gave me. The wisdom he shared from his own experiences and learnings help me to this day.

There are not many people like Nevin. He is kind, generous and very empathic. The first day of trial, when I saw him outside your courtroom, the first question he asked was how was my daughter. Since my daughters accident two years ago, I have leaned on his family so much and they have been a very strong support system. My parents love Nevin and wanted to attend the trial to show their support, he has always been so pleasant since he was young and thanked my parents every time he came over. He means a lot to me and my family.

I understand the seriousness of what happened but I also understand you have discretion to look past the numbers to see the person. I beg you to do that. See Nevin as an incredible person, an amazing dad, and someone we want to keep in our community.

Thank you for reading my letter,


Caitlin



Caitlin Whitney Keller

# Audit trail

## Details

| | |
|---|---|
| FILE NAME | Nevin's letter to judge |
| STATUS | 🟢 Signed |
| STATUS TIMESTAMP | 2025/12/15 21:51:42 UTC |

## Activity

| | | |
|---|---|---|
| ⊳ SENT | caitlin.keller@gmail.com **sent** a signature request to:<br>• Caitlin Whitney Keller (caitlinyusen@gmail.com) | 2025/12/15 21:50:50 UTC |
| ✎ SIGNED | **Signed** by Caitlin Whitney Keller (caitlinyusen@gmail.com) | 2025/12/15 21:51:42 UTC |
| ⊘ COMPLETED | This document has been signed by all signers and is **complete** | 2025/12/15 21:51:42 UTC |

The email address indicated above for each signer may be associated with a Google account, and may either be the primary email address or secondary email address associated with that account.

December 06, 2025

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Your Honor,

My name is Faryar Faramarzi, and I am the co-founder and director of BYBOHO LTD, a clothing brand based in Brighton, United Kingdom. I am writing to you in support of my friend Nevin Shetty, a friend I have known for more than twenty years — long enough to know his character deeply, and long enough to know that the conduct before the Court is entirely out of step with the man I have known for most of my life.

I want to begin by sharing a bit of my background, because it explains why Nevin's friendship has meant so much to me. I was born in Iran during the Iran–Iraq war, and when I was six my family moved to Sweden as refugees. Life there was difficult — we faced racism in school, in sports, and in nearly every part of daily life. At seventeen, my family moved again, this time to Washington State, so my father could try to start a small restaurant business in Seattle. We settled on Mercer Island solely so my brother and I could attend its public high school, but we lived in a small, rented apartment and were far from the affluent lifestyle around us.

When I walked into Mercer Island High School as a new immigrant teenager — with imperfect English, unfamiliar with American culture, and without a single friend — I felt the same isolation I had carried since childhood. Mercer Island is a close-knit community; most students had grown up together since kindergarten. I expected to spend the remainder of high school alone or with few friends.

On my very first day, I walked into Mr. Gillingham's chemistry class wearing headphones, mostly to avoid the awkwardness of not knowing anyone. I sat down at my desk, and the boy next to me — Nevin — turned, smiled, and asked what I was listening to. When I told him, he asked if he could hear it, so I handed him my headphones. He put them on, laughed, and told me how much he liked the song. That small moment opened the door to a friendship that changed the course of my life.

What struck me immediately about Nevin was how authentic and genuine he was. He was everything I was not at that time: popular, a top student, an athlete, well-liked, and from a respected family. Befriending me offered him nothing socially, and he had no reason to take an interest in the new kid who didn't quite fit anywhere. But he did. Without hesitation, he included me — in conversations, in lunch tables, in weekend plans, in sports events, and in social circles. Through Nevin, I met the friends I still cherish today. Through him, I began to feel accepted and part of American life.

His friendship gave me confidence, and it allowed me to enjoy high school instead of resenting it or feeling like a perpetual outsider. And he never saw it as an act of charity — he simply treated me as a friend from day one.

Our friendship continued at the University of Washington, where we both studied. My parents had left the United States by then, but Nevin and his family stepped in without being asked. They invited me for Thanksgiving, Christmas, and countless weekends. Their home became a refuge for me, and I will never forget the warmth and generosity they showed a young man far from his own family.

In our final year of college, Nevin and I became roommates and shared a two-bedroom apartment. It remains one of the best years of my life. Nevin took care of everything without being asked — he managed the lease, found all the furniture, and bought the kitchenware. One of his qualities I value most is how action-oriented and dependable he is. We spent that year with our close circle of friends, studied, travelled, and supported each other as we prepared for the next chapter of adulthood. In that entire year living together, we never once had an argument or conflict — something that speaks volumes about his character, patience, and humility.

After graduation, our lives took us in different directions — I moved to the UK, and Nevin to New York — but our bond never weakened. We travelled the world together, visiting Croatia, Belgium, Chile, Japan, and India. In 2011, I attended his cousin's wedding in Bangalore and stayed with his father's family, who treated me with remarkable kindness. Throughout these travels and years of friendship, I never once saw anything resembling dishonesty, selfishness, or manipulation in Nevin. If anything, he was consistently the person who grounded others, who encouraged us, and who brought balance and optimism into every environment he entered.

Your Honor, I share all of this because I want to convey not only the length of our friendship, but the quality of it. I know Nevin well. I know the young man he was, the adult he became, and the friend he has always been. That is why this situation has been so painful to witness — because it does not reflect the core of who he is. I believe wholeheartedly that what happened was a lapse in judgment, not a reflection of his values or his character. Good people can make terrible mistakes, especially under stress, and I have seen no one more remorseful, more self-aware, or more devastated by his actions than Nevin over these past years.

Since May 2022, not a single conversation has passed without him expressing sincere regret. He has never minimized or rationalized what happened; instead, he has carried the emotional weight of it every day. And what utterly breaks my heart is knowing that the heaviest consequence is one borne not by him alone, but by his two young daughters. They are at ages when a father's presence shapes the foundation of who they become — their confidence, their values, their understanding of compassion, loyalty, and kindness. These are qualities Nevin embodies deeply, and qualities he would have passed on to them through the small but profound moments that make up childhood.

It pains me profoundly that he may miss these formative years — the years when a father teaches his children to be gentle with others, to stand up for the lonely kid in class, to be loyal to their friends, and to be genuine human beings. I know the kind of father Nevin is, the kind of man he is, and I know how much he would have poured into his daughters' lives. The thought that they will grow up without his daily presence, his guidance, and his example is a heartbreak that has weighed heavily on me, and far more so on him.

I will support Nevin in any way I can — emotionally, personally, and financially if needed. He will always have a stable place in my life. Upon his release, I want to offer him a role at BYBOHO LTD, particularly in areas involving strategic operations, analytical work, or financial planning — fields where his skills and experience would be an asset. Should it be permitted by his probation conditions and any applicable regulations, I would also consider him for senior financial responsibilities in the future. What matters most is that I can help provide a stable, supportive environment and a clear path for him to rebuild his professional life.

Finally, Your Honor, if I were standing in your courtroom today and you asked me why Nevin deserves compassion, I would say this: he is a fundamentally good man who made a terrible decision. But he is not defined by that decision. He is defined by the decades of loyalty, kindness, and decency he has shown to me and to everyone in his life. He is defined by the remorse he carries, the responsibility he has accepted, and the sincere desire he has to make amends. I believe deeply that his best contributions to society — and to his family — are still ahead of him, and I hope he is given the chance to rebuild, to serve others, and to continue being the friend and human being I have been proud to know.

Thank you for your time and consideration.

Respectfully,

Faryar Faramarzi
Co-Founder & Director
BYBOHO LTD
Brighton, United Kingdom

John A. McIntosh

███████████

December 7, 2025

The Honorable Judge Tana Lin
United State Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Re: Character Reference Letter for Nevin Shetty

Dear Judge Lin,

I am writing to you as a character reference for Nevin Shetty. My name is John McIntosh, and I am a partner at Schweet Linde & Rosenblum, PLLC here in Seattle. I have practiced law for my entire 15-year career as a member of the Washington State Bar. I am also admitted to practice in Oregon and in the federal district and bankruptcy courts of both states, representing creditors throughout my legal career. While my professional experience has taught me much about justice and accountability, it is my 25-year friendship with Nevin that compels me to share with you the person I know him to be.

I first met Nevin in middle school over a quarter-century ago, and from that moment, what struck me most was his remarkable ability to connect with people. Nevin wasn't just popular in the superficial sense; he possessed a genuine warmth and authenticity that drew people to him naturally. He liked everyone, and everyone liked him in return. This wasn't a calculated social strategy but rather an expression of his fundamental character – he is, and has always been, someone who sees the best in others and treats everyone with respect and kindness.

Throughout our school years, I watched Nevin balance his athletic pursuits with his academic responsibilities, demonstrating a work ethic and discipline that served him well. He was the type of student who didn't just do what was required but went above and beyond, not for praise or recognition, but because that was simply who he was. This commitment to excellence extended beyond the classroom and sports to his friendships, where he consistently showed up for others in meaningful ways.

What truly sets Nevin apart, and what has sustained our friendship through the decades, is his unwavering loyalty and thoughtfulness. Despite attending different colleges and living in different cities as we built our careers and families, our friendship has remained strong because Nevin makes it strong. He is the friend who doesn't let distance or time diminish connection – he actively works to maintain relationships.

I recall vividly when I was attending law school in Los Angeles, thousands of miles from Nevin's then-home in New York. Nevin, without any prompting, made the effort to travel to Los Angeles simply to spend a weekend together. But what was particularly telling about this gesture was that he hadn't just shown up unannounced – he had planned the entire weekend, researching restaurants I would enjoy, activities that would help me decompress from the stress of law school, and making sure our time together was meaningful. More remarkably, Nevin made the effort to

mail spices to my apartment so he could make a homecooked meal for me and my longtime girlfriend. Recalling his genuine desire to support me during a challenging time makes me emotional.

His thoughtfulness extends to my entire family. Last year, on my wife's birthday, Nevin appeared at our home unannounced with flowers for her. This seemingly small gesture was actually quite significant – he remembered not just that it was her birthday, but her favorite flowers, and he made the effort to be there to celebrate with us, even when his presence wasn't expected or required. This is how Nevin operates: he notices the details, he remembers what matters to people, and he acts on those observations in ways that make people feel seen and valued.

Perhaps the most telling example of Nevin's character occurred several years ago on my birthday. Knowing how much I love skiing, Nevin organized a day trip that included not just me, but also my brother and two of my best friends. He arranged transportation, secured lift tickets, and made sure everyone could participate. What made this so characteristic of Nevin was that he didn't just plan something he thought I would enjoy – he thought about who was important to me and ensured they could be part of the celebration. He understood that my joy would be magnified by sharing the experience with people I love. Nevin has been there for me during professional challenges, personal struggles, and moments of celebration – not because he had to be, but because he genuinely wanted to be.

I am not writing to you today to minimize or excuse Nevin's actions that have brought him before this court. As an attorney, I understand and respect the serious nature of the charges and the need for accountability. I am writing because I believe that sentencing should consider the whole person – not just their worst moments, but also their capacity for good, their history of character, and their potential for redemption.

The person I have described above – the kind, thoughtful, consistent, and genuinely good man who has been my friend for 25 years – is the real Nevin Shetty. The actions that led to these charges are not representative of the man I have known for most of my life. Nevin is someone who has spent his life building relationships, helping others, and demonstrating the kind of character that makes communities stronger and people's lives better.

I have consistently told Nevin that regardless of the outcome of these proceedings, he and his family have the unwavering support of me and my family. This isn't conditional support – it's based the countless examples of his good character that I have witnessed firsthand over the decades. People can make poor decisions with serious consequences. However, lapse in judgment—confined to a single chapter of one's life—should not define a person's entire character or eclipse a lifetime of goodness.

Nevin has already begun the process of making amends and taking responsibility for his actions. I am confident that he will continue to do so, and that he will emerge from this experience as someone who is wise beyond his years and will use that wisdom to help others. His capacity for empathy, his history of kindness, and his genuine concern for others position him well to make meaningful contributions to society moving forward.

I respectfully request that you consider the full scope of Nevin's character when determining a fair and just sentence. Over his life, Nevin's actions have consistently demonstrated kindness, loyalty, and an unwavering commitment to the people in his life. He is a good man who made a terrible decision. I kindly and humbly ask your Honor to look at Nevin as a whole when

rendering your decision. If you do, I am confident you will see a man worthy of a unique and individualized sentence. I believe Nevin deserves an opportunity to demonstrate that the character I have known for 25 years will ultimately be the character that defines his future.

Thank you for your time and consideration.

Sincerely,

*/s/John A. McIntosh*
John A. McIntosh

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Your Honor,

My name is Libby Lohrenz. I am Senior Sales Director at technology company in Seattle, a mother of two and for the last three decades, a friend of Nevin Shetty. I am writing to you today with a heavy heart, but with deep conviction to speak to the character of the person I know.

I met Nevin in seventh grade. I was painfully self-conscious middle schooler. I remember Nevin coming up to talk with me. I remember his warmth and kindness. I remember how welcoming he was to me. His friendship gave me confidence at a time when I needed it most and helped me come out of my shell. That gift of confidence has stayed with me throughout my life, and I remain forever grateful. Whether it was in middle school or today, Nevin's energy and spirit always lift those around him.

I remember freshman year in high school, a small group of us fell in love with the obscure Disney movie called A Goofy Movie. We loved the soundtrack and would keep rewinding the VHS to sing and dance to the songs. Nevin at the time worked at the local Rite Aid which I think was called Longs Pharmacy. Anyway, with the money made from his job, Nevin took the bus to downtown Bellevue to go to Tower Records, and special ordered the Goofy Movie soundtrack. Special ordered it! I didn't even know you could do that. Nevin figured it out. He didn't tell us he was doing it. It just showed up one day with the CD. I can't tell you how many times we played that CD.

That's Nevin. He just does things. Usually for the better. I haven't had the chance to work with him, but I know he was incredibly successful professionally. After being in court during trial, that's my impression and understanding of what happened. The best part of Nevin, his "just do it" attitude, backfired. I don't say this to condone his actions just to give more background in hopes you consider all the good his character brings to the world.

Although Nevin moved to New York and I moved to San Francisco, we remained steadfast friends. Personally, I would describe him as a good listener, engaging, spiritual, curious, and above all, a loving person. He has always shown up for the people in his life. This was never more evident than during a crisis a few years ago. One of our mutual friends' infant daughter suffered a tragic accident, resulting in a severe brain injury. The world stopped for them. While many people struggled to find the right words or the right way to help, Nevin's response was instinctive. He didn't call to ask what he could do; he just showed up at

Seattle Children's Hospital. He simply wanted to be present, to offer support in whatever way he could. He never asked for recognition; he was simply there, embodying a quiet, steadfast compassion that I will always admire.

I have worked at my current company for 16 years which makes me a fossil in tech terms. As I think about my next step professionally, Nevin will be one of the first people I ask to lunch to get advice from. His business acumen, combined with the resilience and determination I have witnessed him build through this profound personal reckoning, make his counsel invaluable (also, I just love talking and spending time with Nevin).

Something I did not hear at trial is Nevin's devotion to his two daughters which is unwavering. Nevin does the morning routine and bedtime routine with both his daughters every night (bathtime, brushing teeth and reading books). Nevin is anti-screen time for his daughters but, a year ago, he sent me a picture of him and his daughters watching A Goofy Movie together. He told me it was the happiest he has ever been. And that was in the midst of this whole process! His resilience is inspiring.

Your Honor, I ask you, from the bottom of my heart, for your compassion in sentencing. The Nevin I know is a good man who made a terrible decision. The man I am describing is not a threat to society. He is a devoted father whose greatest punishment is losing his career and the potential separation from his daughters. They need him, and he is desperate to be the father they deserve. Nevin has a strong community of family and friends who are ready to support him and hold him accountable. I believe deeply in his capacity to learn, to atone, and to contribute positively to his family and community as a better man.

Thank you for considering my words.

Sincerely,

Libby Lohrenz



December 16, 2025

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Your Honor,

My name is Marcus Wandell. I am an entrepreneur, business owner, and a lifelong best friend of Nevin's. We have known each other since middle school and have remained deeply involved in one another's lives for almost 30 years.

Nevin and I have shared every phase of our lives together—as acquaintances in middle school, best friends in high school, fraternity brothers at the University of Washington, roommates in New York, entrepreneurs on the west coast, and now as family men in the PNW. The depth of our friendship is difficult to articulate. Nevin has brought so much happiness, joy and meaning to my life. To say he holds a special place in my heart does not go far enough.

Our friendship has spanned countless shared experiences: soccer teammates, navigating the fraternity process at the University of Washington together as a "package deal," moving to New York together, and supporting each other as we built our careers. For the first six months in Manhattan, Nevin and I shared a couch bed in a cramped apartment! It was crazy but it was an adventure and Nevin is the best person by your side for any journey—professional or personal.

Nevin's priority has always been to create value and meaningful moments both professionally and personally. While in New York, we came up with a business idea and spent money and time to file a patent. Nevin diligently managed the complex legal process. After going back and forth several times with the U.S. patent office, we discovered another company was granted the patent for our same idea just six months prior! That is like minutes in the patent world. I wanted to press on but Nevin counseled that without the legal protection, we could never create a business with the impact we envisioned.

His thoughtfulness and desire to create meaning extends to his social life. His priority in any conversation has always been depth—listening, understanding, and reflecting on the past / pondering the future. In attempt to maximize this ethos, Nevin began to host "Jeffersonian Dinners" for 8 or 10 people in which guests would have to pre-read a thought-provoking article that Nevin would send before the dinner and then come prepared to discuss that singular topic. Here are two prompt questions from previous dinner's I was invited to:

1. If you had unlimited resources, what problem would you try to fix / what issue would you try to solve? Why is that issue / problem important to you? How would you actually use your resources to address the issue (what would your plan be)?

2. Explain a relationship (family or friend) that you wish you could start over. How have you learned from it or how will you change it?

I think it's important to pause here and call out 1) how unusual this is 2) how through his creativity and diligence, Nevin creates value and meaning 3) how Nevin does these kinds of things all the time and generally it's worked out well for him and those around him.

I was very close with my father and after a long battle with cancer, died in 2021. I was grief stricken, heartbroken and depressed. Nevin was a rock for me. At dinner at my mom's house a few months later, Nevin stood up and gave a speech about my father and my family. It was loving and compassionate. No one was giving speeches. No one asked him to give a speech. That is Nevin— he will do it if he thinks it's the right thing to do. It's a moment that has stayed with me ever since.

Earlier this year, I married my wife, Mahsa, in a courthouse proceeding. We are hosting a wedding ceremony in April 2026 and asked Nevin to officiate our wedding. Although my wife has known Nevin for only a few years, she trusts and respects him. In fact, she did not consider another person for that role. We hoped that the outcome of the trial would allow him to accept that role.

My wife and I, now live in Vancouver, British Columbia and we traveled down to attend trial in your courtroom. While I am the first to admit Nevin made very serious, unethical mistakes during his time at Fabric, Nevin would never steal a dollar. I know his poor decisions were the direct result of a perfect storm: a pressure-cooker job at a relentless company that handed him significant authority, coinciding with a period when he became swept up in the distorting hype of cryptocurrencies. What I saw at trial didn't match the man I have known for 30 years, nor did it reveal a master criminal. I was devastated by the jury's conclusion. My wife and I cried for days and have continued to cry several times per week ever since the ruling (even while writing this letter and having Mahsa proofread it, we both shed tears). I believe it is important to state that his intent was not to defraud, and he never expected to personally benefit unless the investment itself succeeded for Fabric.

I am beyond heartbroken that the jury did not get a glimpse into the Nevin I have known my entire adult and teenage life. If they could, they would see a man who is flawed but had good intentions. Nevin does not want to make money, he wants to create value. Like the double-edge sword it became, Nevin is the only person I know who could start four business and have them all potentially become billion-dollar companies. Ultimately, Nevin is loyal, exceptionally hardworking, highly intelligent, forward-thinking, and deeply invested in the success of others. Many friends and family members have sought his financial guidance, regarding him as a trusted authority. Multiple friends have made defining career moves based on insights they learned from Nevin.

I have learned invaluable lessons from Nevin, including the importance of empathetic leadership and self-sacrifice. I have also personally witnessed his long-standing commitment to philanthropy and nonprofit leadership, beginning in college and continuing through his time in New York and beyond. I cannot name all the organizations he volunteered for or led because there are so many. Few people I know have given as much of their time and energy to helping others as Nevin.

Since the Terra Luna loss in 2022 and the indictment in 2023, Nevin has expressed profound remorse. He has accepted responsibility for his mistakes, been transparent with anyone who would listen, and actively sought forgiveness. The personal, professional and reputational consequences have been beyond devastating.

He possesses a rare capacity for growth, reflection, and positive impact. I know he has already learned deeply from this experience. His commitment to improving the lives of others—on both an individual and broader societal level—is genuine and long-standing. With the opportunity to do so, I am confident he will continue to contribute meaningfully to his family, his community, and society at large.

I cannot stress this last point enough. Nevin truly possess a unique ability and desire to search for, and implement, solutions that can improve the lives of people on a macro level. Because he is uniquely talented and has an enormous heart, I am certain Nevin will one day bring positive change to hundreds of thousands, if not millions of people—philanthropy and service course through his veins.

I wanted to speak out many times during the trial in Nevin's defense. I knew Fabric's processes and procedures were being twisted for the prosecution's goal. Because my own company I have run for 16 years gives that same level of discretion to key executives. As an entrepreneur that has raised venture capital funding, I understand how difficult it can be to balance the expectation of board members while trying to operate the business daily. At high growth tech companies, there exists a large gap between how a Board perceives a company and what is actually happening on the ground. It's the ultimate sausage factory—you don't want to know how a company grows. However, more than anything, I wanted to stand up at trial and scream "ARE WE HERE TO FIND THE TRUTH OR JUST WIN AT TRIAL?" The prosecution was relentless in helping Fabric find a "fall guy," instead of just accepting that 15% of the capital Nevin ensured the company could successfully raise ultimately went into an unfortunate investment on account of an actual case of fraud.

I beg your honor to look at the facts and situation that led to this case. In doing so, you will see an isolated incident from a man firing on all cylinders (and while his youngest was on a feeding tube for an entire year!). Nevin is a man worthy of your leniency and redemption. Thank you for taking the time to consider my perspective and lived experience with Nevin. I appreciate the care and seriousness with which you approach this decision, Your Honor.


Kindest regards,

Marcus Wandell

**The Honorable Judge Tana Lin**
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Dear Judge Lin,

I write to you with deep respect for this Court and for the gravity of the proceedings before you. My name is Miles Godwin, and I am writing to offer a letter of support and compassion on behalf of my lifelong friend, Nevin Shetty, as you consider his sentencing.

I have known Nevin since 1991, when we were both in first grade. His family moved next door to mine on nearby Mercer Island, and from that moment on, Nevin became a constant presence in my life. Our friendship spans more than three decades, through childhood, adolescence, early adulthood, and now parenthood. I have had the rare privilege of truly knowing him across every meaningful chapter of his life, and hope to share some of the perspective I have gleaned thru each of life's chapters spent with Nevin.  I'm hoping to share a few moments thru my years spent at Nevin's side in the hope of painting a picture for you of the man you have before you.

From the beginning, Nevin stood out for his warmth and his quickness to laugh. The kind hearted boy I knew in our youth matured over time into a deeply invested, loyal, and generous young man. Nevin is the type of friend you can 100% count on to be there when you need love or advice.  He arrives without judgement and wanting to help.  He has a great sense of compassion for his friends and loved ones.   Often, when he arrives to help, he does so with a smile and a hug.  He has a steady, reassuring presence that makes people feel comfortable and safe.

In an unfortunate event in High School, Nevin and I witnessed a young, helpless student being violently bullied by a classmate. Nevin, immediately, and lovingly, intervened and diffused the situation in front of a large group of onlookers.  While I'm sure many (including myself) felt the situation was scary and would have liked to help, Nevin reacted before anyone else, putting himself and his safety on the line to help someone he had no real relationship with.  He personally intervened in a scary situation that was just on the cusp of a violent outcome.  He reacted first, quickly, selflessly and valiantly.  He had nothing to gain from intervening, other than an interest in maintaining peace and a sense of what was just and what was right.  The pace at which he was able to do this calculus of compassion in both his head and heart spaces was astounding to me and has left a big impression upon me.  In many ways, this event in our formative years has helped me grow into an adult with an understanding of what it means to show compassion, care and selflessness.  I think about it often.

I was lucky to be Nevin's roommate when we both lived in New York City for 5 years in our late 20's and early 30's.  He was a wonderful partner to share the experience of growing together from young men into men as we navigated relationships, careers, friendships, love and loss.  He deeply cares about meeting a person where they are at emotionally and experientially.  I often felt that my well-being informed his well-being, and that he cared for me deeply.  He would often help grant me the gift of perspective on matters in love and life and becoming a man.

Nevin has an incredible capacity to tend to the part of the garden that he can touch.  He is constantly checking in with and curious about his friends and loved ones.  Always taking time from his busy schedule to check-in with you and see how things are going in your life.  Because of his earnest desire to connect, he is often one of the first people in his friend's lives who is there to help when, inevitably, a challenge appears in life.  I have learned from Nevin that friendships are to be lovingly tended and nurtured.  That is a great gift that he has given me and one that has improved the quality of my relationships and my life.

As adults and fathers, our bond has only deepened. I have two young daughters, as does Nevin, and in Nevin's innate aforementioned spirit of connection and care, we often have spent long walks together discussing the immense responsibility and profound gift of parenthood. We have shared conversations about joy, fear, about the responsibility of being fathers and what an incredible gift parenthood is.  We have also talked at length about the heart-aching qualities of caring for children that have had health challenges, something we have both shared in our respective nuclear families.  I deeply cherish these moments and memories with Nevin.  His ability to be present with me and share his joys and hardships while I share mine.  The warm loving hug and smile we share at the end of these walks nourishes me and I hold those moments close to my heart. Nevin is a devoted, present, and loving father. His daughters, like mine, are at the very center of his life.

I have no doubt in my heart, that regardless of the length of his sentence, Nevin feels that it would not be punishment enough for the worst offense he has unwittingly committed, which is robbing his daughters of their father.  Nevin is a wonderful, loving, ever-present father, and he will never forgive himself the pain, loss and turmoil he has exacted on his family because of this terrible mistake he has made.  Regardless of the location and duration of his eventual sentence, I know that Nevin is already imprisoned behind the bars of grief, loss and worry for his family.  As a father two young daughters myself, I share this grief with him and it pains me to no end to understand all that he, and most importantly, his daughters will be missing while their father is away from them.  It is a terrible tragedy that these young innocents share in the punishment of his sentence, especially at such a young age and in such formative years as young girls.  If I could share one sentiment, or if one thing could shine thru this plea for compassion for a dear friend who made a terrible mistake, it would be to beg for clemency, leniency and mercy for sweet young Saana and Syra while their daddy is away.

Through this process, Nevin has realized how fortunate he is to have supportive family and friends. Nevin understands that other people impacted by the criminal justice system may not be as lucky. When discussing his future life, Nevin's first impulse has repeatedly been to say that he wants to help other individuals find meaning in their life post conviction. This life event has had a profound impact on Nevin and has, in some ways, molded Nevin into a version of himself that I feel he has always meant to be. His tragic decision and resulting hardship has tempered his ambition, and while there have been moments of despair, I am in awe of the person he knows he wants to be. Nevin has been extremely driven and successful in his life, but his natural qualities of selflessness and care for others has an opportunity to shine thru in the aftermath of a great mistake he has made. I am so proud of him and would love to help him cultivate and share this part of himself with the world.  Nevin is a bright shining light. I am very excited by his

metamorphosis and for his future. He has so much to give this world, and I pray that his light is not dimmed by a long and arduous incarceration.

Of course, I fully respect the seriousness of the offense you are presented with, and do not seek to diminish it. My hope, respectfully, is that compassion and mercy may be considered, particularly for Nevin's young daughters, Saana and Syra, who bear a weight they did not choose and cannot understand. Any measure of leniency you deem appropriate would not only shape Nevin's future, but profoundly affect theirs.

Thank you for taking the time to consider my words and for the care and thoughtfulness with which you approach your role. I hold deep respect for the responsibility you carry and for the human impact of the decisions before you.

With sincere respect,

Miles Godwin

Dear Honorable Judge Lin,

Thank you for taking the time to read this letter. I have known Nevin since childhood. Although our relationship spans decades, our interactions have been for brief but intense periods of time. I first met Nevin during high school in the late 1990s, when we both volunteered at a nonprofit called Indian Association of Western Washinton (IAWW). For a period of two years, we saw each other at IAWW events regularly. As a teenager, Nevin was a leader and proficient at managing the events. He was also very good at helping awkward teenagers feel comfortable and at ease, which allowed the building of a strong community.

I left for college on the east coast and then began my career in New York. I didn't see Nevin for years until we unexpectedly ran into each other one summer day in Union Square. I was delighted, and we immediately embraced. I was working in consulting and Nevin was interning for the summer at PwC. We hung out regularly that entire summer. I introduced him to my work friends, who were a few years older than him, but who were all drawn to him. My friends, without my asking, invited Nevin to play soccer and tennis with them regularly. I wasn't even invited! My colleagues would come to the office the next day raving about Nevin as a teammate.

I eventually left New York and the corporate world and embarked on a spiritual journey. I studied and practiced Vipassana Meditation in Thailand, Myanmar and India. I completed a four month silent meditation retreat near Boston, MA in 2011. In 2017, I began training in a specialized form of practice called Enlightenment Intensives (EIs). Enlightenment Intensives are structured, multi-day group retreats using self-inquiry and dyadic communication, primarily focused on the question "Who am I?", to facilitate profound spiritual experiences of non-duality and direct truth, cutting through the ego with support from dyad partners and staff members.

I had not seen Nevin in several years when I heard sometime in 2023 that he had been charged with a crime. Then in October of 2023, after he had been charged, we reconnected at a Diwali celebration at a mutual friend's house. He was there with his older daughter. I asked how he was. He told me he wasn't going to come to the event because of the shame he carried and because his youngest daughter was at home with a feeding tube, but our mutual friend had strongly encouraged him. At this party, an uncomfortable situation for Nevin, I was struck by how attentive, steady, and loving he was with his daughter, and how natural and effortless fatherhood seemed for him. Even while carrying enormous personal stress, he showed an ability to be present, patient, and emotionally generous with the people around him. I have continued to see these qualities in him in the years since.

A few weeks after that, we met for lunch. During that conversation, Nevin explained that he was the one responsible for what had happened. He recognized how over the course of a year, his mind had become warped. He believed in crypto and he believed in his abilities to such an extreme that it became reckless and egotistical. I was, and still am, impressed by his level of self-reflection and humility.

At that lunch in late 2023, I invited him to attend an upcoming Enlightenment Intensive retreat on Vashon Island in January 2024. He was grateful for the invitation and said he would attend if he could get childcare help for the weekend. Nevin made it work, and drove to Vashion Island by

himself and met the 15 other participants from around the world at Camp Burton for a four day intensive retreat.

From 6am to 10pm, participants work in pairs and engage in intense sessions of paired contemplation on the core question of "Who am I?". The practice blends Zen inquiry with communication exercises to directly catalyze spiritual awakening and self-discovery. It may sound new age, but participants regularly experience breakthroughs and moments of awakening, clarity, and insight.

Nevin dove straight in. I was moved by the focus and sincerity with which he engaged in the work, and the way he supported himself and the other participants. Over the course of the retreat, I and the other staff members saw him reflect deeply, show vulnerability, and make genuine efforts to understand himself and grow. Nevin has described the retreat to me and others that we know as a life-changing experience. As I continue to expand my practice and host meditation retreats, I hope to work with him again, as few possess his dedication to undertaking the hard work of personal change.

I understand the seriousness of his conviction. I am not writing to comment on the legal aspects of the case, but to share what I have personally witnessed about Nevin's character and his development during this difficult period. I have seen him confront painful truths about himself, take responsibility, and make sustained efforts to change and grow, which have yielded real benefits for him and his loved ones. He is a devoted father and a stabilizing presence for his family. He has shown himself to be someone who supports others with generosity and consistency. This past summer, I experienced challenges in my own life with my longtime partner. It was a traumatic period, and I turned to Nevin for support and counsel. Amid this case, Nevin took time to meet me multiple times to listen and offer perspective. His advice helped me through a very difficult time in my life. I am grateful for his friendship.

My hope in writing this letter is that you will consider these fundamental aspects of his character as you decide Nevin's fate. Nevin is a man of profound sincerity and capacity for growth, who is genuinely worth giving a second chance.

Thank you again for reading my letter.

Sincerely,
Zarina Parpia

Parpia Consulting
https://parpiaconsulting.com/
425.766.1809

December 15th, 2025

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Your Honor,

I am writing to provide a character reference for Mr. Nevin Shetty. My name is Ani Geragosian and I am the Vice President of People at MoxiWorks LLC. I first met Nevin in June 2022, when we recruited him for the Chief Financial Officer position at my previous company, an investment firm located in Bellevue, Washington.

Looking back, I now recall Nevin taking a lot about setting up operational structure and instilling an ethical framework to create guardrails and scale the company. From that initial meeting, Nevin struck me as exceptionally professional, thoughtful, and deeply engaged. Nevin joined as CFO and made an immediate impact. He built out the team and built out financial communication and operational processes. Interestingly enough, he stressed transparency and redundancy.

Everybody on the team loved Nevin. From the operations staff to the marketing team, Nevin was always respectful and got along with everyone. I didn't know it at the time, but I now realize that Nevin's experience at Fabric deeply affected him and how he approached work. I witnessed and heard from others that Nevin never wanted to cross any lines. He was always clear that something was aggressive and would not recommend proceeding. Nevin is very detail oriented and passionate about his career. That why when I was at trial, I found it difficult to follow. I can't imagine Nevin wanting to hurt his company. Nevin is too smart and too ambitious to steal. If anything, Nevin wants to go above and beyond so people like him.

Our relationship has evolved into one of mutual respect and genuine friendship. He is one of my few former colleagues in which I can discuss diverse and personal topics. I have found Nevin to be a trusted confidant. During my own recent career transition and sabbatical in the Winter and Spring of 2025, he made himself consistently available. We took long walks in Bellevue Park where we talked about life, the importance of family, career fulfillment, and our health issues. In a period of uncertainty for me, he offered not just advice, but patient listening and sincere encouragement. Those conversations are a cherished memory of our connection.

Professionally, Nevin is one of the most ethical, detail-oriented, and driven leaders I have collaborated with. He is a thought leader who consistently puts his team first. A concrete example of his reliability was a project where we needed to establish new company-wide tool to align organizational initiatives. Nevin was quick to take ownership, driving the initiative from start to finish with remarkable efficiency. I relied on him heavily, especially for his superior Excel skills, and he was always willing to help.

Personally, Nevin is profoundly family-oriented. He speaks with palpable love, respect, and gratitude for his parents, his ex-wife, and his children. Nevin is a kind individual who has actively worked to better himself. Since I met Nevin for lunch in August of 2023 to check in on him, Nevin was direct and honest about his actions and what happened. Since that lunch, I would meet Nevin every 3 or 4 months. The change in Nevin over time has been sincere and undeniable. He has engaged in deep, difficult work to become a better person, human being, father, husband, and friend—when you talk with him you can just tell!

A small, endearing moment that stays with me is his genuine gratitude for simple things. Throughout his own profound difficulties, he has taken time to thank me for my friendship. He also once declared my homemade baklava "the best ever" so he is definitely in my good graces! In these small gestures, I see a person who appreciates connection and joy, even during hardship.

I fully support Nevin in any capacity. I am committed to helping in his professional reintegration through recommendations, references, and referrals to roles suited to his considerable talents. Although Nevin was a good CFO, the most important role Nevin will ever have is being a father. I believe he is excelling there. I humbly ask that you think about Nevin as a human being. Please do not define the man I know by a single act of poor judgment, but by his essential character: his kindness, his intellect, his dedication to his family, and the sincere work he has done to atone.

Thank you for reading my letter.

Respectfully,

*Ani Geragosian*

Vice President, People
MoxiWorks LLC

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906


Dear Judge Lin,

My name is Lizzy Ellingson. I am writing in support of Nevin Shetty ahead
of his sentencing. I understand this letter is part of a serious process, and I
want to honor that by sharing what I know of Nevin as a colleague, co-
founder, and close friend over the last fifteen years.

Professionally, I worked with Nevin for over seven years at Blueprint
Registry and David's Bridal. Nevin and I co-founded Blueprint Registry, a
technology startup, and worked side by side through some of the most
exciting and challenging seasons of my career. I served as Chief Design
and Product Officer, and Nevin was our CEO. From the earliest days of
building the company, he demonstrated sharp business instincts and a true
willingness to partner in real, daily practice.

I first met Nevin through friends in New York City, but the first moment that
really defined my impression of him was when he invited me to his office to
share a vision for a digital wedding registry service. I remember walking out
of that conversation struck by two things, his clarity of thought and his
humility. He had a strong point of view, but he was equally committed to
building something collaboratively from the ground up. He cared about the
business, not his own personal glory. That blend of confidence and
openness is rare, and it shaped the success of our working relationship and
the success of our company.

Over time, Nevin became one of the people I most trusted with hard
questions, both professional and personal. He is brilliant and kind, and for
many years I have seen him show up for others without needing
recognition for it.

One of the clearest examples of Nevin's character came during a deeply
vulnerable period in my life. When I became ill during the pregnancy of my
second child, at a time when we had just been acquired by David's Bridal,
Nevin did everything he could to stabilize the business and protect our

team. What I remember most is the steady, personal care he showed me as a friend. He checked in daily for months. He reassured me that our company would be okay in my absence, and he meant it. He created space for me to focus on my health and my family without fear that I was letting everyone down. That was not performative leadership. It was decency and loyalty in action.

Another memory that still means a lot to me is when Blueprint Registry was accepted to the Techstars accelerator in Minneapolis in 2016. I had just had my first son and Nevin had just gotten married. We both made the decision to move to Minneapolis for three months so we could fully invest in the program and the future of our company. Nevin was not only supportive of that major life juggling act, he was actively helpful. I purchased a Pack 'N Play and set it up between our desks so I could care for my son in between the stress of growing out company. He made time to help me manage the intensity of that season and the realities of new motherhood without feeling like I was missing out on work. It is a small detail to some, but to me it says everything about how he treats the people beside him when the stakes and stress are high.

I also want to acknowledge directly that Nevin is being sentenced for a federal crime, and that there are victims impacted by what happened. I understand the seriousness of this moment, and I do not take lightly the harm a decision like this can cause. At the same time, I believe the Court should know that the Nevin I have known for fifteen years is not defined by one chapter of poor decision-making.

Since the investment loss in May 2022, I have seen genuine remorse and self-reflection from Nevin. He has expressed deep regret and has spoken about wanting to learn from these failures in a way that prevents harm to others in the future. My sense is that he is grappling with the consequences soberly and personally, not defensively.

Outside of work, Nevin is a devoted father of two girls. He loves them with an intensity that is easy to recognize when you see him talk about them or make time for them. Family is central to his identity. The thought of him being away from them for a long period of time is painful to imagine, not because consequences should be avoided, but because I believe he is capable of returning to his role as a present, steady father who can model growth, accountability, and service for them in the years ahead.

If Nevin is given the chance to rebuild his life, he will not do it alone. I am part of a broader community that cares for him, and I will be here. I would absolutely be willing to work with him again and to employ him in a meaningful capacity upon his release. I believe his mind, his work ethic, and his capacity for reflection can be directed toward constructive, ethical work that benefits others.

I respectfully ask the Court to consider the full context of Nevin's life, character, and potential for meaningful rehabilitation. I know he can do the hard, humbling work of rebuilding trust and living with integrity moving forward. A sentence that acknowledges the seriousness of the offense while still leaving room for restoration would allow him to be accountable, to continue supporting his children in the long term, and contribute to society in a responsible and constructive way.

Thank you for taking the time to consider my perspective and my experience with Nevin.

Respectfully,

Lizzy Ellingson


*Lizzy Ellingson*



Ranjiv Jain

Ranjiv@oc-ww.com
206.321.3271

December 16, 2025

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Dear Judge Lin:

My name is Ranjiv Jain, and I am the founding member of Construction and Design Solutions Inc., DBA Oculus Worldwide. I write in support of Nevin Shetty, whom I have known for nearly thirty years. We first met in 1998 or 1999, in the early part of my career when I volunteered as director at a south Asian cultural association and Nevin was a teenager volunteering at the same non-profit. Over time, our relationship evolved from mentor–mentee, to a deeply personal connection, and eventually to a professional relationship where I employed him. Throughout all these phases, our bond has been grounded in mutual respect, trust, and a shared desire to see each other succeed.

I attended every single daytrial and I know that Nevin is before the Court having been convicted of federal wire fraud. I understand Fabric was a victim. I do not minimize that. Rather, I hope to offer you a full picture of the person I have known for most of his life—someone whose nature has always been conscientious and deeply oriented toward serving others.

From the time I first met him through the non-profit India Association of Western Washington (IAWW), Nevin stood out as unusually mature. I remember sharing with him my ambitions for the real estate company I was beginning to build. Even as a young teenager, he questioned my motives and the viability of the business. I remember distinctly him asking whether there was a way to limit the downside and whether there were people with more experience I could consult. He was thinking about how to balance speed with earning stable, long-term returns. That conversation, early in our relationship and while he was a teenager, captured who he has always been: a thoughtful, balanced-thinker, and principled person, wary of speculation and shortcuts.

Sometime in 2021, I emailed Nevin to discuss the possibility of my investing with his investment company, Chrono Capital. We spent time talking about my needs and how I typically operate. After listening carefully, he told me:"**Ranjiv, Chrono is not right for you. You're looking for a higher-risk, higher-reward path. We are a conservative investment fund that strives for stable long-term growth, not home runs. We are not the right fit for you.**"He could have accepted my investment and benefited from it. Instead, he chose to step back because it was not aligned with my risk profile. That decision, again, was rooted in his instinct to protect the other party rather than pursue advantage for himself.

After I saw the news of his charges in May 2023, I reached out and he came over to my house in Magnolia. We discussed in detail what happened. One of the first things Nevin said was that there was no one to blame but himself. He made the decision. He made the investment. I was stuck by his candor and his self-reflection of what happened. Nevin thought he was serving his company but he accepted that he should have never mixed his three companies together (Fabric, Chrono and HighTower). Interestingly, Nevin does not believe in aggressive growth. I know he simply thought this was a win-win-win scenario. I understand the jury did not see it that way but it's important for me to explain that Nevin consistently encourages me to favor steady, well-founded progress over aggressive growth. He has said to me several times "never make an investment that can impair capital permanently."

After our catch up in May 2023, I selfishly wanted to hire Nevin and knew I could now afford him. His work and strategic insight have been instrumental to the success of my business over the past two years. One

defining example came when I was considering a business opportunity that looked extremely attractive—and would have been especially lucrativeto Nevin as he was commission based. After closely examining the details, Nevin told me directlythat I should not move forward. He identified risks I had not fully seen and told me the decision would not be in the best interest of my company. He put my welfare and the integrity of the business above his own potential gain. That choice was not a one-off situation; it reflected a long-standing pattern throughout his life of putting protection and prudence ahead of personal benefit.

My staff's experience with Nevin aligns closely with my own. Team members who worked with him professionally between 2023 and 2025 described him as punctual, respectful, thoughtful, and deeply invested in our success. One colleague who handles billing, accounts receivable, and financial tracking shared that he was key overhauling and optimizing our contracting process and project management systems that enabled Oculus Worldwide's growth. She remarked that he was warm, polite, and humble in their conversations, that he listened more than he spoke, and that he came prepared and engaged, even though he was facing tremendous personal stress in his own life at the time.

She also recounted a moment that resonated with me deeply: after attending a client meeting with Nevin in which the project was behind schedule, the client spoke to me in a very inappropriate and aggressive manner. Nevin later expressed how upset he was about how I had been treated. It wasn't anger on his own behalf, it was distress on mine. He told her clearly that no one deserves to be treated that way. At a time when he could have been consumed by his own situation, his instinct was still to worry about the dignity and wellbeing of someone else. That quiet empathy left a strong impression on my team.

I have always been able to rely on Nevin. There has never been a time in our long relationship when he has come across as unreliable. Even when he was preparing for trial—undoubtedly one of the most difficult periods in his life—he gave me ninety days' notice that he would need to step away from work. He then carefully helped transition everything he had been handling so that I and my company would not be left exposed. His sense of duty did not falter, even under intense personal pressure.

Since the events that led to his indictment, Nevin has spent significant time reflecting on what happened and how he can move forward in a more informed and responsible way. He sought out therapy on his own and embarked on a journey through religious and philosophical texts to better understand the thinking patters, environment, and pitfalls that led him into this situation. Many people would blame others or blame the system. Not Nevin. He has taken it upon himself to try and better himself. It has been an inspiring thing to watch.

If the Court were to ask whether I would stand behind Nevin in the future, my answer is unequivocal. I would do everything in my power to support him. I would entrust him again with serious professional responsibilities in my company, including in a financial leadership role, and I would not hesitate to seek his counsel as a trusted advisor. I have seen who he has been over nearly three decades, in good times and in deeply challenging times.

Your Honor, I recognize the seriousness of his conviction and the impact on the victim. I also know the human being behind that conviction—a man who has, throughout his life, leaned toward integrity and service to others, and who is now striving to learn from this experience so he can be of greater benefit, not harm, to those around him. I respectfully ask that you consider the full arc of Nevin's character and history as you determine what is just and appropriate in this case.

Thank you for taking the time to consider my perspective on someone I have known and trusted for nearly thirty years.

Respectfully,

2025-12-16

**Ranjiv Jain**

Thomas Falkner, Esq.

████████████

December 7, 2025

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

**Re: Character Reference for Mr. Nevin Shetty**

Your Honor:

My name is Thomas Falkner, and I currently serve as the General Counsel at 30 North Group, an ultra-high-net-worth family office, and as Chief Legal Officer at Roundglass LLC, a global technology and holistic wellbeing organization. I have practiced law for twenty-seven years, and throughout my career I have worked closely with executives, entrepreneurs, and investment professionals across a wide spectrum of industries and complex situations. I take very seriously the responsibility of writing to the Court, and I appreciate the opportunity to offer my perspective on Mr. Nevin Shetty, whom I have known for approximately three and a half years.

I first met Nevin in the summer of 2022 after he became the Chief Financial Officer at 30 North Group, where he was responsible for helping to steward a multi-billion-dollar portfolio for our employer. My immediate impression was of someone personable, articulate, and genuinely present—a person who listened before speaking and who approached every interaction with courtesy and humility. Over time, that first impression proved not only accurate but foundational; it grew into a professional relationship characterized by mutual respect, and, eventually, a genuine friendship built on candor, warmth, and shared commitment to our work.

Professionally, I witnessed Nevin as hard-working, thoughtful, and collaborative. He is the kind of colleague who elevates the people around him. He leads with respect and empathy, and even under pressure he brings a calm steadiness that keeps teams focused and grounded. We collaborated closely on numerous projects working hard, often under difficult deadlines. There were several situations in which Nevin specifically called out if an approach was aggressive and cautioned on both the strategic risks and unknown risk exposure. I came to learn later that this awareness was a direct result of his learnings from Fabric.

Those traits are most evident in how Nevin shows up for others. If you ask him for help—professional, personal, or otherwise— he delivers. There have been many times when I sought his guidance on a complex issue or simply needed another perspective; he always responded with clarity, patience, and genuine care. This dependability was a hallmark of our work together, where we took great pride in tackling difficult projects—from implementing a new accounting system to developing a new financial statement reporting process. He has that rare combination of emotional intelligence, steadiness and compassion.

On a personal level, the traits I associate with Nevin are accountability, devotion to family, and a willingness to self-reflect. He does not deflect blame or minimize mistakes; instead, he confronts them directly and honestly. I have watched him learn from his past decisions, not with bitterness, but with a sincere desire to grow. Over the past three years, Nevin has consistently demonstrated that his daughters, his family, and his friends are at the center of his life, and he makes all decisions now through the lens of how they will affect those he loves.

I am fully aware of the loss Nevin caused for Fabric which led to these proceedings. And I was in court during trial to support Nevin. From the time of the loss to trial, I have watched Nevin confront the consequences of his actions with a level of remorse, accountability, and courage that has only deepened my respect for him. He does not attempt to excuse the decisions he made. He speaks openly about the gravity of his actions and the harm they caused. But he has also made it clear—through his words and his day-to-day conduct—that while he cannot change the past, he is committed to shaping a better future. His focus has been on supporting his family, being fully present for his two young daughters, and rebuilding trust with the people in his life.

I want the Court to know that Nevin has my unequivocal support moving forward. If he were released tomorrow, I would hire him "in a heartbeat." His skills, intelligence, and work ethic are beyond question, and I have no doubt he would be a tremendous asset in any number of roles. More importantly, I believe Nevin has learned so much from this situation that he would approach any opportunity with unique sense of humility, gratitude, and a genuine desire to contribute meaningfully to those around him. I believe in him.

Your Honor, I have spent many years as a lawyer evaluating people's character and judgments in complex situations. What I know is that Nevin is innately a good person who made a seriously poor decision—a decision he has fully acknowledged and taken responsibility for. But Nevin has an enormous capacity for growth and meaningful contributions to society, both professionally and personally. He has so much left to give.

In our conversations, Nevin was the first to acknowledge the poor decisions he made and the harm he caused Fabric. Nevin carries that weight with honesty and remorse. However, he is also a compassionate human being who has made the effort to learn much about himself during this process and still has enormous potential to make a positive difference in the lives of so many. I ask the Court to look past this momentary lapse in judgement to his underlying character and the positive future he is capable of building if given the opportunity.

Thank you, Your Honor, for considering my perspective. I am grateful for your time and would be glad to answer any questions.

Respectfully,

Thomas Falkner

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Dear Judge Lin:

My name is Adil Wali, and I am a technology entrepreneur, corporate executive and seasoned
investor in both private and public markets—I am also a victim. I invested in Chrono Capital and
lost money due to Nevin's actions. However, I still write this letter in support of Nevin because
of the actions he has taken since losing my money and because I believe in his capacity to
change.

I have had the privilege of knowing Nevin since September 2016. I first met Nevin in a
professional context and, over the past nine years, our relationship has grown into a close
friendship. I consider Nevin a friend whom I trust and someone I know I can count on if I ever
need help. I offer this character reference for Nevin because I firmly believe his underlying
personal and professional character exemplifies integrity, reliability, and compassion.

Professionally, Nevin is highly intelligent, articulate, and thoughtful in his approach to business.
Nevin has deep expertise in finance and investing, yet he remains remarkably humble and
generous with his knowledge. On many occasions, he has taken time out of his busy schedule to
mentor others and share insights, whether it was guiding me through market turbulence or
advising other entrepreneurs. Whenever I sought Nevin's advice on managing my own
investment fund or navigating complex financial questions, he made himself available and
offered clear, thoughtful guidance. This willingness to teach and support others, even as he
juggled the demands of being a corporate executive and a parent, speaks to his reliability and
kindness. In an industry where many focus solely on their own success, Nevin stands out for his
collaborative spirit and genuine interest in helping those around him succeed.

On a personal level, Nevin is one of the most honest and kind-hearted individuals I know. He is
thoughtful, generous, and even unafraid to be vulnerable about the challenges he faces. In our
personal conversations, Nevin has always been transparent about his life and his ventures. For
example, he would openly discuss what was going well with his business and what difficulties he
was encountering – a refreshing honesty that is rare among entrepreneurs. I deeply respect this
level of candor.

An instance that highlights Nevin's character is how he responded when his own venture,
Chrono Capital, collapsed during the crypto market crash in May 2022. Chrono Capital was the
investment fund Nevin managed, and when that fund suffered a catastrophic loss, Nevin's
reaction was to confront the bad news head-on with honesty and responsibility. Nevin personally
called every single investor in Chrono Capital—including me—to inform us of what had
happened. This could not have been easy; in fact, when Nevin phoned me to explain that the
fund's value had been wiped out, I could hear the devastation in his voice. He was literally in
tears throughout the conversation. It was undoubtedly one of the hardest calls he's ever had to
make. Yet, Nevin had the courage and integrity to speak with me directly, voice cracking with
emotion, rather than hiding behind an impersonal email or delegating the task to someone else.

He spent as long as I needed on the phone, patiently answering my every question and apologizing sincerely for the outcome. As someone who manages an investment fund myself, I know that many people in Nevin's situation might have delayed such conversations or avoided difficult questions. In fact, it's not uncommon for fund managers facing bad news to procrastinate or deliver updates only through formal letters to investors. Nevin did the opposite—he faced the situation directly and took full accountability. He even offered to meet with me face-to-face afterward to further discuss and address any of my concerns, demonstrating how far he was willing to go to be transparent and accountable. I found this behavior to be remarkably conscientious and a true testament to his character. Nevin's actions during the collapse of Chrono Capital showed me that he does not run from responsibility; instead, he meets it with honesty and bravery, no matter how painful it is.

In the aftermath of investment collapse, Nevin also showed genuine remorse and a strong desire to make amends. During our conversation about the loss, Nevin repeatedly expressed contrition. He acknowledged his legal troubles but pledged to do whatever he could to make it right. It was clear that Nevin felt a personal responsibility for the pain others experienced, and this was heartbreaking to witness. Nevin would give anything to undo his decisions that lead to the losses and pain he caused. Nevin's remorse was evident in his demeanor—I could sense how deeply he regretted his actions. I understand that Nevin was found guilty at trial but it's important for me to note that I never sensed any negative or selfish intentions from Nevin. To the contrary, as an entrepreneur and investor myself, I believe he was operating with positive intentions—trying to generate above average returns for everyone. His willingness to personally shoulder the blame and seek ways to make amends speaks volumes about his character and ability to grow from this tragedy.

Even after Nevin lost a significant portion of my funds, I chose to employ him as a consultant for my investment fund, Merit Capital, based on my unwavering belief in his integrity and talent. At some point in 2023, Nevin learned that federal charges could be brought against him in relation to the case before you. Nevin immediately called me—not to excuse himself, but to proactively inform me of the situation. Nevin wanted to ensure I was not caught off guard and, more strikingly, to insist on immediately terminating our consulting contract to protect my fund's reputation. Nevin was unequivocal that he did not want his personal legal troubles to create risk or negative perception for my business.

I was taken aback and pushed back, expressing my belief in due process and my willingness to continue our employment engagement. Nevin, however, remained adamant. It was very important to him that no harm come to our business, even if that meant sacrificing his own role and income. This selfless act left a permanent impression. Here was a man facing one of the most stressful periods of his life, yet his primary concern was to safeguard my interests. In over 30 years of my career, I have encountered few individuals with the character to place another's welfare so decisively above their own during a personal crisis.

What's more, even after I accepted his recommendation and terminated the contract, Nevin went above and beyond offering to help me and my team without any compensation. He promised to remain available to advise and support the business so that we "wouldn't be left high-and-dry" during the transition. True to his word, for the following months Nevin continued to provide us with insights, mentorship, and guidance without the expectation of anything in return. This

gesture moved me deeply. Nevin had no obligation to assist us once the engagement ended; he did so purely out of a sense of personal responsibility. That kind of selfless commitment is a defining feature of Nevin's character. Even while navigating his own profound crisis, he remained someone I could call for reliable, thoughtful advice. His actions during that period revealed an uncommon depth of integrity—a person who, under immense personal pressure, still chooses to uphold his promises and protect those around him.

Having known Nevin for nearly a decade, I can state with confidence that this case represents a material departure from the man I know. Nevin is not motivated by selfishness but by a drive to utilize his talents for the benefit of others. I understand the seriousness of the charges and conviction. That said, over the last three years Nevin has learned from his poor decision. More than ever, he remains the honest, caring, and responsible individual I have always known. I fundamentally believe that Nevin operates with high integrity, and I trust him without hesitation. My trust in Nevin is so strong that I am excited to work with him again in the future. If the court permits, I would either hire Nevin or invest in a new business venture with him. I say this to underscore my faith in Nevin's character and abilities. As an experienced entrepreneur and executive, I do not make such statements lightly. But I have seen firsthand—both before the investment loss and after—that Nevin is a man of both principle and talent.

Your Honor, I respectfully ask that you consider the totality of Nevin's character as you make your sentencing decision. Nevin found himself in an unusual and extraordinary set of circumstances that led to an outcome that neither he nor anyone intended. Fabric, a billion dollar company, not only let an ambitious CFO remain in his role but gave him broad authority to invest. Nevin, brainwashed by crypto, thought he was doing the right thing for his company while trying to prove he was a good CFO. True empathy is the ability to understand one's action by imagining yourself in their situation. I do not excuse his actions, but I empathize.

I urge your Honor to show empathy and leniency—do not let this one terrible action incapacitate Nevin for the most formative years of his life. Nevin has already proved capable of bettering himself from his poor decision which is why I believe Nevin has so much to still offer his family, friends and society. Given the exceptional character he has demonstrated post the offense, and the genuine remorse he has shown, I am confident that with a chance at rehabilitation, Nevin will prove worthy of the trust and compassion you show to him.

Thank you very much for taking the time to read my letter. It is my sincere hope that my perspective helps illustrate the kind of person Nevin truly is. Please feel free to contact me if you require any further information about Nevin's character.

Sincerely,

**Adil Wali**
Chief Product Officer, Klaviyo
Friend of Nevin Shetty since 2016

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Dear Judge Lin,

My name is Anthony Winslow, and I am a former entrepreneur and current technology executive living and working in New York City. I have a wife and a two-year-old son. I have known Nevin Shetty throughout almost every phase of his life. I first met Nevin in elementary school on Mercer Island in band class, where we sat next to each other and played the trumpet together. In middle school, we rode the same ski bus every winter weekend to Crystal Mountain. Our friendship deepened in high school, continued through college, and matured further in our early twenties when we were roommates in New York City. All told, I have known Nevin for more than 30 years, and he has been my best friend for the past 20.

My friendship with Nevin has been one of the most important and influential relationships of my life. Even when we were kids, he was remarkably friendly and able to connect with everyone—from the bookworms to the athletes—and that quality has never faded. He is deeply loyal to his close friends and family, and he treats acquaintances and his broader community with genuine curiosity and respect. He loves being outdoors, playing soccer, spending time with friends both old and new, and reading. In every stage of his life, he has brought positive energy to the people around him.

Over the years, I have seen Nevin in a wide range of contexts: as a graduate-level business student, a finance CFO, a tech founder, a nonprofit volunteer, and a devoted father. These represent only a portion of who he is, but they illustrate how well-rounded and capable he has always been. For those reasons, but mostly because of our friendship, I also invested a portion of my life savings in Chrono Capital and, as a result, lost a significant amount of money in the Terra Luna crash.

We have had many conversations about the loss and what led up to it over the past few years. I have voiced my exasperation and anger over what happened. That said, Nevin has been very apologetic, while recognizing and admitting that his ever-expanding set of accomplishments and ambitions were at the root of all of this. He knows that he allowed his successes to turn into ego. Those acknowledgements are why I forgave him and that's why our friendship has deepened and strengthened. Nevin has not only admitted his wrongdoings, but he is dedicated to learn and grow from this failure. In other words, pain has been a tremendous teacher for him.

Getting more specific, after the investment loss in May 2022, Nevin called me in tears. He expressed profound remorse for the decisions that led to losing so much money, sharing how much he wished he could go back in time to undo his actions. He also reflected openly how he wished he had just paused instead of springing into action upon identifying yet another opportunity, which follows a pattern throughout his adult life. While nothing can change the fact that serious mistakes were made, I have seen firsthand the sincerity of his regret and awareness of the magnitude of his actions.

Today and in the past, Nevin is often the first person I call when I need to talk about professional and work questions, relationship dilemmas, parenting, or just life decisions more broadly. No matter how busy he is, Nevin always picks up my calls. He listens intently, offers genuine support, and provides balanced, measured feedback. To me, this also shows how Nevin's conduct and financial risk-taking was so out of character. Aside from being someone who derives more joy from a simple homemade sandwich than expensive accessories or material things, Nevin is one of the most logical thinkers I know—almost to a fault. Even now, after the guilty verdict and with his future uncertain, I still turn to Nevin for guidance. I trust him, I respect him, and I value the clarity and empathy he brings to our conversations.

Looking ahead, I want to emphasize that I am committed to supporting Nevin as he rebuilds his life following the completion of his sentence. I work in the technology sector and have been involved in hiring and mentoring talented individuals for many years. I will personally help him navigate the job-search process and secure a job. Nevin has much to contribute professionally, as a father, and as a member of the community, and I will stand by him as he works to regain stability and purpose.

My parting thoughts are this: Nevin's existence is not defined solely by the worst decisions he has made. He is a lifelong friend, a thoughtful and caring person, and someone who, despite significant mistakes, remains capable of meaningful growth and positive impact. I hope you will take these qualities into account and his potential for rehabilitation when considering a just sentence.

Thank you for your time and consideration.

Sincerely,

Anthony Winslow

DocuSign Envelope ID: ...6b3b - Page 1/2

January 29, 2026

The Honorable Judge Tana Lin
United States Courthouse
700 Stewart Street, Suite 13229
Seattle, WA 98101-9906

Re: Character Support Letter for Mr. Nevin Shetty

My name is Brad Harlow, and I was one of the 2 largest investors, with my wife Alison, in the Chrono Hedge Fund, started by Nevin Shetty. We invested a cumulative total of approximately $384 thousand and lost all but $84 thousand, a loss of $300 thousand total. If there were "poster children" for people that would want to see Nevin prosecuted and jailed, it is NOT us. Let me explain.

I met Nevin through my son, James Harlow, in 2003 while both were at the University of Washington. Both were at the Foster School of Business and he became President of the Managing Consulting Association while in school. I talked with Nevin numerous times while he was an undergrad and then as he progressed in his career. He has a strong work ethic, intense focus and the ability to see trends early; traits that I admire. He became a good husband and father, further cementing my assessment of his strengths.

I am a Qualified Investor for over 25 years and have interests in real estate LLC's, public securities in my own accounts, private investments in private companies and secured debt instruments. We invested with Nevins' Hedge Fund understanding the potential risks and balance that against his known expertise and character. He clearly made a major mistake while at Fabric while CFO and its actions impacted the Hedge Fund in parallel. He called us immediately upon recognizing our loss and apologized profusely. He has lost his family, work and goodwill in the aftermath.

The jury in the trial heard a very short time of Nevin's business life and actions. He has, and will continue, to pay the price emotionally for this action. Yet I cannot support his incarceration as any benefit or value. I am in a unique position to say that this is not of value to me, even with my losses.

Your honor, I would ask that you look at the total man—Nevin Shetty—and determine what value to society would be gained by his incarceration. I would much rather see him use his talents going forward in society, including any restitution the court decides.

I am happy to talk in person if helpful. Again, I fully support the jury's verdict but ask that the sentencing reflect the man I know.

Best,

*Brad Harlow*

Brad Harlow
Managing Partner
B.Harlow & Associates, LLC

CEO in Residence
Seattle University School of Business
Albers School LEMBA Program
brad@bharlow.com
1-425-891-7347