The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR23-084 TL |
|---|---|
| Plaintiff, | DECLARATION OF AUSA KOPCZYNSKI IN SUPPORT OF UNITED STATES' SENTENCING MEMORANDUM |
| v. | |
| NEVIN SHETTY, | |
| Defendant. | |

I, Philip Kopczynski, declare:

1. I am an Assistant United States Attorney in the Western District of Washington, and I represent the United States in the above-captioned case.

2. I am attaching as Exhibit A to this declaration a copy of a letter sent by Defendant Nevin Shetty's counsel to Company A in which he demanded indemnification for his expenses related to his defense against this criminal case.

3. I am attaching as Exhibit B a statement signed by Shetty that he attached to his indemnification demand.

4. My understanding from a conversation with counsel for Company A is that in response to Shetty's indemnification demand, Company A agreed to give

Declaration - 1
*United States v. Shetty*, CR23-084 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

him amounts of money that varied based on the stage at which this case resolved. Under that agreement, Company A paid Shetty well over $3 million.

5. I am attaching as Exhibit C three FBI reports concerning interviews of investors in Shetty's investment fund, Chrono. Names, personal information, and other irrelevant details are redacted in these copies. The government will submit unredacted copies to the Court if desired. Each report was previously produced to the defense well before trial.

6. I am attaching as Exhibit D a copy of a letter Company A sent to Shetty outlining his compensation and other terms of employment. The defense obtained this letter from Company A and produced it to the government.

7. I am attaching as Exhibit E a copy of a screenshot taken by the FBI from HighTower Treasury's website that the government pre-marked as exhibit G-121 but did not offer at the trial in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 4th day of February, 2026.

Respectfully submitted,

*s/ Philip Kopczynski*
PHILIP KOPCZYNSKI
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970
philip.kopczynski@usdoj.gov

Declaration - 2
*United States v. Shetty*, CR23-084 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970