# Exhibit B

## **UNDERTAKING OF NEVIN SHETTY**

1. This instrument (this "Undertaking") is being executed by the undersigned in favor of Commerce Fabric, Inc., a Delaware corporation (the "Company"), pursuant to that certain Indemnification Agreement, dated November 18, 2021 (the "Indemnification Agreement"), by and between the Company and the undersigned.

2. Pursuant to Paragraph 5 of the Agreement, and as further explained in the letter by my counsel, Alex Little, dated today ("Written Request"), I am requesting Advancement of Expenses in the amount of $409,348.09 for expenses incurred to date as well as for the additional amounts that will be incurred.

3. With respect to all matters related to the Proceeding discussed in the Written Request, I believe I acted in good faith and in a manner I reasonably believed to be in or not opposed to the best interests of the Company. Nor did I have any reasonable cause to believe my conduct was unlawful.

4. I hereby undertake to repay any advancement of expenses if it shall ultimately be determined by final judicial decision from which there is no further right to appeal or otherwise, in accordance with Delaware law, that I am not entitled to be so indemnified for such Expenses.

5. I am requesting Advancement of Expenses in connection with the following matter: *United States v. Nevin Shetty*, Case No. 2:23-cr-00084-TL, pending in the U.S. District Court for the Western District of Washington.

Signed and submitted: *Nevin Shetty*
_____
Nevin Shetty

Dated:     February 2, 2024

**EXHIBIT H**