# Exhibit C

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    01/13/2023

On January 13, 2023 ▆▆▆▆▆▆ ), DOB ▆▆▆▆, address ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, telephone number ▆▆▆▆▆▆, was interviewed telephonically. After being advised of the identity of the interviewing Agent and the nature of the interview, ▆▆ provided the following information:

▆▆ was friends with Nevin Shetty's (Shetty) ex-wife ▆▆ who also went by ▆▆. ▆▆ and his wife went to ▆▆ and Shetty's wedding in Palm Springs. ▆▆ knew Shetty at an acquaintance level. ▆▆ knew that Shetty was involved in start-ups and other similar businesses. ▆▆ was a sitting New York City criminal court judge.

▆▆ had been CCed on emails from Shetty's company Chrono Fund for over a year. It may have been a marketing tactic for Chrono Fund to send emails to Shetty's network to gain new investors. ▆▆ had never invested with a personal friend. ▆▆ was looking to invest in 2021 and Chrono Fund was in the back of his mind from the emails he had received from the company.

▆▆ saw Shetty at a BBQ, maybe around July 4, 2021, and talked to Shetty about investing in Chrono Fund. ▆▆ friend ▆▆ had previously invested with Chrono Fund. ▆▆ asked ▆▆ about his investment. After talking to ▆▆, ▆▆ thought the fund looked conservative and it seemed like a good place to invest his money. ▆▆ had been left some money ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ and was looking to invest that money in conservative funds.

Shetty sent ▆▆ paperwork that included the Chrono Fund investment strategy. ▆▆ reviewed the investment strategy and it looked conservative long-term and included mutual funds and index funds, funds that seemed less volatile long-term.

After investing in Chrono Fund, ▆▆ received monthly emails from Chrono Fund. ▆▆ investment in Chrono Fund had slow growth during the Covid pandemic.

At one point in 2022 Shetty called ▆▆ and said he was in tears and

| | | |
|---|---|---|
| Investigation on  01/13/2023  at  Seattle, Washington, United States (Phone) | | |
| File #  318E-SE-3605446 | | Date drafted  01/13/2023 |
| by  BECKLEY KRISTA LEE | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



318E-SE-3605446

Continuation of FD-302 of (U) Interview of Biju Koshy , On 01/13/2023 , Page 2 of 2

suicidal. Shetty told ▓ he had lost the money. Shetty told ▓ he had put all of the money into cryptocurrency and that he had leveraged too much and lost everything. Shetty also told ▓ that he had lost his company's, Fabric's, money and that he was in so much trouble. At that point in the conversation, ▓ told Shetty not to tell him anything else about Fabric without counsel present. Shetty did not discuss Fabric again with ▓.

Shetty made similar phone calls to other people ▓ knew had invested in Chrono Fund. The phone calls were so similar they seemed calculated.

A week or two after the first phone call Shetty had with ▓ about the lost investment funds, Shetty called ▓ again and told ▓ he would be receiving paperwork and that he may have some of his investment returned. ▓ received approximately $10,000 of the $50,000 he had invested.

If ▓ had known Shetty would be investing in cryptocurrency he would not have invested in something so risky.

▓ may have emails or documents regarding Chrono Fund and his investment.

FD-302 (Rev. 5-8-10)

- 1 of 3 -

# FEDERAL BUREAU OF INVESTIGATION



Date of entry    05/06/2023

On May 5, 2023 ▮▮▮▮▮▮▮▮▮▮, phone number ▮▮▮▮▮▮, email ▮▮▮▮▮▮▮▮▮▮, was interviewed on a phone call by SA Krista Beckley. After being advised of the identity of the interviewing Agent and the nature of the interview, ▮▮▮▮ provided the following information:

▮▮▮▮ was located in New York and worked as a yoga instructor.

What happened with Nevin Shetty (herein Shetty) was a sad situation. ▮▮▮▮ met Shetty when they were young kids taking yoga classes together. ▮▮▮▮ kept in touch with Shetty over the years. ▮▮▮▮ saw that Shetty was successful and had a company in the wedding industry.

▮▮▮▮ had received some emails from Shetty about a fund Shetty had started named Chrono Capital. ▮▮▮▮ reached out to his friends in the finance industry to look at the fund. ▮▮▮▮ friends told ▮▮▮▮ that Shetty's Chrono Capital fund looked like a good fund and a good opportunity.

▮▮▮▮ had discussed with Shetty how to manage his wealth in texts, emails, on phone calls, and in person. Shetty told ▮▮▮▮ to invest funds with Shetty and to not look it again and maybe check back in five years. Shetty told ▮▮▮▮ to diversify his funds and invest into funds like the S&P 500. ▮▮▮▮ ran Shetty's advice by ▮▮▮▮ friends that ▮▮▮▮ trusted that worked in the financial industry and ▮▮▮▮ trusted friends thought the advice Shetty gave ▮▮▮▮ was good and made sense.

▮▮▮▮ invested in cryptocurrency on his own. ▮▮▮▮ saw the cryptocurrency he had invested in increase in value at first and it was exciting. Cryptocurrency was like gambling and ▮▮▮▮ lost money. ▮▮▮▮ lost approximately $150,000 in cryptocurrency that ▮▮▮▮ had invested himself.

Shetty had told ▮▮▮▮ that Chrono Capital did not invest in cryptocurrency. Shetty told ▮▮▮▮ that cryptocurrency investments could go to zero. In one of the last Chrono Capital emails that ▮▮▮▮ received, the email may have stated that Shetty was looking into investing in cryptocurrency, but not that Chrono Capital had invested any funds into

Investigation on  05/05/2023    at  Seattle, Washington, United States (Phone)

File #  318E-SE-3605446                                                                 Date drafted  05/05/2023

by  BECKLEY KRISTA LEE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

318E-SE-3605446
Continuation of FD-302 of (U) Interview of Brian Nygard , On 05/05/2023 , Page 2 of 3

cryptocurrency at that time. All of ▓▓▓▓ conversations with Shetty about cryptocurrency included Shetty telling ▓▓▓▓ that investing in cryptocurrency was a bad idea.

▓▓▓▓ invested $70,000 into Chrono Capital. The money ▓▓▓▓ invested in Chrono Capital came in part from an inheritance ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. ▓▓▓▓ invested into Chrono Capital because ▓▓▓▓ wanted some financial stability. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

According to the Chrono Capital program fund before May 2022, ▓▓▓▓ funds in Chrono Capital seemed to be doing well. At some point around May 2022, ▓▓▓▓ noticed that some of his investment funds in Chrono Capital looked like they had gone down in value. ▓▓▓▓ called Shetty to ask, and Shetty told ▓▓▓▓ the markets weren't doing great and that ▓▓▓▓ funds were invested into technology companies.

In mid May 2022, Shetty called ▓▓▓▓ hyperventilating and told ▓▓▓▓ that Shetty had lost ▓▓▓▓ investment funds in Chrono Capital because Shetty had put ▓▓▓▓ funds into cryptocurrency that had crashed. Shetty told ▓▓▓▓ he might kill himself.

▓▓▓▓ asked Shetty what had happened to ▓▓▓▓ funds that Shetty told ▓▓▓▓ he had invested into technology companies. Shetty told ▓▓▓▓ that the day after ▓▓▓▓ call in May about his funds, Shetty had invested all of ▓▓▓▓ Chrono Capital funds into cryptocurrency.

▓▓▓▓ asked his personal financial advisor to call Shetty. Shetty told ▓▓▓▓ financial advisor that Shetty would get ▓▓▓▓ money back. Shetty had told ▓▓▓▓ financial advisor that Shetty had invested approximately 30% of the money Shetty could recover into call options to try and recoup the lost funds. ▓▓▓▓ financial advisor told ▓▓▓▓ that putting the remaining funds into call options was another risky place for ▓▓▓▓ money to be. ▓▓▓▓ financial advisor and ▓▓▓▓ asked Shetty to liquidate what he had left of ▓▓▓▓ investment. ▓▓▓▓ received approximately $25,000 shortly thereafter of the original $70,000 ▓▓▓▓ had invested in Chrono Capital.

▓▓▓▓ had not received any more money from Shetty. Shetty had told ▓▓▓▓ that it was illegal for Shetty to give ▓▓▓▓ back more than the other Chrono Capital investors he also owed money to.

▓▓▓▓ was shocked that Shetty had invested ▓▓▓▓ money in cryptocurrency and that Shetty had lost ▓▓▓▓ investment in Chrono Capital. ▓▓▓▓ had known Shetty for a long time and Shetty had a great talk

FD-302a (Rev. 5-8-10)

318E-SE-3605446

Continuation of FD-302 of (U) Interview of Brian Nygard , On 05/05/2023 , Page 3 of 3

and walk in terms of finances. Shetty seemed like a family oriented man with a solid background that ▓▓▓▓ trusted. Shetty may be divorced as of May 2023.

Shetty told ▓▓▓▓ that Shetty would pay him back. Shetty told ▓▓▓▓ that Shetty may be looking to sell property to recoup some of the losses for those that had invested in Chrono Capital.

▓▓▓▓ last spoke with Shetty in approximately November 2022.

▓▓▓▓ had communications with Shetty saved and was willing to share them with the FBI.


The notes taken by SA Beckley during the interview are maintained in the physical and digital 1A.

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    01/09/2023

On 01/06/2023, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, DOB ▓▓▓▓▓, address ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, email address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, cellular telephone number ▓▓▓▓▓▓▓▓, was interviewed telephonically by Special Agent Krista Beckley. After being advised of the identity of the Interviewing Agent and the nature of the interview, ▓▓▓▓▓▓ provided the following information:

▓▓▓▓▓▓▓ was friends with Nevin SHETTY (SHETTY) through SHETTY's ex-wife ▓▓▓▓▓▓▓▓▓▓▓▓.

SHETTY had started an investment fund seperate from his job while he was employed at Fabric. SHETTY's investment fund was called Chrono Capital. There were several people invested in Chrono Capital.

▓▓▓▓▓▓▓▓▓ invested in Chrono Capital twice, first $75,000.00 and then $25,000.00.

In summer 2022 SHETTY called ▓▓▓▓▓▓▓ crying and told ▓▓▓▓▓▓▓ that SHETTY had put all of the money from Chrono Capital into cryptocurrency, specifically into one coin. SHETTY told ▓▓▓▓▓▓▓ that he had lost his personal money, Chrono Capital investor's money, and all the money he had invested from his employer, Fabric. SHETTY also called two of ▓▓▓▓▓▓▓ friends located in New York and New Jersey who had also invested with SHETTY. The calls by SHETTY after SHETTY lost their investments were similar and included SHETTY sobbing at the beginning of the call, then explaining what happened, followed additional sobbing. The calls, according to ▓▓▓▓▓▓▓▓▓ seemed rehearsed.

SHETTY had sent several emails and documents to ▓▓▓▓▓▓▓ explaining the investment strategy for Chrono Capital. Approximately once per month, emails from SHETTY would explain the loss or gain in ▓▓▓▓▓▓▓ invested funds. The month before the investment funds were lost, the update email from SHETTY showed an approximate 22% loss in funds.

In the Chrono Capital investment strategy sent to ▓▓▓▓▓▓▓ and in all of SHETTY's emails to ▓▓▓▓▓▓▓ regarding ▓▓▓▓▓▓▓ investment in Chrono Capital, SHETTY never mentioned the investment strategy included cryptocurrency. SHETTY's investment in cryptocurrency with ▓▓▓▓▓▓▓ funds was done in bad faith. If SHETTY had told ▓▓▓▓▓▓▓ he would be investing in

| | | |
|---|---|---|
| Investigation on   01/06/2023   at   Seattle, Washington, United States (Phone) | | |
| File #   318E-SE-3605446 | | Date drafted   01/06/2023 |
| by   BECKLEY KRISTA LEE | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

318E-SE-3605446

Continuation of FD-302 of (U) Interview of Nidhish Varughese , On 01/06/2023 , Page 2 of 2

cryptocurrency, ▮▮▮▮▮▮▮▮ would not have invested in SHETTY's company Chrono Capital.

▮▮▮▮▮▮▮▮ was sent back the remaining money from his investment after the cryptocurrency crash, approximately 15% of his initial investment which was approximately $15,000.00 to $20,000.00.

▮▮▮▮▮▮▮▮ had heard SHETTY may have been able to pay people back because he had an account which he had forgotten about worth a few hundred thousand dollars, and that SHETTY may have also used that account to pay for SHETTY's legal fees.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SHETTY recently got a new job in finance with another company.