Exhibit D

**fabric**

Commerce Fabric, Inc.
113 Cherry St.
PMB 66768
Seattle, WA 98104

March 3, 2021

RE: Chief Financial Officer

Dear Nevin,

Congratulations! We are delighted to formally offer you employment for the position of Chief Financial Officer with Commerce Fabric Inc.  We believe the combination of your experience along with your drive will make us successful in taking Commerce Fabric to the next level. As discussed, your start date will be March 9, 2021. We look forward to welcoming you to the team!

The terms of our offer of employment are as follows:

- **Base Compensation:**  You will receive an annual base salary of $300,000 USD. This is a full-time exempt position, paid semi-monthly.

- **Discretionary Bonus Eligibility:**  According to your job level, you are eligible for a discretionary annual bonus target equal to 30% of your base salary, paid in March of the next fiscal year. This annual bonus will be prorated based on the number of days you are employed during the fiscal year (our fiscal year is based on a calendar year, ending December 31st). Bonus awards will be based on actual results measured against pre-established Company financial goals and personal performance.  You must be actively employed by the Company when bonuses are paid out in order to be eligible for bonus compensation. The Company reserves the right to enhance, modify, or rescind the annual bonus benefit in the future in light of market conditions and other business considerations.

- **Equity:**  As an employee of Commerce Fabric Inc., we would like you to share in the Company's success through our Equity Incentive Plan (EIP). By participating in Commerce Fabric's EIP, you will be entitled to receive 337,737 stock options subject to approval of the company's board of directors and, subject to your continued employment with the Company, your grant will vest over four years with a one-year cliff.  In other words, 25% of your options will vest on the one-year anniversary of your start date, with 1/48th of the total options vesting on the corresponding day of each month thereafter, until all options are vested.  Your stock options will be subject to the terms and conditions of the EIP and stock option agreement(s) between you and the company.

- **Retention Bonus:** You will be eligible for a retention bonus of up to $100,000 USD, subject to the terms described below. This amount will be paid to you after your first anniversary of your start date. You must be still employed by the Company to be eligible for this bonus. Payment will be paid to you through the next reasonable payroll cycle following the respective anniversary date.

  If for any reason, other than good reason, you resign from the Company at any point after your first anniversary and before your second anniversary of your state date, you will be obligated to return the bonus within 60 days of your departure. If you are terminated for cause at any point after your first anniversary and before your second anniversary of your state date, you will be obligated to reimburse the bonus within 60 days of your termination.

  For purposes of this Agreement, cause means:
  - Your willful and continued failure to perform substantially your duties with the Company.

DEF000060

DocuSign Envelope ID: 62835716-D019-4C80-B3C4-5449ACA18072

- ○ Your willful engagement in illegal conduct or gross misconduct.
  For purposes of this Agreement, good reason means:
  - ○ The Company fails to maintain fiscal strength enough to retain your employment.
  - ○ The Company unlawfully discriminates against you.

- **Cell Phone Allowance:**  You are eligible for a monthly cell phone allowance of up to $50 for cell phone usage.

- **Paid Time-Off (PTO):** You will accrue paid time off, and be entitled to company holidays, in accordance with Commerce Fabric's Time-off Policy.

- **Benefits:**  You will be eligible for Commerce Fabric's benefits package (BP), which includes medical, dental, vision, and life insurance. A full benefits package will be provided to you at the time of enrollment. Commerce Fabric's Benefit Package (BP) will be effective on the first day of the month after one full month from your start date.  You will also be eligible to participate in other employee benefit programs offered to Company employees, according to the terms of the applicable benefit plan or policy.  This includes paid leave benefits and paid holidays.  Company benefit programs are subject to change from time to time in the Company's sole discretion.  Information about current benefit offerings will be available through Human Resources.

- **Retirement:**  Commerce Fabric provides you access to a 401k retirement plan for you to contribute to starting immediately after employment.

- **Location:**  Your primary place of employment will be at our headquarters in Bellevue, WA.

- **Company Policies:** Your employment will be subject to all applicable employment and other policies of Commerce Fabric.

- **At Will Employment:**  While we hope that our employment relationship will be long and mutually rewarding, employment with Commerce Fabric is "at will."  This means that either you or the Company may elect to end the employment relationship at any time, with or without cause.  No Company representative has the authority to modify your at-will employment status other than through a written agreement signed by the Commerce Fabric's Chief Executive Officer.  By signing below to accept this employment offer, you are indicating your understanding and acknowledgment that your employment with the Company will be at will.

- **Reviews:**  You will receive an evaluation after approximately 90 days of employment.  Pending a satisfactory evaluation from your manager, you will graduate from your evaluation period. Your manager will then continue to do two performance reviews annually (one mid-term and one annual) to discuss your current performance and goals for the next year.

- **Proprietary Information and Invention Assignment Agreement:**  This offer of employment is conditioned on your execution of the enclosed Proprietary Information and Invention Assignment Agreement (PIIAA).

- **Background Check:** This offer of employment is conditional on passing a standard background check.

- **Proof of Right to Work:**  This offer of employment is also conditioned on your right to work in the United States.  Within three business days of your start date, you will be required to provide the Company with documentary evidence of your identity and eligibility for employment in the U.S.

DEF000061

Please note: This offer letter agreement, together with your Proprietary Information and Invention Assignment Agreement, form the complete and exclusive statement of the terms of your employment with Commerce Fabric Inc.  The offer letter and PIIAA supersede any and all other agreements or promises made to you by anyone, whether oral or written.  If any provision of this offer letter agreement is determined to be invalid or unenforceable, in whole or in part, this determination shall not affect any other provision of this offer letter agreement and the provision in question shall be modified so as to be rendered enforceable in a manner consistent with the intent of the parties insofar as possible under applicable law. This letter may be delivered via facsimile, electronic mail (including pdf or any electronic signature complying with the **U.S. federal ESIGN Act of 2000**, **Uniform Electronic Transactions Act** or other applicable law) or other transmission method and shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.

To accept this offer of employment, please sign and date this letter agreement, and the enclosed Proprietary Information and Invention Assignment Agreement, and return both documents to the undersigned.

We are very enthusiastic at the prospect that you will be joining the team and look forward to your future success and contributions at Commerce Fabric.  We are committed to supporting your personal and professional development as well as your career advancement within the Company.

With best regards,

DocuSigned by:

*Alexandra Shimamoto*

————— 6E74E4B81D844F5 ——————————

Alexandra Shimamoto
Head of People

**AGREED AND ACCEPTED:**

DocuSigned by:

NEVIN SHETTY

————— 948A1DB84B8445C —————————————

Nevin Shetty
Chief Financial Officer

3/8/2021
——————————————————————————
Date

DEF000062