# Exhibit E

**GETTING STARTED**
- Introduction
- How It Works
- Getting Started

**PRODUCTS**
- Variable Rate Yield
- Fixed Rate Yield
- Custom Rate Yield

**RISKS & SECURITY**
- Risks
- Audits
- Insurance

**OTHER**
- FAQs

**LEGAL**
- Terms of Use
- Privacy Policy
- AML / BSA / KYB Program


Powered By GitBook

Copy link

- When you hold money at PayPal or Venmo, you trade away FDIC coverage for convenience
- When you hold money in money market funds, treasuries, municipal bonds and corporate bonds, you trade away FDIC coverage for increased return

HighTower Treasury utilizes smart contract insurance to cover any losses that might result from any bugs or vulnerabilities in the DeFi platforms we deposit with (see details on insurance here).

**Are the loans collateralized?**

We generally utilize lending platforms that over-collateralize. This means that if a borrower is unable to repay their loan, the lending protocol sells their collateral to maintain full depositor liquidity. In the event where the value of the collateral drops to the defined minimum, which is well above the loan value, a liquidator is incentivized to terminate the loan, essentially repaying the loan in full to the depositor while getting the collateral in return (the collateral is worth more than the loan).

**Are there any fees?**

No. We charge zero fees.

- Zero account maintenance fees
- Zero service fees
- Zero transfer fees
- Zero account closure fees

**How do you make money?**

HighTower Treasury earns the remaining yield paid by the lending protocols after returning a set rate to our clients.

**Are there risks?**

Yes, many. As a general principle, higher return generally equates to higher risk. We detail the risks throughout our documentation including terms of use. Please read thoroughly and deposit at your own discretion.



| Risks & Security - Previous | Next - Legal |
|---|---|
| Insurance | Terms of Use |

Last modified 2mo ago

USA_00000033

U.S. v. Shetty
CR23-084 TL
Government's Exhibit No. G-121
Admitted:_____