The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEVIN SHETTY,<br><br>　　　　Defendant. | No. 2:23-cr-00084-TL<br><br>**NOTICE OF FILING OF LETTER BY THE ALEPH INSTITUTE** |

　　Defendant Nevin Shetty respectfully submits this Notice of Filing of Letter by The Aleph Institute in support of an alternative sentence. Attached to this notice is the letter from The Aleph Institute signed by Rabbi Yossi Bryski respectfully requesting that the Court grant Mr. Shetty an alternative sentence, specifically a sentence of home confinement in conjunction with community service and counseling.

　　Respectfully submitted this February 4, 2026.

NOTICE OF FILING OF LETTER BY
THE ALEPH INSTITUTE - 1
(No. 2:23-cr-00084-TL)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1 | |
| 2 | CORR CRONIN LLP |
| 3 | *s/* J. Alex Little |
| 4 | Jeffrey B. Coopersmith, WSBA No. 30954 |
|   | 1015 Second Avenue, Floor 10 |
| 5 | Seattle, Washington  98104-1001 |
|   | Ph: (206) 625-8600 | Fax: (206) 625-0900 |
|   | jcoopersmith@corrcronin.com |

CORR CRONIN LLP

*s/* J. Alex Little
Jeffrey B. Coopersmith, WSBA No. 30954
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
jcoopersmith@corrcronin.com

J. Alex Little, admitted *pro hac vice*
Zachary C. Lawson, admitted *pro hac vice*
54 Music Square East, Suite 300
Nashville, TN 37203
alex@litson.co
zack@litson.co

*Attorneys for Defendant*

NOTICE OF FILING OF LETTER BY
THE ALEPH INSTITUTE - 2
(No. 2:23-cr-00084-TL)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900