

THE ALEPH INSTITUTE

NATIONAL HEADQUARTERS
9540 Collins Avenue, Surfside, FL 33154
Phone: (305) 864-5553

WEST COAST BRANCH
4221 Wilshire Blvd, #170-6
Los Angeles, CA 90010
Phone: (424) 210-3685
www.aleph-institute.org

**Rabbi Yossi Bryski**
ybryski@aleph-institute.org

**Chairperson / Founder**
Rabbi Sholom D. Lipskar

**President**
Lloyd S. Rubin

**Board of Directors**
Robert Danial
Boruch Duchman
Joy Fishman
Stephen Fiske
Russel Galbut
Reuven Herssein
Daniel M. Holtz
Alberto Kamhazi
Sonny Kahn
Rabbi Aaron Lipskar
Rabbi Sholom D. Lipskar
Morris Mendal
Lloyd S. Rubin
Eric Stein
Sylvia Urlich

**Executive Director**
Rabbi Aaron Lipskar

**Director of Operations**
Moshe N. Barouk

**Director of Outreach Programs**
Rabbi Menachem M. Katz

**Director of Military Programs**
Rabbi Sanford L. Dresin

**Director of Advocacy**
Rabbi Zvi Boyarsky

**Director of Outreach Programs**
Rabbi Shua Brook

**Chief Financial Officer**
Yosie Lipskar

February 4, 2026

The Honorable Tana Lin
United States District Court Judge
Western District of Washington
United States Courthouse
700 Stewart Street
Seattle, Washington 98101-9906

Re:      ***United States vs. Nevin Shetty***
         Case No. 23-CR-00084TL-001

Dear Judge Lin:

I write on behalf of the Aleph Institute ("Aleph"), with respect and deference to the Court, regarding the sentencing of Nevin Shetty ("Nevin"). We wish to share our sentencing proposal that, we humbly submit, would further the goals of sentencing in achieving optimal results for the victim, this court, and for society. In that regard, we humbly ask that you consider the following regarding our interactions with Nevin over the past two years. We genuinely hope and pray that we may be of service to the Court by providing the following sentence proposal and we are grateful for the Court's consideration of this submission.

## I.      THE ALEPH INSTITUTE

The Aleph Institute ("Aleph") was formed in 1981 at the direction of The Lubavitcher Rebbe, Rabbi Menachem M. Schneerson, *may his merit shield us,* to provide support and rehabilitation to individuals enmeshed in the criminal justice and penal systems.[1] Aleph became a reality during a meeting between Rabbi Sholom D. Lipskar and the Honorable late Jack Weinstein of the U.S. District Court for the Eastern District of

---

[1] www.aleph-institute.org; *see, also,* Appendix: The Aleph Institute, attached hereto.



THE ALEPH INSTITUTE

New York. Judge Weinstein wrote the following about Aleph: *"[T]he Aleph Institute, and [its] associates understand and force us to face the fact that each person deserves to be treated with respect as an individual personality and not as . . . a faceless number."*[2] Judge Weinstein continued, "[Aleph's] assistance to defendants and their families provide standards of compassion and aid worthy of emulation . . . As a result of its good work, Aleph is widely known and respected by penal and judicial authorities."

Aleph's work in the realm of criminal sentencing has been devoted to the development of effective alternative sentencing options. Our many years of experience have taught us that, in certain cases, the goals of the criminal justice system can be accomplished by alternative means, without compromising the need to promote criminal justice goals such as rehabilitation, retribution, deterrence, and incapacitation.  We work closely with courts, federal and state lawmakers, law professors, and penal experts towards our common goal of achieving outcomes that promote justice, lessen the burden on shared penal resources, reduce recidivism, and benefit offenders, together with their families and communities. We take seriously our mission, which former FBI director and retired U.S. District Judge, the Hon. Louis Freeh, eloquently summarized as "championing and delivering justice to people who have been overlooked or forgotten by the rule of law, giving them hope, relief from suffering and the chance to improve their lives and fortunes." We are further guided by our ethical teachings which emphasize that every individual – no matter his or her shortcomings – naturally has a positive purpose to fulfill in the world.

Since its formation, Aleph has submitted alternative sentencing recommendations in hundreds of criminal cases (federal and state) throughout the United States. We advocate for alternative sentences for individuals in whom we detect a deep sincerity and a genuine commitment to achieve meaningful personal growth. Further, we only advocate on behalf of individuals who have passed our rigorous screening process, and we do not advocate for any individual unless we are confident that they do not pose a future threat to society. *We provide our services on a pro bono basis, motivated only by our sincere belief in the work that we do.*

We readily acknowledge that prison terms are often necessary as appropriate punishment for serious offenses and/or to protect the public from violent, predatory, or unrepentant offenders. Still, courts have observed that *"[i]ncapacitory sentences are usually unnecessary to increase public safety, or prevent recidivism; they place*

---

[2] Hon. Jack B. Weinstein, Prison Need Not Be Mandatory: There Are Options Under the New U.S. Sentencing Guidelines, 1 JUDGE J. 16, 28 (1989).

2

THE ALEPH INSTITUTE

*a tremendous financial burden on society through excessive incarceration."*[3]  In our experience, lengthy periods of incarceration inhibit defendants from fulfilling their potential, and devastate the family and community left behind, breeding bitterness, anger, insensitivity, and eventual recidivism. Too many defendants "lose their claim to a future" when "lengthy prison terms" are substituted for "reasonable, innovative, and promising alternatives to incarceration."[4] We find that our sentencing philosophy is given excellent expression in these words from William Fitzpatrick, the former President of the National District Attorneys Association, who suggests that *"that we use prison for those we are afraid of, not those whom we are mad at based on their behavior."*[5]

## II.    NEVIN SHETTY

### A.    Introduction

Nevin is a 42-year-old divorced father of two young daughters – Saana (age six) and Syra (age three). He is a hands-on father, co-parenting with his ex-wife, Serina Shetty. Nevin achieved success at a young age, but after deep introspection, and through hard work and a genuine commitment to personal growth, he now recognizes that he was mentally and emotionally unprepared to be entrusted with so much responsibility. He had been a binge drinker for many years, and during the COVID-19 pandemic, he turned to alcohol escape an overwhelming feeling of isolation and uncertainty. His drinking continued, with nights of heavy inebriation followed by 10-hour workdays. Unable to confront his insecurities, Nevin became absorbed in feelings of grandiosity and failed to recognize he was well into a downward spiral. His decision-making suffered, propelled by his misguided belief that he could always find a way to succeed. It was during this period that Nevin made terrible decisions that hurt the company he cared for, devastated his family, and forever altered his life.

Nevin is profoundly remorseful for his actions and the pain he has caused his victim, his family, and his community, as he explains that he is "sick with shame and humiliation." He has been sober for more than two years and he attends AA meetings regularly. Additionally, he has been receiving mental health counseling and cognitive behavior therapy for nearly two years. He has become more spiritual, and much more focused on his family, as Nevin explains, "I want to be a role model for my two young daughters, Saana and Syra . . . I should have realized sooner that every action I take, every word I speak, and every decision I make will leave an indelible mark on their

---

[3] *United States v. Rivera*, 281 F. Supp. 3d 269, 271 (E.D.N.Y. 2017).
[4] *United States v. Dossie*, 851 F. Supp. 2d 478, 478 (E.D.N.Y. 2012) (internal quotation omitted).
[5] April 26, 2016, letter to Senators Mitch McConnell and Harry Reid.

3

THE ALEPH INSTITUTE

lives—and I have failed them." Nevin made terrible decisions, and he has learned from them. He hopes to have the opportunity to be the father he now knows he can be, and to serve his community as much as he can.

**B.    Nevin's Personal Growth and Recovery**

1.    Sobriety

Nevin vividly recalls attending his first Alcoholics Anonymous (AA) meeting more than three years ago. As he heard stories from individuals who lacked the opportunities he had been provided and who had experienced terrible devastation, Nevin felt a deep sense of gratitude. At that moment, he became acutely aware of the blessings he still had: a supportive family, his daughters, and the good health of his loved ones. Nevin saw that his prioritization of financial success had been misguided, driven more by insecurity than by purpose.

Nevin has been regularly attending AA meetings ever since that first meeting. He has attended over 300 AA meetings and serves as secretary for his home group. Nevin's AA sponsor explains that Nevin has "courageously faced his shortcomings," repurposing his work ethic and ambition "to humble himself" and to serve others inside and outside the AA community. When faced with adversity, Nevin's sponsor adds, rather than returning to drinking, Nevin "instead sought out an opportunity" to serve his AA group. He writes that the "only thing" Nevin has prioritized over his recovery work was his family, occasionally missing a meeting if one of his daughters was sick.

For more than two years, Nevin has also participated in consistent and rigorous therapy, working with both a mental health counselor and a cognitive behavioral therapy specialist. These weekly sessions have given him a structured space to examine his past, confront long-held beliefs, and release the secrets he had carried for years. Through this process, he has begun to dismantle the notion that his worth is defined by material achievement and has learned to understand and regulate his emotions rather than suppress them behind a façade of success. Today, he grounds his identity not in accomplishment, but in being a devoted son, a present father, and an individual committed to integrity and service.

Licensed therapist and clinical supervisor Eric Embrey began working with Nevin in February 2023, and together, they have completed 75 sessions. Nevin approached Eric to work on how to reduce the impact of the stress from Nevin's circumstances "on his ex-spouse, their two children, his sibling, and parents." Eric explains that Nevin's

"past sense of arrogance" has "evolved into hard-won self-awareness and humility." Eric has observed Nevin "doing everything in his power" to improve himself and become a better person, while consistently "avoiding casting himself as the victim or blaming others." Eric has also observed Nevin's interaction with his two young daughters, an area in which, Eric writes, he "shines:" "I have observed him offering kind but firm guidance, listening to them authentically and teaching quality values . . . providing quality parenting that is consistent, predictable and nurturing."

2.    Strengthening Family Bonds

a.    Prioritizing Family

Nevin's experiences during the last few years have changed him in profound ways, touching every area of his life, most significantly as a father to his two young daughters, six-year-old Saana and three-year-old Syra. Although Nevin has always loved his children deeply, his work always took priority in the years before his legal troubles. Driving his daughters to and from school became time to make business calls, and when he was home, he often felt impatient for bedtime so he could return to work. His attention was divided, and despite being physically present, his focus and energy were elsewhere. Achievement, productivity, and financial success came first. Ordinary rituals like baths, brushing teeth, and bedtime felt like chores rather than moments of connection.

With work no longer available to consume him, Nevin began to discover the joy that simply being present with his daughters brings him. Recently, Nevin and his daughters were running late to school, and in the past, Nevin would have been tense and frustrated, preoccupied with meetings, deadlines, and productivity. Instead, he calmly told his older daughter, "No problem, I'll take you whenever you need to go, Saana." The three of them got into the car and headed to school. Saana spoke excitedly about what she was looking forward to that day, while Nevin asked her about her classmates and activities. As he listened to Saana describe what she was excited about at school, Nevin realized how fortunate he was simply to be there. It was no longer a burden to take his daughters to school; it was a privilege.

Today, there is nothing more important to Nevin than being present with his children. Although he and their mother are divorced and live a mile apart, Nevin drives over every morning to help with breakfast, get the girls dressed, and take them to school. Each evening, he returns to assist with dinner, bath time, teeth-brushing, and bedtime. These daily routines, once burdensome, are now the moments he treasures most. When Nevin is with his daughters, he puts his phone away so he can be fully engaged,

THE ALEPH INSTITUTE

attentive, and loving. Nevin sees how his presence has made his daughters happier, more confident, and more engaged in their learning, as his wife, Serina, explains:

> "We remain present not because someone is perfect, but because they are meaningful, loving, and capable of growth. A parent can be imperfect and still be devoted, responsible, and essential to a child's sense of safety and identity. As a father, Nevin has consistently shown care, responsibility, and love for Saana and Syra – qualities that cannot be erased by his worst decision – but instead exhibit someone who is now aware of his imperfections and trying to be better."

Nevin is committed to nurturing their growth, working each day to raise strong, compassionate, and emotionally secure young girls.

It is critical that Nevin remains involved in his daughters' upbringing. The devastating collateral damage stemming from offenders' period of incarceration is primarily inflicted upon the children of those incarcerated. The damage to these children is vast, deep, and pervasive because it comes at an age when the child is in her formative stage – the most critical time in a child's life: "the consequences of incarceration on family members are numerous," and "*children of incarcerated parents are among the most at-risk, yet least visible, populations of children. Parental incarceration serves as a significant risk factor for a host of negative consequences, particularly with respect to emotional and behavioral factors, physical care and custody, and context with the parents.*"[6] These effects manifest in poor self-esteem, under-performance in school, and drug use – and a child of an incarcerated parent is significantly more likely to enter the criminal justice system.

b.     Co-Parenting

My role as Aleph's Director of Alternative Sentencing provides me with many opportunities to work with defendants and their families to minimize psychological harm to children and prevent intergenerational trauma. The relationship between Nevin and his wife, Serina, is one of the most symbiotic I have observed.

---

[6] Kolina J. Delgado, The Impact of Incarceration on Families: A Summary of the Literature, WRIGHT STATE UNIVERSITY CORE SCHOLAR: PSYCHOLOGY at 14 (2011) < http://corescholar.libraries.wright.edu/psych_student/5>.  *See, also,* John Hagan and Ronit Dinovitzer, *Collateral Consequences of Imprisonment for Children, Communities, and Prisoners*, 26 CRIME & JUST. 121(1999)



THE ALEPH INSTITUTE

Nevin's and Serina's younger daughter, Syra, was born with serious medical complications. While Serina was recovering and caring for their newborn, Nevin told her that he had lost everything: their life savings, her parents' money, and funds entrusted to him by others. Serina felt shocked and violated: the marital bond had been irreparably broken, and divorce followed.

Following their separation, Syra's ongoing medical needs required close cooperation between Nevin and Serina. Syra was diagnosed with severe feeding difficulties and in May 2022 she was placed on a feeding tube, requiring constant medical attention, emergency hospital visits, and emotionally draining care. Serina cooperated with Nevin not out of reconciliation, but necessity. However, despite his personal devastation over his losses, Nevin chose to focus entirely on his daughter's care – researching her condition, managing medical procedures, and performing tasks Serina was unable to do. Serina explains,

> "Nevin could have spiraled into a mental health crisis and left it up to me to manage Syra, but Nevin stepped up for his infant daughter who needed him more than ever. While in this unprecedented situation and state of mind, Nevin prioritized his daughter's health above all else."

Nevin was constantly present by Serina's side, and over time, necessity gave way to something much more meaningful. Serina expresses that despite their struggles, she "only felt strong enough to advocate and care for Syra through her medical complications because Nevin stayed by my side."

Their co-parenting deepened further through daily life. Given Serina's demanding position at Microsoft, she relies on Nevin's consistent involvement to manage their daughters' daily schedules and medical needs. Serina writes, "Syra still has difficulty eating, requiring extra hands to feed her . . . Nevin is there to make sure she grows – he is reliable, loving and essential to her development." Nevin became integral to their daughters' routines, including managing mornings and evenings, school transportation, extracurricular activities, meals, baths, therapies, and bedtime. Nevin's involvement is essential, and Serina developed a new trust for Nevin borne out of respect for the way he consistently prioritizes and cares for their children.

In their new roles and relationship, Serina and Nevin have developed an amicable, respectful, and indispensable dynamic focused on their children's needs. While Nevin broke her trust as a husband, he worked to rebuild trust as a father. That distinction

B"H

THE ALEPH INSTITUTE

matters to Serina, and it defines how they have moved forward. Serina has witnessed Nevin's genuine remorse and sustained efforts to change over the past several years. She has seen him take accountability, become less ego-driven, and approach life and parenting with greater humility and collaboration. While the pain of his actions remains, Serina acknowledges and appreciates the meaningful changes she has observed in Nevin, explaining, "[w]hile I am Nevin's ex-wife, and in spite of everything with the federal conviction, I still speak of him as my friend."

3.     Character and Community

Nevin has been deeply committed to rebuilding his character. He enrolled in an online ethics certification program to better understand the decisions and beliefs that had led him astray, ultimately earning designation as a Certified Ethics Associate. Nevin also volunteered his time teaching math to disenfranchised youth preparing for their GED at the Pax Learning Center, a nonprofit organization in Vancouver, Washington, that helps people obtain their GEDs and prepare for the workforce.[7]

Pax's Co-Founder and Executive Director, Alex Herrboldt, describes Nevin's profound impact on one of their students. Upon earning his GED, this student "mentioned Nevin multiple times, crediting Nevin's patience with his anger, his behavior, and his distrust of schooling." The student added that, "without Nevin's support, he likely would have quit, as he had with other programs." Alex also writes that Nevin's "remorse and acceptance of responsibility were unmistakable." He adds that, what may have initially started as part of the process of Nevin's rehabilitation, quickly turned into "an authentic investment in the lives of people who are often unseen or forgotten." That the work "became less about Nevin and far more about the mission," Alex adds, "speak volumes about [Nevin's] character and his capacity for growth."

Over the past few years, Nevin has become much more spiritual, closely studying religious and philosophical literature. Based on his learnings, he wrote a book entitled *Modern Stoicism: Combining Stoicism, Buddhism, and Epicureanism to Live a Life of Meaning and Joy.* The book and Nevin's lived experience will serve as the basis for a series of deterrence talks (described below) for students and young professionals, in which Nevin will share what he has learned through his failures: that integrity is a far more meaningful measure of life than material success. Nevin wants to share his story

---

[7] www.paxlearningcenter.com



as a cautionary tale, hoping that by speaking openly about his errors in judgment, he can help others avoid similar paths.

## C.      Nevin is a Strong Candidate for Alternative Sentencing

I first met Nevin in November 2023, and since then, we have spent considerable time together. Not only did I have the privilege of spending time with his lovely family, I also got to witness him and his family up close. Nevin is grounded, reflective, and focused on being of service rather than seeking status or external validation. Through Nevin's words and actions, I observed that, where he once pursued financial achievement, he now pursues meaning, spirituality, responsibility, and growth. Nevin has been reading religious texts and philosophical writings, and he explains what he has learned:

> "I appreciate the wisdom that comes from acknowledging our highest calling is not our title, the size of our bank account, or how much we donate to charity. We reach our highest calling with the continual pursuit of living a virtuous life. In that regard, I failed. The teachings, however, are beginning to re-shape how I think about my ego and my decision-making process."

Nevin now views the events of the past few years as a catalyst for transformation, and an invaluable and necessary experience. He understands he still has a long way to go, but for the first time, he feels genuinely aligned with the person he hopes to become. What began as a crisis has become a source of purpose, humility, and renewal in Nevin's life.

Through Aleph's extensive work with Nevin, we have come to understand him as a complete person, separate from his wrongful conduct, and have witnessed the considerable good of which he is capable. We are fully aware of the nature and circumstances of his offenses and acknowledge that his actions were inexcusable. We have counseled him as he faced the consequences of his conduct and supported his sincere efforts to learn and grow from these experiences. We have consulted with Nevin's attorney and other professionals to understand how he may best move forward and repay his debt to society. He has already begun the painful but necessary work of confronting the causes of his behavior, striving to better himself and help others. This crisis forced Nevin to confront his flaws, particularly his impulsiveness and overconfidence. This type of acceptance and awareness is what Aleph looks for, and based on our interactions with Nevin, we can say without hesitation that he presents a very strong case for alternative sentencing.



THE ALEPH INSTITUTE

### D.    Proposed Rehabilitative Program In lieu of Incarceration

Given Nevin's acceptance of responsibility and remorse, and the post offense rehabilitation he has made to address personal factors that contributed to his wrongful actions, *we respectfully propose that the Court consider imposing a sentence for Nevin consisting of a 24-month period of home confinement in conjunction with community service and counseling.*

Our many years of experience have taught us that, in certain cases, the goals of the criminal justice system can be accomplished by alternative means, without compromising the need to promote criminal justice goals such as rehabilitation, retribution, deterrence, and incapacitation. Recent research has shown that sending convicted individuals to prison may not be a very effective way to deter future crime and may increase recidivism, and that increasing the severity of punishment similarly does little to deter crime.[8]

Whereas prison may not promote rehabilitation, community-based programs are often effective at restoring an individual's commitment to ethical behavior. We respectfully propose that Nevin's rehabilitation would be supported through the program of home confinement, community service, and counseling that we have designed specifically for him. We will ensure that Nevin continues to rehabilitate himself through these efforts, and that, in the process, he lifts others to reach their full potential.

### 1.    Home Confinement

We propose that the Court sentence Nevin to a period of 24 months of home confinement.  Home confinement is extremely restrictive, and importantly, with the Court's permission, Nevin would be able to concurrently receive counseling, participate in his therapy, care for his daughters, and perform the volunteer community service as described below.

### 2.    Community Service

#### a.    The Community Tech[9]

The Community Tech (TCT) is a nonprofit organization dedicated to helping communities acquire in-demand technological skills and translate them into

---

[8] National Institute of Justice, "Five Things About Deterrence," Office of Justice Programs, https://nij.ojp.gov/topics/articles/five-things-about-deterrence.

[9] www.thecommunitytech.com



sustainable careers, effectively connecting education with real-world employment in the evolving tech sector. TCT's technology training provides economically disadvantaged individuals with immersive work-study programs that offer hands-on experience and a pathway to competitive, sustainable income. Nevin's rehabilitative program will include volunteering with TCT.

Having worked in the non-profit sector and as an entrepreneur, TCT sees an opportunity for Nevin to help the organization achieve its mission of assisting individuals in need of job opportunities and financial stability. For Nevin, this work is deeply humbling. It is about helping individuals who are building their lives from the ground up, often with very little. This work will give him a powerful perspective on his own past as he reflects on the opportunities and advantages he took for granted. Nevin's role will be to augment TCT's operational capacity by providing crucial support across three key pillars: strategy, operations, and communications.

Nevin will volunteer remotely, full-time, with a commitment of 40 hours per week for two years (a more detailed breakdown of Nevin's responsibilities and work schedule is attached hereto as <u>Schedule A</u>).

b.    <u>Deterrence Talks</u>

Nevin has committed to presenting 12 deterrence talks – one each month, for one year (a proposed schedule of Nevin's deterrence talks is attached hereto as <u>Schedule B</u>). Engaging Nevin to speak about the consequences of crime can be a potent deterrent, as this approach leverages the powerful, credible voice of lived experience to make the abstract threat of punishment tangible and personal.  As the research reveals, while prison primarily serves to incapacitate and punish, it often fails to deter. A reformed individual, however, can vividly articulate the cascading real-world consequences – the shame inflicted on family, the loss of freedom and opportunities, and the psychological toll – in a way that sometimes abstract rules and laws cannot. This method enhances the perceived certainty of negative consequences, a cornerstone of effective deterrence.

During the last three and a half years, Nevin has been on an intellectual and personal journey, immersing himself in a rigorous study of historical literature, religious texts, and philosophy. Last December, he expressed a desire to memorialize his learnings, hoping to help others who, like his former self, are caught in cycles of ambition, material pursuit, and addictive success. He has catalogued his studies, and this manuscript will form the framework for his deterrence talks. We strongly believe that Nevin's professional background, combined with his remorse and demonstrated



THE ALEPH INSTITUTE

ability to communicate transformative ideas with empathy, makes him uniquely qualified to deliver powerful, credible deterrence messaging. During these talks, Nevin will publicly take responsibility for his failings, and promote the message of vigilantly avoiding any conduct that may be illegal or unethical. We believe that Nevin's presentation of these talks will both ensure that he remains on his current path of rehabilitation, while providing real impact in deterring others by sharing his story.

3.    <u>Counseling</u>

   a.    <u>Crime and Consequences Class</u>

Aleph's weekly class entitled Crime and Consequences explores 3,000 years of Jewish history and wisdom addressing criminal conduct, sentencing, deterrence, and rehabilitation. The course is designed to challenge participants, using a "tough love" approach, encouraging very direct and specific discussion about the participants' offense behavior. These classes serve to instill a deep commitment to a higher power that dictates that we respect the law of the land.

The course and conversation are heavily focused on individual remorse, introspection, and a commitment to growth and transformation. The classes encourage complete immersion and engagement to monitor the individual's progress as they come to realize the massive and damaging impact their actions have had on society, and how critical it is for them to recommit themselves to supporting morals and ethics in the world. Class discussion includes very practical applications of these teachings in everyday life, so they will have a direct application in the participants' lives rather than remaining abstract theories.

The classes have made Nevin reflect on his current thinking, and adapt virtuous principles to real and complex, modern-day situations. Nevin now understands that real power comes from a clear mind, calm heart and an intention to do good for others. He has gained a deeper appreciation for the transformative power of structured accountability, seeing it not as mere punishment but as a pathway to rebuilding character. These classes have reinforced Nevin's conviction that true rehabilitation requires a community's willingness to both confront harm and offer the possibility of redemption.

As part of his program of rehabilitation, Nevin will continue to attend Aleph's Crime and Consequences classes on a weekly basis.

THE ALEPH INSTITUTE

   b.  AA and Therapy

Nevin will continue to attend alcoholics anonymous meetings at least twice a week. In addition, he will continue to receive mental health counseling and cognitive behavior therapy.

4.  Summary of Proposed Alternative Sentence

In total, the proposed sentence calls for 40 weekly hours of supervised, regimented counseling and volunteer work which includes 8-10 hours of deterrence talks weekly. In addition, the proposed sentence allows Nevin the opportunity to care for his two young daughters with a history of medical issues. This will ensure that Nevin can continue to provide critical support for his family and the community, while also allowing for an intense, rehabilitative, and punitive alternative sentence. Nevin's initial weekly schedule is summarized below:

| Day | Activities |
|---|---|
| Monday | 9:30 AM – 3:30 PM: Volunteer at The Community Tech <br><br> 5:00 PM – 6:00 PM: Counseling with Rabbi Bryski re: repentance |
| Tuesday | 9:30 AM – 3:30 PM: Volunteer at The Community Tech <br><br> 4:00PM – 5:00PM – Alcoholics Anonymous Meeting |
| Wednesday | 9:30 AM – 3:30 PM: Volunteer at The Community Tech |
| Thursday | 9:30 AM – 3:30 PM: Volunteer at The Community Tech |
| Friday | 9:30 AM – 3:30 PM: Volunteer at The Community Tech <br><br> 4:00PM – 5:00PM – Alcoholics Anonymous Meeting |
| Saturday | 3 PM – 7 PM: Deterrence talks research and preparation |
| Sunday | 3 PM – 7 PM: Deterrence talks research and preparation |

## III. CONCLUSION

Nevin accepts he engaged in wrongful conduct and he is profoundly remorseful. He has engaged in deep introspection, and he and his family have suffered enormously. Nevin's efforts over the past three years reflect his understanding that transformation is not achieved through words, but through consistent conduct.



THE ALEPH INSTITUTE

Nevin has made enormous progress in his growth and recovery. He has truly transformed himself in a loving and responsible father and co-parent. He has two very young daughters who need their father in their lives. He has made a deeply personal commitment to be the present father he was unable to be before.

With the utmost respect and admiration for Your Honor's wise and compassionate decisions, I hope and pray that this submission will receive the consideration that will produce satisfactory results for Nevin and for society.

With gratitude and prayerful wishes for all good.

Respectfully submitted,

/s/ Yossi Bryski

Rabbi Yossi Bryski
Director of Alternative Sentencing
The Aleph Institute

**Schedule A**
**Volunteering at The Community Tech**

The Community Tech (TCT) is a charity dedicated to helping communities acquire in-demand technological skills and translate them into sustainable careers, effectively connecting education with real-world employment in the evolving tech sector. The program provides economically disadvantaged individuals with immersive work-study programs that offer hands-on experience and a pathway to competitive, sustainable income.

Nevin Shetty is focused on utilizing his experience and skills to contribute positively to his community. Having worked in the non-profit sector, as an entrepreneur, and in large scale organizations, he sees an opportunity to help take TCT to the next level, assisting many individuals in need of job opportunities and financial stability.
For Nevin, this mission is deeply humbling. It is about helping individuals who are building their lives from the ground up, often with very little. This work will give him a powerful perspective on his own past. He reflects on the opportunities he squandered—advantages he took for granted. There is a sincere remorse for those choices, which now fuels his determination. He wants to lift others around him, precisely to give them the chances he did not fully appreciate, ensuring his experience is used not just for guidance, but for meaningful, positive action.

This role is designed to augment The Community Tech's (TCT) operational capacity by providing crucial support across three key pillars: strategy, operations, and communications. This role will operate remotely with a commitment of 40 hours per week for two years but with irregular hours due to various time zone demands. Given Nevin's professional experience, his repentance, and his desire to give back to the community, he is an ideal candidate to strengthen TCT's operational framework and amplify its messaging, thereby enabling the executive team to focus on expansion globally. The core mission is to directly enhance the efficiency and reach of TCT's community empowerment work by building the systems needed to scale its mission effectively across the United States.

*TCT Key Program Tasks*

| Impact Analysis & Strategy | • *Develop a Social Impact Framework*: Collaborate with TCT leadership to define key success metrics by geography. This includes determining what key performance indicators (KPIs) to implement for learners, teachers and partners.<br><br>• *Design Data Collection Tools*: Create surveys for program graduates and companies to track employment outcomes, skill growth, and personal testimonials. Develop tracking methods for partnership engagement and value creation.<br><br>• *Analyze and Report*: Synthesize data into compelling impact reports and one-page summaries. The goal is to move beyond raw numbers (like the 70% placement rate) to showcase transformative stories, empowering data-driven decisions and securing funding. |
|---|---|
| Content Strategy and Communications | • *Execute a Full Content Audit*: Review and  catalog every piece of content on the website. Evaluate content against criteria like relevance to expansion goals, accuracy, and clarity of message.<br><br>• *Develop a Forward-Looking Content Strategy*: Based on the audit, create a strategy that defines target audiences (e.g., US at-risk youth, American tech companies), key messages, and a content calendar.<br><br>• *Disseminate Content Strategy*: Lead the update of key website sections, newsletter and social media channels, creating new content including success stories and case studies that resonate with the new US audience and attract corporate partners. |

| Partnership & Outreach Development | • *Draft Partnership Proposals*: Create tailored proposals for community organizations by geography, focusing on the mutual benefit of referring at-risk youth to TCT's programs.<br><br>• *Create a Corporate Partner Pack*: Develop a compelling package for companies that highlights the benefits of partnering—including access to pre-vetted, skilled graduates through the hiring showcases and work-study models.<br><br>• *Identify and Research Potential Partners*: Create a target list of organizations and companies in expansion cities to initiate outreach |
| --- | --- |
| Operational efficiency & Standardization | • *Develop Standard Operating Procedures (SOPs):* Create clear, easy-to-follow SOPs for instructors, covering teaching tools, curriculum delivery, and student assessments.<br><br>• *Document Key Processes:* Formalize the process for organizing and running the final capstone project showcases, ensuring a consistent and professional experience for students and potential employers alike. |

*TCT - Key Program Info*

| Program | TCT Volunteer Role |
| --- | --- |
| Schedule | Mon. (9:30 AM – 3:30 PM);<br>Tues. (9:30 AM – 3:30 PM);<br>Wed. (9:30 AM – 3:30 PM);<br>Thurs. (9:30 AM – 3:30 PM);<br>Fri. (9:30 AM – 3:30 PM); |
| Program Supervisor | Ron Shuster    Ron@thecommmunitytech.com |
| Aleph Supervisor | Faigy Kass<br>Director of Community Service<br>(416) 893-7137<br>Faigy@aleph-institute.org |

**Schedule B**
**Deterrence Talks**

Below is a proposed 12-month speaking calendar. The schedule is designed to leverage his unique story to foster dialogue on accountability, ethical leadership, and remorse, by engaging diverse audiences from corporate America and academia to faith-based organizations and correctional institutions.

| Month & Year | Event / Conference | Proposed Speech Title |
|---|---|---|
| April 2026 | AICPA & CIMA CFO Conference | The CFOs They Don't Teach You About: Ethics on the Brink |
| May 2026 | JPM Family Office Roundtable | Beyond Policies: Cultivating an Authentic Culture of Integrity and Compliance |
| June 2026 | Chartered Financial Analyst (CFA) Ethics in Private Markets | Ethical Breaches and Moral Injury in Leadership |
| July 2026 | Association of Certified Fraud Examiners (ACFE) Global Conference | The Anatomy of My Fraud: A Convicted CFO's Testimony |
| August 2026 | Seattle University Business School Talk | From the Corner Office to the Courtroom: A CFO's Journey of Caution |
| September 2026 | Seattle CFA Institute: Overcoming the Fear of Failure | The Freedom of Full Disclosure: A Journey to Authenticity |
| October 2026 | Washington Society of CPAs Fraud Conference | The Ledger of Lies: How Fraud Corrupts the Soul |
| November 2026 | Entrepreneurs' Organization (EO) Chapter Meeting | When Ambition Overrides Ethics: A Founder's Cautionary Tale |
| December 2026 | Local Church Interfaith Christmas Service | The Gift of a Second Chance: A Story of Hope |
| January 2027 | Family Business Alliance Conference | Protecting Your Legacy from Fraud: Internal Threats & Self Sabotage |
| February 2027 | University of Washington Business School Ethics Week | The High Cost of "Gray Areas" in Corporate Finance |
| March 2027 | Society for Human Resource Management (SHRM) Talent Summit | Hiring for Humility: The Case for Second-Chance Employment |

**APPENDIX:**

**THE ALEPH INSTITUTE**

**INTRODUCTION AND HISTORY**

The Aleph Institute ("Aleph") is a 501(c)(3) non-profit organization committed to improving our criminal justice system so that it delivers sensible and fair justice for all stakeholders, and improves conditions of confinement and re-entry programs for those imprisoned. It assists the families of individuals facing punishment or serving sentences to deal with the many, often devastating collateral consequences of prosecution and imprisonment of a loved one, and supports members of the armed forces. Aleph's prevention program offers an array of educational opportunities designed to cultivate greater adherence to the law. By addressing the root causes of unlawful behavior, Aleph aims to inspire current and emerging generations to strive for higher standards, ethically and legally, and thus prevent collateral consequences before they even occur. Aleph also promotes the more widespread use of alternatives to incarceration in appropriate cases. Aleph supports individuals and families regardless of their religion or ethnicity, and provides all its services *pro bono*.

Aleph was created 42 years ago during a meeting between the late Honorable Jack Weinstein, U.S. District Judge for the Eastern District of New York, and Rabbi Sholom Lipskar, in Judge Weinstein's chambers. Rabbi Lipskar was inspired by The Lubavitcher Rebbe, Rabbi Menachem M. Schneerson, to create an organization that would work to change the sterile and often dehumanizing environment of prisons into environments of restoration, rehabilitation, and reformation. Similarly, Judge Weinstein understood that every person involved in the criminal justice system needs to be treated as an individual, a person, and not just a statistic.

Utilizing a spiritual focus, together with practical life skills and counseling, Aleph seeks to help individuals to recalibrate their lives, preparing them for effective reentry into society. Aleph's efforts during the past 42 years have served thousands of incarcerated individuals and their families, culminating in the reinforcement of strong family ties, and helping to facilitate a more successful transition back into the community. In Judge Weinstein's words, "[T]he Aleph Institute…understands and forces us to face the fact that each person deserves to be treated with respect as an individual personality and not as…a faceless number."[1]

Aleph has worked cooperatively and productively over the years with hundreds of current and former federal and state judges, prosecutors, probation officers, prison officials, and members of Congress from across the country – including former Attorneys General and Deputy Attorneys General, Bureau of Prisons directors, U.S. Attorneys, District Attorneys, and others. Aleph played an instrumental role in securing passage of the First Step Act of 2018, which brought about much-needed reforms to the federal criminal punishment system. Aleph has become a leading, credible voice in the ever-growing movement toward criminal justice reform

---

[1] Jack B. Weinstein, *Prison Need Not Be Mandatory: There Are Options Under the New U.S. Sentencing Guidelines*, 1 Judge J. 16, 28 (1989).

## ALEPH'S WORK IN ALTERNATIVE SENTENCING

### *The Benefits of Alternatives to Incarceration*

The historical approach to sentencing, which uses incarceration as the default remedy for criminal conduct, has staggeringly high economic and societal costs. The United States spends nearly $300 billion annually to police communities and incarcerate 2.2 million people.[2] The societal costs of incarceration – lost earnings, adverse health effects, and the damage to the families of the incarcerated – are estimated at up to three times the direct costs, bringing the total burden of our criminal justice system to roughly $1.2 trillion each year.[3] Whenever a court sentences an individual, it is not a stretch to say that it sentences an entire family, and the children of incarcerated individuals will suffer a permanent scar. Specifically, research shows that children of incarcerated parents demonstrate maladaptive symptoms, including behavioral problems, difficulties at school, depression, and an increased risk of winding up in prison themselves.[4]

Our many years of experience have taught us that, in certain cases, the goals of the criminal justice system can be accomplished by measures other than incarceration. The historic mindset that incarceration should be the default approach to malfeasance is failing both society and the individual. The weight of the evidence suggests little or no correlation between longer prison sentences (more than ten years) and reduced recidivism; indeed, the National Institute of Justice has concluded that "long prison sentences do little to deter people from committing future crimes."[5] In fact, longer sentences may slightly *increase* recidivism when compared to shorter sentences.[6] The imposition of long sentences on a large scale "offers diminishing returns for public safety."[7]

Aleph has developed the view that custodial sentences should be reserved for individuals who have a history of violence, as well as for those individuals (including certain nonviolent offenders) who may otherwise pose a danger to society if allowed to remain at liberty. Rather than being strictly

---

[2] https://www.bjs.gov/index.cfm?ty=pbdetail&iid=6728, Table 1.

[3] https://joinnia.com/wp-content/uploads/2017/02/The-Economic-Burden-of-Incarceration-in- the-US-2016.pdf.

[4] https://www.publichealthpost.org/research/incarcerations-costs-for-families/

[5] William Fitzpatrick, a former President of the National District Attorneys' Association, April 26, 2016 letter to Senators Mitch McConnell and Harry Reid. *See also* Daniel S. Nagin, *Deterrence in the Twenty-First Century*, 42 CRIME & JUST. 199, 201 (2013) ("There is little evidence that increases in the length of already long prison sentences yield general deterrent effects that are sufficiently large to justify their social and economic costs.")

[6] Roger Pryzybylski, John Maki, Stephanie Kennedy, Aaron Rosenthal and Ernesto Lopez, *The Impact of Long Sentences on Public Safety: a Complex Relationship* (November 2022), Council for Criminal Justice, Task Force on Long Sentences.

[7] *Id.*

punitive, criminal punishments should be designed to confer a benefit on the victims of the offense and society as a whole, and provide appropriate support and rehabilitative services to the defendant.[8] This sentencing philosophy is reflected in every case that Aleph accepts: Aleph's advocacy is deeply rooted in its conviction that incarceration should not be used absent a compelling need. We agree with William Fitzpatrick, the former President of the National District Attorneys' Association, who suggested that society "use prison for those we are afraid of, not those whom we are mad at based upon their behavior."[9]

## Aleph's Approach

Aleph is among the very few non-profit organizations in the criminal justice arena that advocates not only for systemic changes but also directly on behalf of individuals facing criminal punishment. Aleph presents, to courts and prosecutors around the country, alternatives to incarceration for defendants who are selected by Aleph through a careful screening process. Aleph's Alternative Sentencing Department generally only advocates on behalf of individuals who are first-time offenders who have not committed a crime of violence. Aleph's alternative sentencing work is focused on individuals who have expressed clear and genuine remorse and a willingness to make amends for their conduct, and/or cases where there are compelling mitigating circumstances that justify a lower sentence. Aleph does not advocate for an alternative sentence in cases where it deems the individual to be a threat to public safety.

In addition to these requirements, Aleph makes an individualized assessment of the suitability of alternative sentencing, relying heavily on its vast experience compiled over four decades. Aleph has built a strong track record of credibility and success, in which many judges have imposed lower sentences based on one or more factors identified by Aleph in its written submissions and oral allocutions at sentencings. A recent review conducted by Covington & Burling LLP found that, in cases where Aleph made sentencing recommendations, sentencing judges relied on one or more factors identified by Aleph in imposing a sentence equal to or near to Aleph's recommendation in a majority of such cases.[10]

## Crafting an Alternative Sentencing Proposal

Legal scholars, the United States Supreme Court, and the rabbis at Aleph have all observed that prison is often not conducive to "promoting correction and rehabilitation."[11] This is because rehabilitation is a "forward-looking" concept, promoting resocialization by emphasizing "personal

---

[8] Talmud Berachos 606b; Likutei Torah Nasso.

[9] William Fitzpatrick, a former President of the National District Attorneys' Association, April 26, 2016 letter to Senators Mitch McConnell and Harry Reid.

[10] In several cases, the sentencing judge *expressly* relied (in whole or in part) on Aleph's submission in determining the sentence.

[11] *Tapia v. United States*, 131 S. Ct. 2382, 2387 (2011)*; see also* Benjamin L. Apt, *Do We Know How To Punish?* New Crim. L. Rev. 437, 460 (2016).

reform over punishment" and "illuminat[ing] the criminal's inner struggle,"[12] and as such only works when combined with an intense personal commitment to change. Though imprisonment may satisfy a thirst for retribution, the prison environment rarely inspires this commitment in the incarcerated individual. As Judge Richard Lowell Nygard once observed, "people – offenders included – change because they see something in themselves they do not like, and they reach down inside themselves and change it. Most criminal offenders who change for the better do so in spite of prison not because of it."[13]

Whereas prison may not promote rehabilitation, community-based programs like Aleph's proposals can be effective at restoring an individual's commitment to ethical behavior. Further, the same characteristics that may have made an individual such a source of strength for their own family and community will enhance the positive impact of their efforts for those with whom they interact under the terms of Aleph's proposal. We believe that individuals may best rehabilitate themselves through these efforts and that, in the process, they will push others to reach their full potential.

Aleph's sentencing proposals are designed to mete out appropriate, substantive punishment with the greatest benefit and lowest cost to society, while redirecting and enhancing an individual's value structure through social, therapeutic, and moral counseling and education. Every proposal Aleph submits carefully considers the traditional sentencing goals (retribution, rehabilitation, incapacitation, and deterrence), as well as the unique history and personal characteristics of each defendant, in an effort to provide effective correctional solutions. We typically advocate for sentences that include an alternative, non-custodial component – for example, community service, restorative justice, psychotherapy, or spiritual counseling. The non-custodial aspect of the sentence allows individuals to directly address the shortcomings that contributed to their offense, and also gives them an opportunity to use their sentence as a means to improve themselves and the world around them.

Aleph strives to craft alternative sentences that directly address the crime that brought an individual into the criminal justice system. An individual who serves the community that he or she has wronged, and employs his or her unique strengths to support those who need help, may have a truly redemptive and rehabilitative experience. For example, where appropriate, Aleph may recommend that individuals present "deterrence talks," whereby they share their personal experiences that led to their involvement in the criminal justice system, with other members of their community. In this way, the goals of both rehabilitation and deterrence are furthered: such individuals must directly and openly confront their wrongful conduct as a component of their rehabilitation, and others may be deterred from following a similar path. Selectively administered, such alternative sentences can provide individuals with an opportunity to improve themselves and the world around them, while also keeping them with their families and in their community, thereby limiting harmful collateral consequences.

---

[12]  Benjamin L. Apt, *Do We Know How To Punish?* New Crim. L. Rev. 437, 458-60 (2016).

[13]  Richard Lowell Nygaard, *Crime, Pain, and Punishment: A Skeptic's View*, 102 Dick. L. Rev. 355, 362-63 (1998).

*Taking a Leadership Role*

Motivated by this sentencing philosophy, Aleph endeavors to become a resource to those seeking to promote the more widespread use of alternative sentencing in appropriate cases, as well as the broader reform of the criminal justice system. In this role as advocate for a better approach to sentencing, we work to bring together thought leaders, judges, and prosecutors to improve the sentencing framework.

Aleph has sponsored and conducted two summits on sentencing and sentencing reform – one in 2016 at the Georgetown Law Center, entitled "Alternative Sentencing Key Stakeholders," and one in 2019 at Columbia Law School, entitled "Rewriting the Sentence." Both summits were attended by hundreds of criminal justice stakeholders, including federal and state judges, federal and state prosecutors, probation officers, private practitioners, academics, and others, from across the country. The focus of both summits was on bringing about a more enlightened and humane criminal justice system, in which individuals facing punishment are treated fairly and humanely, consistent with preserving the interests of their families, communities, victims, and society as a whole.

In October 2023, the Center for Justice and Human Dignity ("CJHD") (a 501(c)(3) non-profit organization that was incubated at and is supported by Aleph) will host another summit at George Washington University School of Law in Washington, DC, entitled "Rewriting the Sentence II Summit on Alternatives to Incarceration." This summit, which will build off Aleph's two prior summits, will serve as a dedicated forum where judges, prosecutors, and other decision-makers can come together to confront the complex challenges in addressing mass incarceration and its harmful consequences, including through the adoption of alternative sentencing programs and a reimagined approach to criminal justice. Together with CJHD, Aleph is also actively developing the Forum for Alternatives to Incarceration Resources, an online resource designed to provide a wealth of information and resources regarding alternative sentencing practices and implementation strategies throughout the United States.

## **SUPPORTIVE STATEMENTS ABOUT ALEPH**

Aleph has been publicly recognized numerous times for its outstanding contributions to improving the criminal justice system. The following is a selection of supportive statements about Aleph.

"The Aleph Institute is doing extraordinary fine work. Aleph helps in three ways. First, it explains to judges and the judicial system when and how alternatives to prison which protect the public are possible. Second, it helps those in prison develop their spiritual lives and maintain contact with their families and the world beyond their bars and barbed wire. Third, it assists those on the outside, particularly the children of prisoners, to retain their ties with prisoners. As a result of its good work, Aleph is widely known and respected by penal and judicial authorities."

> **—The Late Hon. Jack B. Weinstein,** Former Chief Judge of the U.S. District Court, Eastern District of New York.[14]

"For over 35 years Aleph has been championing and delivering justice to people who have been overlooked or forgotten by the rule of law, giving them hope, relief from suffering and the chance to improve their lives and fortunes. Both these individuals and the nation are the beneficiaries of Aleph's goodness and mission."

> **— Hon. Louis Freeh,** former U.S. District Judge, Southern District of New York, and former Director of the FBI, [at Aleph's 2016 ASKS Summit, Georgetown University Law Center.]

"While judging, in general, requires the application of law to the facts, sentencing requires more. It necessarily involves empathy and compassion, which Aleph surely brings to the table. At a time when sentencing principles are changing, Aleph's input is invaluable. It provides careful analysis of alternatives to incarceration entirely consistent with – and some may say better suited to – public safety. It provides a critical link between prisoners and their families and friends, making certain that prisoners – human beings – do not disappear behind the walls. Put simply, Aleph brings to bear its reservoirs of compassion and empathy, both before during and after punishment has been imposed, and has been doing so for 35 years."

> **—Hon. Nancy Gertner,** former U.S. District Judge, District of Massachusetts; Professor at Harvard Law School, [at Aleph's 2016 ASKS Summit, Georgetown University Law Center.]

"I think we are all in agreement this has been an extraordinary summit….35 years ago, a young Rabbi started some educational institutions, believing… that education was a fundamental right and goal of all people. He also had an interest—because of faith, belief and experience—that reforms could be made in the criminal justice system; to deal with defendants more humanely, to be aware of the impact on families, [and] the problem of reentry, and he started an institution to deal with these problems. Today we are the beneficiaries of that vision and that work."

> **—The Late Hon. Charles B. Renfrew,** U.S. Deputy Attorney General and U.S. District Judge, Northern District of California, [at Aleph's 2016 ASKS Summit, Georgetown University Law Center.]

"The Aleph Institute must be commended for its vision in bringing together at the ASKS Summit such diverse and interesting people and perspectives on the questions of criminal justice reform and sentencing alternatives in this era of mass incarceration."

> **—Hon. Judge Brooke Wells,** U.S. Magistrate Judge, District of Utah, at Aleph's 2016 ASKS Summit, Georgetown University Law Center.

---

[14] *Supra*, note 1.

"You at Aleph are doing extraordinary things on behalf of the judges in my court. We appreciate the work that you do."

> **—Hon. Joy Flowers Conti,** Senior U.S. District Judge, Western District of Pennsylvania.

"Today judges and lawyers, prosecutors and law enforcement communities…are engaged in trying to make certain that our system is fair. It takes a collaborative partnership and that's why I am so glad that all of us are here committed to making certain our justice system is the best that it can be. And I thank [Aleph] for being here. And I thank you for your continued great work."

> **—Hon. Bernice Donald,** former U.S. Circuit Judge for the Sixth Circuit.

"The many problems in our system cannot be addressed by simply building more prison beds. One of the keys of an effective Department of Corrections will be…great emphasis on alternatives to incarceration. Organizations such as the Aleph Institute will be key to any community-based programs."

> **—The Late Hon. Lawton Chiles,** former Governor, Florida.

"[Criminal Justice reform] is hard work and even if we do it thoughtfully, and with the openness and humanity it requires, there will inevitably be setbacks and disappointments…But it is work that draws its sustenance from the divine spark in each of us. I commend Aleph for its decades of commitment, and for convening such an impressive group of people and organizations."

> **—Hon. Jeremy Fogel,** former U.S. District Judge, Northern District of California, and former Director of the Federal Judicial Center, at Aleph's 2019 Rewriting the Sentence Summit, Columbia University Law School.

"Over the years, I have worked pro-bono on a number of matters with the Aleph Institute. The Institute's staff are incredibly dedicated, caring, smart, and hardworking. The Institute provides invaluable assistance to people from all walks of life and helps them find the justice they deserve with the compassion they need."

> **—Larry Thompson,** former U.S. Deputy Attorney General and former U.S. Attorney, Northern District of Georgia.

## <u>WHAT ATTORNEYS SAY ABOUT ALEPH</u>

"My client and I could not be more grateful for the assistance of Aleph. **I strongly believe that Aleph's comprehensive work and collaborative approach on behalf of my client made a significant difference in his sentencing.** In addition, their empathetic conversations with my client made him feel much more comfortable, especially since this was his first interaction with the criminal justice system."

> — **ROY L. AUSTIN, JR.,** *Meta, CA* (Formerly Harris, Wiltshire & Grannis LLP, Washington DC)

"Aleph is always there when you call them, and they never say no… What Aleph does is unique... **Aleph is the only organization I deal with that is truly committed to the welfare and benefit of the incarcerated individual and their family… Aleph restores their humanity…** It is truly a privilege to call upon them for help and they have never let me down. Period."

> — **BENJAMIN BRAFMAN,** Brafman & Associates, P.C. *New York, NY*

"Aleph's compassion and sincerity is felt in every pre- sentencing report they have ever drafted. **I turn to Aleph for some of the most difficult cases and the product that I receive back changes my perspective on my own client. Aleph sees things in my client that I am sometimes blind to.** I strongly urge fellow criminal defense practitioners to use Aleph's services — you will not be sorry."

> — **SAUL BIENENFELD,** Bienenfeld Law - *New York, NY*

"The biggest fees you earn are not in terms of money. They're in terms of the gratitude, [of] seeing a family together. It was once said, 'A nation and a people are judged by the way they treat the most despised – the way they treat their prisoners.' That's a virtue, not a vice, that we ARE willing to go and fight. **Nobody is more committed to justice than Aleph… I could not** have produced the outcomes I produced without the help of Rabbi Lipskar, without Aleph."

> — **ALAN DERSHOWITZ**, former Professor of Law at Harvard Law School

"I am deeply indebted to Aleph for its tireless assistance in several of my cases. In each case, as a direct result of Aleph's involvement, the client benefited significantly. **The Aleph team always brings creative ideas and tremendous energy to a case. I have found judges appreciate their input and take seriously their proposed alternatives to incarceration.** We are lucky to have an organization like Aleph fighting for our clients."

> — **BARRY BOSS,** Cozen O'Connor, P.C. - *Philadelphia, PA*

"Compassionate, candid advocacy, supported by extraordinary experience, extensive diligence, and deep insight. These are the hallmarks of Aleph's approach. **By skillfully balancing the interests of society with those of the individual, Aleph made a strong case for credible, creative alternatives to harsh punishment.** They succeeded in presenting our client as a

fallible human being with value and potential. Aleph's assistance was invaluable."

— **JAN HANDZLIK,** Handzlik Law - *Los Angeles, CA*

**"Aleph's work was exquisite. It combined absolute candor with compassionate insight into the causes of the offense and the virtues of the person who transgressed.** Aleph displayed incisive insight into the legal basis and moral rationale of the law of sentencing. Aleph was clear-eyed in reporting the conduct at issue, and creative in proposing ways in which to vindicate the law's purpose without crushing the person who broke it."

— **EUGENE IREDALE, Iredale and Yoo, APC -** *San Diego, CA*

"In imposing the sentence, the court specifically cited the psychological evaluation that [Aleph]...recommended. **The judge said that the evaluation, along with the letters in support, cut "months" off [client's] sentence. I've told [him] he has Aleph to thank for this."**

— **NICHOLAS D. SMITH,** David B. Smith PLLC *New York, NY*

"The Aleph Institute is an important organization for advocating for fairness and humanity in the criminal justice system. As Justice Kennedy said when he was on the Supreme Court, we imprison too many people for too long – **Aleph is trying to stop that injustice and is doing important work to aid in rehabilitation to end the cycle of unjust imprisonment.**"

— **AJ KRAMER**, Federal Public Defender for the District of Columbia - *Washington, DC*

**"The Aleph team consists of a group of extremely talented, knowledgeable, and dedicated professionals who work very hard to achieve the best possible outcomes for their clients.** The work product they produce for criminal defendants is superb. Given all that, it's no surprise that they have developed a reputation as a leading voice, and an important advocate, for sentencing policies and practices that seek to avoid, where appropriate, the many devastating consequences of incarceration."

— **ALAN VINEGRAD,** Covington & Burling LLP - *New York, NY*

"I am profoundly grateful for my relationship with Aleph, which provides incredible assistance to lawyers and clients in dealing with the criminal justice system. Everyone at Aleph works tirelessly to help clients deal with possible or actual incarceration. **My friends at Aleph are incredibly insightful, compassionate, and caring.**"

— **JOHN LAURO,** Lauro & Singer - *Tampa, FL*

**"I still don't have the words to adequately express my appreciation for all of your work… and my awe at the quality of your work.** And I'm frankly still reeling. I cannot overstate the importance of Aleph's support and submissions in this case. [The] judge ultimately said that he was imposing a non-jail sentence because of [client's] children – but their story, and their importance to

9

the sentence in this case, was given life in your submissions. Thank you and thank you again."

**— New England Assistant Federal Public Defender**