The Honorable Tana Lin

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

| UNITED STATES OF AMERICA, | NO. CR23-084 TL |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER REGARDING BUREAU OF PRISONS REPORTING DATE |
| NEVIN SHETTY, | |
| Defendant. | |

17     The United States and Nevin Shetty, through undersigned counsel, hereby

18  stipulate and agree as follows:

19     1.  On November 7, 2025, Defendant Nevin Shetty was convicted by a jury of four

20         counts of wire fraud as charged in the Indictment;

21     2.  On March 5, 2026, the Court imposed sentence in this case, including

22         imprisonment of 24 months;

23     3.  Also on March 5, 2026, the Court ordered the continuation of Mr. Shetty's

24         conditions of release pending execution of sentence, pursuant to 18 U.S.C. §

25         3143(a);

26     4.  The federal Bureau of Prisons has not yet set a date for Mr. Shetty to report to

27         begin serving his sentence of imprisonment;

5. Mr. Shetty will not pursue release pending appeal pursuant to 18 U.S.C. §§ 3143(b)(1) or 3145(c), Federal Rule of Criminal Procedure 46, or Federal Rule of Appellate Procedure 9;

6. The Court should order that Mr. Shetty's date for reporting to the Bureau of Prisons to begin serving his sentence will be July 15, 2026, or any later date set by the Bureau of Prisons, for the purpose of allowing Mr. Shetty to put his and his family's affairs in order before reporting;

7. Mr. Shetty maintains that a motion for bail pending appeal would be meritorious, but has decided to forego the motion based on personal and family reasons. The government does not agree that such a motion would be meritorious.


DATED: March 10, 2026


/s/ Philip Kopczynski
PHILIP KOPCZYNSKI
GRACE ZOLLER
Assistant United States Attorneys

/s/ Jeffrey B. Coopersmith
J. ALEX LITTLE
ZACHARY C. LAWSON
JEFFREY B. COOPERSMITH
Attorneys for Defendant

1

## <u>ORDER</u>

2    Pursuant to the parties' stipulation, IT IS SO ORDERED. Mr. Shetty's date for

3 reporting to the Bureau of Prisons to begin serving his sentence will be July 15, 2026, or

4 any later date set by the Bureau of Prisons.

5    DATED this _____ day of _____, 2026.

6

7

8    _____

HONORABLE TANA LIN

9    United States District Judge

10

Presented by:

11

12

13 */s/Philip Kopczynski*

PHILIP KOPCZYNSKI

14 GRACE ZOLLER

Assistant United States Attorneys

15

16 */s/ Jeffrey B. Coopersmith*

J. ALEX LITTLE

17 ZACHARY C. LAWSON

JEFFREY B. COOPERSMITH

18 Attorneys for Defendant

19

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER REGARDING
BUREAU OF PRISONS REPORTING DATE - 3
*United States v. Shetty* / CR23-084 TL