The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NEVIN SHETTY,<br><br>　　　　　　Defendant. | NO. CR23-084 TL<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DETERMINING RESTITUTION AMOUNT |

The United States and Nevin Shetty, through undersigned counsel, hereby stipulate and agree as follows:

1. On March 5, 2026, the Court imposed sentence in this case but left open the issue of the proper amount of restitution because of the need to resolve whether any offset to restitution should be applied. The Court requested that the parties meet and confer to jointly propose a briefing schedule for this purpose.

2. The parties met and conferred on March 10, 2026, and jointly propose the following briefing schedule:

1     Defense brief: March 20, 2026

2     Government response: March 31, 2026

3     Defense reply: April 6, 2026

4

5 DATED: March 10, 2026

6

7                                   */s/ Philip Kopczynski*
                                  PHILIP KOPCZYNSKI
                                  GRACE ZOLLER

8                                   Assistant United States Attorneys

9

10                                   */s/ Jeffrey B. Coopersmith*
                                  J. ALEX LITTLE

11                                   ZACHARY C. LAWSON
                                  JEFFREY B. COOPERSMITH

12                                   Attorneys for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER REGARDING
BRIEFING SCHEDULE FOR DETERMINING RESTITUTION
AMOUNT - 2
*United States v. Shetty* / CR23-084 TL

# **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED this 11th day of March, 2026.

*signature*

Tana Lin
United States District Judge

Presented by:

*/s/ Philip Kopczynski*
PHILIP KOPCZYNSKI
GRACE ZOLLER
Assistant United States Attorneys

*/s/ Jeffrey B. Coopersmith*
J. ALEX LITTLE
ZACHARY C. LAWSON
JEFFREY B. COOPERSMITH
Attorneys for Defendant

STIPULATION AND ORDER REGARDING
BRIEFING SCHEDULE FOR DETERMINING RESTITUTION
AMOUNT - 3
*United States v. Shetty* / CR23-084 TL