The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-cr-00084-TL |
| Plaintiff, | **UNOPPOSED MOTION FOR RETURN OF DEFENDANT'S PASSPORT TO BE HELD IN THE CUSTODY OF DEFENSE COUNSEL** |
| v. | |
| NEVIN SHETTY, | |
| Defendant. | NOTE ON MOTION CALENDAR: March 31, 2026 |

Defendant Nevin Shetty, by undersigned counsel, respectfully brings this motion requesting that the Court issue an order for the return of his passport and direct that it be held by undersigned counsel before Defendant reports to the federal Bureau of Prisons ("BOP"), while Defendant is in the custody of the BOP, and while Defendant is on supervised release, unless the Probation Office authorizes return of the passport to Mr. Shetty while he is on supervised release pursuant to Standard Condition 3 of the Judgment (ECF No. 330). Defendant's passport is currently in the possession of the Clerk of the Court for the Western District of Washinton. See Receipt for Surrender of Passport as to Nevin Shetty, ECF No. 10. The government does not oppose this motion.

UNOPPOSED MOTION FOR RETURN OF
DEFENDANT'S PASSPORT - 1
(No. 2:23-cr-00084-TL)

The Probation Office has advised Mr. Shetty that, absent the Court order sought by this motion, Mr. Shetty's passport may be sent to the U.S. Department of State and destroyed. Mr. Shetty's passport was issued on September 10, 2020, and expires on September 9, 2030. Thus, although Mr. Shetty does not have any current plans for travel, granting the motion will allow Mr. Shetty to avoid having to re-apply for a passport and incur the expense to do so. A proposed order accompanies this motion.

Date: March 31, 2026

Respectfully submitted,

CORR CRONIN LLP

*/s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954
Kristin E. Bateman, WSBA No. 54681
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
jcoopersmith@corrcronin.com
kbateman@corrcronin.com

LITSON PLLC

J. Alex Little, *admitted pro hac*
Zachary C. Lawson, *admitted pro hac*
54 Music Square East, Suite 300
Nashville, TN 37203
alex@litson.co
zack@litson.co

*Attorneys for Defendant*

UNOPPOSED MOTION FOR RETURN OF
DEFENDANT'S PASSPORT - 2
(No. 2:23-cr-00084-TL)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900