The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

NEVIN SHETTY,

Defendant.

No. 2:23-cr-00084-TL

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR RETURN OF DEFENDANT'S PASSPORT TO BE HELD IN THE CUSTODY OF DEFENSE COUNSEL**

The Court, having considered the Unopposed Motion for Return of Defendant's Passport to be Held in the Custody of Defense Counsel, hereby ORDERS that:

The Clerk's Office is directed to return Defendant Shetty's passport to Jeffrey B. Coopersmith of Corr Cronin LLP, Defendant's counsel. Corr Cronin LLP is directed to hold the passport and not to release it to Mr. Shetty before Defendant reports to the Bureau of Prisons to begin serving his custodial sentence, while Defendant is in the custody of the Bureau of Prisons, and while he is on supervised release, unless the Probation Office authorizes return of the passport to Mr. Shetty while he is on supervised release pursuant to Standard Condition 3 of the Judgment (ECF No. 330).

ORDER GRANTING UNOPPOSED MOTION
FOR RETURN OF DEFENDANT'S PASSPORT - 1
(No. 2:23-cr-00084-TL)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this ___ day of _____, 2026.

_____

The Honorable Tana Lin
United States District Judge

Presented by:

CORR CRONIN LLP

*/s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954
Kristin E. Bateman, WSBA No. 54681
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
jcoopersmith@corrcronin.com
kbateman@corrcronin.com

LITSON PLLC

J. Alex Little, *admitted pro hac*
Zachary C. Lawson, *admitted pro hac*
54 Music Square East, Suite 300
Nashville, TN 37203
alex@litson.co
zack@litson.co

*Attorneys for Defendant*

ORDER GRANTING UNOPPOSED MOTION
FOR RETURN OF DEFENDANT'S PASSPORT - 2
(No. 2:23-cr-00084-TL)